UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20104-CR-MARTINEZ/BECERRA(s)(s)(s)(s)

UNITED STATES OF AMERICA

v.

CHRISTIAN SANON,

    Defendant.
_____/

**NOTICE OF APPEAL OF BOND ORDER AND
MOTION TO CONTINUE STAY PENDING RULING ON APPEAL**

Pursuant to Rule 4(a)(2) of the Local Rules for the Southern District of Florida, and Title 18, United States Code, Sections 3142 and 3145, the United States of America hereby gives notice of its intent to appeal the Magistrate Court's September 12, 2023 Order, ECF No. 404, granting the defendant bond in the above-captioned case. Upon ordering the defendant's release, the Magistrate Court granted the government's request for a stay until noon on September 15, 2023, so that the government might consider whether it would seek review by this Court. Having now advised of its intent appeal, the government respectfully requests that this Court stay execution of the Magistrate Court's order until this Court has issued a ruling on the government's appeal.

                                              Respectfully submitted,

                                              MARKENZY LAPOINTE
                                              UNITED STATES ATTORNEY

By:    /s/ *Andrea Goldbarg*
          /s/ *Monica K. Castro*
          Assistant United States Attorneys
          Court ID No. A5502556
          Court ID No. A5502776
          U.S. Attorney's Office

1

                    Southern District of Florida
                    99 N.E. 4th Street
                    Miami, FL 33132-2111
                    Telephone: (305) 961-9000
                    Email: Andrea.Goldbarg@usdoj.gov
                    Email: Monica.Castro@usdoj.gov

                    MATTHEW G. OLSEN
                    ASSISTANT ATTORNEY GENERAL

By:    /s/ *Frank V. Russo*
        /s/ *Jessica K. Fender*
        /s/ *Emma Ellenrieder*
        Trial Attorneys
        Court ID No. A5502917
        Court ID No. A5502919
        Court ID No. A5502918
        National Security Division
        Department of Justice
        950 Pennsylvania Avenue
        Washington, DC  20530
        Telephone: (202) 307-2898
        Email: Frank.Russo2@usdoj.gov
        Email: Jessica.Fender2@usdoj.gov
        Email: Emma.Ellenrieder@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 14, 2023, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF.

By:    By: /s/ *Monica K. Castro*
    Assistant United States Attorney
    Court ID No. A5502776
    U.S. Attorney's Office
    Southern District of Florida
    99 N.E. 4th Street
    Miami, FL 33132-2111
    Telephone: (305) 961-9000
    Email: Monica.Castro@usdoj.gov