UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20104-BECERRA(s)(s)(s)(s)(s)

UNITED STATES OF AMERICA

v.

ARCANGEL PRETEL ORTIZ,
ANTONIO INTRIAGO,
WALTER VEINTEMILLA,
CHRISTIAN SANON, and
JAMES SOLAGES,

      **Defendants.**
_____/

## JOINT MOTION FOR AN ORDER REGARDING RULE 15 DEPOSITION

The United States of America and counsel for the defendants jointly request that this Court enter an Order specifying the logistics to govern the Rule 15 deposition of witness known as "J.C."

On October 15, 2024, the Court granted defendants' motion to conduct a foreign deposition of J.C. DEs 872 and 890. The Court ordered that the deposition of J.C. be conducted between November 18-20, 2024. The parties have conferred regarding the logistics of conducting the foreign deposition of J.C., have concurred on a location suitable to all parties and therefore request the Court enter an ORDER establishing:

Expenses to be paid by the United States:

1)    The Government will pay travel expenses for the prosecutors;

2)    The Government will pay for travel expenses and fees for the notary videographer;

3)    The Government will pay for travel expenses and fees for the interpreter;

4)    The Government will pay for the room where the deposition will occur;

5)    The Government will arrange for the production of the defendants in an approved

space in the Southern District of Florida, with the transportation to be provided by the U.S. Marshals; and

6) The Government will arrange for the videoconference set up in the Southern District of Florida for the defendants to participate in the Rule 15 Deposition of "J.C."

Expenses to be paid by the Defense:

1) Defense will pay for the travel expenses and lodging for defense counsel;

2) Defense will pay for the court reporter expenses to transcribe the deposition;

3) Defense will pay for the travel expenses of "J.C." to the deposition location.

Other matters:

1) The Marshals shall be ordered to produce the defendants in the corresponding approved space in the Southern District of Florida for the duration of the Rule 15 deposition.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ *Andrea Goldbarg*
/s/ *Monica K. Castro*
Assistant United States Attorneys
Court ID No. A5502556
Court ID No. A5502776
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132-2111
Telephone: (305) 961-9000
Email: Andrea.Goldbarg@usdoj.gov
Monica.Castro@usdoj.gov

MATTHEW G. OLSEN
ASSISTANT ATTORNEY GENERAL

By: /s/ *Frank V. Russo*

/s/ *Andrew Briggs*
Trial Attorney
Court ID No. A5502917
Court ID No. A5503251
National Security Division
Department of Justice
950 Pennsylvania Avenue
Washington, DC   20530
Telephone: (202) 307-2898
Email: Frank.Russo2@usdoj.gov
             Andrew.Briggs2@usdoj.gov


DAVID ADRIAN HOWARD P.A.
David A. Howard, Esq.
25 SE 2nd Avenue, Suite 1100
Miami, Florida 33131
Telephone: (786) 360-6056
Facsimile: (305) 536-2170
E-mail Address:
david@davidhowardlaw.com
***Counsel for Arcangel Pretel Ortiz***

By:   /s/ *David A. Howard*
        David A. Howard, Esq.
        Florida Bar No. 956589


LAW OFFICES OF EMMANUEL PEREZ
& ASSOCIATES P.A.
Emmanuel Perez
901 Ponce De Leon Boulevard., Suite 101
Coral Gables, Florida 33134
Telephone: (305) 442-7443
Facsimile: (305) 441-9218
E-mail Address:   courtmail@lawperez.com
***Counsel for Antonio Intriago***

By:   /s/ *Emmanuel Perez*
        Emmanuel Perez, Esq.
        Florida Bar No. 586552

BARZEE FLORES, P.A.
Hector L. Flores
Courthouse Center, Penthouse 1
410 NW Third Street

        Coral Gables, Florida 33128
Telephone: (305) 374-3998
Facsimile: (305) 379-6668
E-mail Address:
hectorflores@barzeeflores.com
***Counsel for Antonio Intriago***

By:   /s/ *Hector Flores*
       Hector Flores, Esq.
       Florida Bar No. 0633755


KUDMAN TRACHTEN ALOE POSNER LLP
Tama Beth Kudman, Esq.
7108 Fairway Drive, Suite 130
Palm Beach Gardens, Florida 33418
Telephone: (561) 472-0811
Facsimile: (561) 828-0210
E-mail Address: tkudman@kudmanlaw.com
***Counsel for Walter Veintemilla***

By:   /s/ *Tama Kudman*
       Tama Kudman, Esq.
       Florida Bar No. 637432

TACHE, BRONIS, CHRISTIANSON AND DESCALSO, P.A.
Marissel Descalzo
150 S.E. Second Ave. Suite 600
Miami, Florida 33131
Telephone: (305) 537-9565
Facsimile: (305) 537-9567
E-mail Address:
mdescalzo@tachebronis.com
***Counsel for Walter Veintemilla***

By:   /s/ *Marissel Descalzo*
       Marissel Descalzo, Esq.
       Florida Bar No. 0669318


BOZANIC LAW, P.A.
Zeljka Bozanic
2847 Hollywood Boulevard
Hollywood, Florida 33020

        Telephone: (954) 920-9750
        Facsimile: (954) 400-0335
        E-Mail Address: info@bozaniclaw.com
        **Counsel for Christian Sanon**

By: /s/ *Zeljka Bozanic*
        Zeljka Bozanic, Esq.
        Florida Bar No. 23707

        HUMBERTO R. DOMINGUEZ, P.A.
        Humberto R. Dominguez
        9100 S. Dadeland Blvd. Suite 1500
        Miami, Florida 33156
        Telephone: (305) 373-6000
        E-Mail Address: bert@hdominguezlaw.com
        **Counsel for Christian Sanon**

By: /s/ *Humberto R. Dominguez*
        Humberto R. Dominguez, Esq.
        Florida Bar No. 837903

        LAW OFFICE OF
        JONATHAN S. FRIEDMAN P.A.
        101 N.E. 3rd Avenue
        Suite 1500
        Fort Lauderdale, Florida 33301
        Telephone: (954) 713-2820
        Facsimile: (954) 301-5109
        E-Mail: JFriedmanlawfirm@gmail.com
        **Counsel for James Solages**

By: /s/ *Jonathan Friedman*
        Jonathan S. Friedman, Esq.
        Florida Bar No. 973297

        S. PATRICK DRAY, P.A.
        Simon Patrick Dray
        Courthouse Center, Suite 300
        410 NW Third Street
        Coral Gables, Florida 33128
        Telephone: (305) 401-7300
        Facsimile: (786) 513-2244
        E-Mail Address: pat@patdray.com
        **Counsel for James Solages**

By: /s/ *Simon Patrick Dray*

                                               Simon Patrick Dray, Esq.
                                               Florida Bar No. 180157