**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20104-BECERRA**

**UNITED STATES OF AMERICA**

v.

**JAMES SOLAGES, et al.,**

    **Defendants.**

_____/

**UNITED STATES' UNOPPOSED MOTION TO DEFER HEARING**
**AS TO DEFENDANT JAMES SOLAGES' MOTION TO SUPPRESS**
**AND RESET HEARING AS TO DEFENDANTS' SEALED FILING**

1. On May 2, 2025, Defendant James Solages filed a Motion to Suppress Statements made to law enforcement on February 8, 2022 (DE 1033).

2. On June 16, 2025, the United States filed its Opposition to Defendant's Motion to Suppress (DE 1063).

3. The Defendant filed a reply to the Government's response in opposition (DE 1118).

4. On July 2, 2025, the Court set Defendant Solages' motion for oral argument. Oral argument is currently scheduled to take place on July 17, 2025, at 9 a.m. The Court permitted the parties to request a change to the date of the hearing so long as the request is made by Tuesday, July 8, 2025 (DE 1133).

5. The United States and Defendant Solages conferred about changing the date of the hearing. Counsel for Defendant Solages advised that he intends to file an additional motion to suppress a separate statement on the same or similar grounds as his current motion.

6. To conserve judicial resources and ensure efficiency, the parties request that the hearing on Defendant Solages' motion to suppress (DE 1033) be deferred and heard along with the

additional motion to suppress the Defendant intends to file in the near future. Defendant Solages did not advise the date of said filing.

7. On July 2, 2025, the Court also set for hearing Defendants' Sealed Motion filed at DE 1121. The hearing is scheduled to take place on July 17, 2025, at 9 a.m. The undersigned attorneys have prescheduled and prepaid case-related travel during that time. As such, the United States requests that the hearing be reset to July 18, 2025, after 1 p.m.

8. Undersigned counsel conferred with counsel for Defendants Arcangel Pretel Ortiz, Antonio Intriago, Walter Veintemilla, Christian Sanon, and James Solages who do not oppose the request and are available on the requested date and time.

[Space Intentionally Left Blank]

Respectfully submitted,

HAYDEN P. O'BYRNE  
United States Attorney

JOHN A. EISENBERG  
Assistant Attorney General for the National Security Division

By: */s Sean T. McLaughlin*  
Sean T. McLaughlin  
Assistant United States Attorney  
Court ID No. A5501121  
11200 NW 20th Street, Suite 101  
Miami, FL 33172  
(305) 715-7642/7654  
Sean.McLaughlin@usdoj.gov

*/s Andrew Briggs*  
Andrew Briggs  
Trial Attorney  
Court ID No. A5503251  
National Security Division – Department of Justice  
950 Pennsylvania Avenue  
Washington, DC 20530  
(202) 514-7739  
Andrew.Briggs2@usdoj.gov

*/s Jason Wu*  
Jason Wu  
Assistant United States Attorney  
ID No. A5502299  
99 NE 4th Street  
Miami, FL 33132  
(305) 961-9226  
Jason.Wu@usdoj.gov

*/s Altanese Phenelus*  
Altanese Phenelus  
Assistant United States Attorney  
FL Bar No. 112693  
99 N.E. 4th Street  
Miami, FL 33132  
(305) 961-9375  
altanese.phenelus@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Altanese Phenelus*  
Altanese Phenelus  
Assistant United States Attorney