UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO.22-20104-CR-MARTINEZ

v.

ANTONIO INTRIAGO, et al

      Defendant.
_____/

**<u>DEFENDANT ANTONIO INTRIAGO'S MOTION TO ADOPT CO-DEFENDANT JAMES SOLAGES'S OPPOSITION TO THE UNITED STATES'S MOTION IN LIMINE TO PRECLUDE DEFENDANTS' PUBLIC AUTHORITY AND ENTRAPMENT-BY-ESTOPPEL DEFENSES [DE 1340] AND CO-DEFENDANT ARCANGEL PRETEL ORTIZ'S OMNIBUS RESPONSE TO THE GOVERNMENT'S MOTIONS IN LIMINE [DE 1342]</u>**

**COMES NOW,** the Defendant, ANTONIO INTRIAGO, by and through undersigned counsel, hereby files this Motion to Adopt Co-Defendant James Solages's Opposition to the United States's Motion in Limine to Preclude Defendants' Public Authority and Entrapment-By-Estoppel Defenses [DE 1340] and Co-Defendant Arcangel Pretel Ortiz's Omnibus Response to the Government's Motions in Limine [DE 1342] and in support thereof states as follows:

1. The arguments contained in Co- Defendant James Solages's Opposition [DE 1340] and Co-Defendant Pretel Ortiz's Omnibus Response [DE 1342] pertain to Defendant Antonio Intriago equally.

2. Defendant Antonio Intriago adopts and relies upon the legal and factual assertions set forth therein.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court grant this Motion to Adopt and any other relief this Court deems just and proper.

1

## CERTIFICATE OF SERVICE

I HEREBY certify that on January 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which sent e-mail notification of such filing to all CM/EFC participants in this case.

**EMMANUEL PEREZ & ASSOCIATES, P.A.**
901 Ponce De Leon Blvd.
Suite 101
Coral Gables, Florida 33134
Tel: (305) 442-7443
Fax: (305) 441-9218
Email: courtmail@lawperez.com

By: ____/s/ Emmanuel Perez_____
      Emmanuel Perez, Esquire
      F.B.N. 586552