UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22-20104-CR-BECERRA

UNITED STATES OF AMERICA

v.

ARCANGEL PRETEL ORTIZ, et al.,

        **Defendants.**
_____/

## GOVERNMENT FINAL TRIAL WITNESS LIST

The Government intends to call the following witnesses in its case-in-chief in the above-captioned trial beginning on March 9, 2026 (DE 1124):

1) Forensic Examiner & Physical Scientist Theodore Chavez, Federal Bureau of Investigation
2) Special Agent Jose Loureiro, Federal Bureau of Investigation
3) Special Agent Martin Suarez, Federal Bureau of Investigation
4) Special Agent Nicholas Rahmer, Federal Bureau of Investigation
5) Special Agent Xavier Castaneda, Federal Bureau of Investigation
6) Special Agent Ty Morrison, Federal Bureau of Investigation
7) Special Agent Cindy Barrois, Federal Bureau of Investigation
8) Special Agent George Nunez, Federal Bureau of Investigation
9) Special Agent Tom Pavletic, Federal Bureau of Investigation
10) Special Agent Rene Luna, Federal Bureau of Investigation
11) Special Agent Jacqueline Valdes, Federal Bureau of Investigation
12) Special Agent Kris Pagano, Federal Bureau of Investigation
13) Special Agent Ryan Bonura, Federal Bureau of Investigation
14) Task Force Officer Daniel Gonzalez, Federal Bureau of Investigation
15) Nestor Mascarell, Forensic Accountant, Federal Bureau of Investigation
16) Kaitlin Dayton, Intelligence Analyst, Federal Bureau of Investigation

17) Leilani Laureano, Staff Operations Specialist, Federal Bureau of Investigation
18) Special Agent Dennis Scheffel, Homeland Security Investigations
19) Special Agent Jean Valentin, Homeland Security Investigations
20) Special Agent Richard Maniara, Homeland Security Investigations
21) Special Agent Paul Thompson, Homeland Security Investigations
22) Criminal Analyst, John Labbe, Homeland Security Investigations
23) Chief Officer Manuel Garcia, Cargo Operations, U.S. Customs and Border Protection
======================================================================
24) Senior Digital Forensic Examiner Bryan Jordan, Federal Bureau of Investigation
25) Senior Digital Forensic Examiner Elizabeth Riddell, Federal Bureau of Investigation
26) Senior Digital Forensic Examiner Easton L. Schlueter, Federal Bureau of Investigation
27) Senior Digital Forensic Examiner David Mingarelli, Federal Bureau of Investigation
28) Senior Digital Forensic Examiner Ricardo Soto, Federal Bureau of Investigation
29) Digital Forensic Examiner (Retired) Robert Herbster, Federal Bureau of Investigation
30) Digital Forensic Examiner (Retired) Michael Betancourt, Federal Bureau of Investigation
31) Senior Digital Forensic Examiner (Former) Susy Hwang, Federal Bureau of Investigation
32) Technical Enforcement Officer Brian Hixson, Homeland Security Investigations
33) Special Agent & CFA Christopher Wallace, Homeland Security Investigations
34) CFA (Retired) Steven Towe, Homeland Security Investigations
35) CFA (Retired) Richard Wilkins, Homeland Security Investigations
36) CFA (Former) Tim Stewart, Homeland Security Investigations
======================================================================
37) Dimitri Smith, U.S. Department of Commerce
38) Scott Reese, (Former) Regional Security Officer, U.S. Department of State
39) Deputy Director Susan F. Walke, U.S. Department of State
======================================================================
40) Mario Antonio Palacios Palacios
41) German Alejandro Rivera Garcia
42) Joseph Joel John

43) Joseph Vincent

44) Frederick Bergmann Jr.

45) Rodolphe Jaar

================================================================

46) Dr. Jean RC Armel Demorcy, Haiti Medical Examiner

47) Dr. Stephen Kalandiak, M.D., Jackson Memorial Hospital

48) Martine Moise

49) Jomarlie Moise

50) Jean Roger Noelcius

51) Jacob Israel

52) Keegan Harricharan

53) Reiniel Gonzalez, Director of Cargo Operations, IBC Airways

54) Pravin Borkar, Safe-Pro USA

[Space Intentionally Left Blank]

The United States reserves the right to call additional witnesses, update witnesses on this list, or refrain from calling witnesses on this list, as circumstances dictate.

Respectfully submitted,

| | | |
|---|---|---|
| | JASON REDING QUIÑONES<br>United States Attorney | JOHN A. EISENBERG<br>Assistant Attorney General for the National Security Division |
| By: | */s Sean T. McLaughlin*<br>Sean T. McLaughlin<br>Assistant United States Attorney<br>Court ID No. A5501121<br>11200 NW 20th Street, Suite 101<br>Miami, FL 33172<br> (305) 715-7642/7654<br>Sean.McLaughlin@usdoj.gov | */s Andrew Briggs*<br>Andrew Briggs<br>Trial Attorney<br>Court ID No. A5503251<br>National Security Division – Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530<br>(202) 514-7739<br>Andrew.Briggs2@usdoj.gov |
| | /s *Jason Wu*<br>Jason Wu<br>Assistant United States Attorney<br>Court ID No. A5502299<br>99 NE 4th Street<br>Miami, FL 33132<br> (305) 961-9226<br>Jason.Wu@usdoj.gov | |
| | */s Altanese Phenelus*<br>Altanese Phenelus<br>Assistant United States Attorney<br>FL Bar No. 112693<br>99 N.E. 4th Street<br>Miami, FL 33132<br>(305) 961-9375<br>Altanese.Phenelus@usdoj.gov | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 19, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s *Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney