UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20104-BECERRA(s)(s)(s)(s)(s)

UNITED STATES OF AMERICA

vs.

ARCANGEL PRETEL ORTIZ, et al.,

        **Defendants.**
_____/

## UNITED STATES' NOTICE OF CLASSIFIED FILINGS

The United States, by and through the undersigned attorneys, hereby provides notice that on February 10 and February 18, 2026, the United States made classified filings concerning Section 4 of the Classified Information Procedures Act with the Classified Information Security Officer.

Respectfully submitted,

| | |
|---|---|
| JASON REDING QUIÑONES | JOHN A. EISENBERG |
| United States Attorney | Assistant Attorney General for the National Security Division |

By:    /s Sean T. McLaughlin          /s Andrew Briggs
Sean T. McLaughlin                          Andrew Briggs
Assistant United States Attorney       Trial Attorney
Court ID No. A5501121                    Court ID No. A5503251
11200 NW 20th Street, Suite 101       National Security Division – Department of Justice
Miami, FL 33172                               950 Pennsylvania Avenue
(305) 715-7642/7654                       Washington, DC 20530
Sean.McLaughlin@usdoj.gov           (202) 514-7739
                                                  Andrew.Briggs2@usdoj.gov

/s Jason Wu
Jason Wu
Assistant United States Attorney
Court ID No. A5502299
99 NE 4th Street
Miami, FL 33132
(305) 961-9226

1

Jason.Wu@usdoj.gov

<u>/s *Altanese Phenelus*</u>
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
Altanese.Phenelus@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF.

                                           By:    */s/ Andrew Briggs*
                                                          Andrew Briggs
                                                          Trial Attorney