**RÉPUBLIQUE D'HAÏTI**

# UNITE DE LUTTE CONTRE LA CORRUPTION
## (ULCC)

Réf: ULCC/DG/JFB

N°: 812-05/20-21

Port-au-Prince, 17 MAY 2021

Monsieur Joseph Félix BADIO
Coordonnateur des Operations de terrain
Du Service de Renseignement Généraux et des Doléances
En ses bureaux.-

Monsieur,

La Direction générale de l'Unité de Lutte Contre la Corruption (ULCC) a le regret de vous informer que vous avez été licencié dans l'intérêt de l'institution, ceci, conformément aux dispositions de l'article 198 du décret du 17 mai 2005 portant révision du statut général de la fonction publique.

En effet, les proches du nommé Mackenton Philippe ont dénoncé le fait que vous avez sollicité la somme de trente mille (30 000) dollars américains pour libérer cet individu incarcéré au Pénitencier National en prétextant que vous êtes un proche du Ministre de la Justice et de la Sécurité Publique dont cette question lui est entièrement étrangère.

Ce comportement est d'une part, contraire aux règles déontologiques auxquelles sont astreints tous les fonctionnaires de l'ULCC et d'autre part, constitue un cas flagrant de versement de pot-de-vin et de trafic d'influence, infractions prévues et punies respectivement par les articles 5.6 et 5.9 de la loi du 12 mars 2014 portant prévention et répression de la corruption.

Cette décision prend effet immédiatement. Ainsi, vous devez remettre tous les biens et matériels de l'institution se trouvant en votre possession.

La Direction générale de l'ULCC vous prie de recevoir, Monsieur, ses meilleures salutations.

Hans Jacques Ludwig JOSEPH, av.
Directeur général

PIÈCE JOINTE A

## ATTESTATION D'AUTHENTICITÉ DE DOCUMENTS OFFICIELS

Je soussigné(e) __Dr. PATRICK PELISSIER__, atteste que j'exerce la
(Nom)

fonction de __MINISTRE DE LA JUSTICE__ au sein du gouvernement de la
(Titre officiel)

République d'Haïti et qu'à ce titre, je suis habilité(e) par les lois de la République d'Haïti à

attester que les documents joints à la présente et décrits ci-après :

(1)  sont des copies conformes des documents officiels autorisés par les lois de la

République d'Haïti à être enregistrés ou conservés auprès de

__UNITE DE LUTTE CONTRE LA CORRUPTION__, qui constitue un bureau ou une agence
(Nom du bureau ou de l'agence public)

gouvernementale ; et

(2)  attestent de faits qui, en vertu des lois de la République d'Haïti, doivent être déclarés,

enregistrés ou déposés.

Description des documents :

Badge de Joseph FELIX BADIO
Lettre de Licenciement de l'ULCC
Demande de Mise à la disposition du MJSP de Felix BADIO

Lettre Mise à disposition MICT
Lettre Nomination

_____
(Signature)

(Sceau)

27-02-26
_____
(Date)



REPUBLIC OF HAITI

# ANTI-CORRUPTION UNIT (ULCC)

Ref: ULCC/DG/JFB

N° : 812-05/20-21-------

Port-au-Prince, 1 7 MAY 2021

Mr. Joseph Felix BADIO
Field Operations Coordinator
of the General Intelligence and Complaints Service
At his office.-

Sir,

The General Directorate of the Anti-Corruption Unit (ULCC) regrets to inform you that you have been dismissed in the interest of the institution, in accordance with the provisions of Article 198 of the Decree of May 17, 2005 revising the General Civil Service Statute.

Indeed, relatives of the individual named Mackenton Philippe have reported that you solicited the sum of thirty thousand (30,000) U.S. dollars to secure the release of this individual, who is incarcerated at the National Penitentiary, claiming that you are close to the Minister of Justice and Public Security, although this matter is entirely unrelated to him.

Such conduct is, on the one hand, contrary to the ethical rules to which all ULCC officials are bound and, on the other hand, constitutes a clear case of bribery and influence peddling, offenses provided for and punishable respectively under Articles 5.6 and 5.9 of the Law of March 12, 2014 on the Prevention and Suppression of Corruption.

This decision takes effect immediately. You are therefore required to return all property and equipment of the institution currently in your possession.

The General Directorate of the ULCC asks you to accept, Sir, its best regards.

[MINISTRY OF JUSTICE]

Hans Jacques JOSEPH, Esq.
General Director I

13, rue Sapotille, Pacot, Port-au-Prince, Haïti • B. P. 19209 • Phone: (509) 4890-3647 / 2811-0661
Website: www.ulcc.gouv • E-mail : info@ulcc.gouv.ht

# ATTACHMENT A

## CERTIFICATE OF AUTHENTICITY OF OFFICIAL DOCUMENTS

    I, the undersigned <u>Dr. PATRICK PELISSIER</u>, certify that I serve in the
                              (Name)
capacity of <u>MINISTER OF JUSTICE</u> within the Government of the
                   (Official title)
Republic of Haiti and that, in this capacity, I am authorized under the laws of the Republic of Haiti to certify that the documents attached hereto and described below:

(1)     are true and correct copies of official documents under the laws of the

        Republic of Haiti to be recorded or kept with the
             ANTI-CORRUPTION UNIT
                 , which constitutes a governmental office
        (Name of public office or public agency)
        or agency; and

(2)     attest to facts which, pursuant to the laws of the Republic of Haiti, are required to be

        declared, recorded, or filed.

    Description of the documents:

| | |
|---|---|
| Joseph FELIX BADIO's ID badge<br>Termination letter from the ULCC (Anti-Corruption Unit)<br>Request to place Felix Badio at the disposal of the MJSP (Ministry of Justice and Public Security) | Letter placing (someone) at the disposal of the MICT (Ministry of the Interior and Territorial Communities)<br>Letter of appointment |
| (Seal) | [Seal : MINISTRY OF JUSTICE<br>[Coat of arms]<br>REPUBLIC OF HAITI]<br>/Signature/<br>02/27/2026<br>(Date) |