UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 22-cr-20104-JB

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Miami, Florida |
| | ) |
| vs. | ) April 21, 2026 |
| | ) Day 29 - Morning Session |
| ARCANGEL PRETEL ORTIZ, *et al.*, | ) |
| | ) 9:02 AM - 12:04 PM |
| Defendants. | ) |
| ______________________________ | ) Pages 1 to 32 |

# TRANSCRIPT OF JURY TRIAL

HELD BEFORE THE HONORABLE JACQUELINE BECERRA

UNITED STATES DISTRICT JUDGE

LANCE W. STEINBEISSER, FCRR, RPR, FPR-C
Federal Certified Realtime Reporter
United States District Court
400 North Miami Avenue
Miami, Florida 33128
305.523.5633

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription.

APPEARANCES:

FOR THE GOVERNMENT:

SEAN T. MCLAUGHLIN, AUSA
JASON WU, AUSA
ANDREW J. BRIGGS, US DOJ trial attorney
ALTANESE P. PHENELUS, AUSA
United States Attorney's Office

ON BEHALF OF DEFENDANT PRETEL ORTIZ:

ORLANDO DO CAMPO, ESQ.
DANIELA JARAMILLO, ESQ.
Do Campo & Thornton, P.A.

DAVID A. HOWARD, ESQ.
Law Offices of David A. Howard

ON BEHALF OF DEFENDANT INTRIAGO:

EMMANUEL PEREZ, ESQ.
Emmanuel Perez & Associates

HECTOR L. FLORES, ESQ.
Barzee Flores

ON BEHALF OF DEFENDANT VEINTEMILLA:

MARISSEL DESCALZO, ESQ.
Descalzo Law

TAMA BETH KUDMAN, ESQ.
Kudman Trachten Aloe Posner LLP

ON BEHALF OF DEFENDANT SOLAGES:

JONATHAN S. FRIEDMAN, ESQ.
Jonathan S. Friedman, P.A.

S. PATRICK DRAY, ESQ.
S. Patrick Dray, P.A.

# TABLE OF CONTENTS


| | PAGE |
|---|---|
| GOVERNMENT'S WITNESS: | |
| GEORGE I. NUNEZ | |
| Direct Examination by Mr. Wu....................... | 13 |
| Certificate of Reporter.......................... | 26 |

| GOVERNMENT EXHIBITS | MARKED | ADMITTED |
|---|---|---|
| 1E1 through 1E6 | | 18 |

(Call to the Order of the Court.)

THE COURTROOM DEPUTY: Calling the case of the United States of America versus Arcangel Pretel Ortiz, Antonio Intriago, Walter Veintemilla, James Solages, Case 22-cr-20104-Becerra.

Counsel, please announce your appearance for the record, starting with the Government.

MR. MCLAUGHLIN: Good morning, Your Honor. Sean McLaughlin on behalf of the United States. Also with me at counsel table is DOJ trial attorney Andrew Briggs; AUSA Altanese Phenelus; and the case agent, FBI Special Agent Tom Pavletic. At the podium is AUSA Jason Wu.

MR. DO CAMPO: Good morning, Your Honor. Orlando do Campo, Daniela Jaramillo, and David Howard on behalf of Arcangel Pretel Ortiz, who is present before the Court and utilizing the services of the court interpreter.

MR. PEREZ: Good morning, Your Honor. Emmanuel Perez and Hector Flores on behalf of Mr. Intriago, who is next to us at counsel table.

MS. KUDMAN: Good morning, Your Honor. Tama Kudman and Marissel Descalzo on behalf of Walter Veintemilla, who is between us at counsel table.

MR. FRIEDMAN: Good morning, Your Honor. Jonathan Friedman and Patrick Dray. We're here on behalf of James Solages, who is present in court.

THE COURT: Good morning. You can all be seated. We're still waiting for a juror.

The defense filed its proposed jury instructions. It was submitted to me last night, and they were filed this morning. But they don't have any notations as to which jury instructions are challenged, so I'm happy to word-for-word go through them myself, but otherwise what I have is two jury instructions: the Government's, which were timely filed, and these, which don't tell me which ones are different or what you're objecting to.

Obviously, if there's an instruction that's not in the Government packet, that's easy enough. But if you're wordsmithing or challenging instructions -- am I missing something?

MS. DESCALZO: Your Honor, I wasn't sure how to handle it because usually the way that it's done is you insert below the Government's instruction, which is the way that I usually did it.

THE COURT: Right.

MS. DESCALZO: But the way that it looked was I thought you would never understand, but I can do that. I have a version of that like that where it's -- where I'm just fix -- wordsmithing what -- the Government's instructions. I basically just made them pattern because I looked up what you do in other cases, and you essentially just -- if there's a

pattern, I believe that's what you do, so that's what I did.

I can go back and I can give you that version and separate out for you what's new that we added.

THE COURT: Right. I mean, typically I always forget, but typically, right, if it's agreed upon, it's regular font. If it's only the Government's, I think it's italics. If it's only the defense, it's bold and underlined or something like that. I forget what the instructions are with respect to the typeface, but without that, I'm kind of at a loss. I'm sure we would figure it out, but it would take me three days to figure it out, and you all probably have it.

MS. DESCALZO: I do. I have a version like that. Just thought that it was very confusing when I was looking at it, but I'm going to -- I'll file it so you can see it, and if you want something better, I'll do it.

THE COURT: It shouldn't be confusing. I don't remember what -- the trial order here has the instructions on what to boldface, what to underline. But this is like every other case. I don't see what the difference is, why it would be any more confusing.

The problem with what I have is -- when we go to the charge conference, we're all going to be sitting here saying, "What's the difference?" It's this word, it's that word. The charge conference will take three days that way. I need to know what the differences are.

Do you know offhand, Mr. Wu, since you're the one that at least filed the Government's version, whether my trial order had the instructions on the typefacing? I can't remember.

MR. WU: I don't believe so, Your Honor. I apologize if I missed it. That was the source of the confusion. When we filed our jury instructions, I think the trial order, that laid out the dates for the discovery of the motions in limine, and that did not have specific direction around jury instructions.

THE COURT: Right. But when you filed yours, it didn't matter because the defense hadn't gotten back to you; right?

MR. WU: And in fairness, we had not conferred with them because we did not understand that we had this mutual obligation. We just filed our instructions in February.

THE COURT: So everybody just filed theirs.

All right. I think the original trial order came from Martinez, and so my trial order just was changing dates. I know what happened because I obviously was not the first judge on the case.

MR. WU: That's our oversight.

THE COURT: I think the trial order has that language.

MR. WU: Got it. That's our oversight, Your Honor.

I apologize.

THE COURT: And I'm just trying to figure out how to get out of the hole that we're dug into in a way that's --

MS. DESCALZO: Your Honor, the way that I would -- because I also looked at the trial order, and there was no instructions. But if I can propose a way to do it, which is that anything that I changed in the Government's instructions, I can boldface. Any instructions like, for example, they put a deliberate ignorance instruction in there. We object to that as a whole. I can just say that we object at the bottom of that. And then our new instructions, I can put them in the back of the packet and put them all in boldface.

THE COURT: I'm fine with that. That will make it easier.

MR. WU: Yeah, I think that would work for us as well.

MS. DESCALZO: That's kind of how --

THE COURT: And it sounds like you pretty much already have that.

MS. DESCALZO: Yes, I do, Your Honor, but it didn't seem to comply with your order, which is why I --

THE COURT: No, and I'm sitting here thinking my order I have is standard, but then I remembered the original trial order isn't mine, and that would have been the trial order that had the issue with jury instructions. I think I

just gave deadlines from there is what I did.

MR. PEREZ: Your Honor, the only other request I would have with the instruction is that the style of the case refers to my client as "the general," which if Ms. Descalzo can eliminate that. The style of the case refers to Mr. Intriago as, quote/unquote, "the general."

THE COURT: The Government conceded that, so we'll fix that. I mean, we've still got, I think, a couple of rounds to go on jury instruction, so we've got time on that.

All right. The Government yesterday filed -- I don't know if the defense saw it -- either filed it late last night or this morning -- I can't recall --

MR. MCLAUGHLIN: It was this morning, Judge.

THE COURT: You know, the time just kind of blends together. At any rate, requesting that defense make certain disclosures about its lay witnesses. I'm not going to force you to take it up now. It's not even 9 o'clock, and you may not have seen it, but that's something I wouldn't mind taking up at 2 o'clock, at least if you're going to respond to it, when you're going to respond it. Let's get a handle on that today at 2:00.

I think I have a 2:30 meeting, so I don't have a ton of time, and I have a sentencing this afternoon, but we can handle it at the end of the day. Again, just let me know when you want to address it and how you're going to address it.

MR. MCLAUGHLIN: And just so the Court is aware, the Government has two forthcoming motions to preclude two more of their experts. We're working on drafts now. We plan to file them today, hopefully.

THE COURT: Right.

Mr. do Campo, on Dr. Lew, when do you think she'll have some kind of report ready? I'm trying to figure out when we're going to do the Daubert on that.

MR. DO CAMPO: She's working on that. She started working on it last night, and hopefully she'll have it in a day or two.

THE COURT: All right. I'm just trying to figure out when we'll squeeze her in. My general sense of it, even from the Government's motion, is that she'll be allowed to testify to something. I mean, there are things within her expertise that she's probably going to be allowed to testify to, but what those parameters are are going to be important, and I think they're going to be subject to some hearing outside the presence of the jury. I'm just trying to figure that out.

MR. DO CAMPO: Okay. I'll get it to you as soon as I can.

THE COURT: No, I know. I'm just trying to, again, just figure out the schedule and my own schedule because this Thursday you guys are taking that depo, in any event, and I have a commitment I can't change on Thursday. So maybe

it's -- I think Tuesday is too close.

I think we might have to do it maybe Friday. But if we're going to be doing it after 4:30, I mean, I have to make sure the court staff is available and the marshals are available and all that. So we'll keep working on it.

All right. Do we have the jury?

A COURT SECURITY OFFICER: Let me check.

(Pause in the proceedings.)

THE COURT: The jury's here.

(Jury entered at 9:15 AM.)

THE COURT: Mr. Wu, we can continue with the playing of the deposition.

MR. WU: Thank you, Your Honor.

(Continued playing the Videotaped Deposition of Jean Roger Noelcius.)

MR. WU: Your Honor, I'm trying to be conscious about the time. I think there's probably about five minutes left in this particular exam before a breakpoint, but it's also 10:45, so it might be a good time to give the jury a break.

THE COURT: How much left until it's over? Because I think we're still pretty close to that.

MR. WU: It's about half an hour -- slightly more than half an hour.

THE COURT: So why don't we just take a 15-minute break. We'll come back, and then we'll do the half hour.

(Jury exited at 10:45 AM.)

THE COURT: One of the things I was thinking -- we have to talk about this at the end of the day -- is I could tell the jury today that the Government may close as early as Friday or maybe Monday, but the Government is wrapping up its case, that there may or may not be a defense case. I don't want to highlight that there will be, but there may or may not be. No defendant is required to put on a case. But if the defendants put on a case, the Government can put on a rebuttal.

We don't expect that if all of that happens that we're talking about the trial lasting no more than another week or so. Right? And that then, of course, they would be deliberating and that it probably is something they might want to consider is to go to full days, you know, starting next week. They don't have to go to full days next week. They can wait until deliberations begin to go to full days.

I think we might as well just put it out there because it's going to be very difficult to time exactly when closings are, exactly when they're starting to deliberate. And they've mentioned child care issues before when I've tried to go long, so I'm thinking of just something like that, sort of saying, would you like to start going to full days next week even though you'll still be hearing testimony, and putting just that out there.

So think about it. Talk about it amongst yourselves. Talk about it at lunch. At the end of the day, I want to address it because I want to be able to tell them that tomorrow so that they can go back to their families, figure out their schedules, and we have some answer for them -- from them by the end of the week. Okay?

All right. Take your break.

(Recess from 10:48 AM to 11:19 AM.)

THE COURT: Bring the jury in.

(Jury entered at 11:19 AM.)

THE COURT: Mr. Wu, please continue.

MR. WU: Thank you, Your Honor.

(Continued playing the Videotaped Deposition of Jean Roger Noelcius.)

THE COURT: All right. Thank you very much.

Will the Government call its next witness.

MR. WU: Yes, Your Honor. The Government calls FBI Special Agent George Nunez.

THE COURTROOM DEPUTY: Please raise your right hand.

(Government witness, GEORGE I. NUNEZ, duly sworn.)

THE COURTROOM DEPUTY: Please state your name and spell it for the record.

THE WITNESS: George I. Nunez, G-E-O-R-G-E, last name N-U-N-E-Z.

DIRECT EXAMINATION

BY MR. WU:
Q. Good morning, Agent Nunez.
A. Good morning.
Q. Could you tell us, after high school what's the first job that you held?
A. I was in the US Army, enlisted.
Q. How long did you serve in the Army?
A. I served four years.
Q. And what did you do after leaving the Army?
A. After I left the Army, I attended university, graduated University of Miami. While I was in school, I also worked part-time for Broward County Sheriff's Office as a 9-1-1 dispatcher.
Q. All right. And you are an FBI special agent. When did you join the FBI?
A. June of 2006.
Q. And what is the current squad that you are assigned to?
A. I'm on the transnational organized crimes squad, which investigates primarily criminal organizations in the Western Hemisphere, Latin America.
Q. And were you on the same squad in 2021?
A. I was.
Q. And when you said it investigates transnational organizations, what types of crimes in particular do those transnational organizations commit?

A. Primarily narcotics trafficking, cartels, as such.
Q. And what, if any, training have you done as an FBI agent regarding working with confidential human sources or confidential informants?
A. Well, I attended a basic human intelligence course, and then I attended an advanced human intelligence course. The first was two weeks. The second was approximately six weeks long.
Q. Are you familiar with an individual named Arcangel Pretel Ortiz?
A. I am.
Q. Can you identify him in the courtroom?
A. I can, yes.
Q. And could you describe him by a piece of clothing that he's wearing?
A. Yes, sir. A gray suit with a blue shirt and blue tie.
MR. WU: Let the record reflect that Agent Nunez has identified Defendant Ortiz.
BY MR. WU:
Q. How do you know Defendant Ortiz?
A. I was assigned to him as his primary handler.
Q. And when you say "primary handler," what role was Defendant Ortiz playing in that relationship?
A. He was a confidential human source for the FBI.
Q. How long did Defendant Ortiz work was a confidential human

source with you?
A. With me, I was assigned to him August 6 of 2020, and up until somewhere around July of 2021.
Q. All right. Let's talk a little bit more about confidential human sources.
What is a confidential human source or informant?
A. Basically someone who primarily assists the FBI in obtaining evidence or intelligence, is tasked to obtain information or tasked to obtain evidence for the FBI.
Q. How many confidential human sources have you handled in your career?
A. Over ten.
Q. Does the Government or the FBI issue policies or guidelines that govern how to work with confidential sources?
A. They do.
Q. And how often do you review those policies or manuals, those guidelines?
A. At minimum, once a year every year.
Q. Speaking now about Defendant Ortiz again, were you the agent who activated Defendant Ortiz as a confidential human source?
A. I was not, not initially.
Q. How long had he been a confidential human source for the FBI?
A. He was opened in approximately March of 2010.

Q. Speaking again about sources a little more generally, what role can confidential human sources play in investigations?
A. Multiple roles. They can go and basically have meets with target subjects. They record some of those conversations whether telephonically or personal conversations. They can conduct the purchase of evidence under the guise of them committing a criminal activity.
Q. And you mentioned that you served as Ortiz's handler.
How many handlers are assigned to each source?
A. Well, there's usually a primary handler, and there could be numerous co-case handlers, in other words, assisting handlers.
Q. When you were Ortiz's handler starting in 2020, did he have any other handler at the FBI?
A. He had numerous other handlers.
Q. Can you name one of them that you worked with frequently?
A. Primarily, the one I worked with frequently was Task Force Officer Daniel Gonzalez.
Q. When did you have your first meeting with Ortiz, approximately?
A. So I first met him approximately September of 2020. He was in the middle of an operation.
Q. What did you discuss with him at that first meeting?
A. Well, it was first -- it was just an initial meet-and-greet. We really didn't discuss much. We met again

in October, and it wasn't until toward the end of October, beginning of November we actually had a sit-down. And when we had our first sit-down, basically I just kind of went over what my role was, and explicitly I just asked him to just be honest and always tell the truth.

Q. Does a handler, like you, a primary handler, explain the limit on a confidential source's work with each confidential source?

A. Yes, we do.

Q. How do you do that?

A. So we go over the attorney general guidelines, basically explain to them step by step what his limitations are, what he's allowed to do, what he's not allowed to do.

MR. WU: And at this time, Your Honor, I believe I have an agreement with the defense to admit Government's Exhibits 1E1 through 1E6.

MR. HOWARD: That's correct.

THE COURT: 1E1 through 1E6 is admitted into evidence without objection.

MR. WU: Thank you, Your Honor.

(Government Exhibits 1E1 through 1E6 were received in evidence.)

MR. WU: Permission to publish?

THE COURT: You may.

BY MR. WU:

Q. Agent Nunez, I'm showing you what just got admitted into evidence as Government's Exhibit 1E1, in particular page 3.

Do you recognize this type of document?

A. I do.

Q. What is it?

A. It's the CHS admonishments that are provided to a CHS every year. Minimum, at least once a year.

Q. And when you say "admonishments," what are admonishments?

A. Basically they're guidelines that are provided to a CHS as far as, again, what he's allowed to do or what he or she is allowed to do and what they're not allowed to do.

Q. What's the date of this particular document?

A. March 18, 2021.

Q. And who was the agent who provided these admonishments?

A. That was me.

Q. And who did you provide these admonishments to?

A. To Mr. Pretel Ortiz.

Q. All right. Now, looking through the document here, in the first section that's entitled admonishments, could you please read the third item there?

A. So Admonishment No. 3: "The CHS must provide truthful information to the FBI."

Q. And could you also read the second one in that list?

A. Admonishment No. 2: "The CHS must abide by the admonishments of the FBI and must not take or seek to take any

independent actions on behalf of the United States Government."

Q. And could you explain in your own words, what does that prohibition on independent action mean?

A. In other words, the CHS just can't go out and conduct his own activity, criminal activity without the guidance or the permission of the FBI.

Q. Now, I see there's something called "admonishments" here and then a next section called "additional admonishments."

What's the difference between the first and second sets?

A. Well, the first sets are the basic four. The additional admonishments is sometimes situationally dependent. So there may or may not be situations where these may or may not apply.

Q. How do I figure out which ones were given to Ortiz when you met with him in March of 2021?

A. Well, the first four are always given. The additional admonishments, you would check off whether -- with a yes or a no if those were given.

Q. So focusing you in there on No. 2 and No. 3 under additional admonishments, did you provide these additional admonishments to Ortiz in March of 2021?

A. Yes.

Q. Could you read the second one, No. 2?

A. No. 2 states: "The CHS is not authorized to engage in any

criminal activity and has no immunity from prosecution for any unauthorized criminal activity."

Q. And can you read the final one, the No. 3?

A. No. 3: "The CHS is not an employee of the US Government and may not represent himself or herself as such."

Q. Moving on to page 4 of the exhibit, which is page 2 of the admonishments.

Did you give this Admonishment No. 4 to Ortiz in March of 2021?

A. I did.

Q. What does that say?

A. No. 4 states: "The CHS may not enter into any contract or incur any obligation on behalf of the United States Government, except as specifically instructed or approved by the FBI."

Q. Now, I think you testified that you -- how often do you give these to a CHS when you're working with them?

A. Primarily once a year.

Q. Why is that so important to give them -- remind them every year?

A. Well, it just reminds me of -- reminds them of the guidelines. It's kind of a reminder of what, again, they're allowed to do and what they're not allowed to do, and it's also documented that these guidelines were provided to the CHS.

Q. Now, you've testified earlier that Ortiz had been a confidential source since 2010.

Do the rest of the pages of this exhibit -- we won't go through them all, but do the rest of them record his earlier admonishments going all the way back to 2010?

A. I'm sorry?

Q. Do the rest of the pages of this Exhibit 1E1 record all of the earlier admonishments given to Ortiz going back to 2010?

A. Yes. Basically they're all the same.

Q. Earlier you mentioned that confidential sources sometimes get permission from the FBI to commit criminal activity.

Could you explain that process for the jury and why you would allow that to happen?

A. Yeah, so often we ask sources, CHSes, to conduct activity that would normally be criminal if they didn't have permission to do that. So we document this and give them permission to do certain things that would be considered criminal, such as communicate or conspire with someone to conduct a criminal activity, to purchase, for example, illegal narcotics.

And so we give -- we document this, and we give them permission to do these specific activities for us for a specific length of time, which is 90 days, generally 90 days or less.

Q. Can a confidential source ever commit criminal activity without your express written approval?

A. No, sir.
Q. And are there specific crimes that a confidential source could never be authorized to commit under FBI policy?
A. That is correct, such as kidnapping, murder. Those are the type of crimes that they're not allowed to commit.
Q. So in other words, could you ever authorize a confidential source to commit any sort of crime of violence?
A. No, we're not authorized to allow a source to commit any type of violence.
Q. How about in foreign countries? Do different rules apply if someone's in a foreign country?
A. No, no different rules apply.
Q. Now let's talk about Ortiz specifically.
Did Defendant Ortiz ever receive permission to engage in any specific form of authorized criminal activity under the supervision of the FBI?
A. He was.
Q. I'm now showing you what's been admitted into evidence as Government's 1E2.
Do you recognize that document?
A. I do.
Q. What is it?
A. This is the otherwise illegal activity admonishments, OIA.
Q. And what's the purpose of creating this type of document?
A. Again, it's to document the fact that the CHS was given

permission for a specific time frame to commit specific types of otherwise illegal activities.

Q. What is the date range of this particular authorization?

A. Date range would be October 1st of 2020 to December 30th of 2020.

Q. And could you read the first line of paragraph No. 1 here?

A. Paragraph 1 states: "The CHS is authorized to engage in the illegal activity as set forth in the written or oral authorization and not in any other illegal activity."

Q. We've already looked at the time frame of this particular authorization. Could you also read the third paragraph?

A. The third paragraph states: "If the CHS is asked by any person to participate in any unauthorized illegal activity or if he/she learns of plans to engage in such activity, he/she must immediately report the matter to his/her case or co-case agent."

Q. What's the warning that you give CHSes or confidential sources in that fourth paragraph there?

A. 4 states: "Participation in any prohibited conduct or unauthorized illegal activity could subject the CHS to criminal prosecution."

Q. And then finally, could you read what a CHS, a source, may never do?

A. "Under no circumstances may the CHS, (A), participate in an act of violence, except in self-defense."

Q. By the way, the name listed here under the CHS name is "Fantana."

Who is Fantana?

A. That is the -- basically the code name for Mr. Pretel Ortiz.

Q. And now, this authorization dates from October 2020 and ended on December 30th, 2020.

Did Ortiz receive any other authorizations to commit illegal activity after December 30th of 2020?

A. No, sir, not as far as I know.

MR. WU: Your Honor, I see it's right around noontime. Should we take our lunch break?

THE COURT: We're going to go ahead and take our lunch break. Remember it's a 30-minute lunch break today because we have a short day.

(Jury exited at 12:02 PM.)

THE COURT: This is about an hour witness, Mr. Wu? You have about another 30 minutes?

MR. WU: Exactly, about 30 to 40 minutes.

THE COURT: I assume it's only Defendant Ortiz that is going to cross the agent?

MR. DRAY: No, Your Honor. We will have a cross.

THE COURT: You're all going to cross?

MR. DRAY: Patrick Dray, for the record, on behalf of Mr. Solages.

THE COURT: Mr. do Campo, Mr. Howard, how long do you expect his cross-examination to be today?

MR. HOWARD: Your Honor, I would expect it to be in the neighborhood of about 45 minutes.

THE COURT: Sorry, we're having trouble hearing you. 45 minutes, you said?

MR. HOWARD: Approximately.

THE COURT: So we're unlikely to finish with him today. I know it's a short break. Come back five minutes early and let me know if I can tell the jury to start making arrangements, see when they can start doing full days. All right?

(Lunch recess from 12:04 PM.)

(See Afternoon Session for continuation.)

CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcription of the record of proceedings in the above-entitled matter prepared from my stenotype notes.

DATE: 30th of June, 2026

*<u>/s/Lance W. Steinbeisser</u>*
LANCE W. STEINBEISSER, FCRR, RPR, FPR-C
Official Court Reporter
United States District Court
Southern District of Florida
Miami, Florida

## /

**/s/Lance** [1] - 26:19

## 1

**1** [3] - 1:7, 24:6, 24:7
**10:45** [2] - 11:18, 12:1
**10:48** [1] - 13:8
**11:19** [2] - 13:8, 13:10
**12:02** [1] - 25:16
**12:04** [2] - 1:6, 26:13
**13** [1] - 3:4
**15-minute** [1] - 11:24
**18** [2] - 3:9, 19:13
**1E1** [6] - 3:9, 18:16, 18:18, 18:21, 19:2, 22:7
**1E2** [1] - 23:19
**1E6** [4] - 3:9, 18:16, 18:18, 18:21
**1st** [1] - 24:4

## 2

**2** [6] - 9:19, 19:24, 20:20, 20:24, 20:25, 21:6
**2006** [1] - 14:16
**2010** [4] - 16:25, 22:2, 22:5, 22:8
**2020** [8] - 16:2, 17:13, 17:21, 24:4, 24:5, 25:6, 25:7, 25:9
**2021** [6] - 14:21, 16:3, 19:13, 20:16, 20:22, 21:9
**2026** [2] - 1:5, 26:18
**21** [1] - 1:5
**22-cr-20104-Becerra** [1] - 4:5
**22-cr-20104-JB** [1] - 1:2
**26** [2] - 1:7, 3:5
**29** [1] - 1:5
**2:00** [1] - 9:21
**2:30** [1] - 9:22

## 3

**3** [5] - 19:2, 19:21, 20:20, 21:3, 21:4
**30** [2] - 25:18, 25:19
**30-minute** [1] - 25:14
**305.523.5633** [1] - 1:19
**30th** [4] - 24:4, 25:7, 25:9, 26:18
**33128** [1] - 1:19

## 4

**4** [4] - 21:6, 21:8, 21:12, 24:19
**40** [1] - 25:19
**400** [1] - 1:18
**45** [2] - 26:4, 26:6
**4:30** [1] - 11:3

## 6

**6** [1] - 16:2

## 9

**9** [1] - 9:17
**9-1-1** [1] - 14:12
**90** [2] - 22:22
**9:02** [1] - 1:6
**9:15** [1] - 11:10

## A

**abide** [1] - 19:24
**able** [1] - 13:3
**above-entitled** [1] - 26:17
**act** [1] - 24:25
**action** [1] - 20:4
**actions** [1] - 20:1
**activated** [1] - 16:20
**activities** [2] - 22:21, 24:2
**activity** [17] - 17:7, 20:6, 21:1, 21:2, 22:11, 22:14, 22:19, 22:24, 23:15, 23:23, 24:8, 24:9, 24:13, 24:14, 24:20, 25:9
**added** [1] - 6:3
**additional** [5] - 20:9, 20:12, 20:17, 20:21
**address** [3] - 9:25, 13:3
**admit** [1] - 18:15
**ADMITTED** [1] - 3:8
**admitted** [3] - 18:18, 19:1, 23:18
**Admonishment** [3] - 19:21, 19:24, 21:8
**admonishments** [17] - 19:6, 19:8, 19:14, 19:16, 19:19, 19:25, 20:8, 20:9, 20:13, 20:18, 20:21, 20:22, 21:7, 22:5, 22:8, 23:23
**advanced** [1] - 15:6
**afternoon** [1] - 9:23
**Afternoon** [1] - 26:14
**agent** [8] - 4:11, 14:14, 15:2, 16:20, 19:1, 19:14, 24:16, 25:21
**Agent** [4] - 4:11, 13:18, 14:2, 15:17
**agreed** [1] - 6:5
**agreement** [1] - 18:15
**ahead** [1] - 25:13
**aided** [1] - 1:22
**al** [1] - 1:6
**allow** [2] - 22:13, 23:8
**allowed** [10] - 10:14, 10:16, 18:13, 19:10, 19:11, 21:23, 23:5
**Aloe** [1] - 2:19
**ALTANESE** [1] - 2:5
**Altanese** [1] - 4:11
**AM** [6] - 1:6, 11:10, 12:1, 13:8, 13:10
**America** [2] - 4:3, 14:20
**AMERICA** [1] - 1:4
**ANDREW** [1] - 2:4
**Andrew** [1] - 4:10
**announce** [1] - 4:6
**answer** [1] - 13:5
**Antonio** [1] - 4:3
**apologize** [2] - 7:5, 8:1
**appearance** [1] - 4:6
**APPEARANCES** [1] - 2:1
**apply** [3] - 20:14, 23:10, 23:12
**approval** [1] - 22:25
**approved** [1] - 21:14
**April** [1] - 1:5
**Arcangel** [3] - 4:3, 4:15, 15:9
**ARCANGEL** [1] - 1:6
**Army** [4] - 14:6, 14:7, 14:9, 14:10
**arrangements** [1] - 26:11
**assigned** [4] - 14:17, 15:21, 16:2, 17:9
**assisting** [1] - 17:11
**assists** [1] - 16:7
**Associates** [1] - 2:13
**assume** [1] - 25:20
**attended** [3] - 14:10, 15:5, 15:6
**attorney** [3] - 2:4, 4:10, 18:11
**Attorney's** [1] - 2:5
**August** [1] - 16:2
**AUSA** [5] - 2:3, 2:4, 2:5, 4:10, 4:12
**authorization** [4] - 24:3, 24:9, 24:11, 25:6
**authorizations** [1] - 25:8
**authorize** [1] - 23:6
**authorized** [5] - 20:25, 23:3, 23:8, 23:15, 24:7
**available** [2] - 11:4, 11:5
**Avenue** [1] - 1:18
**aware** [1] - 10:1

## B

**Barzee** [1] - 2:15
**basic** [2] - 15:5, 20:12
**BECERRA** [1] - 1:11
**BEFORE** [1] - 1:11
**begin** [1] - 12:17
**beginning** [1] - 18:2
**BEHALF** [4] - 2:7, 2:12, 2:16, 2:21
**behalf** [8] - 4:9, 4:14, 4:18, 4:21, 4:24, 20:1, 21:13, 25:24
**below** [1] - 5:17
**BETH** [1] - 2:19
**better** [1] - 6:15
**between** [2] - 4:22, 20:10
**bit** [1] - 16:4
**blends** [1] - 9:14
**blue** [2] - 15:16
**bold** [1] - 6:7
**boldface** [3] - 6:18, 8:8, 8:12
**bottom** [1] - 8:10
**break** [7] - 11:19, 11:25, 13:7, 25:12, 25:14, 26:9
**breakpoint** [1] - 11:18
**BRIGGS** [1] - 2:4
**Briggs** [1] - 4:10
**bring** [1] - 13:9
**Broward** [1] - 14:12
**BY** [3] - 14:1, 15:19, 18:25

## C

**CAMPO** [4] - 2:8, 4:13, 10:9, 10:20
**Campo** [4] - 2:9, 4:14, 10:6, 26:1
**care** [1] - 12:21
**career** [1] - 16:11
**cartels** [1] - 15:1
**case** [13] - 4:2, 4:11, 6:19, 7:21, 9:3, 9:5, 12:6, 12:8, 12:9, 17:11, 24:15
**CASE** [1] - 1:2
**Case** [1] - 4:5
**cases** [1] - 5:25
**certain** [2] - 9:15, 22:17
**CERTIFICATE** [1] - 26:15
**Certificate** [1] - 3:5
**Certified** [1] - 1:17
**certify** [1] - 26:16
**challenged** [1] - 5:6
**challenging** [1] - 5:13
**change** [1] - 10:25
**changed** [1] - 8:7
**changing** [1] - 7:19
**charge** [2] - 6:22, 6:24
**check** [2] - 11:7, 20:18
**child** [1] - 12:21
**CHS** [18] - 19:6, 19:9, 19:21, 19:24, 20:5, 20:25, 21:4, 21:12, 21:17, 21:25, 23:25, 24:7, 24:12, 24:20, 24:22, 24:24, 25:1
**CHSes** [2] - 22:14, 24:17
**circumstances** [1] - 24:24
**client** [1] - 9:4
**close** [3] - 11:1, 11:21, 12:4
**closings** [1] - 12:20
**clothing** [1] - 15:14
**co** [2] - 17:11, 24:15
**co-case** [2] - 17:11, 24:15
**code** [1] - 25:4

**commit** [9] - 14:25, 22:11, 22:24, 23:3, 23:5, 23:7, 23:8, 24:1, 25:8
**commitment** [1] - 10:25
**committing** [1] - 17:7
**communicate** [1] - 22:18
**comply** [1] - 8:21
**computer** [1] - 1:22
**computer-aided** [1] - 1:22
**conceded** [1] - 9:7
**conduct** [5] - 17:6, 20:5, 22:14, 22:18, 24:19
**conference** [2] - 6:22, 6:24
**conferred** [1] - 7:14
**confidential** [19] - 15:3, 15:4, 15:24, 15:25, 16:5, 16:6, 16:10, 16:14, 16:20, 16:23, 17:2, 18:7, 22:2, 22:10, 22:24, 23:2, 23:6, 24:17
**confusing** [3] - 6:13, 6:16, 6:20
**confusion** [1] - 7:6
**conscious** [1] - 11:16
**consider** [1] - 12:15
**considered** [1] - 22:17
**conspire** [1] - 22:18
**continuation** [1] - 26:14
**continue** [2] - 11:11, 13:11
**Continued** [2] - 11:14, 13:13
**contract** [1] - 21:12
**conversations** [2] - 17:4, 17:5
**correct** [3] - 18:17, 23:4, 26:16
**counsel** [4] - 4:6, 4:10, 4:19, 4:22
**countries** [1] - 23:10
**country** [1] - 23:11
**County** [1] - 14:12
**couple** [1] - 9:8
**course** [3] - 12:13, 15:5, 15:6
**court** [3] - 4:16, 4:25, 11:4
**COURT** [35] - 1:1, 5:1, 5:19, 6:4, 6:16, 7:11, 7:17, 7:23, 8:2, 8:13, 8:18, 8:22, 9:7, 9:14, 10:5, 10:12, 10:22, 11:7, 11:9, 11:11, 11:20, 11:24, 12:2, 13:9, 13:11, 13:15, 18:18, 18:24, 25:13, 25:17, 25:20, 25:23, 26:1, 26:5, 26:8
**Court** [6] - 1:18, 4:1, 4:15, 10:1, 26:20, 26:21
**courtroom** [1] - 15:12
**COURTROOM** [3] - 4:2, 13:19, 13:21
**creating** [1] - 23:24
**crime** [1] - 23:7
**crimes** [4] - 14:18, 14:24, 23:2, 23:5
**criminal** [12] - 14:19, 17:7, 20:6, 21:1, 21:2, 22:11, 22:15, 22:17, 22:18, 22:24, 23:15, 24:21
**cross** [4] - 25:21, 25:22, 25:23, 26:2
**cross-examination** [1] - 26:2
**current** [1] - 14:17

**D**

**Daniel** [1] - 17:18
**DANIELA** [1] - 2:8
**Daniela** [1] - 4:14
**date** [3] - 19:12, 24:3, 24:4
**DATE** [1] - 26:18
**dates** [3] - 7:8, 7:19, 25:6
**Daubert** [1] - 10:8
**DAVID** [1] - 2:10
**David** [2] - 2:10, 4:14
**days** [9] - 6:11, 6:24, 12:15, 12:16, 12:17, 12:23, 22:22, 26:11
**deadlines** [1] - 9:1
**December** [3] - 24:4, 25:7, 25:9
**Defendant** [8] - 15:18, 15:20, 15:23, 15:25, 16:19, 16:20, 23:14, 25:20
**DEFENDANT** [4] - 2:7, 2:12, 2:16, 2:21
**defendant** [1] - 12:8
**Defendants** [1] - 1:7
**defendants** [1] - 12:9
**defense** [8] - 5:3, 6:7, 7:12, 9:11, 9:15, 12:6, 18:15, 24:25
**deliberate** [2] - 8:9, 12:20
**deliberating** [1] - 12:14
**deliberations** [1] - 12:17
**dependent** [1] - 20:13
**depo** [1] - 10:24
**deposition** [1] - 11:12
**Deposition** [2] - 11:14, 13:13
**DEPUTY** [3] - 4:2, 13:19, 13:21
**DESCALZO** [7] - 2:17, 5:15, 5:20, 6:12, 8:4, 8:17, 8:20
**Descalzo** [3] - 2:18, 4:21, 9:4
**describe** [1] - 15:14
**difference** [3] - 6:19, 6:23, 20:10
**differences** [1] - 6:25
**different** [3] - 5:9, 23:10, 23:12
**difficult** [1] - 12:19
**DIRECT** [1] - 13:25
**Direct** [1] - 3:4
**direction** [1] - 7:9
**disclosures** [1] - 9:16
**discovery** [1] - 7:8
**discuss** [2] - 17:23, 17:25
**dispatcher** [1] - 14:13
**DISTRICT** [3] - 1:1, 1:1, 1:12
**District** [3] - 1:18, 26:21, 26:21
**DIVISION** [1] - 1:2
**DO** [4] - 2:8, 4:13, 10:9, 10:20
**document** [8] - 19:3, 19:12, 19:18, 22:16, 22:20, 23:20, 23:24, 23:25
**documented** [1] - 21:24
**DOJ** [2] - 2:4, 4:10
**done** [2] - 5:16, 15:2
**down** [2] - 18:2, 18:3
**Dr** [1] - 10:6
**drafts** [1] - 10:3
**DRAY** [3] - 2:23, 25:22, 25:24
**Dray** [3] - 2:24, 4:24, 25:24
**dug** [1] - 8:3
**duly** [1] - 13:20

**E**

**early** [2] - 12:4, 26:10
**easier** [1] - 8:14
**easy** [1] - 5:12
**either** [1] - 9:11
**eliminate** [1] - 9:5
**EMMANUEL** [1] - 2:13
**Emmanuel** [2] - 2:13, 4:17
**employee** [1] - 21:4
**end** [5] - 9:24, 12:3, 13:2, 13:6, 18:1
**ended** [1] - 25:7
**engage** [4] - 20:25, 23:14, 24:7, 24:14
**enlisted** [1] - 14:6
**enter** [1] - 21:12
**entered** [2] - 11:10, 13:10
**entitled** [2] - 19:19, 26:17
**ESQ** [9] - 2:8, 2:8, 2:10, 2:13, 2:14, 2:17, 2:19, 2:22, 2:23
**essentially** [1] - 5:25
**et** [1] - 1:6
**event** [1] - 10:24
**evidence** [7] - 16:8, 16:9, 17:6, 18:18, 18:22, 19:2, 23:18
**exactly** [3] - 12:19, 12:20, 25:19
**exam** [1] - 11:18
**Examination** [1] - 3:4
**examination** [1] - 26:2
**EXAMINATION** [1] - 13:25
**example** [2] - 8:8, 22:19
**except** [2] - 21:14, 24:25
**Exhibit** [2] - 19:2, 22:7
**exhibit** [2] - 21:6, 22:3
**EXHIBITS** [1] - 3:7
**Exhibits** [2] - 18:16, 18:21
**exited** [2] - 12:1, 25:16
**expect** [3] - 12:11, 26:2, 26:3
**expertise** [1] - 10:15
**experts** [1] - 10:3
**explain** [4] - 18:6, 18:12, 20:3, 22:12
**explicitly** [1] - 18:4
**express** [1] - 22:25

**F**

**fact** [1] - 23:25
**fairness** [1] - 7:14
**familiar** [1] - 15:9
**families** [1] - 13:4
**Fantana** [2] - 25:2, 25:3
**far** [2] - 19:10, 25:10
**FBI** [18] - 4:11, 13:17, 14:14, 14:15, 15:2, 15:24, 16:7, 16:9, 16:13, 16:24, 17:14, 19:22, 19:25, 20:7, 21:15, 22:11, 23:3, 23:16
**FCRR** [2] - 1:17, 26:20
**February** [1] - 7:16
**Federal** [1] - 1:17
**figure** [9] - 6:10, 6:11, 8:2, 10:7, 10:12, 10:19, 10:23, 13:4, 20:15
**file** [2] - 6:14, 10:3
**filed** [10] - 5:3, 5:4, 5:8, 7:2, 7:7, 7:11, 7:16, 7:17, 9:10, 9:11
**final** [1] - 21:3
**finally** [1] - 24:22
**fine** [1] - 8:13
**finish** [1] - 26:8
**first** [13] - 7:20, 14:4, 15:7, 17:19, 17:21, 17:23, 17:24, 18:3, 19:19, 20:10, 20:12, 20:17, 24:6
**five** [2] - 11:17, 26:9
**fix** [2] - 5:23, 9:8
**FLORES** [1] - 2:14
**Flores** [2] - 2:15, 4:18
**FLORIDA** [1] - 1:1
**Florida** [4] - 1:4, 1:19, 26:21, 26:22

**focusing** [1] - 20:20
**font** [1] - 6:6
**FOR** [1] - 2:2
**force** [1] - 9:16
**Force** [1] - 17:17
**foregoing** [1] - 26:16
**foreign** [2] - 23:10, 23:11
**forget** [2] - 6:5, 6:8
**form** [1] - 23:15
**forth** [1] - 24:8
**forthcoming** [1] - 10:2
**four** [3] - 14:8, 20:12, 20:17
**fourth** [1] - 24:18
**FPR** [2] - 1:17, 26:20
**FPR-C** [2] - 1:17, 26:20
**frame** [2] - 24:1, 24:10
**frequently** [2] - 17:16, 17:17
**Friday** [2] - 11:2, 12:5
**FRIEDMAN** [2] - 2:22, 4:23
**Friedman** [2] - 2:22, 4:24
**full** [5] - 12:15, 12:16, 12:17, 12:23, 26:11

**G**

**general** [4] - 9:4, 9:6, 10:13, 18:11
**generally** [2] - 17:1, 22:22
**George** [2] - 13:18, 13:23
**GEORGE** [3] - 3:3, 13:20, 13:23
**given** [5] - 20:15, 20:17, 20:19, 22:8, 23:25
**Gonzalez** [1] - 17:18
**govern** [1] - 16:14
**GOVERNMENT** [2] - 2:2, 3:7
**Government** [16] - 4:7, 5:12, 9:7, 9:10, 10:2, 12:4, 12:5, 12:9, 13:16, 13:17, 13:20, 16:13, 18:21, 20:2, 21:4, 21:14
**Government's** [10] - 5:8, 5:17, 5:23, 6:6, 7:2, 8:7, 10:14, 18:15, 19:2, 23:19
**GOVERNMENT'S** [1] - 3:2
**graduated** [1] - 14:10
**gray** [1] - 15:16
**greet** [1] - 17:25
**guidance** [1] - 20:6
**guidelines** [6] - 16:14, 16:17, 18:11, 19:9, 21:22, 21:24
**guise** [1] - 17:6
**guys** [1] - 10:24

**H**

**half** [3] - 11:22, 11:23, 11:25
**hand** [1] - 13:19
**handle** [3] - 5:16, 9:20, 9:24
**handled** [1] - 16:10
**handler** [8] - 15:21, 15:22, 17:8, 17:10, 17:13, 17:14, 18:6
**handlers** [4] - 17:9, 17:11, 17:12, 17:15
**happy** [1] - 5:6
**he/she** [2] - 24:14
**hearing** [3] - 10:18, 12:24, 26:5
**HECTOR** [1] - 2:14
**Hector** [1] - 4:18
**HELD** [1] - 1:11
**held** [1] - 14:5
**Hemisphere** [1] - 14:20
**herself** [1] - 21:5
**high** [1] - 14:4
**highlight** [1] - 12:7
**himself** [1] - 21:5
**his/her** [1] - 24:15
**hole** [1] - 8:3
**honest** [1] - 18:5
**Honor** [20] - 4:8, 4:13, 4:17, 4:20, 4:23, 5:15, 7:5, 7:25, 8:4, 8:20, 9:2, 11:13, 11:16, 13:12, 13:17, 18:14, 18:20, 25:11, 25:22, 26:3
**HONORABLE** [1] - 1:11
**hopefully** [2] - 10:4, 10:10
**hour** [4] - 11:22, 11:23, 11:25, 25:17
**HOWARD** [4] - 2:10, 18:17, 26:3, 26:7
**Howard** [3] - 2:10, 4:14, 26:1
**human** [11] - 15:3, 15:5, 15:6, 15:24, 15:25, 16:5, 16:6, 16:10, 16:20, 16:23, 17:2

**I**

**identified** [1] - 15:18
**identify** [1] - 15:12
**ignorance** [1] - 8:9
**illegal** [8] - 22:19, 23:23, 24:2, 24:8, 24:9, 24:13, 24:20, 25:9
**immediately** [1] - 24:15
**immunity** [1] - 21:1
**important** [2] - 10:17, 21:19
**incur** [1] - 21:13
**independent** [2] - 20:1, 20:4
**individual** [1] - 15:9
**informant** [1] - 16:6
**informants** [1] - 15:4
**information** [2] - 16:9, 19:22
**initial** [1] - 17:24
**insert** [1] - 5:16
**instructed** [1] - 21:14
**instruction** [5] - 5:11, 5:17, 8:9, 9:3, 9:9
**instructions** [16] - 5:3, 5:6, 5:8, 5:13, 5:23, 6:8, 6:17, 7:3, 7:7, 7:10, 7:16, 8:6, 8:7, 8:8, 8:11, 8:25
**intelligence** [3] - 15:5, 15:6, 16:8
**interpreter** [1] - 4:16
**Intriago** [3] - 4:4, 4:18, 9:6
**INTRIAGO** [1] - 2:12
**investigates** [2] - 14:19, 14:23
**investigations** [1] - 17:2
**issue** [2] - 8:25, 16:13
**issues** [1] - 12:21
**italics** [1] - 6:7
**item** [1] - 19:20

**J**

**JACQUELINE** [1] - 1:11
**James** [2] - 4:4, 4:24
**Jaramillo** [1] - 4:14
**JARAMILLO** [1] - 2:8
**Jason** [1] - 4:12
**JASON** [1] - 2:4
**Jean** [2] - 11:14, 13:13
**job** [1] - 14:4
**join** [1] - 14:15
**JONATHAN** [1] - 2:22
**Jonathan** [2] - 2:22, 4:23
**Judge** [1] - 9:13
**JUDGE** [1] - 1:12
**judge** [1] - 7:21
**July** [1] - 16:3
**June** [2] - 14:16, 26:18
**juror** [1] - 5:2
**Jury** [4] - 11:10, 12:1, 13:10, 25:16
**jury** [14] - 5:3, 5:5, 5:7, 7:7, 7:9, 8:25, 9:9, 10:19, 11:6, 11:19, 12:4, 13:9, 22:12, 26:10
**JURY** [1] - 1:10
**jury's** [1] - 11:9

**K**

**keep** [1] - 11:5
**kidnapping** [1] - 23:4
**kind** [6] - 6:9, 8:17, 9:14, 10:7, 18:3, 21:22
**KUDMAN** [2] - 2:19, 4:20
**Kudman** [2] - 2:19, 4:20

**L**

**laid** [1] - 7:8
**LANCE** [2] - 1:17, 26:20
**language** [1] - 7:24
**last** [4] - 5:4, 9:11, 10:10, 13:23
**lasting** [1] - 12:12
**late** [1] - 9:11
**Latin** [1] - 14:20
**Law** [2] - 2:10, 2:18
**lay** [1] - 9:16
**learns** [1] - 24:14
**least** [3] - 7:2, 9:19, 19:7
**leaving** [1] - 14:9
**left** [3] - 11:17, 11:20, 14:10
**length** [1] - 22:22
**less** [1] - 22:23
**Lew** [1] - 10:6
**limine** [1] - 7:8
**limit** [1] - 18:7
**limitations** [1] - 18:12
**line** [1] - 24:6
**list** [1] - 19:23
**listed** [1] - 25:1
**LLP** [1] - 2:19
**looked** [4] - 5:20, 5:24, 8:5, 24:10
**looking** [2] - 6:13, 19:18
**loss** [1] - 6:10
**Lunch** [1] - 26:13
**lunch** [4] - 13:2, 25:12, 25:14

**M**

**manuals** [1] - 16:16
**March** [5] - 16:25, 19:13, 20:16, 20:22, 21:9
**Marissel** [1] - 4:21
**MARISSEL** [1] - 2:17
**MARKED** [1] - 3:8
**marshals** [1] - 11:4
**Martinez** [1] - 7:19
**matter** [3] - 7:12, 24:15, 26:17
**MCLAUGHLIN** [4] - 2:3, 4:8, 9:13, 10:1
**McLaughlin** [1] - 4:9
**mean** [5] - 6:4, 9:8, 10:15, 11:3, 20:4
**mechanical** [1] - 1:21
**meet** [1] - 17:25
**meet-and-greet** [1] - 17:25
**meeting** [3] - 9:22, 17:19, 17:23
**meets** [1] - 17:3
**mentioned** [3] - 12:21, 17:8, 22:10
**met** [3] - 17:21, 17:25, 20:16
**MIAMI** [1] - 1:2
**Miami** [5] - 1:4, 1:18, 1:19, 14:11, 26:22

**middle** [1] - 17:22
**might** [4] - 11:2, 11:19, 12:14, 12:18
**mind** [1] - 9:18
**mine** [1] - 8:24
**minimum** [2] - 16:18, 19:7
**minutes** [6] - 11:17, 25:18, 25:19, 26:4, 26:6, 26:9
**missed** [1] - 7:6
**missing** [1] - 5:13
**Monday** [1] - 12:5
**morning** [11] - 4:8, 4:13, 4:17, 4:20, 4:23, 5:1, 5:5, 9:12, 9:13, 14:2, 14:3
**Morning** [1] - 1:5
**motion** [1] - 10:14
**motions** [2] - 7:8, 10:2
**moving** [1] - 21:6
**MR** [33] - 4:8, 4:13, 4:17, 4:23, 7:5, 7:14, 7:22, 7:25, 8:15, 9:2, 9:13, 10:1, 10:9, 10:20, 11:13, 11:16, 11:22, 13:12, 13:17, 14:1, 15:17, 15:19, 18:14, 18:17, 18:20, 18:23, 18:25, 25:11, 25:19, 25:22, 25:24, 26:3, 26:7
**MS** [7] - 4:20, 5:15, 5:20, 6:12, 8:4, 8:17, 8:20
**multiple** [1] - 17:3
**murder** [1] - 23:4
**must** [4] - 19:21, 19:24, 19:25, 24:15
**mutual** [1] - 7:15

## N

**N-U-N-E-Z** [1] - 13:24
**name** [6] - 13:21, 13:23, 17:16, 25:1, 25:4
**named** [1] - 15:9
**narcotics** [2] - 15:1, 22:19
**need** [1] - 6:24
**neighborhood** [1] - 26:4
**never** [3] - 5:21, 23:3, 24:23
**new** [2] - 6:3, 8:11
**next** [6] - 4:18, 12:15, 12:16, 12:23, 13:16, 20:9
**night** [3] - 5:4, 9:11, 10:10
**NO** [1] - 1:2
**Noelcius** [2] - 11:15, 13:14
**noontime** [1] - 25:12
**normally** [1] - 22:15
**North** [1] - 1:18
**notations** [1] - 5:5
**notes** [1] - 26:17
**November** [1] - 18:2
**numerous** [2] - 17:11, 17:15
**Nunez** [5] - 13:18, 13:23, 14:2, 15:17, 19:1
**NUNEZ** [2] - 3:3, 13:20

## O

**o'clock** [2] - 9:17, 9:19
**object** [2] - 8:9, 8:10
**objecting** [1] - 5:10
**objection** [1] - 18:19
**obligation** [2] - 7:16, 21:13
**obtain** [2] - 16:8, 16:9
**obtaining** [1] - 16:8
**obviously** [2] - 5:11, 7:20
**October** [4] - 18:1, 24:4, 25:6
**OF** [8] - 1:1, 1:4, 1:10, 2:7, 2:12, 2:16, 2:21, 26:15
**offhand** [1] - 7:1
**Office** [2] - 2:5, 14:12
**OFFICER** [1] - 11:7
**Officer** [1] - 17:18
**Offices** [1] - 2:10
**Official** [1] - 26:20
**often** [3] - 16:16, 21:16, 22:14
**OIA** [1] - 23:23
**ON** [4] - 2:7, 2:12, 2:16, 2:21
**once** [3] - 16:18, 19:7, 21:18
**one** [7] - 7:1, 12:2, 17:16, 17:17, 19:23, 20:24, 21:3
**ones** [2] - 5:9, 20:15
**opened** [1] - 16:25
**operation** [1] - 17:22
**oral** [1] - 24:8
**Order** [1] - 4:1
**order** [11] - 6:17, 7:3, 7:7, 7:18, 7:19, 7:23, 8:5, 8:21, 8:23, 8:24, 8:25
**organizations** [3] - 14:19, 14:24, 14:25
**organized** [1] - 14:18
**original** [2] - 7:18, 8:23
**Orlando** [1] - 4:13
**ORLANDO** [1] - 2:8
**ORTIZ** [2] - 1:6, 2:7
**Ortiz** [21] - 4:3, 4:15, 15:10, 15:18, 15:20, 15:23, 15:25, 16:19, 16:20, 17:19, 19:17, 20:15, 20:22, 21:8, 22:1, 22:8, 23:13, 23:14, 25:5, 25:8, 25:20
**Ortiz's** [2] - 17:8, 17:13
**otherwise** [3] - 5:7, 23:23, 24:2
**outside** [1] - 10:18
**oversight** [2] - 7:22, 7:25
**own** [3] - 10:23, 20:3, 20:6

## P

**P.A** [3] - 2:9, 2:22, 2:24
**packet** [2] - 5:12, 8:12
**PAGE** [1] - 3:2
**page** [3] - 19:2, 21:6
**pages** [3] - 1:7, 22:3, 22:7
**paragraph** [5] - 24:6, 24:7, 24:11, 24:12, 24:18
**parameters** [1] - 10:17
**part** [1] - 14:12
**part-time** [1] - 14:12
**participate** [2] - 24:13, 24:24
**participation** [1] - 24:19
**particular** [6] - 11:18, 14:24, 19:2, 19:12, 24:3, 24:10
**PATRICK** [1] - 2:23
**Patrick** [3] - 2:24, 4:24, 25:24
**pattern** [2] - 5:24, 6:1
**Pause** [1] - 11:8
**Pavletic** [1] - 4:12
**PEREZ** [3] - 2:13, 4:17, 9:2
**Perez** [2] - 2:13, 4:17
**permission** [8] - 18:23, 20:7, 22:11, 22:15, 22:16, 22:21, 23:14, 24:1
**person** [1] - 24:13
**personal** [1] - 17:5
**Phenelus** [1] - 4:11
**PHENELUS** [1] - 2:5
**piece** [1] - 15:14
**plan** [1] - 10:3
**plans** [1] - 24:14
**play** [1] - 17:2
**playing** [4] - 11:11, 11:14, 13:13, 15:23
**PM** [3] - 1:6, 25:16, 26:13
**podium** [1] - 4:12
**policies** [2] - 16:13, 16:16
**policy** [1] - 23:3
**Posner** [1] - 2:19
**preclude** [1] - 10:2
**prepared** [1] - 26:17
**presence** [1] - 10:19
**present** [2] - 4:15, 4:25
**Pretel** [5] - 4:3, 4:15, 15:9, 19:17, 25:4
**PRETEL** [2] - 1:6, 2:7
**pretty** [2] - 8:18, 11:21
**primarily** [5] - 14:19, 15:1, 16:7, 17:17, 21:18
**primary** [4] - 15:21, 15:22, 17:10, 18:6
**problem** [1] - 6:21
**proceedings** [2] - 11:8, 26:17
**Proceedings** [1] - 1:21
**process** [1] - 22:12
**produced** [1] - 1:22
**prohibited** [1] - 24:19
**prohibition** [1] - 20:4
**propose** [1] - 8:6
**proposed** [1] - 5:3
**prosecution** [2] - 21:1, 24:21
**provide** [3] - 19:16, 19:21, 20:21
**provided** [4] - 19:6, 19:9, 19:14, 21:24
**publish** [1] - 18:23
**purchase** [2] - 17:6, 22:19
**purpose** [1] - 23:24
**put** [7] - 8:8, 8:11, 8:12, 12:8, 12:9, 12:18
**putting** [1] - 12:25

## Q

**quote/unquote** [1] - 9:6

## R

**raise** [1] - 13:19
**range** [2] - 24:3, 24:4
**rate** [1] - 9:15
**read** [7] - 19:20, 19:23, 20:24, 21:3, 24:6, 24:11, 24:22
**ready** [1] - 10:7
**really** [1] - 17:25
**Realtime** [1] - 1:17
**rebuttal** [1] - 12:10
**receive** [2] - 23:14, 25:8
**received** [1] - 18:21
**recess** [1] - 26:13
**Recess** [1] - 13:8
**recognize** [2] - 19:3, 23:20
**record** [8] - 4:7, 13:22, 15:17, 17:4, 22:4, 22:7, 25:24, 26:17
**recorded** [1] - 1:21
**refers** [2] - 9:4, 9:5
**reflect** [1] - 15:17
**regarding** [1] - 15:3
**regular** [1] - 6:6
**relationship** [1] - 15:23
**remember** [3] - 6:17, 7:4, 25:14
**remembered** [1] - 8:23
**remind** [1] - 21:19
**reminder** [1] - 21:22
**reminds** [2] - 21:21
**report** [2] - 10:7, 24:15
**Reporter** [2] - 1:17, 26:20
**REPORTER** [1] -

26:15
**Reporter..................
........** [1] - 3:5
**represent** [1] - 21:5
**request** [1] - 9:2
**requesting** [1] - 9:15
**required** [1] - 12:8
**respect** [1] - 6:9
**respond** [2] - 9:19, 9:20
**rest** [3] - 22:3, 22:4, 22:7
**review** [1] - 16:16
**Roger** [2] - 11:15, 13:14
**role** [3] - 15:22, 17:2, 18:4
**roles** [1] - 17:3
**rounds** [1] - 9:9
**RPR** [2] - 1:17, 26:20
**rules** [2] - 23:10, 23:12

## S

**saw** [1] - 9:11
**schedule** [2] - 10:23
**schedules** [1] - 13:5
**school** [2] - 14:4, 14:11
**Sean** [1] - 4:8
**SEAN** [1] - 2:3
**seated** [1] - 5:1
**second** [4] - 15:7, 19:23, 20:10, 20:24
**section** [2] - 19:19, 20:9
**SECURITY** [1] - 11:7
**see** [5] - 6:14, 6:19, 20:8, 25:11, 26:11
**See** [1] - 26:14
**seek** [1] - 19:25
**seem** [1] - 8:21
**self** [1] - 24:25
**self-defense** [1] - 24:25
**sense** [1] - 10:13
**sentencing** [1] - 9:23
**separate** [1] - 6:3
**September** [1] - 17:21
**serve** [1] - 14:7
**served** [2] - 14:8, 17:8
**services** [1] - 4:16
**Session** [2] - 1:5, 26:14
**set** [1] - 24:8
**sets** [2] - 20:11, 20:12
**Sheriff's** [1] - 14:12
**shirt** [1] - 15:16
**short** [2] - 25:15, 26:9
**showing** [2] - 19:1, 23:18
**sit** [2] - 18:2, 18:3
**sit-down** [2] - 18:2, 18:3
**sitting** [2] - 6:22, 8:22
**situationally** [1] - 20:13
**situations** [1] - 20:14
**six** [1] - 15:7
**slightly** [1] - 11:22
**SOLAGES** [1] - 2:21
**Solages** [3] - 4:4, 4:25, 25:25
**someone** [2] - 16:7, 22:18
**sometimes** [2] - 20:13, 22:10
**somewhere** [1] - 16:3
**soon** [1] - 10:20
**Sorry** [1] - 26:5
**sorry** [1] - 22:6
**sort** [2] - 12:22, 23:7
**sounds** [1] - 8:18
**source** [14] - 7:6, 15:24, 16:1, 16:6, 16:21, 16:23, 17:9, 18:8, 22:2, 22:24, 23:2, 23:7, 23:8, 24:22
**source's** [1] - 18:7
**sources** [9] - 15:3, 16:5, 16:10, 16:14, 17:1, 17:2, 22:10, 22:14, 24:18
**Southern** [1] - 26:21
**SOUTHERN** [1] - 1:1
**speaking** [2] - 16:19, 17:1
**Special** [2] - 4:11, 13:18
**special** [1] - 14:14
**specific** [7] - 7:9, 22:21, 22:22, 23:2, 23:15, 24:1
**specifically** [2] - 21:14, 23:13
**spell** [1] - 13:22
**squad** [3] - 14:17, 14:18, 14:21
**squeeze** [1] - 10:13
**staff** [1] - 11:4
**standard** [1] - 8:23
**start** [3] - 12:23, 26:10, 26:11
**started** [1] - 10:9
**starting** [4] - 4:7, 12:15, 12:20, 17:13
**state** [1] - 13:21
**STATES** [3] - 1:1, 1:4, 1:12
**states** [5] - 20:25, 21:12, 24:7, 24:12, 24:19
**States** [7] - 1:18, 2:5, 4:3, 4:9, 20:1, 21:13, 26:21
**Steinbeisser** [1] - 26:19
**STEINBEISSER** [2] - 1:17, 26:20
**stenography** [1] - 1:21
**stenotype** [1] - 26:17
**step** [2] - 18:12
**still** [4] - 5:2, 9:8, 11:21, 12:24
**style** [2] - 9:3, 9:5
**subject** [2] - 10:18, 24:20
**subjects** [1] - 17:4
**submitted** [1] - 5:4
**suit** [1] - 15:16
**supervision** [1] - 23:16
**sworn** [1] - 13:20

## T

**table** [3] - 4:10, 4:19, 4:22
**TAMA** [1] - 2:19
**Tama** [1] - 4:20
**target** [1] - 17:4
**Task** [1] - 17:17
**tasked** [2] - 16:8, 16:9
**telephonically** [1] - 17:5
**ten** [1] - 16:12
**testified** [2] - 21:16, 22:1
**testify** [2] - 10:14, 10:16
**testimony** [1] - 12:24
**THE** [39] - 1:11, 2:2, 4:2, 5:1, 5:19, 6:4, 6:16, 7:11, 7:17, 7:23, 8:2, 8:13, 8:18, 8:22, 9:7, 9:14, 10:5, 10:12, 10:22, 11:9, 11:11, 11:20, 11:24, 12:2, 13:9, 13:11, 13:15, 13:19, 13:21, 13:23, 18:18, 18:24, 25:13, 25:17, 25:20, 25:23, 26:1, 26:5, 26:8
**theirs** [1] - 7:17
**they've** [1] - 12:21
**thinking** [3] - 8:22, 12:2, 12:22
**third** [3] - 19:20, 24:11, 24:12
**Thornton** [1] - 2:9
**three** [2] - 6:11, 6:24
**Thursday** [2] - 10:24, 10:25
**tie** [1] - 15:16
**timely** [1] - 5:8
**today** [6] - 9:21, 10:4, 12:4, 25:14, 26:2, 26:9
**together** [1] - 9:15
**Tom** [1] - 4:11
**tomorrow** [1] - 13:4
**ton** [1] - 9:22
**toward** [1] - 18:1
**Trachten** [1] - 2:19
**trafficking** [1] - 15:1
**training** [1] - 15:2
**transcript** [1] - 1:21
**TRANSCRIPT** [1] - 1:10
**transcription** [2] - 1:22, 26:17
**transnational** [3] - 14:18, 14:23, 14:25
**TRIAL** [1] - 1:10
**trial** [12] - 2:4, 4:10, 6:17, 7:2, 7:7, 7:18, 7:19, 7:23, 8:5, 8:24, 12:12
**tried** [1] - 12:21
**trouble** [1] - 26:5
**truth** [1] - 18:5
**truthful** [1] - 19:21
**trying** [6] - 8:2, 10:7, 10:12, 10:19, 10:22, 11:16
**Tuesday** [1] - 11:1
**two** [5] - 5:7, 10:2, 10:11, 15:7
**type** [4] - 19:3, 23:5, 23:9, 23:24
**typeface** [1] - 6:9
**typefacing** [1] - 7:3
**types** [2] - 14:24, 24:1
**typically** [2] - 6:4, 6:5

## U

**unauthorized** [3] - 21:2, 24:13, 24:20
**under** [6] - 17:6, 20:20, 23:3, 23:15, 24:24, 25:1
**underline** [1] - 6:18
**underlined** [1] - 6:7
**UNITED** [3] - 1:1, 1:4, 1:12
**United** [7] - 1:18, 2:5, 4:2, 4:9, 20:1, 21:13, 26:21
**university** [1] - 14:10
**University** [1] - 14:11
**unlikely** [1] - 26:8
**up** [5] - 5:24, 9:17, 9:19, 12:5, 16:2
**US** [3] - 2:4, 14:6, 21:4
**utilizing** [1] - 4:16

## V

**Veintemilla** [2] - 4:4, 4:21
**VEINTEMILLA** [1] - 2:16
**version** [4] - 5:22, 6:2, 6:12, 7:2
**versus** [1] - 4:3
**Videotaped** [2] - 11:14, 13:13
**violence** [3] - 23:7, 23:9, 24:25
**vs** [1] - 1:5

## W

**wait** [1] - 12:17
**waiting** [1] - 5:2
**Walter** [2] - 4:4, 4:21
**warning** [1] - 24:17
**wearing** [1] - 15:15
**week** [5] - 12:13, 12:16, 12:24, 13:6
**weeks** [2] - 15:7
**Western** [1] - 14:19
**whole** [1] - 8:10
**WITNESS** [2] - 3:2, 13:23
**witness** [3] - 13:16, 13:20, 25:17
**witnesses** [1] - 9:16
**word** [4] - 5:6, 6:23
**word-for-word** [1] - 5:6

**words** [4] - 17:11, 20:3, 20:5, 23:6
**wordsmithing** [2] - 5:13, 5:23
**wrapping** [1] - 12:5
**written** [2] - 22:25, 24:8
**WU** [20] - 2:4, 7:5, 7:14, 7:22, 7:25, 8:15, 11:13, 11:16, 11:22, 13:12, 13:17, 14:1, 15:17, 15:19, 18:14, 18:20, 18:23, 18:25, 25:11, 25:19
**Wu** [5] - 4:12, 7:1, 11:11, 13:11, 25:17
**Wu.....................** [1] - 3:4

**Y**

**year** [6] - 16:18, 19:7, 21:18, 21:20
**years** [1] - 14:8
**yesterday** [1] - 9:10
**yourselves** [1] - 13:1