**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 22-cr-20104**

**United States of America**,

v.

**CHRISTIAN SANON**,

Defendant.
_______________________________/

**ORDER SETTING TRIAL, PRETRIAL SCHEDULE, AND INSTRUCTIONS**

The Court hereby special sets this case for a **Criminal Jury Trial** in Miami, Florida on **Monday, September 28, 2026**.

A Status Conference will be held at **10:00 a.m. on Friday, August 21, 2026.** At the Status Conference, counsel should be prepared to address whether there are any pretrial issues that should be addressed.

It is further **ORDERED** that:

**CALENDAR CALL:** A Calendar Call will be held at **08:30 a.m. on September 15, 2026, at the Wilke D. Ferguson, Jr. Courthouse, 400 N. Miami Avenue, Courtroom 11-4, Miami, Florida 33128.**

**WRITS:** All requests for writs *ad testificandum* must be filed no later than **fourteen days before the first day of the trial period**.

**VOIR DIRE:** Each party must file its proposed *voir dire* questions no later than **the Friday before the Calendar Call**. Although the Court conducts the *voir dire,* the Court will consider the parties' proposed *voir dire* questions. Counsel should note that the Court intends to conduct jury selection in the same fashion it did in the trial of co-defendants Ortiz, Intriago, Veintemilla and Solages.

**JURY INSTRUCTIONS:** No later than **the Friday before the Calendar Call**, the parties shall submit, in Word format, via e-mail to becerra@flsd.uscourts.gov, a single set of proposed jury instructions, including substantive charges and defenses, and a verdict form. The parties shall submit their proposed jury instructions and verdict form *jointly*. When the parties do not agree on a proposed instruction, that instruction shall be set forth in bold type. Instructions proposed only by the Government shall also be underlined. Instructions proposed solely by the defense shall also be italicized. In preparing their requested jury instructions, the parties shall use the Pattern Jury Instructions for Criminal Cases approved by the Eleventh

Circuit, including the instructions to counsel. Counsel should note that the Court intends to model the jury instructions to align with those of the co-defendants unless the evidence in this case requires a change.

**WITNESS AND EXHIBIT LISTS:** No later than the Status Conference set above, counsel shall file lists of proposed witnesses and exhibits. All exhibits must be pre-labeled. Government exhibits shall be designated numerically; defense exhibits will proceed alphabetically.

**DAILY COPY OF TRIAL TRANSCRIPTS:** Any requests for daily copy trial transcripts must be made no later than seven days before the Calendar Call. Those requests must be made by email to Vernita Allen-Williams at vernita_allen-williams@flsd.uscourts.gov.

**TRANSCRIPTS:** If any party seeks to introduce transcript(s) at the trial, that party shall exchange those transcript(s) with all counsel no later than **fourteen days before the Calendar Call**. If a transcript cannot be agreed upon, each party shall be prepared to produce its own version for the trier of fact.

**JENCKS:** The Court presumes that all Jencks materials have been provided pursuant to the previous Trial Order.

**INTERPRETERS:** **Upon receipt of this Order**, counsel for each Defendant shall e-mail the Court's Courtroom Deputy to advise whether that Defendant requires the aid of an interpreter. All parties must notify the Court, at least **five days before any hearings or trial**, if an interpreter is required.

**IN CUSTODY DEFENDANTS:** At least **seven days before the scheduled trial date**, defense counsel must arrange with the Bureau of Prisons to have appropriate clothing for their in-custody clients.

**PROPOSED ORDERS:** Local Rule 7.1(a)(2) requires that certain motions be accompanied by proposed orders, which must be filed as attachments to those motions. Furthermore, pursuant to CM/ECF administrative procedures, proposed orders shall be submitted via e-mail, in Word format, to becerra@flsd.uscourts.gov.

**DONE AND ORDERED** in Miami, Florida on this 29th day July, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**