**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20104-CR-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**CHRISTIAN SANON,**
**a/k/a "Kumbe,"**
**a/k/a "Pumba,"**
**a/k/a "Bubba,"**

**Defendant.**
______________________________/

# GOVERNMENT'S EXHIBIT LIST

The United States submits the following initial exhibit list for the above-captioned trial beginning on September 28, 2026 (DE 1824).

Respectfully submitted,

JASON REDING QUIÑONES
United States Attorney

By: */s Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
(305) 715-7642/7654
Sean.McLaughlin@usdoj.gov

*/s Jason Wu*
Jason Wu
Assistant United States Attorney
Court ID No. A5502299
99 NE 4th Street
Miami, FL 33132
(305) 961-9226
Jason.Wu@usdoj.gov

*/s Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
Altanese.Phenelus@usdoj.gov

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 1A | Arcangel Pretel Ortiz Photo | | | | | |
| 1B | Arcangel Pretel Ortiz Certified FL DAVID | | | | | |
| 1C | Arcangel Pretel Ortiz Certified FL-NJ flight ticket records - Frontier & United Airlines – April 15-17, 2021 | | | | | |
| 1D | Arcangel Pretel Ortiz Certified Colombian Military Records & Translation | | | | | |
| 1E-1 | Arcangel Pretel Ortiz Certified FBI CHS Records – FD 1040a CHS Admonishments (2021-2010) | | | | | |
| 1E-2 | Arcangel Pretel Ortiz Certified FBI CHS Records – OIA Admonishments (2020-2013) | | | | | |
| 1E-3 | Arcangel Pretel Ortiz Certified FBI CHS Records – G325A Biographical Information Form | | | | | |
| 1E-4 | Arcangel Pretel Ortiz Certified FBI CHS Records – FD 1023 Contact Reports (March 2021 – July 2021) | | | | | |
| 1E-5 | Arcangel Pretel Ortiz Certified FBI CHS Records – DHS SPBP Application Form (June 2021) | | | | | |
| 1E-6 | Arcangel Pretel Ortiz Certified FBI CHS Records – FD 1040a Closing Document (July 2021) | | | | | |
| 1F-1 | Arcangel Pretel Ortiz Certified Lack of U.S. Department of State Employment Record | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 1F-2 | Arcangel Pretel Ortiz Certified Lack of U.S. Department of Defense Employment Record | | | | | |
| 1F-3 | Arcangel Pretel Ortiz Certified Lack of FBI Employment Record | | | | | |
| 1F-4 | Arcangel Pretel Ortiz Certified Lack of DEA Employment Record | | | | | |
| 2A | Antonio Intriago Photo | | | | | |
| 2B-1 | Antonio Intriago Certified FL DAVID | | | | | |
| 2B-2 | Antonio Intriago & Arcangel Pretel Ortiz - Certified State of Florida Corporation Records - CTU Federal Academy LLC | | | | | |
| 2B-3 | Antonio Intriago - Certified State of Florida Corporation Records - CTU Security LLC | | | | | |
| 2C-1 | Antonio Intriago Certified U.S.-Haiti flight ticket records – American Airlines - May 25, 2021 | | | | | |
| 2C-2 | Antonio Intriago Certified U.S.-Haiti flight ticket records - American Airlines - June 23-24, 2021 | | | | | |
| 2C-3 | Antonio Intriago Certified FL-TX flight ticket records - American Airlines – June 28, 2021 | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 2C-4 | Antonio Intriago Certified U.S. Haiti flight record – Jet Genius – May 21, 2021 | | | | | |
| 2C-5 | Antonio Intriago-purchased Certified flight ticket records for Frantz Torchon and Pascal St. Clair – American Airlines - May 13, 2021 | | | | | |
| 2D-1 | Antonio Intriago Certified FBI CHS Records – Annual Asset Evaluation (March 2005) | | | | | |
| 2D-2 | Antonio Intriago Certified FBI CHS Records – CHS Admonishments (2009) | | | | | |
| 2D-3 | Antonio Intriago Certified FBI CHS Records – CHS Closing (2009) | | | | | |
| 2E-1 | Antonio Intriago Certified Lack of U.S. Department of State Employment Record | | | | | |
| 2E-2 | Antonio Intriago Certified Lack of U.S. Department of Defense Employment Record | | | | | |
| 2E-3 | Antonio Intriago Certified Lack of FBI Employment Record | | | | | |
| 2E-4 | Antonio Intriago Certified Lack of DEA Employment Record | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 3A | Walter Veintemilla Photo | | | | | |
| 3B-1 | Walter Veintemilla Certified FL DAVID | | | | | |
| 3B-2 | Walter Veintemilla - Certified State of Florida Corporation Records – Worldwide Capital Lending Group Inc. | | | | | |
| 3B-3 | Walter Veintemilla - Certified State of Florida Corporation Records – Worldwide Investment Development Group LLC | | | | | |
| 3B-4 | Walter Veintemilla - Certified State of Florida Corporation Records – Worldwide Mortgage Lending Group Inc. | | | | | |
| 3B-5 | Walter Veintemilla - Certified State of Florida Corporation Records – Worldwide Realty Group Services LLC | | | | | |
| 3B-6 | Walter Veintemilla - Certified State of Florida Corporation Records –Ultimate Insurance Group LLC | | | | | |
| 3B-7 | Walter Veintemilla - Certified State of Florida Corporation Records –Ultimate Insurance Group I LLC | | | | | |
| 3C-1 | Walter Veintemilla Certified Lack of U.S. Department of State Employment Record | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 3C-2 | Walter Veintemilla Certified Lack of U.S. Department of Defense Employment Record | | | | | |
| 3C-3 | Walter Veintemilla Certified Lack of FBI Employment Record | | | | | |
| 3C-4 | Walter Veintemilla Certified Lack of DEA Employment Record | | | | | |
| 4A | Christian Sanon Photo | | | | | |
| 4B-1 | Christian Sanon Certified FL DAVID | | | | | |
| 4B-2 | Christian Sanon - Certified State of Florida Corporation Records – Sanon Realty Enterprises LLC | | | | | |
| 4B-3 | Christian Sanon - Certified State of Florida Corporation Records – International Medical Village S.A. Company | | | | | |
| 4B-4 | Christian Sanon - Certified State of Florida Corporation Records – Vasco Gas LLC | | | | | |
| 4B-5 | Christian Sanon - Certified State of Florida Corporation Records – Vasco Gaz and Investments, Inc. | | | | | |
| 4B-6 | Christian Sanon - Certified State of Florida Corporation Records – Boulder Development LLC | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 4B-7 | Christian Sanon - Certified State of Florida Corporation Records – Organisation Rome Haiti Corporation | | | | | |
| 4B-8 | Christian Sanon - Certified State of Florida Corporation Records – Organisation Rome Haiti Inc. | | | | | |
| 4B-9 | Christian Sanon - Certified State of Florida Corporation Records – Haytian American Doctor's Hospital Inc. | | | | | |
| 4C-1 | Christian Sanon Certified U.S.-Haiti flight ticket records – American Airlines – December 13, 2020 | | | | | |
| 4C-2 | Christian Sanon Certified Haiti-U.S. flight ticket records – American Airlines – April 1, 2021 | | | | | |
| 4C-3 | Christian Sanon Certified U.S.-Haiti flight ticket records –Jet Genius –May 2021 | | | | | |
| 4D-1 | Christian Sanon Certified Lack of U.S. Department of State Employment Record | | | | | |
| 4D-2 | Christian Sanon Certified Lack of U.S. Department of Defense Employment Record | | | | | |
| 4D-3 | Christian Sanon Certified Lack of FBI Employment Record | | | | | |
| 4D-4 | Christian Sanon Certified Lack of DEA Employment Record | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 4E-1 | Christian Sanon Certified Lack of Medical License Records – State of Florida | | | | | |
| 4E-2 | Christian Sanon Certified Lack of Medical License Records – State of Illinois | | | | | |
| 4E-3 | Christian Sanon Certified Lack of Medical License Records – State of Missouri | | | | | |
| 4E-4 | Christian Sanon Certified Lack of Medical License Records – State of New York | | | | | |
| 4E-5 | Christian Sanon Certified Lack of Medical License Records – State of New Jersey | | | | | |
| 4E-6 | Christian Sanon Certified HHS/NPI Records | | | | | |
| 4F-1 | Christian Sanon Certified Lack of DEA License/Prescription Registration Records | | | | | |
| 4F-2 | Christian Sanon Certified Lack of DEA License/Prescription Records | | | | | |
| 4G | Christian Sanon Certified Florida Baptist Convention Records | | | | | |
| 5A | James Solages Photo | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 5B-1 | James Solages Certified FL DAVID | | | | | |
| 5B-2 | James Solages - Certified State of Florida Corporation Records – FWA SA A Jacmel Avan, Inc. | | | | | |
| 5B-3 | James Solages - Certified State of Florida Corporation Records – EJS Maintenance & Repair LLC | | | | | |
| 5C-1 | James Solages Certified U.S.-Haiti flight ticket records – American Airlines – April 19, 2021 | | | | | |
| 5C-2 | James Solages Certified Haiti-U.S. flight ticket records – JetBlue Airways – April 23, 2021 | | | | | |
| 5C-3 | James Solages Certified U.S.-Haiti flight ticket records – American Airlines – April 29, 2021 | | | | | |
| 5C-4 | James Solages Certified Haiti-U.S. flight ticket records – American Airlines – May 7, 2021 | | | | | |
| 5C-5 | James Solages Certified U.S.-Haiti flight ticket records – American Airlines – May 17, 2021 | | | | | |
| 5C-6 | James Solages Certified Haiti-U.S. flight ticket records – JetBlue Airways – June 12, 2021 | | | | | |
| 5C-7 | James Solages Certified U.S.-Haiti flight ticket records – JetBlue Airways – June 19, 2021 | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 5C-8 | James Solages Certified Haiti-U.S. flight ticket records – JetBlue Airways – June 28, 2021 | | | | | |
| 5C-9 | James Solages Certified FL-TX flight ticket records – Southwest Airlines – June 29-30, 2021 | | | | | |
| 5C-10 | James Solages Certified U.S.-Haiti flight ticket records – JetBlue Airways - July 1, 2021 | | | | | |
| 5D-1 | Solages Certified Lack of U.S. Department of State Employment Record | | | | | |
| 5D-2 | James Solages Certified Lack of U.S. Department of Defense Employment Record | | | | | |
| 5D-3 | James Solages Certified Lack of FBI Employment Record | | | | | |
| 5D-4 | James Solages Certified Lack of DEA Employment Record | | | | | |
| 6A | Joseph Joel John Photo | | | | | |
| 6B-1 | Joseph Joel John Certified Plea Agreement - 22-20104-CR-JEM | | | | | |
| 6B-2 | Joseph Joel John Certified Factual Proffer - 22-20104-CR-JEM | | | | | |
| 6B-3 | Joseph Joel John Certified Judgment - 22-20104-CR-JEM | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 6C-1 | Joseph Joel John Certified Haiti-US flight records –Jet Blue– April 4, 2021 | | | | | |
| 6C-2 | Joseph Joel John Certified U.S.-Haiti flight ticket records – American Airlines – April 11, 2021 | | | | | |
| 7A | Frederick Bergmann Jr. Photo | | | | | |
| 7B-1 | Frederick Bergmann Jr. Certified FL DAVID | | | | | |
| 7B-2 | Frederick Bergmann Jr. - Certified State of Florida Corporation Records –GCP Clinical Research LLC | | | | | |
| 7B-3 | Frederick Bergmann Jr. - Certified State of Florida Corporation Records – GCP Cancer Research LLC | | | | | |
| 7B-4 | Frederick Bergmann Jr. - Certified State of Florida Corporation Records – International Medical Village LLC | | | | | |
| 7B-5 | Frederick Bergmann Jr. - Certified State of Florida Corporation Records – Biotech Development Company LLC | | | | | |
| 7B-6 | Frederick Bergmann Jr. - Certified State of Florida Corporation Records – Boulder Enterprises III LLP | | | | | |
| 7C-1 | Frederick Bergmann Jr. Certified Plea Agreement - 22-20104-CR-JEM | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 7C-2 | Frederick Bergmann Jr. Certified Factual Proffer - 22-20104-CR-JEM | | | | | |
| 7C-3 | Frederick Bergmann Jr. Certified Judgment - 22-20104-CR-JEM | | | | | |
| 7D-1 | Frederick Bergmann Jr. Certified Tampa, FL-Miami, FL flight ticket records – American Airlines – April 21-22, 2021 | | | | | |
| 7D-2 | Frederick Bergmann Jr. Certified Tampa, FL-Miami, FL flight ticket records – American Airlines – May 12, 2021 | | | | | |
| 8A | Rodolphe Jaar Photo | | | | | |
| 8B-1 | Rodolphe Jaar Certified Plea Agreement - 22-20104-CR-JEM | | | | | |
| 8B-2 | Rodolphe Jaar Certified Factual Proffer - 22-20104-CR-JEM | | | | | |
| 8B-3 | Rodolphe Jaar Certified Judgment - 22-20104-CR-JEM | | | | | |
| 8B-4 | Rodolphe Jaar Certified Plea Agreement - 13-20259-CR-CMA | | | | | |
| 8B-5 | Rodolphe Jaar Certified Factual Proffer- 13-20259-CR-CMA | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 8B-6 | Rodolphe Jaar Certified Judgment - 13-20259-CR-CMA | | | | | |
| 8C | Rodolphe Jaar Confidential Source Agreement | | | | | |
| 9A | Joseph Vincent Photo | | | | | |
| 9B | Joseph Vincent Certified FL DAVID | | | | | |
| 9C-1 | Joseph Vincent Certified Plea Agreement - 22-20104-CR-JEM | | | | | |
| 9C-2 | Joseph Vincent Certified Factual Proffer - 22-20104-CR-JEM | | | | | |
| 9C-3 | Joseph Vincent Certified Judgment - 22-20104-CR-JEM | | | | | |
| 9D | Joseph Vincent Certified U.S.-Haiti flight ticket records – American Airlines – January 8, 2021 | | | | | |
| 9E-1 | Joseph Vincent Certified Lack of U.S. Department of State Employment Record | | | | | |
| 9E-2 | Joseph Vincent Certified Lack of U.S. Department of Defense Employment Record | | | | | |
| 9E-3 | Joseph Vincent Certified Lack of FBI Employment Record | | | | | |
| 9E-4 | Joseph Vincent Certified Lack of DEA Employment Record | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 10A | Mario Antonio Palacios Palacios Photo | | | | | |
| 10B-1 | Mario Antonio Palacios Palacios - Certified Plea Agreement - 22-20104-CR-JEM | | | | | |
| 10B-2 | Mario Antonio Palacios Palacios - Certified Factual Proffer - 22-20104-CR-JEM | | | | | |
| 10B-3 | Mario Antonio Palacios Palacios - Certified Judgment - 22-20104-CR-JEM | | | | | |
| 10C | Mario Antonio Palacios Palacios Certified Colombian Military Records & Translation | | | | | |
| 10D | Mario Antonio Palacios Palacios Certified Colombia-Dominican Republic flight ticket records – Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 10E | Mario Antonio Palacios Palacios Post-Arrest Property Photos (Jamaica – October 7, 2021) | | | | | |
| 11A | German Alejandro Rivera Garcia Photo | | | | | |
| 11B-1 | German Alejandro Rivera Garcia - Certified Plea Agreement Judgment - 22-20104-CR-JEM | | | | | |
| 11B-2 | German Alejandro Rivera Garcia - Certified Factual Proffer - 22-20104-CR-JEM | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 11B-3 | German Alejandro Rivera Garcia - Certified Judgment - 22-20104-CR-JEM | | | | | |
| 11C | German Alejandro Rivera Garcia Certified Colombian Military Records & Translation | | | | | |
| 11D | German Alejandro Rivera Garcia Phone Consent Form | | | | | |
| 12A | Duberney Capador Giraldo Photo | | | | | |
| 12B | Duberney Capador Giraldo Certified Colombian Military Records & Translation | | | | | |
| 13A | Carlos Giovanni Guerrero Torres Photo | | | | | |
| 13B | Carlos Giovanni Guerrero Torres Certified Colombian Military Records & Translation | | | | | |
| 13C | Carlos Giovanni Guerrero Torres Certified Colombia-Dominican Republic flight ticket records – Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 14A | Juan Carlos Yepes Clavijo Photo | | | | | |
| 14B | Juan Carlos Yepes Clavijo Certified Colombian Military Records & Translation | | | | | |
| 14C | Juan Carlos Yepes Clavijo Certified Colombia--Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 15A | Naiser Franco Castaneda Photo | | | | | |
| 15B | Naiser Franco Castaneda Certified Colombian Military Records & Translation | | | | | |
| 15C | Naiser Franco Castaneda Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 16A | Victor Alberto Pineda Cardona Photo | | | | | |
| 16B | Victor Alberto Pineda Cardona Certified Colombian Military Records & Translation | | | | | |
| 16C | Victor Alberto Pineda Cardona Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 17A | Mauricio Javier Romero Medina Photo | | | | | |
| 17B | Mauricio Javier Romero Certified Colombian Military Records & Translations | | | | | |
| 17C | Mauricio Javier Romero Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 18A | Jhon Jairo Ramirez Gomez Photo | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 18B | Jhon Jairo Ramirez Gomez Certified Colombian Military Records & Translation | | | | | |
| 18C | Jhon Jairo Ramirez Gomez Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 19A | Manuel Antonio Grosso Guarin Photo | | | | | |
| 19B | Manuel Antonio Grosso Guarin Certified Colombian Military Records & Translation | | | | | |
| 19C | Manuel Antonio Grosso Guarin Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 20A | Jheyner Alberto Carmona Florez Photo | | | | | |
| 20B | Jheyner Alberto Carmona Florez Certified Colombian Military Records & Translation | | | | | |
| 20C | Jheyner Alberto Carmona Florez Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 21A | Angel Mario Yarce Sierra Photo | | | | | |
| 21B | Angel Mario Yarce Sierra Certified Colombian Military Records & Translation | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 21C | Angel Mario Yarce Sierra Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 22A | Edwin Enrique Blanquicet Rodriguez Photo | | | | | |
| 22B | Edwin Enrique Blanquicet Rodriguez Certified Colombian Military Records & Translation | | | | | |
| 22C | Edwin Enrique Blanquicet Rodriguez Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 23A | Jhon Jader Andela Photo | | | | | |
| 23B | Jhon Jader Andela Certified Colombian Military Records & Translation | | | | | |
| 24A | Neil Caceres Duran Photo | | | | | |
| 24B | Neil Caceres Duran Certified Colombian Military Records & Translation | | | | | |
| 25A | Alex Miyer Pena Photo | | | | | |
| 25B | Alex Miyer Pena Certified Colombian Military Records& Translation | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 25C | Alex Miyer Pena Certified Colombia- Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 26A | Jhon Jairo Suarez Alegria Photo | | | | | |
| 26B | Jhon Jairo Suarez Alegria Certified Colombian Military Records & Translation | | | | | |
| 26C | Jhon Jairo Suarez Alegria Certified Colombia- Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 27A | Francisco Eladio Uribe Ochoa Photo | | | | | |
| 27B | Francisco Eladio Uribe Ochoa Certified Colombian Military Records & Translation | | | | | |
| 27C | Francisco Eladio Uribe Ochoa Certified Colombia- Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 28A | Enalber Vargas Gomez Photo | | | | | |
| 28B | Enalber Vargas Gomez Certified Colombian Military Records & Translation | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 28C | Enalber Vargas Gomez Certified Colombia- Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 29A | Alejandro Giraldo Zapata Photo | | | | | |
| 29B | Alejandro Giraldo Zapata Certified Colombian Military Records & Translation | | | | | |
| 29C | Alejandro Giraldo Zapata Certified Colombia- Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 30A | Gersain Mendivelso Jaimes Photo | | | | | |
| 30B | Gersain Mendivelso Jaimes Certified Colombian Military Records & Translation | | | | | |
| 30C | Gersain Mendivelso Jaimes Certified Colombia-Dominican Republic flight records - Avianca Airlines - June 4, 2021 – July 3, 2021 | | | | | |
| 31A | Miguel Guillermo Garzon Photo | | | | | |
| 31B | Miguel Guillermo Garzon Colombian Military Records & Translation | | | | | |
| 32A | Jonathan Alejandro Rivera Garcia Photo | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 32B | Jonathan Alejandro Rivera Garcia Cedula/Colombian Military Records & Translation | | | | | |
| 32C-1 | Jonathan Alejandro Rivera Garcia Certified U.S.-Haiti Flight records – American Airlines – April 29, 2021 | | | | | |
| 32C-2 | Jonathan Alejandro Rivera Garcia Certified Dominican Republic-Colombia flight records - Avianca Airlines - June 4, 2021 | | | | | |
| 33 | Ronal Alexander Ramirez Salamanca Photo | | | | | |
| 34A | Joseph Felix Badio Photo | | | | | |
| 34B | Joseph Felix Badio Certified NY DL Records | | | | | |
| 34C | Joseph Felix Badio Haitian Law Enforcement Termination Record & Translation | | | | | |
| 35A | Windelle Coq-Thelot Photo | | | | | |
| 35B | Coq-Thelot Haitian Supreme Court Termination Record & Translation | | | | | |
| 36 | Francis Cineus Alexis Photo | | | | | |
| 37 | Reynaldo Corvington Photo | | | | | |
| 38 | Dominick Cauvin Photo | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 39 | Dimitri Herard Photo | | | | | |
| 40 | Gilbert Dragon Photo | | | | | |
| 41 | Jimmy Cherizier a/k/a "BBQ" Photo | | | | | |
| 42 | Vitel'Homme Innocent Photo | | | | | |
| 43 | Ezechiel Alexandre Photo | | | | | |
| 44 | Gerard Latortue Photo | | | | | |
| 45 | Youri Latortue Photo | | | | | |
| 46 | General Herard Abraham Photo | | | | | |
| 47 | Ashkard Pierre Photo | | | | | |
| 48A | Jean Wesley Lucien Photo | | | | | |
| 48B | Jean Wesley Lucien Certified FL DAVID Records | | | | | |
| 48C | Jean Wesley Lucien Certified U.S. Department of Defense/War Employment Record | | | | | |
| 48D | Jean Wesley Lucien Certified Lack of U.S. Department of State Employment Record | | | | | |
| 48E | Jean Wesley Lucien Certified Lack of FBI Employment Record | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 48F | Jean Wesley Lucien Certified Lack of DEA Employment Record | | | | | |
| 49A | Roland Jean Pierre Photo | | | | | |
| 49B | Roland Jean Pierre Certified Maryland Driver's License Records | | | | | |
| 49C | Roland Jean Pierre Certified Lack of U.S. Department of State Employment Record | | | | | |
| 49D | Roland Jean Pierre Certified Lack of FBI Employment Record | | | | | |
| 49E | Roland Jean Pierre Certified Lack of U.S. Department of Defense/War Employment Record | | | | | |
| 49F | Roland Jean Pierre Certified Lack of DEA Employment Record | | | | | |
| 50A | Helen Manich Photo | | | | | |
| 50B | Helen Manich Certified Virginia/District of Colombia Driver's License Records | | | | | |
| 50C | Helen Manich Certified Lack of U.S. Department of State Employment Record | | | | | |
| 50D | Helen Manich Certified Lack of FBI Employment Record | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 50E | Helen Manich Certified Lack of U.S. Department of Defense/War Employment Record | | | | | |
| 50F | Helen Manich Certified Lack of DEA Employment Record | | | | | |
| 51A | Robert Balthazar Photo | | | | | |
| 51B | Robert Balthazar Certified Virginia Driver's License Records | | | | | |
| 51C | Robert Balthazar Certified Lack of U.S. Department of State Employment Record | | | | | |
| 51D | Robert Balthazar Certified Lack of FBI Employment Record | | | | | |
| 51E | Robert Balthazar Certified Lack of U.S. Department of Defense/War Employment Record | | | | | |
| 51F | Robert Balthazar Certified Lack of DEA Employment Record | | | | | |
| 52 | Willy Louis Photo | | | | | |
| 53 | Gordon Phenil Desir Photo | | | | | |
| 54 | Gashner Fevilien Photo | | | | | |
| 55A | Marky Kessa Photo | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 56A | Samir Handal Photo | | | | | |
| 56B | Samir Handal Certified FL DAVID Records | | | | | |
| 56C | Samir Handal Certified Lack of U.S. Department of State Employment Record | | | | | |
| 56D | Samir Handal Certified Lack of FBI Employment Record | | | | | |
| 56E | Samir Handal Certified Lack of U.S. Department of Defense/War Employment Record | | | | | |
| 56F | Samir Handal Certified Lack of DEA Employment Record | | | | | |
| 57 | Junior Alexis Photo | | | | | |
| 58 | Bony Gregoire Photo | | | | | |
| 59A | Dumel Joseph Photo | | | | | |
| 59B | Dumel Joseph Certified FL DAVID Records | | | | | |
| 59C | Dumel Joseph Certified Lack of U.S. Department of State Employment Record | | | | | |
| 59D | Dumel Joseph Certified Lack of FBI Employment Record | | | | | |
| 59E | Dumel Joseph Certified Lack of U.S. Department of Defense/War Employment Record | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 59F | Dumel Joseph Certified Lack of DEA Employment Record | | | | | |
| 60A | Jacob Israel Photo | | | | | |
| 60B-1 | Jacob Israel Certified FL DAVID Records | | | | | |
| 60B-2 | Jacob Israel - Certified State of Florida Corporation Records – Charis Equity Partners LLC | | | | | |
| 60B-3 | Jacob Israel Certified Plea Agreement - 26-20053-CR-KMW | | | | | |
| 60B-4 | Jacob Israel Certified Factual Proffer - 26-20053-CR-KMW | | | | | |
| 61A | Byron Rainer Photo | | | | | |
| 61B | Byron Rainer Certified FL DAVID Records | | | | | |
| 62A | Richard Weiner Photo | | | | | |
| 62B | Richard Weiner Certified FL DAVID Records | | | | | |
| 62C | Richard Weiner Certified Lack of U.S. Department of State Employment Record | | | | | |
| 62D | Richard Weiner Certified Lack of FBI Employment Record | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 62E | Richard Weiner Certified Lack of U.S. Department of Defense/War Employment Record | | | | | |
| 62F | Richard Weiner Certified Lack of DEA Employment Record | | | | | |
| 63A | Paul Richardson Photo | | | | | |
| 63B | Paul Richardson Certified FL DAVID Records | | | | | |
| 63C | Paul Richardson Certified Lack of U.S. Department of State Employment Record | | | | | |
| 63D | Paul Richardson Certified Lack of FBI Employment Record | | | | | |
| 63E | Paul Richardson Certified Lack of U.S. Department of Defense/War Employment Record | | | | | |
| 63F | Paul Richardson Certified Lack of DEA Employment Record | | | | | |
| 64A | Keegan Harricharan Photo | | | | | |
| 64B-1 | Keegan Harricharan Certified FL DAVID Records | | | | | |
| 64B-2 | Keegan Harricharan - Certified State of Florida Corporation Records – TNR Holding Group Incorporated | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 64B-3 | Keegan Harricharan Certified Plea Agreement - 26-20054-CR-KMM | | | | | |
| 64B-4 | Keegan Harricharan Certified Factual Proffer - 26-20054-CR-KMM | | | | | |
| 64B-5 | Keegan Harricharan Certified Plea Agreement - 22-60173-CR-RS | | | | | |
| 64B-6 | Keegan Harricharan Certified Factual Proffer - 22-60173-CR-RS | | | | | |
| 64B-7 | Keegan Harricharan Certified Judgment - 22-60173-CR-RS | | | | | |
| 65A | Jimmy Glenn Thompson Jr. Photo | | | | | |
| 65B | Jimmy Glenn Thompson Jr. Certified Texas Driver's License Records | | | | | |
| 65C | Jimmy Glenn Thompson Jr. Certified Lack of U.S. Department of State Employment Record | | | | | |
| 65D | Jimmy Glenn Thompson Jr. Certified U.S. Department of Defense Employment Record | | | | | |
| 65E | Jimmy Glenn Thompson Jr. Certified Lack FBI Employment Record | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 65F | Jimmy Glenn Thompson Jr. Certified Lack of DEA Employment Record | | | | | |
| 66 | Jose Antonio Corrales Moncayo Photo | | | | | |
| 67A | Jameela Ammara Simmons Photo | | | | | |
| 67B-1 | Jameela Ammara Simmons Certified FL DAVID Records | | | | | |
| 67B-2 | Jameela Ammara Simmons - Certified State of Florida Corporation Records – Blackberry Fashion Designer LLC | | | | | |
| 68A | Robert Jean Marie Photo | | | | | |
| 68B | Robert Jean Marie Certified FL DAVID Records | | | | | |
| 68C | Robert Jean Marie Certified Lack of U.S. Department of State Employment Record | | | | | |
| 68D | Robert Jean Marie Certified Lack of FBI Employment Record | | | | | |
| 68E | Robert Jean Marie – Certified T-Mobile Toll and Subscriber Records (470-209-4046) | | | | | |
| 70A | David Alexis Photo | | | | | |
| 70B | David Alexis Certified FL DAVID Records | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 70C | David Alexis Certified Lack of U.S. Department of State Employment Record | | | | | |
| 70D | David Alexis Certified Lack of FBI Employment Record | | | | | |
| 70E | David Alexis Certified Lack of U.S. Department of Defense/War Employment Record | | | | | |
| 70F | David Alexis Certified Lack of DEA Employment Record | | | | | |
| 71A | Parnell Duverger Photo | | | | | |
| 71B | Parnell Duverger Certified FL DAVID Records | | | | | |
| 71C | Parnell Duverger Certified Lack of U.S. Department of State Employment Record | | | | | |
| 71D | Parnell Duverger Certified Lack of FBI Employment Record | | | | | |
| 71E | Parnell Duverger Certified Lack of U.S. Department of Defense/War Employment Record | | | | | |
| 71F | Parnell Duverger Certified Lack of DEA Employment Record | | | | | |
| 72A | Wells Fargo xxxx-4181 Certified Account Records (CTU Federal Academy - Ortiz & Intriago) –January-July 2021 | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 72B-1 | Cash App xxxx-4ZNG Certified Account Records (Wells Fargo xxxx-4181 - CTU Federal Academy - Ortiz & Intriago) – January-July 2021 | | | | | |
| 72B-2 | Cash App xxxx-0MJC Certified Account Records (Wells Fargo xxxx-4181 - CTU Federal Academy - Ortiz & Intriago) – January-July 2021 | | | | | |
| 72C | Xoom Certified Records (Wells Fargo xxxx-4181 - CTU Federal Academy - Ortiz & Intriago) – January-July 2021 | | | | | |
| 72D | Western Union Certified Records (Wells Fargo xxxx-4181 - CTU Federal Academy - Ortiz & Intriago) – January-July 2021 | | | | | |
| 72E | Summary Exhibit – Wells Fargo xxxx-4181 (CTU Federal Academy - Ortiz & Intriago) | | | | | |
| 73A | Wells Fargo xxxx-2133 Certified Account Records (Ortiz) –January-July 2021 | | | | | |
| 73B | Cash App xxxx-QYM1 Certified Account Records (Wells Fargo xxxx-2133 - Ortiz) – January-July 2021 | | | | | |
| 73C1-3 | PayPal xxxx-0273 Certified Records (Wells Fargo xxxx-2133 - Ortiz) – January-July 2021 | | | | | |
| 73D | Certified Xoom Records (Wells Fargo xxxx-2133 – Ortiz) –January-July 2021 | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 73E | e<br>Summary Exhibit – Wells Fargo xxxx-2133 (Ortiz) | | | | | |
| 74A | TD Bank xxxx-7076 Certified Account Records (CTU Security - Intriago) – January-July 2021 | | | | | |
| 74B | Summary Exhibit – TD Bank xxxx-7076 (CTU Security - Intriago) | | | | | |
| 75A | Wells Fargo xxxx-7076 Certified Account Records (Intriago) – January-July 2021 | | | | | |
| 75B | Summary Exhibit – Wells Fargo xxxx-7076 (Intriago) | | | | | |
| 76A-1 | Wells Fargo xxxx-0405 & 8019 Certified Account Records – (Ultimate Insurance Group - Veintemilla) – January-July 2021 | | | | | |
| 76A-2 | Ultimate Insurance Group (Veintemilla) - Certified Economic Injury Disaster Loan Program (EIDL) Application and Records | | | | | |
| 76B | Summary Exhibit – Wells Fargo xxxx-0405 & 8019 – (Ultimate Insurance Group - Veintemilla) | | | | | |
| 77 | JPMC xxxx-6583 Certified Account Records (Ultimate Insurance Group - Veintemilla) – January-July 2021 | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 78 | Capital One xxxx-0576 Certified Account Records (Ultimate Insurance Group - Veintemilla) – January-July 2021 | | | | | |
| 79A | Wells Fargo xxxx-5086 Certified Account Records (Worldwide Capital Lending - Veintemilla) – January-July 2021 | | | | | |
| 79B | Summary Exhibit – Wells Fargo xxxx-5086 (Ultimate Insurance Group - Veintemilla) | | | | | |
| 80 | JPMC xxxx-6867 Certified Account Records (Veintemilla) – January-July 2021 | | | | | |
| 81 | Barclays xxxx-1479 Certified Account Records (Veintemilla) – May-July 2021 | | | | | |
| 82 | BoA xxxx-5006 Certified Account Records (Sanon) – January-July 2021) | | | | | |
| 83A | Space Coast xxxx-0892 & 0900 Certified Account Records (EJS Maintenance & Repair - Solages) – January-July 2021 | | | | | |
| 83B | Summary Exhibit – SCCU xxxx-0892 & 0900 (EJS Maintenance & Repair - Solages) | | | | | |
| 84 | Regions xxxx-6497 Certified Account Records (GCP Cancer Research - Bergmann) – January-July 2021 | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 85 | Regions xxxx-0364 Certified Account Records (GCP Clinical Research - Bergmann) – January-July 2021 | | | | | |
| 86 | Regions Bank xxxx-0440 Certified Account Records (Biotech Development - Bergmann) – January-July 2021 | | | | | |
| 87 | BoA xxxx-5677 Certified Account Records (Boulder Enterprises - Bergmann) – January-July 2021 | | | | | |
| 88 | Cogent xxxx-3892 Certified Account Records (Bergmann) – January-July 2021 | | | | | |
| 89 | JPMC xxxx-5360 Certified Account Records (Bergmann) – January-July 2021 | | | | | |
| 90A-C | PayPal xxxx-0570 Certified Records (Bergman) | | | | | |
| 91A | PNC xxxx-1825 Certified Account Records (TNR Holdings Group) – January-July 2021 | | | | | |
| 91B-1 | TD Bank xxxx-7001 Certified Account Records (Blackberry Fashion Designer) – March-May 2021 | | | | | |
| 91B-2 | Blackberry Fashion Designer LLC - Certified Paycheck Protection Plan (PPP) Application and Records | | | | | |
| 91C-1 | BoA xxxx-8742 Certified Account Records (Williamson) – May-June 2021 | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 91C-2 | BoA xxxx-7970 Certified Account Records (Bulls Auto Repairs - Williamson) – May-June 2021 | | | | | |
| 91C-3 | Bulls Auto Repairs - Certified Economic Injury Disaster Loan Program (EIDL) Application and Records | | | | | |
| 92A-D | Master Financial Summary Exhibits – Funding Sources, Fund Draw Requests, Tactical Gear & Vests, and Travel & Lodging | | | | | |
| 93A-B | South Florida-Haiti-Dominican Republic-Colombia Map & South Florida Location Map | | | | | |
| 94A-J | Records Provided by Ortiz and Intriago to HSI – July 9, 2021 | | | | | |
| 95A | CTU Search Warrant Photos - July 27, 2021 | | | | | |
| 95B-1-5 | CTU Search Warrant Items – Scanned Documents & Translations – July 27, 2021 | | | | | |
| 95C | CTU Search Warrant Items – 1 Tactical Vest & 4 Accompanying Ballistic Plates – *Physical Exhibits* – July 27, 2021 | | | | | |
| 96A | Worldwide Search Warrant Photos – July 27, 2021 | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 96B-1-32 | Worldwide Search Warrant Items – Scanned Documents – July 27, 2021 | | | | | |
| 96C-1 | Worldwide and M.R. Promissory Note and Wire Transfer | | | | | |
| 96C-2 | BoA xxxx-6944 Certified Account Records (M.R.) – January-July 2021 | | | | | |
| 97A | Sanon-Richardson-Bergmann Practice Interview Videos – June 10, 2021 | | | | | |
| 97B | Sanon-Richardson-Bergmann Practice Interview Transcript – June 10, 2021 | | | | | |
| 98 | Haiti-Dominican Republic Map | | | | | |
| 99 | Port-au-Prince, Petion Ville/Pellerin 5 Haiti Map (with locations) | | | | | |
| 100 | Jaar/Mountain House - Port-au-Prince, Haiti - Overhead Map – July 7, 2021 | | | | | |
| 101A | Jovenel Moise Residence - Port-au-Prince, Haiti - Overhead Map – July 7, 2021 | | | | | |
| 101B | Jovenel Moise Residence - Port-au-Prince, Haiti – Street View Map | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 102A | Jovenel Moise Residence Interior Schematic | | | | | |
| 102B | Jovenel Moise Residence Photos (2021 & 2023) | | | | | |
| 103A | Haiti-Seized Evidence Photos (2021) | | | | | |
| 103B1-3 | Haiti-Seized Evidence Photos (2023) - Sanon Items & Evidence Sheet Translations | | | | | |
| 103B-4 | Haiti-Seized Evidence Photos (2023) - Breaching Tools & Evidence Sheet Translation | | | | | |
| 103B-5 | Haiti-Seized Evidence Photos (2023) - CTU Vests & Evidence Sheet Translation (2023) | | | | | |
| 103B-6 | Haiti-Seized Evidence Photos (2023) – Cell Phones | | | | | |
| 103B-7 | Haiti-Seized Evidence Photos (2023) - Handguns | | | | | |
| 103B-8 | Haiti-Seized Evidence Photos (2023) – Colombian Items | | | | | |
| 103B-9 | Haiti-Seized Evidence Photos (2023) - CTU Ballistic Plates & Evidence Sheet Translation | | | | | |
| 103B-10 | Haiti-Seized Evidence Photos (2023) - Long Guns | | | | | |
| 103B-11 | Haiti-Seized Evidence Photos (2023) - DEA Patches and Balaclavas/Face Masks, & IDs | | | | | |
| 103B-12 | Haiti-Seized Evidence Photos (2023) - Moise Notebook Photos & Translations | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 103B-13 | Haiti-Seized Evidence Photos (2023) - Moise Autopsy Bullet Fragments | | | | | |
| 103C-1 | Palmetto Arms AR-15 rifle S/N SCD069113 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103C-2 | Galil rifle CL0219 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103C-3 | IWI ACE 21 rifle S/N 43101000 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103C-4 | UZI 9mm rifle S/N 067464 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103C-5 | Remington 870 Magnum shotgun S/N 0348073M - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103C-6 | Saiga 12-gauge shotgun S/N H11407974 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103C-7 | Franchi 12-gauge shotgun S/N D72166 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103C-8 | Winchester 12-gauge shotgun S/N 1538352 - Haiti-Seized Evidence (2023) - *Physical Exhibit* | | | | | |
| 103D | Test Fired Rounds – 16 bullets, 23 cartridge cases, 3 shotgun shell cases – *Physical Exhibit* | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 103E | Haiti-Seized Evidence & Custody Video – July 8, 2021 | | | | | |
| 103F | Taiwan Embassy Haiti-Seized Evidence Photos – July 24, 2021 | | | | | |
| 103G | Colombian LEO Presentation to FBI – July 2021 | | | | | |
| 104A | Jovenel Moise Official Presidential Photo | | | | | |
| 104B-1 | Jovenel Moise Autopsy Photos | | | | | |
| 104B-2 | Jovenel Moise Autopsy X-Rays | | | | | |
| 104C1-2 | Jovenel Moise Medical Examiner Report & Translation | | | | | |
| 104C-3 | Jovenel Moise Autopsy - 4 individually wrapped bullet fragments – *Physical Exhibit* | | | | | |
| 105A & 105A-1 | Martine Moise Certified Medical Records – Jackson Memorial Hospital | | | | | |
| 105B | Martine Moise Medical Evidence -Sealed evidence bag containing 1 bullet fragment, with medical record number (MRN) 5491224 – *Physical Exhibit* | | | | | |
| 106 | Ortiz Samsung Note 8 Phone (929-291-0040) - Full Cellebrite Report | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 106A | Ortiz Samsung Note 8 Phone (SM-N950U - 929-291-0040) – Consent & Chain of Custody Form | | | | | |
| 106B | Ortiz Samsung Note 8 Phone (SM-N950U - 929-291-0040) – *Physical Exhibit* | | | | | |
| 106B1-9 | Ortiz Samsung Note 8 Phone (929-291-0040) - Cellebrite Extract Reports | | | | | |
| 106C | Ortiz Samsung Note 8 Phone (929-291-0040) – Transcriptions & Translations | | | | | |
| 106D | Ortiz Samsung Note 8 Phone - Certified AT&T Subscriber and Toll Records (929-291-0040) | | | | | |
| 107 | Ortiz LG MP260 Phone (305-526-5699) - Full Cellebrite Report | | | | | |
| 107A | Ortiz LG MP260 Phone (305-526-5699) – Consent & Return of Custody Form | | | | | |
| 107B1-8 | Ortiz LG MP260 Phone (305-526-5699) - Cellebrite Extract Reports | | | | | |
| 107C | Ortiz LG MP260 Phone (305-526-5699) – Transcriptions & Translations | | | | | |
| 107D | Ortiz LG MP260 Phone – Certified AT&T Toll Records (305-526-5699) | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 108 | Intriago iPhone 11 (786-201-1829) - Full Cellebrite Report | | | | | |
| 108A | Intriago iPhone 11 (786-201-1829) – Consent Form | | | | | |
| 108B1-9 | Intriago iPhone 11 (786-201-1829) – Cellebrite Extract Reports | | | | | |
| 108C | Intriago iPhone 11 (786-201-1829) - Transcriptions & Translations | | | | | |
| 108D | Intriago iPhone 11 - Certified Verizon Subscriber and Toll Records (786-201-1829) | | | | | |
| 109 | Intriago LG Phone (305-526-5743) - Full Cellebrite Report | | | | | |
| 109A | Intriago LG Phone (305-526-5743) – Consent Form | | | | | |
| 109B1-7 | Intriago LG Phone (305-526-5743) – Cellebrite Extract Reports | | | | | |
| 109C | Intriago LG Phone (305-526-5743) - Transcriptions & Translations | | | | | |
| 109D | Intriago LG Phone – Certified AT&T Toll Records (305-526-5743) | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 110 | Intriago Samsung Note 8 Phone (305-926-3000) - Full Cellebrite Report | | | | | |
| 110A | Intriago Samsung Note 8 Phone (305-926-3000) – Consent Form | | | | | |
| 110B1-6 | Intriago Samsung Note 8 Phone (305-926-3000) – Cellebrite Extract Reports | | | | | |
| 110C | Intriago Samsung Note 8 Phone - Certified Verizon Subscriber and Toll Records (305-926-3000) | | | | | |
| 111 | Intriago Samsung Galaxy Phone – Certified AT&T Toll Records (305-629-0952) | | | | | |
| 112 & 112A | Veintemilla iPhone – Certified T-Mobile Subscriber and Toll Records (786-525-6750) & *Physical Phone* | | | | | |
| 113A | Veintemilla/Guerrero/Worldwide HP Pavilion Laptop Computer – Full AD Lab Extraction File | | | | | |
| 113B1-2 | Veintemilla/Guerrero/Worldwide HP Pavilion Laptop Computer – AD Lab Extract Chat and Summary Reports | | | | | |
| 113C | Veintemilla/Guerrero/ Worldwide HP Pavilion Laptop - Transcriptions & Translations | | | | | |
| 114 | Sanon iPhone (509-4330-0095) - Full Cellebrite Report | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 114A1-2 | Sanon iPhone (509-4330-0095) – Photos & Consent Form | | | | | |
| 114B1-11 | Sanon iPhone (509-4330-0095) – Cellebrite Extract Reports | | | | | |
| 114C | Sanon iPhone (509-4330-0095) Transcriptions & Translations | | | | | |
| 115 | Sanon iPhone (561-644-9252) - Full Cellebrite Report | | | | | |
| 115A1-2 | Sanon iPhone (561-644-9252) - Photos & Consent Form | | | | | |
| 115B1-11 | Sanon iPhone (561-644-9252) – Cellebrite Extract Reports | | | | | |
| 115C | Sanon iPhone (561-644-9252) - Transcriptions & Translations | | | | | |
| 115D | Sanon iPhone - Certified T-Mobile Subscriber and Toll Records (561-644-9252) | | | | | |
| 116 | Sanon Motorola Stylus Phone (561-633-0034) - Full Cellebrite Report | | | | | |
| 116A1-2 | Sanon Motorola Stylus Phone (561-633-0034) – Photos & Consent Form | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 116B1-11 | Sanon Motorola Stylus Phone (561-633-0034) – Cellebrite Extract Reports | | | | | |
| 116C | Sanon Motorola Stylus Phone (561-633-0034) - Transcriptions & Translations | | | | | |
| 116D | Sanon Motorola Stylus Phone - Certified T-Mobile Phone Subscriber and Toll Records (561-633-0034) | | | | | |
| 117 | Solages iPhone 11 (509-4200-3725 & 754-265-0048) - Full Cellebrite Report | | | | | |
| 117A1-2 | Solages iPhone 11 (509-4200-3725 & 754-265-0048) – Photos & Consent Form | | | | | |
| 117B1-10 | Solages iPhone 11 (509-4200-3725 & 754-265-0048) - Cellebrite Extract Reports | | | | | |
| 117C | Solages iPhone 11 (509-4200-3725 & 754-265-0048) - Transcriptions & Translations | | | | | |
| 117D | Solages iPhone 11 - Certified T-Mobile Subscriber Records | | | | | |
| 118 | Bergmann iPhone (813-679-3743) - Full Cellebrite Report | | | | | |
| 118A1-2 | Bergmann iPhone (813-679-3743) - *Physical Exhibit* and Consent Form | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 118B1-10 | Bergmann iPhone (813-679-3743) - Cellebrite Extract Reports | | | | | |
| 118C | Bergmann iPhone - Certified AT&T Subscriber and Toll Records (813-679-3743) | | | | | |
| 119 | Vincent Samsung Galaxy A21S Phone (509-4665-4545) - Full Cellebrite Report | | | | | |
| 119A1-2 | Vincent Samsung Galaxy A21S Phone (509-4665-4545) – Photos & Consent Form | | | | | |
| 119B1-4 | Vincent Samsung Galaxy A21S Phone (509-4665-4545) - Cellebrite Extract Reports | | | | | |
| 119C | Vincent Samsung Galaxy A21S Phone (509-4665-4545) - Transcriptions & Translations | | | | | |
| 120 | Jaar iPhone X (509-3668-4774, 829-667-4774 & 809-663-2110) - Full Cellebrite Report | | | | | |
| 120A1-2 | Jaar iPhone X (509-3668-4774, 829-667-4774 & 809-663-2110) – *Physical Exhibit* and Consent Form | | | | | |
| 120B1-2 | Jaar iPhone X (509-3668-4774, 829-667-4774 & 809-663-2110) - Cellebrite Extract Reports | | | | | |
| 121 | Israel iPhone Red (954-554-5553) - Full Cellebrite Report | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 121A1-2 | Israel iPhone Red (954-554-5553) - *Physical Exhibit* and Consent Form | | | | | |
| 121B1-XX | Israel iPhone Red (954-554-5553) - Cellebrite Extract Reports | | | | | |
| 122A | Manich iPhone (571-334-3101) - Full Cellebrite Report | | | | | |
| 122B1-XX | Manich iPhone (571-334-3101) - Cellebrite Extract Reports | | | | | |
| 123A | Balthazar iPhone13 (202-230-1212) - Full Cellebrite Report | | | | | |
| 123B1-XX | Balthazar iPhone13 (202-230-1212) - Cellebrite Extract Reports | | | | | |
| 124 | Jhon Jader Andela Samsung Galaxy A50 Phone (57-3233273531) - Full Cellebrite Report | | | | | |
| 124A1-2 | Jhon Jader Andela Samsung Galaxy A50 Phone (57-3233273531) - Photos & Consent Form | | | | | |
| 124B1-6 | Jhon Jader Andela Samsung Galaxy A50 Phone (57-3233273531) - Cellebrite Extract Reports | | | | | |
| 125 | Francisco Eladio Uribe Ochoa Huawei JKM Phone (509-4135-1319) - Full Cellebrite Report | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 125A1-2 | Francisco Eladio Uribe Ochoa Huawei JKM Phone (509-4135-1319) – Photos & Consent Form | | | | | |
| 125B1-9 | Francisco Eladio Uribe Ochoa Huawei JKM Phone (509-4135-1319) - Cellebrite Extract Reports | | | | | |
| 126 | Angel Mario Yarce Sierra Samsung J5 Phone (57-316958906) - Full Cellebrite Report | | | | | |
| 126A1-2 | Angel Mario Yarce Sierra Samsung J5 Phone (57-316958906) – Photos & Consent Forms | | | | | |
| 126B1-6 | Angel Mario Yarce Sierra Samsung J5 Phone (57-316958906) - Cellebrite Extract Reports | | | | | |
| 127 | Carlos Giovanni Guerrero Torres Huawei STK Phone (509-3583-2162) - Full Cellebrite Report | | | | | |
| 127A1-2 | Carlos Giovanni Guerrero Torres Huawei STK Phone (509-3583-2162) – Photos & Consent Form | | | | | |
| 127B1-9 | Carlos Giovanni Guerrero Torres Huawei STK Phone (509-3583-2162) - Cellebrite Extract Reports | | | | | |
| 128 | Enalber Vargas Gomez Samsung J7 Phone (57-3134962969) - Full Cellebrite Report | | | | | |
| 128A1-2 | Enalber Vargas Gomez Samsung J7 Phone (57-3134962969) – Photos & Consent Form | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 128B1-9 | Enalber Vargas Gomez Samsung J7 Phone (57-3134962969) - Cellebrite Extract Reports | | | | | |
| 129 | Alex Miyer Pena Samsung Galaxy A30S Phone (57-3103154363) - Full Cellebrite Report | | | | | |
| 129A1-2 | Alex Miyer Pena Samsung Galaxy A30S Phone (57-3103154363) – Photos & Consent Form | | | | | |
| 129B1-8 | Alex Miyer Pena Samsung Galaxy A30S Phone (57-3103154363) – Cellebrite Extract Reports | | | | | |
| 130 | Jhon Jairo Suarez Alegria Samsung Galaxy A11 Phone (Unknown #) - Full Cellebrite Report | | | | | |
| 130A1-2 | Jhon Jairo Suarez Alegria Samsung Galaxy A11 Phone (Unknown #) – Photos & Consent Form | | | | | |
| 130B1-5 | Jhon Jairo Suarez Alegria Samsung Galaxy A11 Phone (Unknown #) – Cellebrite Extract Reports | | | | | |
| 131 | Naiser Franco Casteneda Huawei STK Phone (57-3214692465) - Full Cellebrite Report | | | | | |
| 131A1-2 | Naiser Franco Casteneda Huawei STK Phone (57-3214692465) – Photos & Consent Form | | | | | |
| 131B1-8 | Naiser Franco Casteneda Huawei STK Phone (57-3214692465) - Cellebrite Extract Reports | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 132 | Alejandro Giraldo Zapata Samsung Galaxy J6 Phone (57-3232050512) - Full Cellebrite Report | | | | | |
| 132A1-2 | Alejandro Giraldo Zapata Samsung Galaxy J6 Phone (57-3232050512) – Photos & Consent Form | | | | | |
| 132B1-9 | Alejandro Giraldo Zapata Samsung Galaxy J6 Phone (57-3232050512) - Cellebrite Extract Reports | | | | | |
| 132C | Alejandro Giraldo Zapata Samsung Galaxy J6 Phone (57-3232050512) - Transcriptions & Translations | | | | | |
| 133 | Weiner iPhone12 (305-216-6744) - Full Cellebrite Report | | | | | |
| 133A | Weiner iPhone12 (305-216-6744) - Consent Form | | | | | |
| 133B1-XX | Weiner iPhone12 (305-216-6744) - Cellebrite Extract Reports | | | | | |
| 134 | Bony iPhone8 (509-4009-8531 & 509-3737-6577) - Full Cellebrite Report | | | | | |
| 134A1-2 | Bony iPhone8 (509-4009-8531 & 509-3737-6577) - Photos & Consent Form | | | | | |
| 134B1-XX | Bony iPhone8 (509-4009-8531 & 509-3737-6577) - Cellebrite Extract Reports | | | | | |
| 135 | Handal iPhone7 (509-3733-5605 & 305-202-0477) - Cellebrite Extract Reports | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 135A | Handal iPhone7 (509-3733-5605 & 305-202-0477) - Consent Form | | | | | |
| 135B1-XX | Handal iPhone7 (509-3733-5605 & 305-202-0477)- Cellebrite Extract Reports | | | | | |
| 136 | CM Samsung Galaxy J7 Star Phone (509-3785-3673) - Full Cellebrite Report | | | | | |
| 136A | CM Samsung Galaxy J7 Star Phone (509-3785-3673) - *Physical Exhibit* | | | | | |
| 136B1-7 | CM Samsung Galaxy J7 Star Phone (509-3785-3673) – Photos & Cellebrite Report Extracts | | | | | |
| 137 | IBC Airways Certified Records | | | | | |
| 138 | ePolice Certified Records | | | | | |
| 139 | Jet Genius Certified Invoice & Records (May 2021 – U.S.-Haiti flight – Bates 12415) | | | | | |
| 140A-B | Colombian CTU Team Photos (with Names) | | | | | |
| 141 | Video #1 - July 7, 2021 - "DEA Operation" | | | | | |
| 142A | Video #2 – July 7, 2021 - Moise Residence | | | | | |
| 142B | Video #3 – July 7, 2021 - Moise Residence | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 142C | Video #4 – July 7, 2021 - Moise Residence | | | | | |
| 143 | Video #5 – July 7, 2021 - Moise Residence | | | | | |
| 144 | Video #6 – July 8, 2021 - Abandoned Evidence | | | | | |
| 145A1-8 | Jose Antonio Corrales Moncayo Deposition Videos – November 19-20, 2024 | | | | | |
| 146A-B | Jose Antonio Corrales Moncayo Deposition Transcript & Deposition Exhibits – November 19-20, 2024 | | | | | |
| 147A | January-March 2021 Device Summary Exhibit | | | | | |
| 147B | April 2021 Device Summary Exhibit | | | | | |
| 147C | May 2021 Device Summary Exhibit | | | | | |
| 147D | June 2021 Device Summary Exhibit | | | | | |
| 147E | July 2021 Device Summary Exhibit | | | | | |
| 148 | Export Administration Regulations – Commerce Control List ECCN 1A613 | | | | | |
| 149 | Export Administration Regulations – Commerce Control List ECCN 1A005 | | | | | |
| 150 | Export Administration Regulations – Commerce Country Chart | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| Number | Exhibit | Witness IDing | Date Offered | Admit | Deny | Other Witness Referring |
|---|---|---|---|---|---|---|
| 151 | License Determination E1070405 Report - U.S. Department of Commerce, Bureau of Industry and Security - | | | | | |
| 152 | License Determination E1070406 Report - U.S. Department of Commerce, Bureau of Industry and Security | | | | | |
| 153 | License Determination E1070407 Report - U.S. Department of Commerce, Bureau of Industry and Security | | | | | |
| 154 | CTU February 13, 2019, Export License Z1599410 (Brazil) - U.S. Department of Commerce, Bureau of Industry and Security | | | | | |
| 155 | FBI Firearm Basics Demonstrative Exhibit | | | | | |
| 156 | Haitian Constitution Articles 24, 24-1, 24-2, 24-3, and 25 & Translation | | | | | |
| 157A-E | FBI Haiti Evidence Custody Sheets – L Devices | | | | | |
| 158 | Theodore Chavez Expert Ballistics Worksheet | | | | | |
| 159A | Jean Roger Noelcius Deposition Video –February 20, 2026 | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| 159B | Jean Roger Noelcius Deposition Transcript & Deposition Exhibits –February 20, 2026 | | | | | |
| 160A-C | Moise Jewelry Seized from Mario Antonio Palacios Palacios in Jamaica - *Physical Exhibits* | | | | | |
| 161A-D | Jovenel Moise Residence Photos (July 7, 2021 - Haitian National Police) | | | | | |
| 162 | Jovenel Moise Residence & Pelerin 5 Neighborhood Drone Footage (July 7, 2021 – 2:07 a.m. -2:45 a.m) | | | | | |
| 163 | CM Vehicle Video – July 7, 2021 | | | | | |
| 164 | GPS Map - Jovenel Moise Residence & Pelerin 5 Neighborhood Drone Footage (July 7, 2021 – 2:07 a.m. - 2:45 a.m) | | | | | |
| 165 | CM Vehicle Drone Photograph (July 7, 2021 - 6:09 a.m.) | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Government Exhibit List - United States v. Christian Sanon, 22-20104-CR-BECERRA

| **Number** | **Exhibit** | **Witness IDing** | **Date Offered** | **Admit** | **Deny** | **Other Witness Referring** |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

Government Exhibit List – United States v. Christian Sanon, 22-20104-CR-BECERRA

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on August 20, 2026, with the Clerk of the Court and counsel of record using CM/ECF.

*s/ Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney