**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20104-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**CHRISTIAN SANON,**

**Defendant.**
**____________________________________/**

**GOVERNMENT'S FOURTH SUPPLEMENTAL NOTICE OF INTENT**
**TO SEEK ADMISSION OF SELF-AUTHENTICATING RECORDS**

The United States of America, by and through its undersigned counsel, hereby files this fourth supplemental notice, pursuant to Federal Rules of Evidence 803(6-8, 10, 22) and 902(1-4, 11-13) and Rule 27 of the Federal Rules of Criminal Procedure, of the United States' intent to introduce into evidence at trial the following records as self-authenticating certified foreign public documents and records, certified domestic public documents and records, certified domestic records of a regularly conducted activity (including absence of such records and regularly conducted activity), and certified records generated by an electronic process or system.

The Government recently received exhibits 145 through 168 described below, which supplement the prior amended notice. The accompanying certifications have personal identifying information, so they have been filed under seal. The certifications are designated below by their corresponding Notice Exhibit ("Ex.") number. The supplement also identifies the corresponding Government Trial Exhibit ("GX") number on the Government's updated exhibit list (DE 1833). The Government awaits subpoena returns and certifications marked with an asterisk. Once received, this notice will be amended accordingly.

| **Entity** | **FRE 803 & 902 Documents & Records Evidence** |
|---|---|
| U.S. Department of Defense/War (Ex. 145-148) | Certification of Employment or lack thereof for:<br>1. Bob Balthazar (GX 51E)<br>2. Helen Manich (GX 50E)<br>3. Jean Wesley Lucien (GX 48C)<br>4. Roland Jean Pierre (GX 49C) |
| U.S. Department of State* | Certification of Employment or lack thereof for:<br>1. Bob Balthazar (GX 51C)<br>2. Helen Manich (GX 50C)<br>3. Jean Wesley Lucien (GX 48D)<br>4. Roland Jean Pierre (GX 49D) |
| Federal Bureau of Investigation* | Certification of Employment or lack thereof for:<br>1. Bob Balthazar (GX 51D)<br>2. Helen Manich (GX 50D)<br>3. Jean Wesley Lucien (GX 48E)<br>4. Roland Jean Pierre (GX 49E) |
| U.S. Drug Enforcement Administration* | Certification of Employment or lack thereof for:<br>1. Bob Balthazar (GX 51F)<br>2. Helen Manich (GX 50F)<br>3. Jean Wesley Lucien (GX 48F)<br>4. Roland Jean Pierre (GX 49F) |
| Florida Department of Commerce (Ex. 149-159) | Wages and earnings for:<br>1. Christian Sanon<br>2. Christiane LouisMarie Sanon<br>3. Christian Sanon II<br>4. Tiffany Sanon<br>5. Vasco Gas, LLC<br>6. Vasco Imaging Center, Inc.<br>7. Devalon Fitness Foundation<br>8. Lookup Academy LLC<br>9. Lookup Therapy LLC<br>10. Developmental Therapies and Counseling LLC<br>11. Haytian American Doctor's Hospital Inc. |
| Florida Department of Highway Safety & Motor Vehicles (Ex. 160-162) | Certified DAVIDs for:<br>1. Christiane LouisMarie Sanon<br>2. Christian Sanon II<br>3. Tiffany Sanon |
| Florida Department of State Division of Corporations (Ex. 163-165) | Certified State of Florida Corporation Records for:<br>1. Lookup Academy LLC<br>2. Serenity Resort International LLC<br>3. Vasco Imaging Center, Inc. |
| Miami-Dade County Clerk (Ex. 166-167) | Marriage Certifications or lack thereof for:<br>1. Christian Sanon<br>2. Christian Sanon II and Tiffany Sanon |

| | |
|---|---|
| Citibank<br>(Ex. 168) | Account records, bank statements, wires, and check images for:<br>1. Christian Sanon<br>2. Christiane LouisMarie Sanon<br>3. Christian Sanon II<br>4. Tiffany Sanon |

The United States reserves its right to amend or supplement this notice as necessary.

Respectfully submitted,

JASON REDING QUIÑONES
United States Attorney

By: */s Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
(305) 715-7642/7654
Sean.McLaughlin@usdoj.gov

/s *Jason Wu*
Jason Wu
Assistant United States Attorney
Court ID No. A5502299
99 NE 4th Street
Miami, FL 33132
(305) 961-9226
Jason.Wu@usdoj.gov

*/s Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
Altanese.Phenelus@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, I filed the foregoing document through CM/ECF and thus served all counsel of record.

/s *Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney