**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20104-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**CHRISTIAN SANON,**

**Defendant.**
**__________________________________/**

**UNITED STATES' NOTICE OF FILING**
**SEALED EXHIBITS IN SUPPORT OF (DE 1856)**

In connection with the United States' fourth supplemental notice of intent to seek admission of self-authenticating records (DE 1856), the Government filed exhibits, which contain "Restricted Material" as defined in the Court's Protective Order (DE 376), under seal.

Exhibits 145 through 148 consist of certifications for employment or lack thereof for the U.S. Department of War.

Exhibits 149 through 159 consist of certifications for wages and earnings for various individuals and companies.

Exhibits 160 through 162 consist of certified Florida driver's license records for three individuals.

Exhibits 163 through 165 consist of certified State of Florida corporation records.

Exhibits 166 through 167 consist of marriage certifications or lack thereof.

Exhibit 168 consists of a certification for financial records from Citibank.

Respectfully submitted,

JASON REDING QUIÑONES
United States Attorney

By: */s Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
(305) 715-7642/7654
Sean.McLaughlin@usdoj.gov

/s *Jason Wu*
Jason Wu
Assistant United States Attorney
Court ID No. A5502299
99 NE 4th Street
Miami, FL 33132
(305) 961-9226
Jason.Wu@usdoj.gov

*/s Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
Altanese.Phenelus@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, I filed the foregoing document with the Clerk of Court and subsequently served all counsel of record via electronic mail.

/s *Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney