**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20104-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**CHRISTIAN SANON,**

**Defendant.**
______________________________________/

**UNITED STATES' FRE 1006 NOTICE OF INTENT TO ADMIT SUMMARY EXHIBITS**

The United States of America, by and through the undersigned Assistant United States Attorneys, files this Notice of Intent to Admit Summary Exhibit, pursuant to Federal Rule of Evidence 1006. The United States intends to call one or more analysts with the Federal Bureau of Investigation, who will testify about a chronological summary of the voluminous contents of several cellular phones that contain text messages, voice notes, documents, and call logs. On August 20, 2026, in anticipation of Defendant Christian Sanon's September 28, 2026, trial, the Government produced an initial version of the summary for his trial, identified as exhibits 147A-E on the Government's exhibit list (DE 1833).[1] The Government produced a revised version of the summary on August 30, 2026, to which the Government expects to make only minor changes going forward, including corrections to translations. The underlying extractions, produced as trial

[1] The defense has received numerous prior versions of this summary, related to the prior trial in this matter. On March 26, 2025, pursuant to this Court's order, the Government produced a draft copy of the summary exhibit to all five defendants then pending trial, including defendant Christian Sanon (DE 986). On December 16, 2025, the Government produced an updated version of the summary, and later provided revised, shortened versions of the same. Defendant Sanon subsequently had his trial severed from that of his co-defendants, who went to trial in March 2026.

exhibits and previously produced in several rounds of discovery, are also identified in the Government's exhibit list as exhibits 106-136.

The United States also intends to introduce summary exhibits of voluminous contents of bank records associated with roughly 30 personal and business accounts owned by the Defendants and their coconspirators. The United States intends to call FBI Forensic Accountant Nestor Mascarell to testify about his analysis and summary of the records. The bank records were previously produced in discovery and again produced on December 16, 2025, as trial exhibits. The Government has produced additional bank records which it intends to use at trial beginning on September 28, 2026. The Government expects to have slight changes to its financial summaries in the final trial exhibit production and will produce before the trial begins. The bank records and financial summaries are identified as exhibits 72A-92D in the Government's trial exhibits.

[Space Intentionally Left Blank]

Respectfully submitted,

JASON REDING QUIÑONES
United States Attorney

By: */s Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
(305) 715-7642/7654
Sean.McLaughlin@usdoj.gov

/s *Jason Wu*
Jason Wu
Assistant United States Attorney
Court ID No. A5502299
99 NE 4th Street
Miami, FL 33132
(305) 961-9226
Jason.Wu@usdoj.gov

*/s Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
Altanese.Phenelus@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, I filed the foregoing document through CM/ECF and thus served all counsel of record.

/s *Altanese Phenelus*
Altanese
Assistant United States Attorney