UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cr-20104-JEM

**UNITED STATES OF AMERICA,**
**Plaintiff,**
**vs.**

**CHRISTIAN SANON,**
**Defendant.**
______________________________/

**DEFENDANT'S MOTION TO**
**EXTEND DEADLINE FOR FILING PRETRIAL MOTIONS**

The Defendant, CHRISTIAN SANON, by and through undersigned counsel, respectfully requests that this Honorable Court extend the deadline for filing pretrial motions in this case, and in support states the following:

1. On February 14, 2024, Mr. Sanon was charged in a Fifth Superseding indictment with Count 1: Conspiracy to Provide Material Support or Resources to Carry out a Violation of Section 956, Resulting in Death, in violation of Title 18 U.S.C. §2339A(a); Count 2: Providing Material Support or Resources to Carry out a Violation of Section 956, Resulting in Death, in violation of 18 U.S.C. §2339A(a); Count 3: Conspiracy to Kill or Kidnap a Person Outside the United States, in violation of 18 U.S.C. §956(a)(1); Count 4 and Count 6: Conspiracy to Commit Offenses Against the United States, in violation of Title 18 U.S.C. §371; Count 5: Expedition Against Friendly Nation, in violation of Title 18 U.S.C. §960; Count 8: Smuggling Goods from the United States, in violation of 18 U.S.C. §554; and Count 9: Submitting False or Misleading Export Information, in violation of 13 U.S.C. §305.
2. The Court entered its Order Setting Trial for September 28, 2026, with a Calendar Call

scheduled for September 15, 2026.

3. The undersigned counsel is still getting voluminous discovery, including bank records, phone records, a phone extraction received on September 8, 2026, and revised summary exhibits received on September 9, 2026.

4. Given that we have not had an opportunity to review the discovery recently produced and that there is no new discovery cutoff deadline, aside from the one previously set by the Court before the March 2026 trial, the undersigned is unable to determine whether any further pretrial motions will be necessary.

5. Pursuant to Local Rule 88.9, the undersigned counsel contacted AUSA Jason Wu, Sean McLaughlin and Altanese Phenelus, but did not receive a response prior to filing this motion.

WHEREFORE, the Defendant, CHRISTIAN SANON, respectfully request that this Honorable Court grant the relief requested in this pleading.

Respectfully submitted,

BOZANIC LAW, P.A.
101 NE 3rd Avenue
Suite 1500
Ft. Lauderdale, FL 33301
Telephone: 954.920.9750
E-Mail: info@bozaniclaw.com

HUMBERTO R. DOMINGUEZ, P.A.
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
Telephone: 305.373.6400
E-Mail: bert@hdominguezlaw.com

*/s/Zeljka Bozanic*
By:________________________________
Zeljka Bozanic
Florida Bar No. 23707

*/s/Humberto R. Dominguez*
By:________________________________
Humberto R. Dominguez
Florida Bar No. 837903

**CERTIFICATE OF SERVICE**

I HEREBY certify that on September 11, 2026, undersigned counsel electronically filed foregoing document with the Clerk of Courts using CM/ECF which will send notification of such filing to all counsel of record.

*/s/Zeljka Bozanic*
By:__________________________________
Zeljka Bozanic
Florida Bar No. 23707