UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cr-20104-JB

**UNITED STATES OF AMERICA,**
**Plaintiff,**
**vs.**

**CHRISTIAN SANON,**
**Defendant.**
______________________________________/

**MOTION IN LIMINE TO INTRODUCE PHONES OF CO-CONSPIRATORS**

The Defendant, Christian Sanon, by and through undersigned counsel, respectfully files this Motion in Limine relating to introduction of co-conspirators' phones, and in support states the following:

1. The Government's new exhibit list does not include phones of co-conspirators, Joseph Joel John, Felix Badio and Mario Antonio Palacios, that were introduced in the previous trial.
2. Defense reserves the right to introduce other phones of co-conspirators which are not introduced in the Government's case in chief.
3. Pursuant to Local Rule 88.9, the undersigned has reached out to the Government regarding their position on this motion and has not heard back from them by the time of the filing of this motion. However, the undersigned counsel have a scheduled meeting with the Government to review the evidence regarding certain stipulations at 2:30pm on today's date and will attempt to resolve the issue in this motion.

WHEREFORE, the Defendant respectfully requests that his Court grant this Motion in Limine and allow the defense to introduce any of the co-conspirators' phones.

Respectfully submitted,

BOZANIC LAW, P.A.
101 NE 3rd Avenue
Suite 1500
Ft. Lauderdale, FL 33301
Telephone: 954.920.9750
E-Mail: info@bozaniclaw.com

By: */s/Zeljka Bozanic*
Zeljka Bozanic
Florida Bar No. 23707

HUMBERTO R. DOMINGUEZ, P.A.
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
Telephone: 305.373.6400
E-Mail: bert@hdominguezlaw.com

By: */s/Humberto R. Dominguez*
Humberto R. Dominguez
Florida Bar No. 837903

**CERTIFICATE OF SERVICE**

I HEREBY certify that on September 18, 2026, undersigned counsel electronically filed foregoing document with the Clerk of Courts using CM/ECF which will send notification of such filing to all counsel of record.

By: */s/Zeljka Bozanic*
Zeljka Bozanic
Florida Bar No. 23707