**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 22-CR-20104-BECERRA**

UNITED STATES OF AMERICA,
Plaintiff,
v.

VICTOR ALBEIRO PINEDA CARDONA,
Defendant.
______________________________________/

**MOTION TO APPROVE SECOND-CHAIR COUNSEL**

Undersigned counsel, on behalf of Mr. Victor Pineda Cardona ("Mr. Pineda Cardona"), respectfully files this Motion to Approve Second-Chair Counsel pursuant to the Criminal Justice Act Plan.

1. Mr. Pineda is charged in Counts 1, 2 and 3 of the Sixth Superseding Indictment. Each count carries a maximum sentence of life imprisonment.
2. The charges arise from the July 7, 2021, assassination of Haitian President Jovenel Moïse in Port-au-Prince.
3. Mr. Pineda is a Colombian national and Spanish speaker. He was held in Haiti for about five years without trial. He was brought to this District on September 20, 2026, and made his initial appearance on September 21, 2026.
4. On September 21, 2026, undersigned counsel was appointed to represent Mr. Pineda Cardona pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

5. Five defendants from this indictment have already been to trial. That trial lasted approximately 42 days and, given the complexity of the case, all five of them had at least two attorneys representing them.
6. While discovery has not yet been provided, in reviewing the docket, it is clear that discovery will be voluminous.
7. Ms. Lewis (Florida Bar No. 115516) brings substantial criminal defense experience to Mr. Pineda Cardona's case. She earned her J.D. from The George Washington University Law School and holds a Certificate in International Human Rights Law from the University of Oxford. She served as an Assistant Public Defender with the Miami-Dade County Public Defender's Office for more than eight years, where she handled a broad range of state criminal matters at all stages of litigation. She subsequently founded Lewis Legal PLLC[1], where she has continued to practice criminal defense. She is also fluent in Spanish. Her background in advocacy, trial preparation, and client representation makes her well-suited to serve in this role. Ms. Lewis has previously been approved as 2nd Chair counsel in other federal criminal cases in this District.[2]

---

[1] https://lewislegalpllc.com/

[2] Ms. Lewis is currently approved as 2nd Chair Counsel in 03-20685-DPG; Ms. Lewis has also previously been approved as mentee counsel in the following cases: *United States v. Nkwantabisa*, No. 24-cr-60061-DSL; *United States v. Dernier*, No. 24-cr-60162-AHS; *United States v. Jarrett*, No. 23-cr-20483-RKA; *United States v. Marrero Rodriguez*, No. 24-cr-20397-RKA; *United States v. Leguen Martinez*, No. 24-cr-20516-CMA; *United States v. Conde Infante*, No. 25-cr-20008-RKA.

8. This District's plan provides: "More than one attorney may be appointed in any case determined by the court to be complex." S.D. Fla. CJA Plan § VI.D (rev. May 2024). The Judicial Conference guidelines allow appointment of an additional attorney "[i]n an extremely difficult case where the court finds it in the interest of justice." Guide to Judiciary Policy, Vol. 7A, ch. 2, § 230.53.20(a). On April 22, 2022, this Court found this prosecution complex. [ECF No.21].

**WHEREFORE,** undersigned counsel respectfully requests that the Court grant this Motion to Approve Second-Chair Counsel and authorize compensation as permitted by the CJA Plan.

Dated: September 22, 2026

Respectfully submitted,

**STUMPHAUZER KOLAYA & SLOMAN, PLLC**
Two South Biscayne Blvd.,
Suite 1600, Miami, FL 33131
Telephone: (305) 614-1400

*/s/ Juan J. Michelen*
Florida Bar No. 92901
jmichelen@sknlaw.com

**CERTIFICATE OF SERVICE**

I certify that on September 22, 2026, I filed the foregoing document via CM/ECF, which will serve all counsel of record through the Court's electronic notification system or by other authorized means for those not receiving electronic notices.

*s/ Juan J. Michelen*