**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20104-CR-BECERRA(s)(s)(s)(s)(s)(s)**

**UNITED STATES OF AMERICA**

**v.**

**CHRISTIAN EMMANUEL SANON,**
**a/k/a "Kumbe,"**
**a/k/a "Pumba,"**
**a/k/a "Bubba,"**
**a/k/a "Mr. President,"**
**a/k/a "P,"**

**Defendant.**
_______________________________________________/

## GOVERNMENT FINAL TRIAL WITNESS LIST

The Government intends to call the following witnesses in its case-in-chief in the above-captioned trial beginning on September 28, 2026 (DE 1824):

1) Forensic Examiner & Physical Scientist Theodore Chavez, Federal Bureau of Investigation
2) Special Agent Jose Loureiro, Federal Bureau of Investigation
3) Special Agent Martin Suarez, Federal Bureau of Investigation
4) Special Agent Nicholas Rahmer, Federal Bureau of Investigation
5) Special Agent Ty Morrison, Federal Bureau of Investigation
6) Special Agent Cindy Barrois, Federal Bureau of Investigation
7) Special Agent George Nunez, Federal Bureau of Investigation
8) Special Agent Tom Pavletic, Federal Bureau of Investigation
9) Special Agent Rene Luna, Federal Bureau of Investigation
10) Special Agent Jacqueline Valdes, Federal Bureau of Investigation
11) Special Agent Ryan Bonura, Federal Bureau of Investigation
12) Special Agent (Retired) Sherie Rebollo, Federal Bureau of Investigation
13) Task Force Officer Daniel Gonzalez, Federal Bureau of Investigation

14) Nestor Mascarell, Forensic Accountant, Federal Bureau of Investigation
15) Kaitlin Dayton, Intelligence Analyst, Federal Bureau of Investigation
16) Leilani Laureano, Staff Operations Specialist, Federal Bureau of Investigation
17) Special Agent Dennis Scheffel, Homeland Security Investigations
18) Special Agent Richard Maniara, Homeland Security Investigations
19) Special Agent Paul Thompson, Homeland Security Investigations
20) Criminal Analyst, John Labbe, Homeland Security Investigations
21) Chief Officer Manuel Garcia, Cargo Operations, U.S. Customs and Border Protection

==================================================================

22) Senior Digital Forensic Examiner Bryan Jordan, Federal Bureau of Investigation
23) Senior Digital Forensic Examiner Elizabeth Riddell, Federal Bureau of Investigation
24) Senior Digital Forensic Examiner Easton L. Schlueter, Federal Bureau of Investigation
25) Senior Digital Forensic Examiner David Mingarelli, Federal Bureau of Investigation
26) Senior Digital Forensic Examiner Ricardo Soto, Federal Bureau of Investigation
27) Digital Forensic Examiner (Retired) Robert Herbster, Federal Bureau of Investigation
28) Digital Forensic Examiner (Retired) Michael Betancourt, Federal Bureau of Investigation
29) Senior Digital Forensic Examiner (Former) Susy Hwang, Federal Bureau of Investigation
30) Technical Enforcement Officer Brian Hixson, Homeland Security Investigations
31) Special Agent & CFA Christopher Wallace, Homeland Security Investigations
32) CFA (Retired) Steven Towe, Homeland Security Investigations
33) CFA (Retired) Richard Wilkins, Homeland Security Investigations
34) CFA (Former) Tim Stewart, Homeland Security Investigations
35) CFA (Former) Todd Ashley, Homeland Security Investigations

==================================================================

36) Dimitri Smith, U.S. Department of Commerce
37) Deputy Director Susan F. Walke, U.S. Department of State

==================================================================

38) Mario Antonio Palacios Palacios
39) German Alejandro Rivera Garcia

40) Joseph Joel John

41) Joseph Vincent

42) Frederick Bergmann Jr.

43) Rodolphe Jaar

44) Jacob Israel

45) Keegan Harricharan

==============================================================

46) Dr. Jean RC Armel Demorcy, Haiti Medical Examiner

47) Dr. Stephen Kalandiak, M.D., Jackson Memorial Hospital

48) Martine Moise

49) Jomarlie Moise

50) Jean Roger Noelcius

51) Wilhelm Gaetjens

52) Reiniel Gonzalez, Director of Cargo Operations, IBC Airways

53) Howard Pine, New Jersey Attorney General's Office, Division of Consumer Affairs

54) Kara Oleyn, Executive Director of ECFMG

55) Richard Weiner

56) Rafael Guerrero

57) Jimmy Glenn Thompson Jr.

58) David Alexis

[Space Intentionally Left Blank]

The United States reserves the right to call additional witnesses, update witnesses on this list, or refrain from calling witnesses on this list, as circumstances dictate.

Respectfully submitted,

JASON REDING QUIÑONES
United States Attorney

By: _/s Sean T. McLaughlin_
Sean T. McLaughlin
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
(305) 715-7642/7654
Sean.McLaughlin@usdoj.gov

_/s Jason Wu_
Jason Wu
Assistant United States Attorney
Court ID No. A5502299
99 NE 4th Street
Miami, FL 33132
(305) 961-9226
Jason.Wu@usdoj.gov

_/s Altanese Phenelus_
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
Altanese.Phenelus@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s *Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney