UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20104-JB

UNITED STATES OF AMERICA, ) Pages 1- 91

vs. ) Miami, Florida

ANTONIO INTRIAGO, and
CHRISTIAN SANON, ) October 7, 2025
) 10:15 a.m. to 12:55 p.m.

Defendants.

TRANSCRIPT OF DAUBERT HEARING
BEFORE THE HONORABLE JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government: SEAN THOMAS MCLAUGHLIN
DOJ-USAO
11200 NW 20th Street, Suite 101
Miami, Florida 33172

EMMA ELLENRIEDER
ANDREW BRIGGS
U.S. Department of Justice
950 Pennsylvania Avenue Northwest
Washington, DC 20530

JASON WU
ALTANESE PHENELUS
United States Attorney's Office
99 Northeast 4th Street
Miami, FL 33132

For Defendant Intriago: EMMANUEL PEREZ, ESQ
Emmanuel Perez & Associates P.A.
901 Ponce de Leon Boulevard
Suite 101
Coral Gables, FL 33114

HECTOR L. FLORES, ESQ
Barzee Flores, P.A.
Courthouse Center, Penthouse 1
40 Northwest Third Street
Miami, FL 33128

For Defendant Sanon: HUMBERTO ROLANDO DOMINGUEZ, ESQ
Humberto R. Dominguez, PA
9100 South Dadeland Boulevard
Suite 1500
Miami, FL 33156

ZELJKA BOZANIC
Bozanic Law, P.A.
17100 Royal Palm Boulevard, Suite 1
Weston, FL 33326

STENOGRAPHICALLY REPORTED BY:

VERNITA ALLEN-WILLIAMS, RPR, RMR, FCRR
Official Court Reporter to:
The Honorable Jacqueline Becerra
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128
Vernita_Allen-Williams@flsd.uscourts.gov

How does the prohibition to export these items to Haiti play in? Doesn't that just end the inquiry? It didn't matter if they had the licenses for these vests or not. Isn't it the case that these vests just couldn't be exported to Haiti, period?

MS. ELLENRIEDER: It's without a license. So the regulations state -- they imposed license requirements; so an individual needs to apply for a license.

In some situations the regulations will say there is a presumption of denial; like, you can apply, but you -- really unlikely you're going to get one. But it's not that it is just a general prohibition.

THE COURT: Maybe I misread it. I thought there was some general prohibition to Haiti.

MS. ELLENRIEDER: No, Your Honor. That the individual -- the exporter has to apply for a license; and only after applying for the license.

And there are situations where there are various license exceptions, including if the U.S. government is shipping them.

THE COURT: And then can you answer the question that the defense raised about how these vests that they allege the defendants wore themselves play into the government's case, if at all?

MS. ELLENRIEDER: Yes, Your Honor. So the government is aware of at least two instances where the defendants transported ballistic vests. One was in May, which we understand the

defendants carried a couple vests with them on a flight down to Haiti. And then the second one is the June 10, 2021, shipment of approximately 20 vests. The indictment is only charging as a criminal offense the June 10th shipment.

And defense mentioned that there is a license exception; if an individual is carrying one vest for their own personal use. But that license exception would not be applicable in a bulk shipment of 20 vests.

THE COURT: So the issue of them carrying those in May is not at issue?

MS. ELLENRIEDER: Correct.

THE COURT: All right. You can proceed.

MS. ELLENRIEDER: Oh. And, Your Honor, one last point about that executive order that defense referenced.

The executive order on fighting over criminalization of federal regulations that the government issued in May 9, 2025, it is not applicable to this case. The executive order says that --

THE COURT: No executive order is applicable to a case.

MS. ELLENRIEDER: That's another point.

THE COURT: I mean, as I understand the law, the President is certainly within his right, any president, to issue an executive order. It doesn't apply to this case.

In fact, even if the Department of Justice was doing something contrary to the executive order, I don't think the executive order gives the defendant a right, nor me the power, to