**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20104-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**CHRISTIAN SANON,**

**Defendant.**
___________________________________/

**GOVERNMENT'S FIFTH SUPPLEMENTAL NOTICE OF INTENT**
**TO SEEK ADMISSION OF SELF-AUTHENTICATING RECORDS**

The United States of America, by and through its undersigned counsel, hereby files this fifth supplemental notice, pursuant to Federal Rules of Evidence 803(6-8, 10, 22) and 902(1-4, 11-13) and Rule 27 of the Federal Rules of Criminal Procedure, of the United States' intent to introduce into evidence at trial the following records as self-authenticating certified foreign public documents and records, certified domestic public documents and records, certified domestic records of a regularly conducted activity (including absence of such records and regularly conducted activity), and certified records generated by an electronic process or system.

The Government recently received exhibits 169 through 192 described below, which supplement the prior amended notice. The accompanying certifications are attached and designated below by their corresponding Notice Exhibit ("Ex.") number. The supplement also identifies the corresponding Government Trial Exhibit ("GX") number on the Government's updated exhibit list (DE 1904). The Government awaits subpoena returns and certifications marked with an asterisk. Once received, this notice will be amended accordingly.

| **Entity** | **FRE 803 & 902 Documents & Records Evidence** |
|---|---|
| *U.S. Department of War | Certification of Employment or lack thereof for:<br>1. Samir Handal<br>2. Dumel Joseph<br>3. Richard Weiner<br>4. Paul Richardson<br>5. David Alexis<br>6. Parnell Duverger |
| U.S. Department of State<br>(Ex. 169-172) | Certification of Employment or lack thereof for:<br>1. Richard Weiner (GX 62C)<br>2. Paul Richardson (GX 63C)<br>3. Jean Wesley Lucien (GX 48D)<br>4. Samir Handal (GX 56C) |
| Federal Bureau of Investigation<br>(Ex. 173-176) | Certification of Employment or lack thereof for:<br>1. Richard Weiner (GX 62D)<br>2. Paul Richardson (GX 63D)<br>3. Samir Handal (GX 56D)<br>4. Jean Wesley Lucien (GX 48E) |
| U.S. Drug Enforcement Administration<br>(Ex. 177-186) | Certification of Employment or lack thereof for:<br>1. Bob Balthazar (GX 51F)<br>2. Helen Manich (GX 50F)<br>3. Jean Wesley Lucien (GX 48F)<br>4. Roland Jean Pierre (GX 49F)<br>5. David Alexis (GX 70F)<br>6. Parnell Duverger (GX 71F)<br>7. Dumel Joseph (GX 59F)<br>8. Richard Weiner (GX 62F)<br>9. Paul Richardson (GX 63F)<br>10. Samir Handal (GX 56F) |
| Florida Department of Highway Safety & Motor Vehicles<br>(Ex. 187) | Certified DAVID for:<br>1. Samir Handal (GX 56B) |
| ECFMG<br>(Ex. 188) | Certified medical records or lack thereof for:<br>1. Christian Sanon (GX 4E7) |
| New Jersey<br>(Ex. 189) | Certified medical records or lack thereof for:<br>1. Christian Sanon (GX 4E5) |
| Dominican Republic<br>(Ex. 190) | Certified medical records or lack thereof for:<br>1. Christian Sanon (GX 4E8) |

| | |
|---|---|
| Haiti<br>(Ex. 191) | Certified medical records or lack thereof for:<br>1. Christian Sanon (GX 4E9) |
| Medgar Evers<br>(Ex. 192) | Certified education records for:<br>1. Christian Sanon (GX 4E9) |

The United States reserves its right to amend or supplement this notice as necessary.

Respectfully submitted,

JASON REDING QUIÑONES
United States Attorney

By: *_/s Sean T. McLaughlin_*
Sean T. McLaughlin
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
(305) 715-7642/7654
Sean.McLaughlin@usdoj.gov

*_/s Jason Wu_*
Jason Wu
Assistant United States Attorney
Court ID No. A5502299
99 NE 4th Street
Miami, FL 33132
(305) 961-9226
Jason.Wu@usdoj.gov

*_/s Altanese Phenelus_*
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
Altanese.Phenelus@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2026, I filed the foregoing document through CM/ECF and thus served all counsel of record.

/s *Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney