**CERTIFICATION OF LACK OF DOMESTIC RECORDS
OF REGULARLY CONDUCTED ACTIVITY
Pursuant to Fed. R. Evidence 803(7) and 902(11)**

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a United States' Department of State ("State") records custodian or other qualified person who can provide a written declaration regarding the management of records of regularly conducted business activity, which are the subject of this certification;

2. The records of regularly conducted business activity (hereinafter "records") that are the subject of this certification are those relating to human resources matters for State, including employment records, personal services contractor records, security records, and diplomatic accreditation records;

3. Such records, when they are created, are made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

4. Such records are kept in the course of a regularly conducted business activity as a regular business practice;

5. After a diligent search of our records between, on or about August 28, 2026 and September 16, 2026, State found no record indicating that the following individual ever served as direct hires, personal services contractors, or locally employed staff with State, or as accredited diplomats to the United States:

   Paul Richardson, DOB [redacted]

***I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.***

Jeanne Miller
Signature of Declarant

Jeanne Miller

Director, Office of Special Document Production

Department of State

2201 C. Street N.W., Suite 5428
Washington, D.C. 20520-0000