**U.S. Department of Justice**

Federal Bureau of Investigation

*Washington, D.C. 20535-0001*

September 11, 2026

## CERTIFICATION OF LACK OF DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

Pursuant to 28 U.S.C. Section 1746 and Fed. R. Evidence 803(7) and 902(11), the undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a Federal Bureau of Investigation ("FBI") records custodian or other qualified person who can provide a written declaration regarding the management of records of regularly conducted business activity, which are the subject of this certification;

2. The records of regularly conducted business activity (hereinafter "records") that are the subject of this certification are those relating to human resources matters for the FBI, namely employment records;

3. Such records, when they are created, are made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

4. Such records are kept in the course of a regularly conducted business activity as a regular business practice;

5. After a diligent search of our records on or about 09/09/2026, the FBI found no record indicating that the following individuals were ever employed by FBI:
   [redacted]
   b) Paul Richardson, DOB [redacted];
   [redacted];

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2026

Respectfully,

Jacqueline M. Tongbua

Jacqueline M. Tongbua
Section Chief
Human Resources Division
Federal Bureau of Investigation
United States Department of Justice
Washington, D.C.