**CERTIFICATION OF LACK OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 803(7) and 902(11)**

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a Drug Enforcement Administration ("DEA") records custodian or other qualified person who can provide a written declaration regarding the management of records of regularly conducted business activity, which are the subject of this certification;

2. The records of regularly conducted business activity (hereinafter "records") that are the subject of this certification are those relating to human resources matters for the DEA, including employment records,

3. Such records, when they are created, are made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

4. Such records are kept in the course of a regularly conducted business activity as a regular business practice;

5. After a diligent search of our records on or about August 18, 2026, the DEA found no record indicating that the following individual was ever employed by the DEA:

Samir Handal, DOB – , SSN:

***I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.***

JOHN SMITH (Affiliate) Digitally signed by JOHN SMITH (Affiliate) Date: 2026.08.19 11:33:30 -04'00'

John R. Smith, III
Human Resources Assistant
U.S. Department of Justice
Drug Enforcement Adminstration