DAVID
DRIVER AND VEHICLE
INFORMATION DATABASE

# STATE OF FLORIDA

DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Time printed: 7/20/2026 2:14:14 PM

Name: SAMIR HANDAL

DL/ID: [redacted]-0

[redacted]

## Current Address

| Address | County | Address Type | Change Date |
|---|---|---|---|
| [redacted]T MIAMI, FL 33186-7812 | MIAMI-DADE | RESIDENTIAL | 07/24/2023 |
| [redacted]T MIAMI, FL 33186 | MIAMI-DADE | MAILING | 03/12/2011 |

## Address History

| Address | County | Address Type | Change Date |
|---|---|---|---|
| [redacted]T MIAMI, FL 33186-7812 | MIAMI-DADE | RESIDENTIAL | 03/12/2011 |
| [redacted]T MIAMI, FL 33186 | MIAMI-DADE | MAILING | 06/06/2008 |
| [redacted]T MIAMI, FL 33186-7812 | MIAMI-DADE | RESIDENTIAL | 06/06/2008 |

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

**DAVID**
**DRIVER AND VEHICLE**
INFORMATION DATABASE

# STATE OF FLORIDA

**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**

Time printed: 7/20/2026 2:13:51 PM

## Record Detail

**Customer Name:**
SAMIR HANDAL

**DL/ID:**
[redacted]

**Previous DUI:** 0

*This count reflects total DUI convictions on record.*

**Driver License Status:**
Valid

**SSN:**
***-**-****

**Class:**
E

**Previous DWLS:** 0

*This count reflects total DWLS convictions on record.*





SAFE DRIVER
REAL ID COMPLIANT

**Address:**
[redacted]
MIAMI, FL 33186-7812

**Date of Birth:**
[redacted]

**Gender:**
MALE

**Height:**
5' 7"

**Original License Issue**
[redacted]

[redacted]

[redacted]

[redacted]

**Commercial Learners Permit (CLP) Status:**

**Form Number:**
[redacted]

**EIN:**
[redacted]

**Citizen Status:**
IMMIGRANT

**Country of Birth:**
ISRAEL

**State of Birth:**

**Alien Registration Number:**
[redacted]

**Race:**
CAUCASIAN

**Current Restrictions:**
B - CORRECTIVE LENSES
F - OUTSIDE MIRROR

**Current Endorsements:**

**Conditional Messages:**

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

DAVID
DRIVER AND VEHICLE
INFORMATION DATABASE

# STATE OF FLORIDA

DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Time printed: 7/20/2026 2:14:58 PM

**Signature Array**

Digital images are restricted for use pursuant to S.322.142(4), Florida Statutes - images include photographs and signatures.

| Customer Name: | Birth Date: |
|---|---|
| SAMIR HANDAL | [redacted]8 |
| **DL/ID:** | **Race/Sex:** |
| [redacted]0 | W / M |

## Signature Array

| Image | License No | Name | Transaction Date | Void | |
|---|---|---|---|---|---|
| 1 | [redacted]-[redacted] | SAMIR HANDAL | 10/25/2023 | NO |  |
| 2 | [redacted]-[redacted] | SAMIR HANDAL | 07/24/2023 | NO |  |
| 3 | [redacted]-[redacted] | SAMIR HANDAL | 01/24/2019 | NO |  |
| 4 | [redacted]-[redacted]0 | SAMIR HANDAL | 03/12/2011 | NO |  |
| 5 | [redacted]-[redacted] | SAMIR HANDAL | 06/06/2008 | NO |  |
| 6 | [redacted]-[redacted] | SAMIR HANDAL | 11/16/2006 | NO |  |

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

| Image | License No | Name | Transaction Date | Void | |
|---|---|---|---|---|---|
| 7 | [redacted] | SAMIR HANDAL | 05/24/2006 | NO |  |
| 8 | [redacted] | SAMIR HANDAL | 05/24/2006 | NO |  |
| 9 | [redacted] | SAMIR HANDAL | 08/09/2001 | NO |  |

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

DAVID
DRIVER AND VEHICLE
INFORMATION DATABASE

# STATE OF FLORIDA

DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Time printed: 7/20/2026 2:23:14 PM EST

## Document Detail View

**Name: SAMIR HANDAL**

**License Number:** [redacted]-0
**SSN:** ***-**-****
**Document Type: US DRIVER LICENSETERRITORIES**

[redacted] **Class: E**
**Gender: MALE**
**Number of Pages: 2**

**Page No:** 1
**User ID:** [redacted]3
**Image Key:** 2[redacted]0
**Image Date: 10/25/2023 16:11:42**
**Workstation ID:** [redacted]7



As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

**Page No: 2**
**User ID:** [redacted]
**Image Key:** [redacted]
**Image Date: 10/25/2023 16:11:47**
**Workstation ID:** [redacted]



As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

**DAVID**
**DRIVER AND VEHICLE**
INFORMATION DATABASE

# STATE OF FLORIDA

**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**

Time printed: 7/20/2026 2:23:25 PM EST

## Document Detail View

**Name: SAMIR HANDAL**

| | |
|---|---|
| **License Number:** [redacted]-0<br>**SSN:** ***-**-****<br>**Document Type:** OUT OF COUNTRY LICENSEID | **License Class:** E<br>**Gender:** MALE<br>**Number of Pages:** 2 |

**Page No:** 1
**User ID:** [redacted]E
[redacted]1
**Image Date:** 07/24/2023 14:48:39
**Workstation ID:** [redacted]6



As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

**Page No: 2**
**User ID:** [redacted]

[redacted]



As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

**DAVID**
**DRIVER AND VEHICLE**
INFORMATION DATABASE

# STATE OF FLORIDA

**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**

Time printed: 7/20/2026 2:24:37 PM EST

## Document Detail View

**Name: SAMIR HANDAL**

**License Number:** [redacted]-0
**SSN:** ***-**-****
**Document Type:** [redacted]T
**RESIDENT CARD**

**License Class: E**
**Gender: MALE**
**Number of Pages: 2**

**Page No: 1**
**User ID:** [redacted]E
[redacted]3
[redacted]3
[redacted]on [redacted]6



As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

**Page No: 2**

**User ID:** [redacted]E

[redacted]4

[redacted] [redacted]57

[redacted]6



As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

**DAVID**
**DRIVER AND VEHICLE**
INFORMATION DATABASE

# STATE OF FLORIDA

**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**

Time printed: 7/20/2026 2:25:00 PM EST

## Document Detail View

**Name: SAMIR HANDAL**

| | |
|---|---|
| **License Number:** [redacted]-0<br>**SSN:** ***-**-****<br>**Document Type: PROOF OF RESIDENCE DOCUMENTS** | **License Class: E**<br>**Gender: MALE**<br>**Number of Pages: 1** |

**Page No: 1**
**User ID:** [redacted]E
[redacted]0
[redacted]28
[redacted]on [redacted]6




same address

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

**DAVID**
**DRIVER AND VEHICLE**
INFORMATION DATABASE

# STATE OF FLORIDA

**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**

Time printed: 7/20/2026 2:25:13 PM EST

## Document Detail View

**Name: SAMIR HANDAL**

| | |
|---|---|
| **License Number:** [redacted]-0<br>**SSN:** ***-**-****<br>**Document Type: NAME CHANGE DOCUMENT** | **License Class: E**<br>**Gender: MALE**<br>**Number of Pages: 2** |

**Page No**[redacted]
[redacted]E
[redacted]5
[redacted]3 [redacted]8
[redacted]on [redacted]6



As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

**Page No: 2**
**User ID:** [redacted]E
[redacted]6
[redacted]2
[redacted]n [redacted]6



As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

**DAVID**
**DRIVER AND VEHICLE**
INFORMATION DATABASE

# STATE OF FLORIDA

**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**

Time printed: 7/20/2026 2:25:22 PM EST

## Document Detail View

**Name: SAMIR HANDAL**

**License Number:** [redacted]0
**SSN:** ***-**-****
**Document Type:** INSI551 FORMPERMANENT RESIDENT CARD

**License Class:** I
**Gender:** MALE
**Number of Pages:** 1

**Page No:** 1
**User ID:** [redacted]
[redacted] on [redacted]



As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

FLHSMV
FLORIDA HIGHWAY SAFETY AND MOTOR VEHICLES



**PURSUANT TO SECTION 322.142(4), FLORIDA STATUTES, ACCESS TO DIGITAL IMAGES, WHICH INCLUDES THE PHOTOGRAPHS AND SIGNATURES OF LICENSEES, ARE RESTRICTED AND MAY ONLY BE DISCLOSED TO ENTITIES IDENTIFIED IN THIS SECTION.**

**Application for Driver License/I.D. Card on 07/24/2023 03:04:52 PM**

**Learner License**

DL/ID Number: [redacted]-0

**SAMIR HANDAL**
[redacted]
**MIAMI, FL 33186-7812**

Class: **E**
County: **1 - MIAMI-DADE**

Under penalty of perjury, I swear or affirm that the information given by me in this application is true and correct. I also understand the operation of a motor vehicle constitutes consent to any sobriety test required by law and consent to release of driver records required by law.

| | | | | | |
|---|---|---|---|---|---|
| Country of Birth: **ISRAEL** | State of Birth: | Issue Type: **Original** | Gender: **Male** | Height: **5'7"** | Conditional Messages: **Safe Driver** |
| Issue Date: **07/24/2023** | Issue Time: **03:04:52 PM** | Date of Birth: [redacted]8 | Race: **CAUCASIAN** | Military Veteran: **N/A** | |
| Restrictions: **B - Corrective Lenses** **F - Outside Mirror** | Endorsements: | Expiration Date: **04/26/2032** | Replacement Date: | 100% Disabled Veteran: [redacted] | |

## INFORMATIONAL

| | | | |
|---|---|---|---|
| Social Security Number: [redacted] | Citizenship Status: **Immigrant** | Alien Number: [redacted] | INS Document Expiration Date: |
| Florida Resident: **Yes** | Selective Service: **N/A** | PDPS Verification: | CDLIS Verification: |
| Application Examiner ID: **S0713SJB** | Scan Examiner ID: **S0713GDE** | Photo Examiner ID: **S0713SJB** | Cashier Examiner ID: **T0313RZF** |
| Office: [redacted] | Data Source: **M** | Form Number: [redacted]6 | |
| Embedded Inventory Number (EIN): **0100415941923130** | DL/ID Issued: **Yes** | Print Date: **07/24/2023** | |

## IDENTIFICATION

Identification:
**INS-I-551 Form-Permanent Resident Card, Name Change Document, Social Security Document, Proof Of Residence Documents, Out of Country License/ID**

## ADDRESSES

| | | | |
|---|---|---|---|
| [redacted] **MIAMI, FL 33186-7812** | Resident County: **1 - MIAMI-DADE** | Mailing Address: [redacted] **MIAMI, FL 33186** | Mailing County: **1 - MIAMI-DADE** |
| Temp1 Address: | | Temp2 Address: | |
| Transient Address: | | Temporary Mail To Address: | |

## PREVIOUS CREDENTIAL INFORMATION

Previous Florida Name: **SAMIR HANDAL** — Previous Date of Birth [redacted]8 — Previous Gender: **Male**

Previous Florida DL/ID Number: [redacted]-0 — Change Type: **Name Change**

## STATEMENT OF APPLICANT CONCERNING LICENSE OR ID CARD

**No** Has your driving privilege ever been revoked, suspended or denied in any state?

State: Date Denied: Date Restored: Explanation:

**No** Do you have a valid license or identification card issued by the state of Florida or any other state?

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

**Yes** Do you have a valid license or identification card issued by any other country?

**N/A** Driver Education Licensing Assistance Program (DELAP) Complete?

## FDLE PREDATOR / OFFENDER STATUS

Sexual Predator: Sexual Offender: Career Offender:

## STATEMENT OF APPLICANT CONCERNING PHYSICAL/MENTAL AND QUALIFICATIONS

[redacted] Have you ever been adjudged by a court of law to be mentally incapacitated, suffering from any mental disorder or disease?

Mental Judgement State: Mental Judgement Date: Mental Restore Date:

[redacted] Have you suffered from epilepsy, fainting, or dizzy spells within the last two years?

Explanation:

[redacted] Do you have any physical or mental disabilities that could affect your driving? Hearing: [redacted]

Explanation:

## STATEMENT OF APPLICANT CONCERNING ALCOHOL

[redacted] Are you addicted to drugs or intoxicants?

Explanation:

**No** Have you ever been convicted of an alcohol or drug related offense in your lifetime?

**N/A** Have you been convicted 2 DUI's in the last 5 years?

**N/A** Have you been convicted of 3 DUI's in the last 10 years?

## CREDENTIAL DESIGNATIONS

Designations:

## VISION ACUITY

Visual Acuity Reading: Right: [redacted] Left: [redacted] Both: [redacted] Vision Report Required: [redacted]

## EXAMS ASSIGNED TO ISSUED CREDENTIAL

| EXAM TYPE | STATUS | DATE | VEHICLE CLASS |
|---|---|---|---|
| Class E Vision | Pass | 07/24/2023 | |
| Class E General Knowledge | Pass | 06/16/2023 | |
| Commercial Vision | Pass | 07/24/2023 | |

## EXAMINATIONS

| EXAM TYPE | STATUS | DATE | ATTEMPTS | ORAL EXAM | NON ENGLISH |
|---|---|---|---|---|---|
| Class E Vision | Pass | 07/24/2023 | 2 | No | No |
| Class E General Knowledge | Pass | 06/16/2023 | 1 | No | No |

## VOTER APPLICATION STATUS

Motor Voter Declination: [redacted]

## OUT OF STATE/OUT OF COUNTRY CREDENTIAL INFORMATION

| State: | Country: | Issue Date: | DL/ID Number: | Expiration Date: | Disposition: |
|---|---|---|---|---|---|
| | **HAITI** | **09/19/2017** | **bb00024ta** | **04/26/2022** | **Retained** |

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

## GUARDIAN INFORMATION

DL/ID Number: ID Document Type: Verified By: Relationship:

Legal Name:

## REMARKS

Comments: **Review completed by customer**

Permit Remarks:

Sanction List: No Fee Reason:

## DRIVER LICENSE TRANSCRIPT REQUESTS

## FEE TRANSACTION AMOUNTS

| Fee Type | | Fee Amount |
|---|---|---|
| ORIGINAL CLASS E | | $48.00 |
| **Payment Type** | **Confirmation Number** | **Total Amount Paid** |
| Credit Card | 55255284 | $48.00 |

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

FLHSMV
FLORIDA HIGHWAY SAFETY AND MOTOR VEHICLES



**PURSUANT TO SECTION 322.142(4), FLORIDA STATUTES, ACCESS TO DIGITAL IMAGES, WHICH INCLUDES THE PHOTOGRAPHS AND SIGNATURES OF LICENSEES, ARE RESTRICTED AND MAY ONLY BE DISCLOSED TO ENTITIES IDENTIFIED IN THIS SECTION.**

## Application for Driver License/I.D. Card on 10/25/2023 04:12:33 PM

### Driver License

Under penalty of perjury, I swear or affirm that the information given by me in this application is true and correct. I also understand the operation of a motor vehicle constitutes consent to any sobriety test required by law and consent to release of driver records required by law.

DL/ID Number: [redacted]-0

[redacted]
**MIAMI, FL 33186-7812**

Class: **E**
County: **1 - MIAMI-DADE**

Country of Birth: **ISRAEL**
State of Birth:
Issue Type: **Replacement**
Gender: **Male**
Height: **5'7"**
Conditional Messages: **Safe Driver**

Issue Date: **07/24/2023**
Issue Time: [redacted]
Date of Birth: [redacted]**8**
[redacted] **CAUCASIAN**
[redacted] **N/A**

Restrictions: **B - Corrective Lenses**, **F - Outside Mirror**
Endorsements:
Expiration Date: **04/26/2032**
Replacement Date: **10/25/2023**
100% Disabled Veteran: [redacted]

## INFORMATIONAL

Social Security Number: [redacted]
Citizenship Status: **Immigrant**
Alien Number: [redacted]
INS Document Expiration Date:

Florida Resident: **Yes**
Selective Service: **N/A**
PDPS Verification:
CDLIS Verification:

Application Examiner ID: **T0313RLB**
Scan Examiner ID: **T0313RLB**
Photo Examiner ID: **T0313RLB**
Cashier Examiner ID:

Office: [redacted]
Data Source: **M**
Form Number: **T032310250296**

Embedded Inventory Number (EIN): **0100528826223223**
DL/ID Issued: **Yes**
Print Date: **10/25/2023**

## IDENTIFICATION

Identification: **U.S. Driver License/Territories**

## ADDRESSES

Resident Address: [redacted] **MIAMI, FL 33186-7812**
Resident County: **1 - MIAMI-DADE**
Mailing Address: [redacted] **MIAMI, FL 33186**
Mailing County: **1 - MIAMI-DADE**

Temp1 Address:
Temp2 Address:
Transient Address:
Temporary Mail To Address:

## PREVIOUS CREDENTIAL INFORMATION

Previous Florida Name:
Previous Date of Birth:
Previous Gender:
Previous Florida DL/ID Number:
Change Type: **No change**

## STATEMENT OF APPLICANT CONCERNING LICENSE OR ID CARD

**No** Has your driving privilege ever been revoked, suspended or denied in any state?

State:
Date Denied:
Date Restored:
Explanation:

**Yes** Do you have a valid license or identification card issued by the state of Florida or any other state?

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

No — Do you have a valid license or identification card issued by any other country?

N/A — Driver Education Licensing Assistance Program (DELAP) Complete?

## FDLE PREDATOR / OFFENDER STATUS

Sexual Predator: Sexual Offender: Career Offender:

## STATEMENT OF APPLICANT CONCERNING PHYSICAL/MENTAL AND QUALIFICATIONS

[redacted] — Have you ever been adjudged by a court of law to be mentally incapacitated, suffering from any mental disorder or disease?

Mental Judgement State: Mental Judgement Date: Mental Restore Date:

[redacted] — Have you suffered from epilepsy, fainting, or dizzy spells within the last two years?

Explanation:

[redacted] — Do you have any physical or mental disabilities that could affect your driving? Hearing:

Explanation:

## STATEMENT OF APPLICANT CONCERNING ALCOHOL

[redacted] — Are you addicted to drugs or intoxicants?

Explanation:

N/A — Have you ever been convicted of an alcohol or drug related offense in your lifetime?

N/A — Have you been convicted 2 DUI's in the last 5 years?

N/A — Have you been convicted of 3 DUI's in the last 10 years?

## CREDENTIAL DESIGNATIONS

Designations:

## EXAMS ASSIGNED TO ISSUED CREDENTIAL

| EXAM TYPE | STATUS | DATE | VEHICLE CLASS |
|---|---|---|---|
| Class E Vision | Pass | 07/24/2023 | |
| Class E General Knowledge | Pass | 06/16/2023 | |
| Class E Driving Skills | Pass | 10/03/2023 | |

## EXAMINATIONS

| EXAM TYPE | STATUS | DATE | ATTEMPTS | ORAL EXAM | NON ENGLISH |
|---|---|---|---|---|---|
| Class E Driving Skills | Pass | 10/03/2023 | 1 | No | No |

## VOTER APPLICATION STATUS

Motor Voter Declination: [redacted]

## OUT OF STATE/OUT OF COUNTRY CREDENTIAL INFORMATION

State: Country: Issue Date: DL/ID Number: Expiration Date: Disposition:

## GUARDIAN INFORMATION

DL/ID Number: ID Document Type: Verified By: Relationship:

Legal Name:

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

## REMARKS

Comments: **Review completed by customer, NO FEE ISSUANCE: CUSTOMER PASSED DRIVING SKILLS EXAM.**

Permit Remarks:

Sanction List:

No Fee Reason: **Learner's License Upgrade**

## DRIVER LICENSE TRANSCRIPT REQUESTS

## FEE TRANSACTION AMOUNTS

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.