**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20104-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**CHRISTIAN SANON,**

**Defendant.**
**___________________________________/**

**UNITED STATES' TWENTY-FIFTH RESPONSE**
**TO THE STANDING DISCOVERY ORDER**

The United States hereby files this twenty-fifth response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16. Please note that the discovery is governed by a Protective Order (DE 26, 40, 164-171, 238). This production (which the parties refer to as Production 30) supplements the discovery previously provided. *See* (DE 41, 52, 78, 92, 173, 174, 324, 326, 327, 425, 591, 667, 777, 812, 985, 1025, 1072, 1131, 1158, 1272, 1298, 1448, 1493, and 1863).

On September 25, 2026, the Government produced, via USAfx, approximately 120 files, consisting of law enforcement interview reports (primarily tracking trial preparation sessions of cooperating or civilian witnesses, along with the receipt of trial subpoena returns), agent notes or correspondence, translations (earlier provided to the defense as part of trial exhibits, but included in this production for completeness), and other miscellaneous items that consist of Rule 16 and/or potential Jencks and *Giglio* material, generated since the Government's prior production.

Due to the multi-week lead time needed to process these items for production (including Bates-stamping, indexing, and watermarking), and to accommodate defendant Sanon's request, the Government has produced the above files as either PDFs or in their native formats without

Bates numbers to ensure receipt in advance of the September 28, 2026, trial. The Government has provided an index that describes the produced materials with additional detail.

Although these items are not watermarked, all of the provided material, just like prior productions, is considered Restricted Material and should be treated as such.

The Government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, *Brady*, *Giglio*, *Napue*, and the obligation to assure a fair trial.

[Space Intentionally Left Blank]

Respectfully submitted,

JASON REDING QUIÑONES
United States Attorney

By: */s Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
(305) 715-7642/7654
Sean.McLaughlin@usdoj.gov

*/s Jason Wu*
Jason Wu
Assistant United States Attorney
Court ID No. A5502299
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9226
Jason.Wu@usdoj.gov

*/s Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
altanese.phenelus@usdoj.gov

## Certificate of Service

I hereby certify that on September 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and thereby served all counsel of record.

/s *Jason Wu*
Jason Wu
Assistant United States Attorney