FILED BY MHU D.C.
Sep 25, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL REMOVALS (RULE 5 & 5.1)

- **MAGISTRATE'S CRIMINAL MINUTES**
- **Initial Appearance**

| | | | |
|---|---|---|---|
| | | | **TIME IN COURT: 13 MINUTES** |
| **Filed in Open Court:** | **Date: 09/21/2026** | **Start Time 2:04 P.M.** | **Tape: FTR** |

MAGISTRATE JUDGE **JOHN K. LARKINS III** COURTROOM DEPUTY CLERK: Cynthia Mercado

| | | | |
|---|---|---|---|
| Case Number: | **1:26-MJ-999-JKL** | Defendant's Name: | BYRON SHERROD RAINER |
| AUSA: | Katie Terry | Defendant's Attorney: | Vidhi Joshi |
| USPO/PTR: | Kinnetta Hamilton | Type Counsel: | (X) FDP ( ) CJA ( ) Retained |

| | | |
|---|---|---|
| | ARREST DATE | |
| X | INITIAL APPEARANCE HEARING HELD. | |
| | INTERPRETER: | |

**COUNSEL**

| | | | |
|---|---|---|---|
| X | ORDER appointing Federal Defender as counsel for defendant. | | ( ) INITIAL APPEARANCE ONLY. |
| | ORDER giving defendant | | to employ counsel. |

**REMOVAL HEARINGS**

| | | | |
|---|---|---|---|
| X | Defendant WAIVES identity hearing. | X | WAIVER FILED |
| | Identity hearing HELD. | | Defendant is named defendant in complaint / indictment. |
| | Defendant WAIVES preliminary hearing in this district only. | | WAIVER FILED |
| | Preliminary hearing HELD. | | Probable cause found. Defendant to answer to charges in other district. |
| | Preliminary hearing SET for | | |
| | Preliminary hearing HELD. | | Probable cause found; defendant held to District Court. |

**BOND/PRETRIAL DETENTION HEARING**

| | |
|---|---|
| X | Government's Motion for Detention Filed. |
| X | Defendant wishes to have detention hearing in charging district. |
| X | Commitment to Another District issued. Defendant ORDERED held for removal to charging district. |
| | |
| | |

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 21 2026

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

United States of America
v.
BYRON SHERROD RAINER
*Defendant*

Case No. 1:26-MJ-999-JKL

Charging District's Case No. 22-cr-20104

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* United States District Court, Southern District of Florida.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: ____________

[signature]
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

Vidhi Joshi
*Printed name of defendant's attorney*

## CRIMINAL REMOVALS (RULE 5 & 5.1)

- **MAGISTRATE'S CRIMINAL MINUTES**
- **Initial Appearance**

| | | | |
|---|---|---|---|
| | | | **TIME IN COURT: 13 MINUTES** |
| **Filed in Open Court:** | **Date: 09/21/2026** | **Start Time 2:04 P.M.** | **Tape: FTR** |

MAGISTRATE JUDGE **JOHN K. LARKINS III** COURTROOM DEPUTY CLERK: Cynthia Mercado

| | | | |
|---|---|---|---|
| Case Number: | **1:26-MJ-999-JKL** | Defendant's Name: | BYRON SHERROD RAINER |
| AUSA: | Katie Terry | Defendant's Attorney: | Vidhi Joshi |
| USPO/PTR: | Kinnetta Hamilton | Type Counsel: | (X) FDP ( ) CJA ( ) Retained |

| | | |
|---|---|---|
| | ARREST DATE | |
| X | INITIAL APPEARANCE HEARING HELD. | |
| | INTERPRETER: | |

**COUNSEL**

| | | | |
|---|---|---|---|
| X | ORDER appointing Federal Defender as counsel for defendant. | ( ) INITIAL APPEARANCE ONLY. | |
| | ORDER giving defendant | | to employ counsel. |

**REMOVAL HEARINGS**

| | | | |
|---|---|---|---|
| X | Defendant WAIVES identity hearing. | X | WAIVER FILED |
| | Identity hearing HELD. | | Defendant is named defendant in complaint / indictment. |
| | Defendant WAIVES preliminary hearing in this district only. | | WAIVER FILED |
| | Preliminary hearing HELD. | | Probable cause found. Defendant to answer to charges in other district. |
| | Preliminary hearing SET for | | |
| | Preliminary hearing HELD. | | Probable cause found; defendant held to District Court. |

**BOND/PRETRIAL DETENTION HEARING**

| | |
|---|---|
| X | Government's Motion for Detention Filed. |
| X | Defendant wishes to have detention hearing in charging district. |
| X | Commitment to Another District issued. Defendant ORDERED held for removal to charging district. |
| | |
| | |

CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:26-mj-00999-JKL All Defendants

Case title: USA v. Rainer

Date Filed: 09/21/2026

Other court case number: 22-cr-20104 USDC Southern District of Florida

Date Terminated: 09/21/2026

---

Assigned to: Magistrate Judge John K. Larkins, III

**Defendant (1)**

**Byron Sherrod Rainer**
*TERMINATED: 09/21/2026*
*also known as*
B. Ellis Rains
*TERMINATED: 09/21/2026*
*also known as*
Byron Rain
*TERMINATED: 09/21/2026*
*also known as*
Byron Ellis
*TERMINATED: 09/21/2026*

represented by **Vidhi S. Joshi**
Federal Defender Program-Atl
Suite 1500
Centennial Tower
101 Marietta Street, N.W.
Atlanta, GA 30303
404-688-7530
Email: vidhi_joshi@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2339A(a) | |

---

**Plaintiff**

**USA** represented by **Katherine Irene Terry**
Office of the United States Attorney-ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404-581-6000
Email: katie.terry@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2026 | | Arrest (Rule 5(c)(3)) of Byron Sherrod Rainer (ltt) (Entered: 09/23/2026) |
| 09/21/2026 | 1 | Minute Entry for proceedings held before Magistrate Judge John K. Larkins, III: Initial Appearance in Rule 5(c)(3) Proceedings as to Byron Sherrod Rainer held on 9/21/2026. Defendant waives identity hearing. Government's motion for detention filed. Defendant wishes to have detention hearing in charging district. Commitment issued. (Tape #FTR) (ltt) (Entered: 09/23/2026) |
| 09/21/2026 | 2 | CJA 23 Financial Affidavit by Byron Sherrod Rainer (ltt) (Entered: 09/23/2026) |
| 09/21/2026 | 3 | WAIVER of Rule 5 & 5.1 Hearings by Byron Sherrod Rainer (ltt) (Entered: 09/23/2026) |
| 09/21/2026 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Vidhi Joshi as to Byron Sherrod Rainer. Signed by Magistrate Judge John K. Larkins, III on 9/21/2026. (ltt) (Entered: 09/23/2026) |
| 09/21/2026 | 5 | MOTION for Detention by USA as to Byron Sherrod Rainer. (ltt) (Entered: 09/23/2026) |
| 09/21/2026 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Byron Sherrod Rainer. Defendant committed to District of Southern District of Florida. Signed by Magistrate Judge John K. Larkins, III on 9/21/2026. (ltt) (Entered: 09/23/2026) |
| 09/21/2026 | | Magistrate Case Closed. Defendant Byron Sherrod Rainer terminated. (ltt) (Entered: 09/23/2026) |
| 09/23/2026 | | Notice to Southern District of Florida of a Rule 5 or Rule 32 Initial Appearance as to Byron Sherrod Rainer. Your case number is: 22-cr-20104. The following documents are available on the public docket: 5 Motion for Detention, 6 Commitment to Another District, 1 Initial Appearance - Rule 5(c)(3), Arrest - Rule 5(c)(3), 3 Waiver of Rule 5 Hearings, 4 Order Appointing Public Defender. The clerk will transmit any restricted document via email. To request additional transfer information, please send a request to InterdistrictTransfer_GAND@gand.uscourts.gov. (ltt) (Entered: 09/23/2026) |