**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,**

**v.** CASE NO. 22-CR-20104

**CHRISTIAN SANON,**

Defendant.
_____________________________________/

**MOTION TO ALLOW INVESTIGATOR TO BRING LAPTOP COMPUTER AND CELLULAR PHONE INTO COURTHOUSE FOR TRIAL**

The Defendant is requesting the Court to allow Nicholas Navarro, the Defendant's licensed investigator, to bring his laptop computers and cellular phone into the courthouse for the duration of the Trial starting on September 28th, 2026. The investigator will be assisting The Defense Team during the duration of the Trial and will require access to these devices. Because of the volume of Evidence in this case, his assistance will be necessary.

WHEREFORE, the Defendant, CHRISTIAN SANON, requests that this Honorable Court grant this motion.

Respectfully submitted,

BOZANIC LAW, P.A. HUMBERTO R. DOMINGUEZ, P.A.

101 NE 3rd Avenue
Suite 1500
Ft. Lauderdale, FL 33301
Telephone: 954.920.9750
E-Mail: info@bozaniclaw.com

9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
Telephone: 305.373.6400
E-Mail: bert@hdominguezlaw.com

*/s/Zeljka Bozanic*
By:________________________________
Zeljka Bozanic
Florida Bar No. 23707

*/s/Humberto R. Dominguez*
By:________________________________
Humberto R. Dominguez
Florida Bar No. 837903

**CERTIFICATE OF SERVICE**

I HEREBY certify that on September 28, 2026, undersigned counsel electronically filed foregoing document with the Clerk of Courts using CM/ECF which will send notification of such filing to all counsel of record.

*/s/Zeljka Bozanic*
By:________________________________
Zeljka Bozanic
Florida Bar No. 23707