**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,**

**v.** CASE NO. 22-CR-20104

**CHRISTIAN SANON,**

Defendant.
_________________________________/

**ORDER ALLOWING DEFENSE EQUIPMENT FOR TRIAL**

The Defendant has asked the Court to allow Nicholas Navarro, the Defendant's licensed investigator, to bring his laptop computers and cellular phone into the courthouse for the Trial on September 28th, 2026. *See* Defendant's Motion to Allow Investigator to Bring Laptop Computers and Cellular Phone into Courthouse (the "Motion"). Being fully informed, the Court hereby **GRANTS** the Motion.

The Defendant's licensed investigator, Nicholas Navarro, may bring his laptop and cellular phone into the courthouse for the Trial. The U.S. Marshals Service is instructed to allow Nicholas Navarro to bring his laptop and cellular phones into the courthouse.

**DONE AND ORDERED** in Chambers at Miami, Florida this 28th day of September, 2026.

_________________________________
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**