**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 22-cr-20104-JB**

UNITED STATED OF AMERICA,

Plaintiff,

v.

CHRISTIAN SANON,

Defendant.
_________________________________/

**ORDER GRANTING MOTION**
**TO ALLOW INVESTIGATOR TO BRING LAPTOP COMPUTER AND**
**CELLULAR PHONE INTO COURTHOUSE FOR TRIAL**

**THIS CAUSE** comes before the Court upon Defendant Christian Sanon's Motion to Allow Investigator to Bring Laptop Computer and Cellular Phone into Courthouse for Trial, (the "Motion"). ECF No. [2003]. Upon due consideration of the Motion and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion, ECF No. [2003], is **GRANTED**. Investigator Nicholas Navarro is permitted to bring his laptop and cellular phone into the Courthouse and Courtroom 11-4 for the duration of trial, which commenced on September 28, 2026.

**DONE AND ORDERED** in Miami, Florida, this 28th day of September, 2026.

_________________________________
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**