**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cr-20104-JB**

**United States of America**

**vs.**

**Christian Sanon,**
**Defendant**
_______________________________/

FILED BY DGJ D.C.
Sep 28, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

NOTICE OF FILING NOTES FROM
THE JURY TO THE COURT

JURY #3

Good AFTERNOON
Today is last day to see the doctor
if the CAN Remove the monitor or the
doctor or the CAN see if have to
Keep FOR cuple days there is ANY day
CAN I have chance to see the doctor
FOR that

Juror #6. 9/28/26

I need to bring my 2 laptops-

Thanks

#7

I need some help with

1) permission to bring the laptop into facility to work

2) letter detailing that I will be serving in jury duty between 6 to 8 weeks

3) permission to bring (1) my personal phone (2) my work mobile phone

I would greatly appreciate your help on this request.

Juror#9

I'd Like To Bring
my Laptop with me
starting from Tue
Sep 29 forward
until the Trial is
over

JUROR #12 WOULD

LIKE TO BRING A LAPTOP

EVERY DAY