**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cr-20104-JB**

**United States of America**

**vs.**

**Christian Sanon,**
**Defendant**
_______________________________/

FILED BY DGJ D.C.
Sep 29, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

NOTICE OF FILING NOTES FROM
THE JURY TO THE COURT

JUROR #3

*Please, I Need a letter For my Job

*I have a doctor appointment oct. 8

* I have a appointment on otc 9 For closing house

im diabetes, a hyblood pressure

Jury #5 [redacted]

[redacted] [redacted]

[redacted]

I need a letter that am serving as a Jury from September 27, 2026 to November 08, 2026.

Thanks.

Juror #9

Good Morning,

I need a letter for my Employer about my Jury duty service for the duration of the Trial.

THANK YOU!

Jury #10

Per company policy only 3 days of Paid jury duty.
No pay after. ; not enough PTO to supplement.

- Employer letter

Juror #11

Good Morning

I will need a letter Sent to [redacted] Please for Jury Duty.

[redacted]

Thank You

9/29/26

Could I please have a letter for my employer, the [redacted]; HR has asked for it. It needs only state that I was chosen and that it's expected to 6-8 weeks.

Thanks.

[redacted] #15

I need a letter stating that
juror Number : 15 is going to Serve
as a juror. in the Courthouse
South district. from Sept. 28
to Nov. 8 aproximately.
thanks so much in advance for
your time.