**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cr-20104-JB**

**United States of America**

**vs.**

**Christian Sanon,**
**Defendant**
_______________________________________/

FILED BY DGJ D.C.
Sep 30, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

NOTICE OF FILING NOTES FROM
THE JURY TO THE COURT

#16

I forgot that my father was arrested for extortion and DUI.