**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20104-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**CHRISTIAN EMMANUEL SANON,**

**Defendant.**
_______________________________/

**GOVERNMENT'S SIXTH SUPPLEMENTAL NOTICE OF INTENT TO SEEK ADMISSION OF SELF-AUTHENTICATING RECORDS AND RESPONSE TO DEFENDANT'S MOTION TO STRIKE FIFTH SUPPLEMENTAL NOTICE (DE 1981)**

The United States of America, by and through its undersigned counsel and pursuant to the rules identified in its previously filed *Motion in Limine* to Pre-Admit Self-Authenticating Records (DE 1314), hereby files this sixth supplemental notice of the United States' intent to introduce into evidence at trial the following records as self-authenticating certified domestic records of a regularly conducted activity (including absence of such records and regularly conducted activity), foreign records, and certified records generated by an electronic process or system.

The Government recently received exhibits 193 through 200 described below, which supplement the prior amended notice. The accompanying certifications are attached and designated below by their corresponding Notice Exhibit ("Ex.") number. The supplement also identifies the corresponding Government Trial Exhibit ("GX") number on the Government's updated exhibit list (DE 1904). Defendant's Motion to Strike (DE 1981) identified prior certifications, previously marked Ex. 188 and 192, as having insufficient detail about the records each certified. Although each certification was affixed to the records it certified, the Government supplements the prior certifications below, now marked Ex. 198 and 199. Defendant's Motion to

Strike also argued that the certification previously marked as Ex. 190 (now marked as Ex. 200) did not include an "attestation under penalty of Dominican law." The certification previously produced to the Defendant included the attestation. Ex. 200 below includes that attestation previously produced.

| **Entity** | **FRE 803 & 902 Documents & Records Evidence** |
|---|---|
| U.S. Department of War<br>(Ex. 193-197) | Certification of Employment or lack thereof for:<br>1. Dumel Joseph (GX 59E)<br>2. Richard Weiner (GX 62E)<br>3. Paul Richardson (GX 63E)<br>4. David Alexis (GX 70E)<br>5. Parnell Duverger (GX 71E) |
| ECFMG<br>(Ex. 198) | Certified education records or lack thereof for:<br>1. Christian Sanon (GX 4E7) |
| Medgar Evers<br>(Ex. 199) | Certified education records for:<br>1. Christian Sanon (GX 4H) |
| Dominican Republic/UTESA<br>(Ex. 200) | Certified education records, or lack thereof for:<br>1. Christian Sanon (GX 4E8) |

The United States reserves its right to amend or supplement this notice as necessary.

Respectfully submitted,

JASON REDING QUIÑONES
United States Attorney

By: _/s Sean T. McLaughlin_
Sean T. McLaughlin
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
(305) 715-7642/7654
Sean.McLaughlin@usdoj.gov

/s _Jason Wu_
Jason Wu
Assistant United States Attorney
Court ID No. A5502299
99 NE 4th Street
Miami, FL 33132
(305) 961-9226
Jason.Wu@usdoj.gov

_/s Altanese Phenelus_
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
Altanese.Phenelus@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, I filed the foregoing document through CM/ECF and thus served all counsel of record.

/s _Altanese Phenelus_
Altanese Phenelus
Assistant United States Attorney