PERSONNEL READINESS MANAGEMENT AGENCY
4800 MARK CENTER DRIVE, SUITE 06J25-01
ALEXANDRIA, VA 22350-4000

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20104-JB
EXHIBIT NO. 59E

# CERTIFICATION OF RECORDS DECLARATION

I, Mickey Peterson, pursuant to 28 U.S.C. § 1746, hereby declare:

That I am a United States Citizen and am over eighteen years of age. That I am a duly authorized custodian of records and qualified person employed by the Defense Manpower Data Center (DMDC), a part of the Personnel Readiness Management Agency (formerly Defense Human Resources Activity), which is a component of the Department of War (DoW), and have authorization to certify the records.

DMDC maintains the largest archive of personnel and medical benefits data for all Uniformed Service members, retirees, family members, DoW civilians and selected contractors. The largest operational program managed by DMDC is the Defense Enrollment Eligibility Reporting System (DEERS) database. The DEERS database contains confidential information regarding the eligibility of military sponsors and their family members for benefit and privilege programs administered by DoW and the Uniformed Services.

I have conducted a thorough search of the records within my custody and control and was unable to locate a DEERS record for the following individual:

- Dumel Joseph, SSN: [redacted] Date of Birth: [redacted]

I certify that the information contained above within the DEERS database is true and accurate; and maintained as a record by DoW in accordance with standard operating procedures; kept in the course of the regularly conducted activity; and was made by the regularly conducted activity as regular practice. I declare under the penalty of perjury that the forgoing is true and correct. Executed on September 25, 2026, at the DMDC Support Office, 400 Gigling Road, Seaside, CA 93955.

PETERSON.MICKEY.M.1145978730 Digitally signed by PETERSON.MICKEY.M.1145978730 Date: 2026.09.25 13:53:33 -07'00'

Mickey M. Peterson
Director, Customer Care Division