# CERTIFICATION OF DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

**Pursuant to Fed. R. Evid. 902(11)**

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records"), which are the subject of this certification are identified as [**print or type description in space below**]:

   Please see attached Exhibit A.

3. The records are originals or duplicate copies of domestic (United States) business records.

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

5. The records were kept in the course of a regularly conducted business activity.

6. The records were made by the regularly conducted business activity as a regular practice.

***I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.***

[signature]
Signature of Declarant

Francine Halushka Katz
Printed Name

ECFMG
Company Name

3624 Market Street
Philadelphia, Pennsylvania 19104
Business Address

9/22/2026
Date of Execution

# Exhibit A

In response to the subpoena request, ECFMG's complete file for Christian Emmanuel Sanon is produced which includes the following:

1. Digital Scan of Applicant's Paper File
2. Applicant's call log
3. Applicant's ECFMG certificate information
4. Applicant's contact information
5. Applicant's credentials
6. Applicant's ERAS token information
7. Applicant's exam applications
8. Applicant's exam history
9. Applicant's invoice history
10. Applicant's service request history
11. Applicant's restriction history
12. Applicant's USMLE transcripts
13. Applicant's transactions history
14. Applicant's old account summary
15. Applicant's profile