# CERTIFICATION OF DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

**Pursuant to Fed. R. Evidence 902(11)**

The undersigned declarant hereby declares, certifies, verifies or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.
2. The records of regularly conducted business activity ("hereinafter records") which are the subject of this certification are identified as: A true and correct copy of the official Medgar Evers College transcript for Christian Sanon.
3. The records are originals or duplicate copies of domestic (United States) business records;
4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
5. The records were kept in the course of a regulatory conducted business activity; and
6. The records were made by the regulatory conducted business activity as a regular practice.

***I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.***

Norma Goodman

Signature of Declarant

Norma Goodman

Print Name of Declarant

Associate Registrar

Title of Declarant

Medgar Evers College - CUNY

Company Name

1637 Bedford Avenue
B'Klyn, N.Y. 11225
718 - 270 - 6040

Business Address and Telephone Number

9-29-2026

Date of Declaration / Execution