SANTIAGO TECHNOLOGICAL UNIVERSITY CORPORATE SYSTEM US
UTESA
SAPERE ET VIVERE

# SANTIAGO TECHNOLOGICAL UNIVERSITY (UTESA)
CORPORATE SYSTEM
*"50 Years of Academic Excellence and Innovation for a Better Future"*

General Secretariat
CORRESPONDENCE AND FORWARDING
MINISTRY PUBLIC
RECEIVED
Date: 2/12/2026.
Time: 9:27 AM
Signature: illegible

Wednesday, February 11, 2026
Santo Domingo, National District, Dominican Republic

01067

**Sirs**
**Office of the Attorney General of the Republic**
Jiménez Moya Avenue at the corner of Juan De Dios Ventura Simó, in the Center of Héroes, Santo Domingo, Dominican Republic

**Attention: Judge Osvaldo Antonio Bonilla Hiraldo**

**Reference:** Forwarding of Request for Information dated January 27, 2026

**Honorable Judge:**

We respectfully write to you on behalf of the SANTIAGO TECHNOLOGICAL UNIVERSITY (UTESA) to provide the information requested in the communication dated January 27, 2026, which we have included as an attachment to this letter.

We emphasize that the requested information is provided in accordance with:

a) Law No. 172-13, which aims to ensure the comprehensive protection of personal data. Article 27, paragraph 2, of this law establishes exceptions to the requirement for consent, stating that consent is not required for the processing and transfer of data when "such data is collected for the exercise of functions inherent to the branches of government or pursuant to a legal obligation".

b) Organic Law No. 133-11 of the Public Prosecutor's Office, which establishes the organizational structure and regulates its functions, including its investigative powers.

c) The Code of Criminal Procedure, which provides in Article 88: "Functions. The Public Prosecutor's Office directs the investigation and conducts or orders the conduct of the relevant and useful proceedings to determine whether a punishable act has occurred and who is responsible for it".

d) The Code of Criminal Procedure, which provides in Article 285: "Proceedings. The Public Prosecutor's Office may request information from any private citizen or public official, setting a deadline in accordance with the circumstances of the case, and may conduct any type of proceeding itself or have police officers conduct such proceedings. It must request the intervention."

We remain at your disposal to clarify any concerns and provide any additional assistance that may be necessary.

Sincerely,
(illegible signature)
Rut Encarnación Quezada, M.A.
Administrative Vice-Chancellor

**Attachments:**

1. Request for certification dated January twenty-seven (27), two thousand twenty-six (2026).
2. Certification dated February 3, 2026, issued by the Human Resources Department of the Technological University of Santiago, Santo Domingo Campus.
3. Certification dated February 2, 2026 issued by the Registrar's Office of the Technological University of Santiago, Santo Domingo Campus.

SANTIAGO
TECHNOLOGICAL
UNIVERSITY
CORPORATE
SYSTEM
UTESA
SAPERE ET VIVERE

SANTIAGO TECHNOLOGICAL UNIVERSITY (UTESA)
CORPORATE SYSTEM

*"50 Years of Academic Excellence and Innovation for a Better Future"*

**TO WHOM IT MAY CONCERN**

We hereby certify that Mr. **Christian Enmanuel Sanon** is not listed in our database of administrative staff and faculty.

We issue this certification at the request of the interested party, in the city of Santo Domingo, Dominican Republic, on the 3rd day of February, of the year two thousand twenty-six (2026).

(stamp affixed)

(illegible signature)

Alba Salado, Esq.
Human Resources Department, Santo Domingo

SANTIAGO
TECHNOLOGICAL
UNIVERSITY
CORPORATE
SYSTEM
UTESA
SAPERE ET VIVERE

SANTIAGO TECHNOLOGICAL UNIVERSITY (UTESA)

CORPORATE SYSTEM

*"Inspiring leaders through research, innovation, and entrepreneurship"*

**TO WHOM IT MAY CONCERN**

After conducting the corresponding verification in our academic records, no information was found registered under the name of Mr. **CHRISTIAN ENMANUEL SANON**. Consequently, we hereby certify that the aforementioned individual is not enrolled as a student, whether active or inactive, nor is he listed as a graduate of this institution in any of its academic programs offered.

We issue this certfication at the request of the interested party in Santo Domingo de Guzmán, capital of the Dominican Republic, on the second (2nd) day of February in the year two thousand twenty-six (2026).

(there is a stamp affixed that reads)

Santiago Technological University
**UTESA**
**REGISTRY**
*Supere et Vivere*

(illegible signature)

**Somalia Suberví Bello, M.A.**
Director of Registration, Santo Domingo Campus