**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cr-20104-JB**

FILED BY DGJ D.C.

Oct 5, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**United States of America**

**vs.**

**Christian Sanon,**
**Defendant**
_______________________________/

NOTICE OF FILING NOTES FROM
THE JURY TO THE COURT

10/05/2026.

Dear Judge,

I just wanted to let you know that my dog has been in the hospital since last night. We decided to have him hospitalized for 24 hours, so the doctors could stabilize him and perform the necessary tests.

We still do not know exactly what is wrong with him, as he is 14 years old and is experiencing some agerelated complications. I am hopeful that he will be OK and that he will be able to come home tonight.

I just wanted to keep you informed because, realistically, there is also a possibility that I may receive difficult news that he did not make it.

thank you for you understanding

Best Regards
# 14