UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-20104-JB

United States of America

vs.

Christian Sanon,
Defendant
_______________________________/

FILED BY DGJ D.C.
Oct 7, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

NOTICE OF FILING NOTES FROM
THE JURY TO THE COURT

#16

My employer has notified me that per company policy, I'm only going to be paid for 40 hours total (one week) for jury duty leave.

My work schedule is Thursday- Sunday 12pm- 11pm.

I'm continuing to work on Saturdays but informed them I needed Sundays off.

Not being paid my full salary will cause a great financial hardship and I'm concerned about a possible loss of health benefits.