**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cr-20104-JB**

FILED BY DGJ D.C.
Oct 7, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**United States of America**

**vs.**

**Christian Sanon,**
**Defendant**
_______________________________/

NOTICE OF FILING NOTES FROM
THE JURY TO THE COURT

this message is
From juror 4.
My husband. has
[redacted] and he just
texted me. And [redacted]
on him. Now: he is
at home. relaxing

Juror 4: If you need
a break to check on
him please let the
Court security officer
know.