UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-20104-JB

FILED BY DGJ D.C.

Oct 9, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

United States of America

vs.

Christian Sanon,
Defendant
_______________________________/

NOTICE OF FILING NOTES FROM
THE JURY TO THE COURT

Your Honor:

I need your advice.

You would remember that I started a new job 3 weeks before the start of the Trial on this [redacted] Because we have a few pepple here in south Florida, we rent a small office in a company which business is to rent spaces for small companies.

You can imagine my surprise a few days ago when I saw the facade of that building as are government evidence. The [redacted] has or had their offices in that same Building, but in the second floor. However the lobby, stairs and other facilities are shared space.

If the address was shared at the begining, I would not recognize it because I can't remember the address ~~yet~~ of my work yet.

The issue is that I have a meeting on monday 12th at the office.

I fear going and being spotted by someone from the defense or the prosecution and assume I'm researching on my own.

So, I would like your advise. I know better than trying to find out info on my own. I didn't even tell my boss why I am hesitant to go.

Appreciate your Help.

Juror #6

Juror #6

You should not have any concern about returning to that building.

Judge Becerra