**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cr-20104-JB**

FILED BY DGJ D.C.
Oct 14, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**United States of America**

**vs.**

**Christian Sanon,**
**Defendant**
_______________________________________/

NOTICE OF FILING NOTES FROM
THE JURY TO THE COURT

Jury 5

My Employer is requesting me a letter of my Jury Service two weeks at a time. I need a letter to cover September 28 through October 8, 2026.

I am requesting your assistance because they are using my "Sick Time" while I am in Jury Service.

If you have any question please call [redacted]

[redacted]

Thanks for your Attention, Jury 5

Good morning Judge Becerra,

I am hoping that you could clarify the charges for this case. I know we went through this the first day I didn't catch all of the charges to clearly see and prepare mentally for the verdict. I've taken lots of notes but having this information will help understand.

Thank you for your time. Have a nice day!

Best regards
#7

I cannot give you information regarding the charges during the presentation of evidence. After the evidence is complete and before you begin your deliberations, you will receive full instructions on the charges.

~ To the Judge ~

Hi, I'm so sorry but I just felt incredibly sick yesterday due to the scrolling through the evidence. (Motion sensitivity)

I just wanted to give a heads up in case you see me look away & close my eyes. I don't mean to be rude!

So sorry in advanced. ᵕ̈

Juror #10