# CERTIFICATION OF DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

**Pursuant to Fed. R. Evid. 803(7) and 902(11)**

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a Drug Enforcment Administration (DEA) records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records"), which are the subject of this certification are those related to the individual Vincent, Joseph Gertrand (DOB: [redacted]1965; SSN: [redacted]) identified as:

- 512 Deactivation 12.02.14 Homestead Office_Redacted
- 512 Deactivation 03.30.12 West Palm Beach Office_Redacted
- 512 Deactivation 01.25.13 Nassau Office_Redacted

3. records are originals or duplicate copies of domestic (United States) business records.

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

5. The records were kept in the course of a regularly conducted business activity.

6. The records were made by the regularly conducted business activity as a regular practice. ***I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.***

JEFFREY SPEARS
Digitally signed by JEFFREY SPEARS
Date: 2026.10.20 13:57:12 -04'00'

Signature of Declarant

OMI Section Chief Jeffrey L. Spears

Printed Name

Drug Enforcement Administration

Company Name

700 Army Navy Drive, Arlington, VA 22302

Business Address

October 20, 2026

Date of Execution