# CERTIFICATION OF DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

**Pursuant to Fed. R. Evid. 902(11)**

The undersigned declarant hereby declares, certifies, verifies, or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records"), which are the subject of this certification are identified as [**print or type description in space below**]:

   phone records

3. The records are originals or duplicate copies of domestic (United States) business records.

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

5. The records were kept in the course of a regularly conducted business activity.

6. The records were made by the regularly conducted business activity as a regular practice.

***I hereby declare, certify, verify, or state, under penalty of perjury, that the foregoing is true and correct.***

Christopher S. Bryla
Signature of Declarant

Christopher S. Bryla
Printed Name

Verizon Wireless
Company Name

One Verizon Way
Basking Ridge, New Jersey 07920
Business Address

October 19, 2026
Date of Execution