**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cr-20104-JB**

**United States of America**

**vs.**

**Christian Sanon,**
**Defendant**
______________________________/

FILED BY DGJ D.C.
Oct 22, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

NOTICE OF FILING NOTES FROM
THE JURY TO THE COURT

Juror 5

I need a confirmation Letter for my Employer to cover my selected weeks as Juror from October 23 through November 05, 2026. Thank you.

Respectfully,