# Exhibit A

**From:** Bozanic Law
**To:** McLaughlin, Sean (USAFLS); Wu, Jason (USAFLS); Phenelus, Altanese (USAFLS)
**Cc:** HUMBERTO R. DOMINGUEZ
**Subject:** [EXTERNAL] Experts
**Date:** Wednesday, October 14, 2026 3:08:08 PM
**Attachments:** Nicole Phillips Curriculum Vitae.pdf
Jean Daniel Lafontant Curriculum Vitae.pdf
Thomas Pullen Curriculum Vitae.pdf

---

Good afternoon, below is a list of experts we may call in our case:

Mr. Thomas Pullen is an expert in the forensic examination of electronic items, including cell phones, tablets, media storage, laptops and desktop computers. He is familiar with the software used by the government to perform extractions and parsing of electronic devices. He can testify relating to the phones and electronic items in this case.

Mr. Jean Daniel Lafontant is an expert in the Vodou religion generally and will provide testimony on the Vodou religion and its role in Haitian society and politics. He will also provide testimony that the injuries sustained by President Moïse, more likely than not, had a ritualistic aspect indicating that the assassins were familiar with the principles of Vodou.

Ms. Nicole Phillips is an expert on Haitian law, politics and society. She will testify to events that occurred before during and after the assassination of President Moïse that put the role of Haitian legal, political and social life in the proper context of the events leading to his death. She will also testify to the arrest warrant in this case executed by Judge Jean Roger Noelcius.

Thanks!

**Zeljka Bozanic**
Board Certified Criminal Defense Attorney

bozanic LAW

101 NE 3rd Avenue, Suite #1500 | Ft. Lauderdale, FL 33301