# Exhibit B

Mr. Jean Daniel Lafontant is an expert in the Vodou religion generally and will provide testimony regarding Vodou cosmology and its role in Haitian society, politics, and culture. His expertise derives from his status as a 'servant of the spirits' (sèvitè). In 1996 or 1997, he was initiated into Vodou priesthood society as an apprentice, training under an ordained priest and participating in ritual practices central to the faith. On January 6, 1999, he was inaugurated as the priest or leader of his own temple, a role analogous to leadership within other organized religious traditions.[1] He has occupied that leadership position since and is a well-established Vodou priest within his religious community.

Generally, Mr. Lafontant will provide testimony that the injuries sustained by President Moïse were more likely than not, indicative of a ritualistic exercise by a person or persons familiar with the principles of Vodou.

He will educate the jury concerning the fact that Haitian culture is deeply rooted in Afro-Creole concepts of the cosmos, the afterlife, and belief in the inter-related and cyclical nature of life and death, which informs many aspects of Haitian society. He will explain that given the predominant influence of Vodou in Haiti, and since most Haitian people are familiar with these basic assumptions about the cosmos, there is an overwhelmingly broad swath of Haitian society that processes societal goings-on through the lense of its religious principles. Whether believers or not, Haitians instinctively understand the import of symbolic action, and spiritual 'work,' because deeds of significant import are typically performed with the deliberate intent of sending messages grounded in the spiritual principles and dictates of the Vodou belief system. He will further explain that it is critically important to understand and appreciate the spiritually-influenced logics and methods of Haitian culture in order the accurately assess the significance of events, particularly acts of national implication.

The relevant overview of cosmology in Afro-Haitian life and tradition that Mr. Lafontant will provide includes the concept that, much as in the Christian faith, there are at least two spheres or planes of existence in the Vodou belief structure: the land of the living and that of the dead. Vodou advocates that there is a watery line separating la tè (lit: the earth) and anba dlo (lit: underneath the water) where the ancestral dead dwell. Actions performed in the material world and on the physical body are believed to have consequences in the invisible realm. Such actions can certainly be performed secretly but when they are done so others can see or hear them, they communicate messages and signals to their intended audience, which include the living, the dead and the spirits.

The invisible world is not conceived as immaterial or unreal; it is understood as efficacious, structured, and capable of acting upon the material world. In this sense, concerns about ritual killing are less about death itself than about control, agency, and continuity of power beyond death.

[1] Much akin to a pastor of the Christian faith being ordained the leader of her/his own church, and leading her/his own congregation.

Mr. Lafontant will testify that in Vodou, the dead hold power. They are not inert or distant; they retain the capacity to intervene in the material world and to disrupt, correct, or reshape the lives of the living. Death is a transformation of energy, of power. As a mirroring effect, the greater an individual's mystical power while living, the more potent their energy becomes upon crossing into the invisible world. Spiritual authority does not dissolve at death—it concentrates.

Likewise, rank and social position matter beyond the grave. Those who held elevated status in life possess greater power to command other souls, to organize spiritual hierarchies, and to exert influence within the unseen realm. Through this authority, they retain the capacity to transform the earthly world, bending material reality through invisible means.

A head of state who dies violently may be understood as retaining the capacity to command or influence forces in the invisible realm, including ancestral or spiritual "armies." A president can still command the soldiers in his forces who are also dead, for example, and they may act together in the spirit world to affect the material world. From this perspective, disfigurement or decapitation would function to diminish recognizability and authority after death, in addition to killing the body.

Mr. Lafontant will also testify as to the concept in Vodou of limiting the power of the dead. In Vodou cosmology, death is not understood as an instantaneous or complete rupture. A person is composed of multiple elements, not all of which immediately recognize or accept death. As a result, the period surrounding death and burial is considered a highly vulnerable interval during which both the deceased and the living may be affected by ritual action. This cosmological framework is essential for understanding why certain violent deaths may be interpreted, by some Haitians, through a ritual lens. Vodou provides an interpretive grammar through which violence may be read, especially when it appears excessive, patterned, or symbolically charged.

Within this framework, acts of bodily disfigurement inflicted by enemies at the moment of death may be interpreted as pre-mortem ritual interventions intended to constrain the deceased's capacities after death. Injuries to the legs are interpreted as preventing the deceased from walking, returning to the site of death, or moving freely between worlds. These interpretations rely on the assumption that bodily functions—speech, movement, recognition—persist analogically after death unless ritually obstructed. Trauma is not erased by death; it may persist to limit the person in the afterlife. This logic is conceived of by analogies to embodied memory, in which past physical trauma continues to affect movement and physical capacities long after the original injury.

After establishing these tenets of the Vodou religion, he will provide his expert opinion on the injuries sustained by President Jovenel Moïse. The assassination of President Jovenel Moïse generated specific interpretations about the mystical meanings of his death in the Haitian public sphere. This is in part because of the condition of the body as depicted in photographs. One can observe multiple types of wounds: injuries to limbs, and trauma to the head. In Vodou interpretive discourse, these details are evaluated for patterned symbolic structure. When assessed collectively, the documented injuries exhibit features that are more consistent with ritualized logic than random violence.

When evaluated collectively, the injuries on President Moïse's body show a pattern of excessive violence. Within Haitian ritual, such excess is understood as purposeful action directed toward the deceased's capacities in the transition period after their death. From reviewing the autopsy photographs and report, the following observations indicate that it is more likely than not that President Jovenel Moïse was the victim of a ritualistic execution observant of Vodou principles and beliefs.

**The Head Shot**

The catastrophic head wound together with the medical examiner's opinion that it was inflicted after the victim was already deceased is significant because the shot damages both eyes and disfigured his face.

In Vodou-inflected interpretations, destruction of the face prevents recognition, perception, and testimony in the post-mortem state. To injure the eye is to prevent the dead from seeing who is summoning them to speak, for example. The head shot is designed to limit post-mortem intervention by removing all the sensorial organs from the face.

**Symmetry of Limb Injuries**

The symmetric injuries to the decedent's upper and lower limbs are also consistent with mutilations predicated on Vodou principles.

**Injuries to Upper Limbs**

The gunshot wounds to the left elbow and the gunshot wound and laceration to the right arm correspond to the symmetrical pattern of mutilation in the practice of Vodou. This supports the inference of an intentional effort to make both arms unusable in the other-life to impede the decedent's post-mortem agency and his capacity to act or intervene after death.

Additionally, that Mr. Moïse was shot through his left hand is significant as he was left-handed, because symbolic obstruction of the dominant limb aligns with ritual logics of disabling post-mortem authorship or command. That would stop a dead Mr. Moïse from writing the name of his assassins or to sign a document authorizing his assailants' condemnation, thus silencing him in the world of the dead. Skills and abilities learned and developed in the living world remain after death, but new ones can't be developed in the "world of the dead." Mr. Moïse's left handedness is documented in public access videos.

**Injuries to Lower Limbs**

The bullet breaking President Moïse's right lower leg in the knee area, and his broken left leg are injuries consistent with the practice of breaking the legs for the cadaver not to walk. Symbolic, ritualistic logic dictates that breaking the decedent's legs prevents the deceased from walking, and returning, or moving freely between worlds.

Not only is attempting symmetrical action to limit or stop functionality of all lower and upper limbs consistent with Vodou ritualistic practice, but the number of bullets (12) received by Mr. Moïse as listed in the autopsy report is also consistent with numerological symbolism present in Vodou ritual traditions. The number 12 is significant in Vodou ritual practice and in certain of its hybrid rituals. In general, even numbers are linked to the material world and symbolize life-and-death. Specifically, the number twelve (12) is a number linked to death as often 2 hexagrams are placed on each side of a ceremonial skull, in the cosmograms (vèvè) of the dead or as a representation of many Gede spirits.

**Positioning of the Body**

Elements pertaining to the body language and positioning of the corpse are also suggestive of elements of Vodou influence and related traditions. Specifically, almost all Vodou societies or sects encompass an element of Freemasonry, for which the triangle is a prominent sign which signifies completion. That the left arm pointing upwards is likewise a sign of completion in the Freemasonry-influenced Vodou belief structure. Finally, he will opine that, as such, that Mr. Moise's legs appear to have been staged so as to form a triangle, coupled with the fact that his left arm pointing upwards, together signify a message to the living, the dead and the Gods, that the act was completed and done so in adherence of prevailing principles.

Mr. Lafontant will ultimately conclude that the indicators discussed above collectively demonstrate that aspects of the Moïse killing are consistent with spiritual, ritualistic intent as understood within Haitian Vodou frameworks. That the convergence of all of these factors of symbolic significance belie the contention of random violence and mere coincidence, and instead reflects a deliberate, informed and coherent effort more likely grounded in identifiable, ritualistic principles linked to the cosmological Vodou beliefs, than not. Mr. Lafontant will ultimately render an opinion, within his area of practice and expertise, that Mr. Moise's injuries and positioning represent the attempt of a person or persons familiar with the tenants of the voodoo religion to limit the decedent's post-mortem spiritual authority and agency, as understood within Haitian Vodou cosmological frameworks.