# Exhibit C

Nicole Phillips is an expert in Haitian politics, governance, and the rule of law. She has conducted extensive fieldwork in Haiti, authored and analyzed human rights and governance reports, and worked directly with Haitian legal, political, and civil society actors. She applies this experience, together with her review of academic literature and reports from governmental, non-governmental, and United Nations organizations, to provide context regarding Haiti's political institutions, legal system, and the role of armed groups.

Ms. Phillips will testify regarding the structure and condition of Haiti's political and legal institutions during the relevant period. She will explain that Haiti was operating amid significant institutional dysfunction, including the absence of a functioning parliament, unconstitutional governance by decree, weakened judicial independence, and widespread corruption, resulting in diminished rule of law and a vacuum of effective state authority.

She will also explain that, within Haiti's political history—particularly in the post-Duvalier era—periods of transitional or de facto governance are not anomalous, but have repeatedly emerged in response to political crises, including coups d'état, disputed elections, and institutional collapse. Drawing on her research and experience, she will explain that Haiti has repeatedly operated under interim or non-traditional governing structures, particularly where constitutional processes have broken down or where elected bodies have ceased to function. This historical context is critical to understanding that such governance arrangements—while often unstable or contested—are a recognized feature of Haiti's political environment rather than an extraordinary or unprecedented occurrence.

Ms. Phillips will also address the role of armed groups within that environment. Based on her research and experience, she will explain that armed groups in Haiti operate as both criminal and political actors, exercising territorial control, influencing political processes, and functioning as de facto authorities in many areas. She will describe how such groups have historically operated in coordination with political actors and have been used to exert control over populations and suppress opposition.

Ms. Phillips will explain the practical implications of this structure, including that, in areas where the state lacks effective control, armed groups control movement and access to territory, and provide or restrict security. She will testify that, in this context, interactions with armed groups are common among political actors, security personnel, and others operating in Haiti, and may be necessary to facilitate movement or ensure safety within gang-controlled areas.

She will also provide context regarding the political unrest preceding July 2021, including protests related to disputes over President Jovenel Moïse's tenure. She will explain that these events occurred in a broader environment of political violence, including documented instances in which armed groups, at times in coordination with state actors, were used to repress dissent and target perceived opponents.

Finally, Ms. Phillips will testify regarding the constitutional structure of executive authority in Haiti, including the respective roles of the President and Prime Minister and the impact of the absence of a functioning legislature on governance following President Moïse's assassination.

Ms. Phillips' opinions are based on her education, professional experience, fieldwork, and review of relevant reports and literature. She will not offer opinions regarding the identity of any individual responsible for the assassination of President Moïse or the ultimate issues in this case, but will provide context to assist the jury in understanding the political, legal, and security environment in Haiti during the relevant period.

Counsel for Mr. Ortiz have been working with Ms. Phillips in preparation for her testimony since October 2025. Her fees have been approved by the Court in a sealed order. If the Court permits, counsel will provide the amount of Ms. Phillips' fees.