# Exhibit A

# Christian Sanon

# Phone Custody and Activity

| | |
|---|---|
| **Prepared for** | Zeljka Bozanic, Esq., and Humberto R. Dominguez, Esq.<br>Counsel for Christian Sanon |
| **Prepared by** | Thomas Pullen, Digital Forensic Examiner, Defender Forensics LLC |
| **Date** | 28 October 2026 |

**I examined the Cellebrite reports provided in discovery for the three phones identified as government items 114, 115 and 116. I did not examine the physical phones. This report presents their recorded use, changes and deletions during law enforcement custody.**

**114**



**115**



**116**



| Identity | 114 | 115 | 116 |
|---|---|---|---|
| Phone / model | Apple iPhone 6S<br>MKQ92LL/A | Apple iPhone 8<br>MQ772LL/A | Motorola Moto G Stylus |
| IMEI | 353260074502082 | 356699083207182 | 359084100875773 |
| Serial | DNPQRKV4GRXW | FFQVGHWMJC6F | Not recorded |
| Associated phone number(s) | +509 4330-0095 | Discovery: 561-644-9252<br>Bag: 561-644-9242 | 561-633-0034<br>561-332-5913 |

The labels 0095, 9252 and 0034 are telephone-number suffixes for items 114, 115 and 116. I identify each phone by its government item number and IMEI because discovery lists inconsistent phone numbers.

The photographs shown here are cropped views of the discovery photographs.

# Documented custody sequence

### HNP Initial → FBI Initial → HNP Return → FBI Return

| Item | HNP Initial (S1) | FBI Initial (S2) | HNP Return (S3) | FBI Return (S4) |
|---|---|---|---|---|
| 114 | July 9, 2021 19:30h ↓ July 23, 2021 10:49h | July 23, 2021 10:49h ↓ July 23, 2021 18:20h | July 23, 2021 18:20h ↓ July 24, 2021 18:00h | July 24, 2021 18:00h ↓ July 26, 2021 16:00h |
| 115 | July 9, 2021 19:30h ↓ July 23, 2021 10:49h | July 23, 2021 10:49h ↓ July 23, 2021 18:20h | July 23, 2021 18:20h ↓ — | — |
| 116 | July 9, 2021 19:30h ↓ July 23, 2021 15:24h | July 23, 2021 15:24h ↓ July 23, 2021 18:20h | July 23, 2021 18:20h ↓ July 24, 2021 18:00h | July 24, 2021 18:00h ↓ July 26, 2021 16:00h |

Click transfer dates to open the signed receipts. July 9 starting time is provisional; no timed handset-seizure receipt is established.

### How to read the chart

S1–S4 identify the four documented custody periods used in the charts. HNP is the Haitian National Police. FBI Return means the later recorded handover back to the FBI. The arrows show sequence, not duration.

July 9 at 19:30 is the provisional starting boundary for the analysis, not an established handset-seizure time. The forms do not state a time zone. The comparison uses Haiti time (UTC−4) and assumes that the times on the forms align with the device clocks.

A dash for item 115 means its later handover to the FBI is not established. Its July 23 return is recorded, but the next boundary is unknown. Later activity is not treated as zero merely because a transfer receipt is missing.

The HNP’s July 24, 2021 handover form says “Friday, July 24,” although that date was Saturday. The FBI receipt also gives the numeric July 24 date; it does not separately confirm 18:00. The HNP’s July 26 form records receipt back from the FBI. Its time appears to mean 16:00, but the minutes are unnumbered. The retained activity ledger ends before that nominal endpoint.

# Digital forensic best practices

Pages 5–14 reproduce the covers and relevant passages of four federal publications. They address preserving stored data, isolating phones from networks, documenting handling and recording changes made during examination.

These principles provide the technical context for the phone findings that follow: WhatsApp usage, deletions, network connections, an unexplained clock change and custody documentation.

### FBI Regional Computer Forensics Laboratory (RCFL)

The RCFL program is funded and administered by the FBI. Its *Mobile Forensics* guide warns that browsing a phone may alter evidence and addresses documentation, power and signal blocking.

Mobile Forensics · Cover, guidance and FBI program identification: **report pp.5–7**.

### National Domestic Communications Assistance Center (NDCAC)

NDCAC is operated by the FBI's Operational Technology Division. Its mobile-device collection guide gives investigators preservation steps for Android phones and iPhones, including network isolation and power management.

Best Practices for the Collection / Seizure of Mobile Devices for Investigators, v1.0 · **Report pp.8–9**.

### National Institute of Standards and Technology (NIST)

NIST is part of the U.S. Department of Commerce. Its mobile-forensics guide explains preservation, acquisition, examination and reporting, including network isolation, clock checks and documentation.

Guidelines on Mobile Device Forensics, SP 800-101 Rev.1, May 2014 · **Report pp.10–12**.

### National Institute of Justice (NIJ)

NIJ is the U.S. Department of Justice's research agency within the Office of Justice Programs. Its examination guide addresses evidence integrity, trained examiners and contemporaneous records of actions, results and changes.

Forensic Examination of Digital Evidence: A Guide for Law Enforcement, April 2004 · **Report pp.13–14**.

# Preservation and the use of evidence in court

The passages below state the consequences described in government publications. Each source is identified with its subject and original page number.

### DOJ–NIJ publication · Chain-of-custody documentation

**“This is especially important because failure to maintain proper documentation of evidence handling may result in evidence being inadmissible.”**

Anthony W. Batts, Maddy deLone and Darrel W. Stephens, *Policing and Wrongful Convictions*, NIJ / Harvard Kennedy School, August 2014, printed and PDF p.15. The passage addresses documenting who held evidence and where it was kept.

### DOJ–NIJ guide · Digital evidence

**“Failure to do so may render it unusable, result in an inaccurate conclusion, or affect its admissibility or persuasiveness.”**

“Do so” refers to taking special precautions when documenting, collecting, preserving and examining digital evidence. NIJ, *Investigative Uses of Technology: Devices, Tools, and Techniques*, October 2007, ch.1, printed p.6 / PDF p.15.

### FBI publication · Preserving digital evidence for court

**“Law enforcement personnel must properly preserve digital evidence to make it suitable for presentation in court.”**
**“lost evidence can place prosecutions in jeopardy”**

Two excerpts from Stuart Cameron, “Digital Evidence,” *FBI Law Enforcement Bulletin*, August 2011, printed p.15 / PDF p.17. Cameron was a Suffolk County police inspector; his article concerns police-generated digital evidence.

### NIST guide · Preserving mobile-device evidence

**“Failure to preserve evidence in its original state could jeopardize an entire investigation, potentially losing valuable case-related information.”**

NIST, *Guidelines on Mobile Device Forensics*, SP 800-101 Rev.1, May 2014, §4, printed p.27 / PDF p.37 in the preserved 85-page edition. The original passage also appears on report p.11.

Original PDF page 1 - Title/front; complete




https://www.rcfl.gov/file-repository/mobile_forensics_bookmark.pdf

Original PDF page 2 - Steps 1-3; upper portion

# 5 STEPS

## 1 ASSESS THE SITUATION.

When handling mobile phones, there are good reasons for leaving the device on or powering it off:

**Leave the phone on when you want to:**

- Handle a password protected/encrypted device—if searching for time-sensitive evidence, document actions taken using a camera or video recorder when possible.
- Monitor incoming information—find a charger or method to keep the device powered on.
- Block signals—place device in "Airplane Mode" or seal in a Faraday bag and process the phone within 24 hours because the battery will drain and turn the phone off.

**Power the phone off when you want to:**

- Preserve evidence
- Safeguard the evidence—seal the phone in an evidence bag and submit it for examination.

## 2 DON'T BROWSE.

Scrolling through a suspect's mobile phone may alter evidence, and preserving evidence is key. If an investigator must search for time-sensitive evidence, document action(s) taken, what was previewed, and evidence located. Photograph or videotape the evidence as it appears on the device if possible.

## 3 LOOK FOR PERIPHERALS & SIM CARDS.

When seizing mobile devices, look for "peripherals" such as cables and chargers, and search for Subscriber Identity Module (SIM) cards along with flash memory cards. (Smart Phones commonly save data to SDs or other flash cards.) These items are helpful during a full digital forensics examination.

https://www.rcfl.gov/file-repository/mobile_forensics_bookmark.pdf

Original PDF page 2 - Steps 4-5 and original closing/FBI seal; lower portion

## 4 FIND PASSWORDS.

Users can apply a password to protect their privacy. Depending on the device, it may be possible to bypass the password; however, this process typically takes time. Search for written passwords where the device was found.

## 5 DON'T ASSUME DIGITAL EVIDENCE WAS DESTROYED.

Mobile devices, including phones that have been in fires, water, inside a sewer system, encased in concrete, broken, bloody, or old, can still contain digital evidence. Seize the device and submit to a certified digital forensics Examiner for a full examination.

**Access the RCFL Program's Continuing Education Series online by logging onto:**

**WWW.RCFL.GOV**

https://www.rcfl.gov/file-repository/mobile_forensics_bookmark.pdf

**Best Practices | NDCAC**

Original PDF page 1 - Title/front; complete

UNCLASSIFIED

## iOS Flowchart




* Collect Info = Model #, iOS Version and/or Mobile Carrier, etc.

The information contained within this brochure has been produced through review of several documents including: SWGDE Best Practices for Mobile Phone Forensics V2-0; NIST Guidelines – Mobile Device Forensics 800-101 May 2014; SWGDE Best Practices for Collection of Damaged Mobile Devices V1-1, as well as coordination with the FBI's Operational Technology Division (OTD), Digital Forensic Analysis Section (DFAS).

## Things to Remember

- Follow your agencies Digital Evidence Procedures.
- Ensure you have appropriate Legal Authority.
- Once locked, or turned off, a device may become inaccessible.
- If unsure or uncomfortable handling a mobile device, contact your digital forensic personnel for assistance at:

________________________________________

- Secure and seize secondary devices, i.e., computers, laptops, etc. that device may be syncing or paired with along with charging cables.
- A Faraday Bag or foil is not foolproof and plugging a charging cable into a power source outside the Faraday Bag acts as an antenna unless the Faraday Bag is equipped with a shielded power/USB line.

**National Domestic Communications Assistance Center**

Technical Resource Group (TRG)
(855) 306-3222

**Version #: 1.0**

UNCLASSIFIED

**National Domestic Communications Assistance Center**

# Best Practices for the Collection / Seizure of Mobile Devices for Investigators



**This brochure provides Investigators and First Responders with best practices for the preservation of digital evidence when seizing Android and iOS mobile devices.**

https://www.rcfl.gov/heart-of-america/documents-forms/preserving-mobile-devices-brochure-final-20161215.pdf

**Best Practices | NDCAC**

Original PDF page 2 - iOS, Android and summary; complete

UNCLASSIFIED

## Summary

The purpose of this document is to provide a basic overview of the best practices for preserving evidence when seizing particular types of mobile devices. This document is not meant to be all encompassing. Specific extenuating circumstances may warrant a deviation from the procedures outlined herein. In most circumstances subjects should never be allowed to handle a device or be provided access to any evidence. Many mobile devices have factory reset codes that clear the contents of the device to original factory conditions. Factory resets may be performed remotely requiring proper precautions such as network isolation to ensure that evidence is not modified or destroyed.

## iOS



iOS 10 running on an iPhone 7.

iOS is a mobile operating system created and developed by Apple Inc. exclusively for its mobile hardware, including the iPhone, iPad, and iPod Touch. The following steps should be taken to preserve evidence on an iOS device.

If the device is powered on, it may contain volatile encryption keys and should not be turned off. A power source should be connected as soon as possible to prevent the device from losing power. Be sure to seize the charging cable to keep power to the device. You may also be able to adjust the Display Auto-Lock feature to extend the length of time before Auto-Lock is enabled.

Place the device in "Airplane Mode" (by swiping up from the bottom and selecting airplane mode) and verify that WiFi and Bluetooth are off. If you cannot put the device in "Airplane Mode", place device in a Faraday Bag or double wrap in aluminum foil to keep signals from potentially altering the device. Keep device charging if at all possible.

If the device is already off, and is not damaged, then do not turn it back on. If the device is submerged in liquid, or had liquid damage, remove it from the liquid only if you feel you can remove the battery (normally not possible with Apple products). Once the battery is removed, place the device back in the liquid. Collect basic information about the device including Model #, iOS Version and/or Mobile Carrier.

## Android



Android 7.0 Nougat

Android is a Linux based mobile operating system developed by Google Inc. and has the largest install base of any mobile operating system. Unlike iOS, Android is available on devices manufactured by numerous companies and available in many different versions.

If the device is powered on, it may contain volatile encryption keys and should not be turned off. A power source should be connected as soon as possible to avoid the device losing power. Be sure to seize the charging cable to keep power to the device.

Place the device in "Airplane Mode" and verify that WiFi and Bluetooth are off. If you cannot put the device in "Airplane Mode", place device in a Faraday Bag or double wrap in aluminum foil to keep signals from potentially altering the device. Keep device charging if at all possible.

In order to give the best chance of accessing the evidence at a later date, if the device is unlocked, then turn on USB debugging if possible.
In Android versions 2.0 to 2.3, USB debugging is turned on by accessing the settings, under the "Applications". Within the "Development" menus there is an option to turn USB debugging on.
For versions 3.0 to 4.1, go to the settings menu and under "Developer options" there is be an option to turn it on.
In Android version 4.2 and above, the developer options screen is hidden. In order to turn on USB debugging go into the settings menu, and go to the "About phone" or "About tablet" menu where there should be a field showing the Android "build number". If the android build number is tapped seven times, developer mode is enabled and the "Developer options" menu will appear above the "About phone" menu. From there, USB debugging can be turned on.

You may also be able to adjust the Display Screen Timeout feature to extend the length of time before Auto-Lock is enabled.

If the device is already off and not damaged, do not turn it back on. If the device is submerged in liquid, or had liquid damage, remove it from the liquid only if you feel you can remove the battery (normally possible with Android devices). Once the battery is removed, place the device back in the liquid. Collect basic information about the device including Model #, Android OS Version and/or Mobile Carrier.

## Android Flowchart




* Collect Info = Model #, Android OS Version and/or Mobile Carrier, etc.

UNCLASSIFIED

NIST Special Publication 800-101
Revision 1

# Guidelines on Mobile Device Forensics

Rick Ayers
Sam Brothers
Wayne Jansen

http://dx.doi.org/10.6028/NIST.SP.800-101r1

National Institute of Standards and Technology
U.S. Department of Commerce

# 4. Preservation

Sections 4 through 7 describe the forensics process as it applies to mobile devices. Evidence preservation is the process of securely maintaining custody of property without altering or changing the contents of data that reside on devices and removable media. It is the first step in digital evidence recovery. The chapter begins with a generic introduction to preservation, and then provides more specific guidance about how to deal with mobile devices.

Preservation involves the search, recognition, documentation, and collection of electronic-based evidence. In order to use evidence successfully, whether in a court of law or a less formal proceeding, it must be preserved. Failure to preserve evidence in its original state could jeopardize an entire investigation, potentially losing valuable case-related information.

The remaining sections of this chapter provide supplemental information related to mobile devices, following the paradigm of Securing and Evaluating the Scene, Documenting the Scene, Isolation, Packaging, Transporting, and Storing Evidence, and Triage/On-Site Processing.

## 4.1 Securing and Evaluating the Scene

Incorrect procedures or improper handling of a mobile device during seizure may cause loss of digital data. Moreover, traditional forensic measures, such as fingerprints or DNA testing, may need to be applied to establish a link between a mobile device and its owner or user. If the device is not handled properly, physical evidence may be contaminated and rendered useless.

Alertness to mobile device characteristics and issues (e.g., memory volatility) and familiarity with tangential equipment (e.g., media, cables, and power adapters) are essential. For mobile devices, sources of evidence include the device, UICC and associated media. Associated peripherals, cables, power adapters, and other accessories are also of interest. All areas of the scene should be searched thoroughly ensuring related evidence is not overlooked.

Equipment associated with the mobile device, such as removable media, UICCs, or personal computers, may prove more valuable than the mobile device itself. Removable media varies in size and can be easily hidden and difficult to find. Most often, removable memory cards are identifiable by their distinctive shape and the presence of electrical contacts located on their bodies that are used to establish an interface with the device. Personal computers may be particularly useful in later accessing a locked mobile device, if the personal computer has established a trusted relationship with it. For example, Apple incorporates a pairing process whereby an existing pairing record file can be used by some tools [Zdz12] to access the mobile device while it is still locked.

When interviewing the owner or user of a mobile device, consider requesting any security codes, passwords or gestures needed to gain access to its contents. For example, GSM devices may have authentication codes set for the internal memory and/or the UICC.

While securing a mobile device, caution should be taken when an individual is allowed to handle the mobile device. Many mobile devices have master reset codes that clear the contents of the device to original factory conditions. Master resets may be performed remotely requiring proper precautions such as network isolation to ensure that evidence is not modified or destroyed.

Mobile devices may be found in a compromised state that may complicate seizure, such as immersion in a liquid. In these situations, forensic examiners should adhere to agency specific procedures. One method involves removal of the battery preventing electrical shorting, while the remainder of the mobile device is sealed in an appropriate container filled with the same liquid for transport to the lab, provided the liquid is not caustic. Some compromised states, such as blood contamination or use with explosives (i.e., as a bomb component) can pose a danger to the technician collecting evidence. In such situations, a specialist should be consulted for specific instructions or assistance.

Mobile devices and associated media may be found in a damaged state, caused by accidental or deliberate action. Devices or media with visible external damage do not necessarily prevent the extraction of data. Damaged equipment should be taken back to the lab for closer inspection. Repairing damaged components on a mobile device and restoring the device to working order for examination and analysis may be possible.

Undamaged memory components may also be removed from a damaged device and their contents recovered independently. This method should be used with caution, as it is not possible with all devices.

## 4.2 Documenting the Scene

Evidence must be accurately identified and accounted for. Non-electronic materials such as invoices, manuals, and packaging material may provide useful information about the capabilities of the device, the network used, account information, and unlocking codes for the PIN. Photographing the crime scene in conjunction with documenting a report on the state of each digital device and all computers encountered may be helpful in the investigation, if questions arise later about the environment.

A record of all visible data should be created. All digital devices, including mobile devices, which may store data, should be photographed along with all peripherals cables, power connectors, removable media, and connections. Avoid touching or contaminating the mobile device when photographing it and the environment where found. If the device's display is in a viewable state, the screen's contents should be photographed and, if necessary, recorded manually, capturing the time, service status, battery level, and other displayed icons.

## 4.3 Isolation

Many mobile devices offer the user with the ability to perform either a remote lock or remote wipe by simply sending a command (e.g., text message) to the mobile device.

Additional reasons for disabling network connectivity include incoming data (e.g., calls or text messages) that may modify the current state of the data stored on the mobile device. Outgoing data may also be undesirable as the current GPS location may be delivered to an advisory providing the geographic location of the forensic examiner.

Therefore, forensic examiners need to be aware and take precautions when securing mobile devices mitigating the chance of data modification. The Scientific Working Group on Digital Evidence's (SWGDE) "Best Practices for Mobile Phone Forensics" document covers best practice for the proper isolation of mobile devices [SWG13]. Some key implications for proper collection are summarized below.

APR. 04

**U.S. Department of Justice**
Office of Justice Programs
*National Institute of Justice*

NIJ

Special REPORT





# Forensic Examination of Digital Evidence: A Guide for Law Enforcement



# Introduction

*Note: Terms that are defined in the glossary appear in **bold italics** on their first appearance in the body of the report.*

This guide is intended for use by law enforcement officers and other members of the law enforcement community who are responsible for the ***examination*** of ***digital evidence***.

This guide is not all-inclusive. Rather, it deals with common situations encountered during the examination of digital evidence. It is **not** a mandate for the law enforcement community; it is a guide agencies can use to help them develop their own policies and procedures.

Technology is advancing at such a rapid rate that the suggestions in this guide are best examined in the context of current technology and practices. Each case is unique and the judgment of the examiner should be given deference in the implementation of the procedures suggested in this guide. Circumstances of individual cases and Federal, State, and local laws/rules may also require actions other than those described in this guide.

When dealing with digital evidence, the following general forensic and procedural principles should be applied:

- Actions taken to secure and collect digital evidence should not affect the integrity of that evidence.
- Persons conducting an examination of digital evidence should be trained for that purpose.
- Activity relating to the seizure, examination, storage, or transfer of digital evidence should be documented, preserved, and available for review.

Through all of this, the examiner should be cognizant of the need to conduct an accurate and impartial examination of the digital evidence.

## How is digital evidence processed?

**Assessment.** Computer forensic examiners should assess digital evidence thoroughly with respect to the scope of the case to determine the course of action to take.

**Acquisition.** Digital evidence, by its very nature, is fragile and can be altered, damaged, or destroyed by improper handling or examination. Examination is best conducted on a ***copy*** of the ***original evidence***. The original evidence should be acquired in a manner that protects and preserves the integrity of the evidence.

# Preservation concerns during HNP and FBI custody

**The records show WhatsApp usage, WhatsApp message and database deletions, network connectivity and an unexplained system-time/date change during law enforcement custody.**

The table identifies the custodian using the custody sequence on page 2. FBI RCFL guidance warns against browsing and requires documentation of necessary previews. The other cited guidance addresses preservation, isolation and clock verification. Times are Haiti time, UTC−4.

| Custodian / dates, 2021 | Verified findings and relevant guidance |
|---|---|
| HNP initial<br>July 9–20 | Recorded WhatsApp foreground time: **114, 3:05:29; 115, 4:04:44; 116, 3:25:05**. On 114 and 115, the app also overlapped screen-lit and unlocked states. FBI RCFL Step 2 calls for documented necessary previews; NIST addresses recorded manual review. [A] |
| HNP initial<br>July 15–20 | **114:** A screenshot was created and deleted July 15; WhatsApp deleted messages in three batches totaling 113 on July 16. Log-purge entries name 19 files on July 16. **115:** July 20 entries name 33 log files. All named log files are absent from the supplied exports. **116:** 35 WhatsApp database rows were deleted July 19. [B] |
| FBI initial / return<br>July 23 / 25 | **116:** 51 WhatsApp database rows were deleted July 23 at **16:22:18.260**, within the initial **15:24–18:20** FBI window. Another 11 were deleted July 25 at **09:53:39.835**, in the FBI return period. [B] |
| HNP return<br>July 24 | **116:** WhatsApp and WhatsApp Business reported 15 successful startup-marker file deletions. These are deletion results, not necessarily 15 distinct files. [B] |
| HNP initial<br>July 12 / 19 | **116:** An outgoing telephone attempt was recorded July 12 at **12:03:47.953**. Connected Wi-Fi was recorded July 19 at **16:25:29.384** and **16:34:50.079**. Those Wi-Fi observations establish incomplete radio isolation at those times. [C] |
| HNP initial<br>July 16 | **114:** WhatsApp logged a system-time change at **16:09:21.783**. The new value and adjustment are unknown; a date change could be included. The reviewed records do not explain the change. [D] |

**Custody documentation:** The HNP's July 24, 2021 handover form calls the date Friday; it was Saturday. Its July 26 form leaves the minutes of the return time unspecified. Item 115's later FBI handover is not established. NIST §7 calls for records that allow reconstruction of the process. [E]

**Source pages:** [A] FBI RCFL, *Mobile Forensics*, Step 2, PDF p.2; NIST SP 800-101 Rev.1, §5.3, printed p.41/PDF p.51. [B] NIST §4, printed p.27/PDF p.37. [C] NIST §4.3, printed pp.28–29/PDF pp.38–39; NDCAC v1.0, iOS/Android panels, PDF p.2. [D] NIST §4.3, printed p.30/PDF p.40. [E] NIST §7, printed p.57/PDF p.67; NIJ, *Forensic Examination of Digital Evidence*, ch.5, printed p.19/PDF p.28.

# 114 iPhone: preservation assessment

**During initial HNP custody, WhatsApp messages were deleted, log-purge entries named missing files, and a screenshot was created and deleted.**

### HNP initial custody: WhatsApp usage

The records show **3:05:29** of WhatsApp usage in the foreground. Of that total, **3:05:12** overlaps both an unlocked state and a lit screen. These are accumulated recorded intervals during initial HNP custody, beginning at the provisional July 9, 2021, 19:30 boundary. [Case: pp.24–25]

FBI RCFL's Step 2 warns that browsing may alter evidence and requires documentation of necessary time-sensitive previews. NIST §5.3 permits careful, recorded manual review. The supplied records do not provide a complete account of what was viewed during these intervals. [1]

On July 16, WhatsApp also logged a **system-time/date change** of unknown nature and amount.

### HNP initial custody: data was deleted

On July 15, **IMG_5681.PNG** was created at **13:34:54** and deleted into Recently Deleted at **13:35:02.748**. On July 16, WhatsApp messages were deleted in three batches of **40, 40 and 33, totaling 113**; each completion was followed by a chat-database save. The logs do not identify which messages were deleted. [Case: pp.27–28]

July 16 purge entries name **19 distinct WhatsApp log files** absent from the export. WhatsApp's **remove-logs** task precedes the entries. Missing logs may have contained additional proof of deleted messages; their actual contents are unknown. [Case: pp.19–20, 28]

These deletions changed the stored evidence during custody. NIST §4 defines preservation as maintaining custody without altering stored data. [2]

[1] FBI RCFL, Step 2, PDF p.2; NIST SP 800-101 Rev.1, §5.3, printed p.41/PDF p.51. [2] NIST §4, printed p.27/PDF p.37. Sources: Photos.sqlite ZASSET 6779; July 16 WhatsApp log lines 613/614, 3165/3166 and 3405/3406; knowledgeC; configuration-profile records. Source excerpts appear on pp.27–28, 33 and 41–43. Native paths, record keys and hashes are in the supporting examination package.

# 115 iPhone: preservation assessment

**During initial HNP custody, the records show hours of WhatsApp Usage and purge entries naming 33 missing WhatsApp log files.**

### HNP initial custody: WhatsApp usage

The records show **4:04:44** of WhatsApp usage in the foreground during initial HNP custody. Of that total, **4:04:29** overlaps both an unlocked state and a lit screen. These are accumulated recorded intervals, using the provisional July 9, 2021, 19:30 custody start. [Case: pp.24–25]

FBI RCFL's Step 2 calls for documentation of necessary previews; NIST §5.3 addresses careful, recorded manual review. The supplied records do not fully explain the purpose or actions behind the recorded usage. [1]

### HNP initial custody: log and index data

On July 20, **16:09:41.146–16:09:41.274**, purge entries name **33 distinct WhatsApp log files**; all 33 are absent from the supplied UFDR. WhatsApp logs each purge before requesting filesystem removal. [Case: pp.19–20, 29]

On July 16, a search-index deletion operation reports a count of **two**. This count concerns index entries used to find content. It does not identify **two** search terms typed by a user. No completed batch in the retained logs reports any messages deleted. Missing logs may have contained additional proof of deleted messages; their contents and any additional count are unknown. [Case: p.29]

These missing logs raise a preservation concern under NIST §4. An earlier preserved copy is not established. [2]

### FBI initial custody: recorded changes

The initial FBI window lasted **7 hours 31 minutes**, July 23, **10:49–18:20**. The export contains **3,020 file paths** with creation timestamps in that window, including **1,727 Siri script-cache paths**. An installation log records a restart before the cache timestamps.

Messages was in the foreground for **88 seconds**, from **13:24:57 to 13:26:25** on July 23. That application-state interval does not establish that a message was sent.

A July 23 erase-permission SET event at **16:29:29** omits its new value; a retained settings snapshot shows the permission **OFF**.

[1] FBI RCFL, Step 2, PDF p.2; NIST SP 800-101 Rev.1, §5.3, printed p.41/PDF p.51. [2] NIST §4, printed p.27/PDF p.37. Sources: knowledgeC ZOBJECT; WhatsApp July 16 log line 4401 and July 20 log lines 1673 onward; MCSettingsEvents.plist; PublicEffectiveUserSettings.plist; mobile_installation.log.0. Exact locators, values and hashes are in the supporting item 115 ledger. Its later FBI handover is not established by the reviewed receipts.

# 116 Motorola: preservation assessment

**WhatsApp database data was deleted during initial HNP custody and both documented FBI periods. WhatsApp Usage and Wi-Fi connections also occurred during initial HNP custody.**

### WhatsApp Usage during initial HNP custody

The Motorola records **3:25:05 of WhatsApp Usage in the foreground**, calculated from 534 completed resume/pause pairs for the same application and activity instance.

| Custodian | Haiti date and time, 2021 | Database rows deleted |
|---|---|---|
| HNP initial | July 19 • 16:24:12.628 | 35 |
| FBI initial | July 23 • 16:22:18.260 | 51 |
| FBI return | July 25 • 09:53:39.835 | 11 |

The recorded batches contain **35, 51 and 11 WhatsApp database rows, totaling 97**. The affected table has fields for a message reference, binary data, chunk-length data and a timestamp. The logs do not identify the deleted rows' contents.

The **51-row deletion** falls within the recorded **15:24–18:20 initial FBI window**, about 58 minutes after receipt, using the document/device clock alignment stated on page 2.

### Connected Wi-Fi during initial HNP custody

On **July 19**, WhatsApp Business reported connected Wi-Fi at **16:25:29.384** and WhatsApp at **16:34:50.079**. The phone was not isolated from Wi-Fi at those times. NIST recommends network isolation; NDCAC directs investigators to verify that Wi-Fi and Bluetooth are off. [2]

A saved configuration records a prior connection to **Police_Judiciaire_Guest** but gives no join time. The logs do not name the network used at the two times above. No contemporaneous location was found.

### Additional deletions during HNP return custody

On **July 24**, WhatsApp and WhatsApp Business reported **15 successful deletions of startup-check marker files**. Their installed code creates an empty marker while loading a component and deletes it when the routine returns.

[2] NIST §4.3, printed pp.28–29 / PDF pp.38–39; NDCAC v1.0, PDF p.2.
Case sources: native app_usage records; WhatsApp log sources A, B and C on p.30; source excerpts on pp.38–40 and 46.
Custody assignments use the qualifications on p.2.

# WhatsApp log deletions and gaps in coverage

**WhatsApp log-purge entries name missing log files on both iPhones during initial HNP custody. The Motorola retains a gap in earlier diagnostic-log coverage despite recorded WhatsApp use; deletion of its earlier logs is not established.**

Missing WhatsApp logs may have identified deleted messages and when they were deleted. If those logs contained the only record and no copy survives, that information is lost.




Dots mark dates; Motorola log dots on Jul 23-25 use the first retained entry that day.

FBI receipt Jul 23: 10:49 (114/115), 15:24 (116). HNP return: Jul 23, 18:20. 114/116 FBI receipt: Jul 24, 18:00.
115 second FBI receipt unknown: no boundary drawn.

| Phone | Retained diagnostic logs | Dated deletion of diagnostic logs |
|---|---|---|
| 114 iPhone | 47 files: 46 main-app logs on July 15–17; one notification-service log on July 15. | July 16: 19 logger/purge entries name 19 distinct older logs dated July 11–15. All 19 names are absent from the supplied UFDR. |
| 115 iPhone | 17 main-app logs covering about 18 minutes on July 16; one on July 20. | July 20, 16:09:41.146–16:09:41.274: 33 logger/purge entries name 33 distinct July 15–16 logs. All 33 names are absent from the UFDR. |
| 116 Motorola | Eight exported log-file entries, including overlapping copies; event dates July 19, 20, 23, 24 and 25. | No explicit diagnostic-log deletion found. The separate 35/51/11 database-row deletions are not log-file deletions. |

Before the earliest retained diagnostic entry, the phones already record WhatsApp foreground time: 114, 1:26:43; 115, 3:45:55.138; Motorola, 2:51:13.265.

The iPhone purge dates fall in S1 under the receipt model. Both iPhones first transfer to the FBI on July 23 at 10:49; their retained app logs end before the transfer. Motorola logs retain later process and database-deletion records during the documented FBI windows.

Each iPhone purge group follows a WhatsApp remove-logs task. This supports application-managed log removal while WhatsApp was running. Inspection of the installed code establishes rotation and deletion rules, explained on the next page.

A red dot marks a date with WhatsApp Usage but no retained diagnostic log.

# How WhatsApp starts and deletes log files

## Missing WhatsApp log files may have contained additional evidence of deleted messages, including deletion times and message identifiers.

In controlled Android tests, Anglano found message-deletion times and identifiers **in WhatsApp log files** (§4.2.6/Figure 13). Polastro reported conversation-deletion dates **in WhatsApp event logs** (AAFS 2019, C15). The tested WhatsApp versions, 2.11 and 2.18.191, differ from the 2021 case versions. The missing files' contents remain unknown.

Cosimo Anglano's study appeared in the peer-reviewed journal *Digital Investigation* (2014) and is discussed in Gupta and colleagues' 2023 forensic-recovery survey. Mateus D.C. Polastro of the Brazilian Federal Police reported his tests in an AAFS conference abstract; AAFS states that abstract review is less extensive than manuscript peer review.

| Recovered application | Starting another file | Selecting files for deletion |
|---|---|---|
| Both iPhones<br>WhatsApp 2.21.110<br>Build 2.21.110.15 | The common-log writer starts a new file when its current file exceeds 1,000,000 bytes or its stored creation date is more than 24 hours old. | The remove-logs task applies a strict four-day creation-date boundary and a separate 32,000,000-byte selection budget. |
| Motorola<br>Consumer<br>WhatsApp | The inspected routine rotates the current log and compresses it into a dated .gz archive. | A daily maintenance routine compares dates in matching archive filenames. It calls File.delete when the absolute difference, measured in whole days, exceeds three. This is not a three-file limit or exactly 72 hours of events. |

The 115 iPhone retains **17 successive July 16 logs covering about 18 minutes**, plus one July 20 file. A busy app can fill a log within minutes. About 1 MB per file is not a 1 MB total-retention limit.

The iPhone code creates the **remove-logs** task, records **logger/purge**, then requests removal of selected files. This connects the installed mechanism to the 19 and 33 named purges during initial HNP custody. The complete directory at each purge and the initiating condition are not reconstructed.

The Motorola code establishes an archive-deletion mechanism. The iPhone rule uses creation dates; the Motorola rule uses filename dates.

**Separate research PDFs:** Appendix A contains Anglano's full author-deposited paper; §4.2.6/Figure 13 is on PDF p.26. Appendix B contains Polastro's complete one-page abstract, printed p.423. Anglano: *Digital Investigation* 11(3), 201–213, DOI 10.1016/j.diin.2014.04.003. Polastro: AAFS 2019, C15. AAFS's review statement is on PDF p.2 of its 2019 proceedings. The source guide provides the publication and later-citation links.

# Files Deleted in Law Enforcement Custody

**Named files recorded for deletion; not all deletions**




Recorded targets, not a count of confirmed physically erased files.

| Phone | HNP initial (S1) | FBI initial (S2) | HNP return (S3) | FBI Return (S4) |
|---|---|---|---|---|
| 114 iPhone | 20 | Not established | Not established | Not established |
| 115 iPhone | 33 | Not established | Not established | Not established |
| 116 Motorola | Not established | Not established | Not established | Not established |

The 114 value comprises 19 distinct named WhatsApp log-purge targets and one screenshot moved to Recently Deleted. The 115 value comprises 33 distinct named WhatsApp log-purge targets. The logs do not provide a separate success result for every purge target.

The chart excludes the 17 temporary items reported for item 114 and five for item 115, Motorola health-marker and SSL-cache result entries, and database-row deletions. These counts describe different kinds of records and cannot be combined into a total of unique files. The Motorola logs report successful file-deletion results, but their distinct-file total is not established.

Not established does not mean no files were deleted.

# Deleted-file names • 114 iPhone

### HNP initial custody • Haiti time (UTC−4)

20 named targets: one screenshot and 19 WhatsApp log files.

| Filename | Date and time • July 2021 | Source |
|---|---|---|
| IMG_5681.PNG | 15 Jul 13:35:02.748426 | Photos |
| whatsapp-2021-07-12-15-09-44-592-ServiceExtension-158-launch.log | 16 Jul 16:09:42.982 | A:2434 |
| whatsapp-2021-07-12-13-26-09-173-WhatsApp-11493-launch.log | 16 Jul 16:09:42.984 | A:2435 |
| whatsapp-2021-07-12-12-03-39-378-ServiceExtension-0-launch.log | 16 Jul 16:09:42.987 | A:2437 |
| whatsapp-2021-07-12-12-03-54-121-WhatsApp-0-launch.log | 16 Jul 16:09:42.987 | A:2436 |
| whatsapp-2021-07-11-19-50-54-225-WhatsApp-11492.log | 16 Jul 16:09:42.989 | A:2438 |
| whatsapp-2021-07-11-19-22-22-219-ServiceExtension-157-launch.log | 16 Jul 16:09:42.994 | A:2439 |
| whatsapp-2021-07-11-16-26-35-750-WhatsApp-11491-launch.log | 16 Jul 16:09:42.996 | A:2440 |
| whatsapp-2021-07-11-16-26-12-601-WhatsApp-0-launch.log | 16 Jul 16:09:42.999 | A:2441 |
| whatsapp-2021-07-11-16-26-11-227-ServiceExtension-0-launch.log | 16 Jul 16:09:43.000 | A:2442 |
| whatsapp-2021-07-15-12-12-22-658-WhatsApp-11497.log | 16 Jul 16:37:45.107 | B:8201 |
| whatsapp-2021-07-15-12-08-29-714-WhatsApp-11496.log | 16 Jul 16:37:45.110 | B:8202 |
| whatsapp-2021-07-15-12-06-15-605-WhatsApp-11495-launch.log | 16 Jul 16:37:45.113 | B:8203 |
| whatsapp-2021-07-13-16-43-19-938-WhatsApp-11494-launch.log | 16 Jul 16:37:45.115 | B:8204 |
| whatsapp-2021-07-12-18-05-40-951-ServiceExtension-0-launch.log | 16 Jul 16:37:45.119 | B:8205 |
| whatsapp-2021-07-15-12-29-23-073-WhatsApp-11502.log | 16 Jul 16:50:25.375 | C:8091 |
| whatsapp-2021-07-15-12-26-29-607-WhatsApp-11501.log | 16 Jul 16:50:25.381 | C:8092 |
| whatsapp-2021-07-15-12-23-33-622-WhatsApp-11500.log | 16 Jul 16:50:25.383 | C:8093 |
| whatsapp-2021-07-15-12-19-50-638-WhatsApp-11499.log | 16 Jul 16:50:25.386 | C:8094 |
| whatsapp-2021-07-15-12-16-13-657-WhatsApp-11498.log | 16 Jul 16:50:25.390 | C:8095 |

A whatsapp-2021-07-16-16-09-23-457-WhatsApp-11518.log
B whatsapp-2021-07-16-16-33-53-424-WhatsApp-11529.log
C whatsapp-2021-07-16-16-43-38-016-WhatsApp-11534.log
Photos: Photos.sqlite, ZASSET row 6779; screenshot moved to Recently Deleted.

The 19 log targets are absent from the supplied export.

## 116 Motorola • diagnostic marker files

WhatsApp and WhatsApp Business recorded successful deletion of startup-check markers named:

**breakpad.health** · **abort_hook.health** · **anr_detector.health**

| HNP initial | FBI initial | HNP return | FBI return |
|---|---|---|---|
| 39 | 21 | 15 | 12 |

Counts are successful deletion-result events.

Sources: Motorola WhatsApp logs and installed app code; see the Motorola deletion exhibits. Filenames use the logged module name plus .health in each app's cache directory.

# Deleted-file names • 115 iPhone

**HNP initial custody • July 20, 2021 • Haiti time (UTC−4)**

33 named WhatsApp log-file targets.

| Filename | Date and time • July 2021 | Source |
|---|---|---|
| whatsapp-2021-07-16-16-07-09-879-WhatsApp-15249.log | 20 Jul 16:09:41.146 | D:1673 |
| whatsapp-2021-07-16-16-05-57-314-WhatsApp-15248.log | 20 Jul 16:09:41.153 | D:1674 |
| whatsapp-2021-07-16-16-04-44-894-WhatsApp-15247.log | 20 Jul 16:09:41.155 | D:1675 |
| whatsapp-2021-07-16-16-03-32-906-WhatsApp-15246.log | 20 Jul 16:09:41.160 | D:1676 |
| whatsapp-2021-07-16-16-02-20-862-WhatsApp-15245.log | 20 Jul 16:09:41.163 | D:1677 |
| whatsapp-2021-07-16-16-01-08-886-WhatsApp-15244.log | 20 Jul 16:09:41.167 | D:1678 |
| whatsapp-2021-07-16-15-59-56-877-WhatsApp-15243.log | 20 Jul 16:09:41.171 | D:1679 |
| whatsapp-2021-07-16-15-58-44-332-WhatsApp-15242.log | 20 Jul 16:09:41.175 | D:1680 |
| whatsapp-2021-07-16-15-57-31-343-WhatsApp-15241.log | 20 Jul 16:09:41.178 | D:1681 |
| whatsapp-2021-07-16-15-56-17-854-WhatsApp-15240.log | 20 Jul 16:09:41.182 | D:1682 |
| whatsapp-2021-07-16-15-55-05-893-WhatsApp-15239.log | 20 Jul 16:09:41.187 | D:1683 |
| whatsapp-2021-07-16-15-36-24-387-WhatsApp-15238.log | 20 Jul 16:09:41.190 | D:1684 |
| whatsapp-2021-07-16-15-35-04-371-WhatsApp-15237.log | 20 Jul 16:09:41.194 | D:1685 |
| whatsapp-2021-07-16-15-33-43-917-WhatsApp-15236.log | 20 Jul 16:09:41.196 | D:1686 |
| whatsapp-2021-07-16-15-32-22-935-WhatsApp-15235.log | 20 Jul 16:09:41.200 | D:1687 |
| whatsapp-2021-07-16-15-31-02-923-WhatsApp-15234.log | 20 Jul 16:09:41.202 | D:1688 |
| whatsapp-2021-07-16-15-29-06-879-WhatsApp-15233.log | 20 Jul 16:09:41.207 | D:1689 |
| whatsapp-2021-07-16-15-26-34-923-WhatsApp-15232.log | 20 Jul 16:09:41.214 | D:1690 |
| whatsapp-2021-07-16-15-24-03-917-WhatsApp-15231.log | 20 Jul 16:09:41.218 | D:1691 |
| whatsapp-2021-07-16-15-21-39-327-WhatsApp-15230-launch.log | 20 Jul 16:09:41.224 | D:1692 |
| whatsapp-2021-07-15-12-37-29-001-WhatsApp-15229.log | 20 Jul 16:09:41.232 | D:1693 |
| whatsapp-2021-07-15-12-36-59-555-WhatsApp-15228.log | 20 Jul 16:09:41.235 | D:1694 |
| whatsapp-2021-07-15-12-36-29-013-WhatsApp-15227.log | 20 Jul 16:09:41.239 | D:1695 |
| whatsapp-2021-07-15-12-35-59-570-WhatsApp-15226.log | 20 Jul 16:09:41.242 | D:1696 |
| whatsapp-2021-07-15-12-35-30-539-WhatsApp-15225.log | 20 Jul 16:09:41.245 | D:1697 |
| whatsapp-2021-07-15-12-35-00-563-WhatsApp-15224.log | 20 Jul 16:09:41.249 | D:1698 |
| whatsapp-2021-07-15-12-34-30-554-WhatsApp-15223.log | 20 Jul 16:09:41.252 | D:1699 |
| whatsapp-2021-07-15-12-34-00-583-WhatsApp-15222.log | 20 Jul 16:09:41.255 | D:1700 |
| whatsapp-2021-07-15-12-33-30-583-WhatsApp-15221.log | 20 Jul 16:09:41.259 | D:1701 |
| whatsapp-2021-07-15-12-33-00-999-WhatsApp-15220.log | 20 Jul 16:09:41.263 | D:1702 |
| whatsapp-2021-07-15-12-32-31-565-WhatsApp-15219.log | 20 Jul 16:09:41.267 | D:1703 |
| whatsapp-2021-07-15-12-32-01-015-WhatsApp-15218.log | 20 Jul 16:09:41.271 | D:1704 |
| whatsapp-2021-07-15-12-31-31-540-WhatsApp-15217.log | 20 Jul 16:09:41.274 | D:1705 |

D whatsapp-2021-07-20-16-09-17-994-WhatsApp-15267-launch.log

Source lines 1673–1705; the source numbers above identify each exact log entry.

All 33 named files are absent from the supplied export. The purge entries identify the targets but do not give a separate success result for each file.

# WhatsApp Use during Law Enforcement Custody

**Recorded WhatsApp foreground intervals**




Hours:minutes:seconds; no inferred duration for missing intervals.

Foreground means the application was recorded as the active displayed interface. On iPhones, I merged overlapping foreground intervals. On Motorola, I paired resume and pause events for the same app activity. A resume records an activity becoming active; it need not be a new app launch.

| Item | Last retained all-app interval ends |
|---|---|
| 114 | July 24, 2021 11:56:56h |
| 115 | July 23, 2021 15:43:53h |
| 116 | July 24, 2021 16:00:02.296h |

# Number of times unlocked

**The iPhones retain locked-to-unlocked state transitions during both initial custody stages. The 114 iPhone also retains one during the HNP return stage.**

| Phone | S1 HNP initial | S2 FBI initial | S3 HNP return | S4 FBI Return |
|---|---|---|---|---|
| 114 iPhone | 47 | 5 | 1 | NONE recorded |
| 115 iPhone | 35 | 1 | NONE recorded | Unknown |

A transition is counted only when an unlocked interval begins exactly when a locked interval ends, and both intervals have a duration greater than zero.

| Phone / stage | Recorded transition times • Haiti UTC−4 |
|---|---|
| 114 • S2, July 23 | 12:29:27; 12:29:36; 12:33:27; 15:32:04; 15:56:42 |
| 115 • S2, July 23 | 13:24:49 |
| 114 • S3, July 24 | 11:53:47 |

### Source databases — items 114 and 115

**On-device path for both phones:**
/private/var/mobile/Library/CoreDuet/Knowledge/knowledgeC.db

**UFDR exports:** item 114: files/Database/knowledgeC_2.db; item 115: files/Database/knowledgeC.db. Item 115 was read from a preserved snapshot incorporating the accompanying knowledgeC.db-wal file.

**Fields:** table ZOBJECT; ZSTREAMNAME = '/device/isLocked'; ZVALUEINTEGER = 1 means locked and 0 means unlocked. ZSTARTDATE and ZENDDATE give interval endpoints; Z_PK identifies each row. Apple-epoch timestamps were converted to Haiti UTC−4.

Raw rows, both sides of each transition and source hashes are retained in the unlock-review schedules. NONE recorded is not proof of no historical unlock; item 115’s S3 period is conditional and S4 remains Unknown. Screen illumination, app foreground and authentication are separate measurements.

# Security and examination settings

| Item | Custodian / period | Date and time • Haiti | Recorded event |
|---|---|---|---|
| 114 | HNP Initial | July 9, 2021 21:24:25.296518h | Fingerprint-unlock setting write: allowFingerprintForUnlock SET. The event does not give before/after Boolean values. |
| 114 | HNP Initial | July 9, 2021 21:25:32h | systembag.kb creation/modification timestamps; not proof of a changed passcode. |
| 114 | HNP Return | July 24, 2021 12:08:58.158091h | allowEraseContentAndSettings SET. Saved snapshot: OFF; new SET value unknown. This controls permission to Erase All Content and Settings; no erasure is established. |

The July 24 SET event does not record its new value. The retained effective-settings snapshot stores allowEraseContentAndSettings=false (OFF); its creation and modification timestamps are July 24 at 12:08:58 Haiti. This establishes the saved snapshot value, not the value written by this particular event or the prior setting.

Sources: configuration-profile MCSettingsEvents, effective-setting property lists and exported file metadata. Item 114's erase-permission event falls in HNP Return (S3). Saved snapshot: /private/var/mobile/Library/UserConfigurationProfiles/EffectiveUserSettings.plist, ID 2838c27e-c001-42fa-b01d-7afc923f5bd2. Complete raw values and source hashes accompany the report.

# 114 iPhone: Screenshot Created and Deleted While in HNP Custody.

**The screenshot was deleted 8.748 seconds after it was created.**




### 114 iPhone • IMG_5681.PNG

July 15, 2021

Created: 13:34:54
Deleted: 13:35:02.748

Elapsed: 8.748 seconds.

The image shows part of an incoming WhatsApp text in the conversation labeled David Alexis. The visible date badge is June 20, 2019.

Exact preserved screenshot. Source: Photos.sqlite ZASSET 6779. The image shows an airplane-mode icon, 46% battery and 1:34 PM.

WhatsApp use spans 13:34:45–13:35:07, enclosing the creation and deletion timestamps. The preserved PNG accompanies the report.

# 114 iPhone: WhatsApp Deletions in Law Enforcement Custody

**WhatsApp recorded 113 message deletions in three batches of 40, 40 and 33 during initial HNP custody on July 16, 2021. Each completed batch was followed by a save to the chat database with changes.**

| Recorded local time | Recorded operation | Source line / database save |
|---|---|---|
| July 16 • 16:09:26.669 | 40 WhatsApp messages | Lines 613/614; ChatDB save 16:09:26.669. |
| July 16 • 16:09:49.430 | 40 WhatsApp messages | Lines 3165/3166; ChatDB save 16:09:49.431. |
| July 16 • 16:09:50.525 | 33 WhatsApp messages | Lines 3405/3406; ChatDB save 16:09:50.526. |
| July 16 • 16:09:42.982–16:50:25.390 | 19 logger/purge entries | 19 named targets dated July 11–15. |
| July 17 • 22:24:02.564 | Temporary items reported: 17 | Aggregate temporary-item count; paths not supplied. |
| July 17 • 22:24:26.563 | searchengine/delete: count 1, first 62903 | Search entry 62903; July 17 log. |

The logs do not identify which messages were deleted.

A separate July 17 entry at 22:23:57.800 reports removal of call-storage files without names or count. The index deletion occurred amid chat-list/contact searching; the search terms and time the underlying message disappeared remain unknown.

Sources: 47 preserved diagnostic logs, 44,325,681 bytes; hashes and exact line numbers in Schedules/Phone_114_Log_Followup. July 16 logs record a system-time change immediately before the recorded message deletions. July 17 local/UTC pairs corroborate UTC−4. See Evidence and Methods for locators.

# 115 iPhone: WhatsApp Deletions in Law Enforcement Custody

## The logs record dates for search-index deletions and removal of WhatsApp log files and temporary items. Unlike item 114’s logs, they show no completed message-deletion batch with a count above zero. All entries below fall in initial HNP custody (S1).

| Haiti date / time | Record and count | Meaning / source locator |
|---|---|---|
| July 16 • 17:49:22.537 | searchengine/delete [count: 2, first: 61502] | July 16 log, line 4401. The log reports two operation items. Identifier 61502 is absent; 56049 survives in the retained index. Two removed rows are not independently verified. |
| July 20 • 16:09:18.387 | Call-storage files removed; count unknown | July 20 launch log, line 154. No filenames or positive count are supplied. |
| July 20 • 16:09:18.561 | Temporary items reported: 5 | Same log, line 162. Aggregate temporary-item count; paths not supplied. |
| July 20 • 16:09:41.146–16:09:41.274 | 33 logger/purge entries | Same log, beginning line 1673. Named WhatsApp log files, not 33 messages or chats. |
| July 20 • 16:09:48.602 | delete-messages-no-session: count 0 | Same log, line 2219. No positive deletion count from this operation. |
| July 20 • 16:09:55.857 | Media-cache expiry routine completed; count unknown | Same log, line 2799. No identified removed item or positive count is supplied. |

Sources: July 16 17:48:53 WhatsApp-15251 log and July 20 16:09:17.994 WhatsApp-15267 launch log. Full native names, hashes and lines are in the methods and deletion schedules.

# 116 Motorola
# WhatsApp Deletions in Law Enforcement Custody

### WhatsApp recorded database deletions during HNP initial, FBI initial and FBI return custody.

| July 2021 • Haiti time | Custodian | Record / count | Source line |
|---|---|---|---|
| July 19 16:24:12.628 | HNP initial | 35 database rows | A, 177 |
| July 19 16:24:12.753 | HNP initial | 1 thumbnail metadata row | A, 179 |
| July 20 11:07:50.049 | HNP initial | 19 status records | A, 7769 |
| July 20 11:07:50.264–.508 | HNP initial | 19 thumbnail-deletion calls | A, from 7772 |
| July 23 16:22:18.260 | FBI initial | 51 database rows | B, 1299 |
| July 23 16:22:18.304 | FBI initial | 1 thumbnail metadata row | B, 1301 |
| July 25 09:53:39.835 | FBI return | 11 database rows | C, 1380 |

| Key | Exact native log filename |
|---|---|
| A | whatsapp-2021-07-23.1.log.gz |
| B | whatsapp-2021-07-24.1.log.gz |
| C | whatsapp.log |

A and B: /data/data/com.whatsapp/files/Logs/. C: /data/user/0/com.whatsapp/files/Logs/.

The three WhatsApp database batches total **97 reported row deletions**. The affected table has fields for a message reference, binary data, chunk-length data and a timestamp. The logs do not print the deleted row contents. The 19 status records and 19 thumbnail-deletion calls are separate findings.

### Successful marker-file deletions and SSL-cache results

| Custodian | Health markers: WhatsApp | Health markers: Business | SSL-cache results |
|---|---|---|---|
| HNP initial | 12 | 27 | 2 |
| FBI initial | 9 | 12 | 2 |
| HNP return | 6 | 9 | None recorded |
| FBI return | 6 | 6 | 2 |

Native timestamps use UTC−5; add one hour for Haiti UTC−4. Source IDs: A, e5a0a4d2-92b4-4bbb-abbb-5321aa9c7284; B, cb209001-cea5-482d-96d2-f0eb758eaaf1; C, 12793f7f-776e-425c-8d82-cce9ccda08f9. Full context and hashes are preserved in the schedules.

# 116 Motorola: 35 WhatsApp database rows deleted

**35 rows of WhatsApp database data were deleted during initial HNP custody.**

### July 19, 2021 • Haiti time (UTC−4)

| July 9, 2021 19:30h | July 19, 2021 16:24:12.628h | July 23, 2021 15:24h |
|---|---|---|
| Provisional HNP start → | 35 database rows deleted → | FBI receipt |

The deletion was recorded during initial HNP custody, before the first documented FBI receipt on July 23. The July 9 starting time is the report's provisional boundary.

**Exact timezone header — source line 1**

```
2021-07-19 15:23:48.029 LL_I W [587:AsyncTask #7] ==== logfile level=3 tz=-0500 ====
```

**Exact deletion entry — source line 177**

```
2021-07-19 15:24:12.628 LL_I W [1441:WhatsApp Worker #136]
SidecarMessageStore/deleteStreamingSidecarOlderThan deleting rows:35
```

Haiti is UTC−4: add one hour to this log's UTC−5 timestamps.

The log reports deletion of 35 WhatsApp database rows during the initial HNP custody period used in this report. The log does not identify the initiating command or show the deleted rows' contents.

The affected table has fields for a message reference, binary data, chunk-length data and a timestamp. A separate entry at **16:24:12.753** reports deletion of **one thumbnail-metadata row**.

Source: /data/data/com.whatsapp/files/Logs/whatsapp-2021-07-23.1.log.gz; source ID e5a0a4d2-92b4-4bbb-abbb-5321aa9c7284; decompressed line 177. The thumbnail-metadata entry is line 179. The archive filename does not date every entry. Page 2 explains the provisional boundary and receipt-clock assumptions; page 38 preserves the surrounding log entries.

# 116 Motorola: 51 WhatsApp database rows deleted

**51 rows of WhatsApp database data were deleted during the first documented FBI custody window.**

### July 23, 2021 • Haiti time (UTC−4)

| 15:24h | 16:22:18.260h | 18:20h |
|---|---|---|
| FBI receipt → | 51 database rows deleted → | Return to HNP |

The recorded FBI custody window lasted **2 hours 56 minutes**. The deletion was logged **about 58 minutes after the 15:24 receipt time**, using the report's document/device clock alignment.

**Exact timezone header — source line 1**

```
2021-07-23 15:21:51.126 LL_I D [1466:AsyncTask #1] ==== logfile level=3 tz=-0500 ====
```

**Exact deletion entry — source line 1299**

```
2021-07-23 15:22:18.260 LL_I D [1477:WhatsApp Worker #7]
SidecarMessageStore/deleteStreamingSidecarOlderThan deleting rows:51
```

Haiti is UTC−4: add one hour to this log's UTC−5 timestamps.

The log reports deletion of 51 WhatsApp database rows within the initial FBI custody window.

The affected table has fields for a message reference, binary data, chunk-length data and a timestamp. The log does not print the deleted rows' contents. A separate entry at **16:22:18.304** reports deletion of **one thumbnail-metadata row**.

Source: /data/data/com.whatsapp/files/Logs/whatsapp-2021-07-24.1.log.gz; source ID cb209001-cea5-482d-96d2-f0eb758eaaf1; decompressed line 1299. The thumbnail-metadata entry is line 1301. Raw 15:22:18.260 with header UTC−5 converts to 16:22:18.260 Haiti. The filename date does not date every entry. Page 2 explains clock and custody assumptions; page 39 preserves the surrounding log entries.

# 114 iPhone: system-time/date change on July 16

**WhatsApp recorded a system-time change, which could include a date change. The entry does not identify what changed or by how much.**

| Log order | Recorded July 16 time | Source text |
|---|---|---|
| Line 592 | 16:09:27.252 | Main-thread entry immediately before the notification. |
| Line 593 | 16:09:21.783 | xmpp//system-time-changed/server-time-shift-unknown |
| Lines 613–614 | 16:09:26.669 | First 40-item message-deletion completion, followed by ChatDB save. |

Apple documents notification when the system clock changes, including through settimeofday or Date & Time preferences: NSSystemClockDidChange.

Source: whatsapp-2021-07-16-16-09-23-457-WhatsApp-11518.log, file ID b6f8c9fc-b820-4066-a674-113aaaac5e88. The complete native locator and dated diagnostic context appear in the methods.

# Network Activity in Law Enforcement Custody

## July 2021 • HNP Initial

| Item / network | Supported timing | Meaning |
|---|---|---|
| 114 • HNP Initial Wi-Fi | July 9 19:30h–July 10 07:22h | 11:52:00 retained Handal.salon state after the cutoff. |
| 115 • HNP Initial Wi-Fi | July 9 19:30h–July 10 07:22h | 11:52:00 retained state for network named iPhone. |
| 116 • network unnamed in log | July 19 16:25:29.384h and 16:34:50.079h | Business and consumer WhatsApp report Wi-Fi connected. The network name is not supplied. |
| 116 • Police_Judiciaire_Guest | Connection time not established | The saved configuration names this network and records a prior connection. |

Item 114 cellular records dated July 20 report 47,500 received bytes (0.0475 MB), a partial value with no transfer start/end boundaries. Item 115 has no positive custody-dated Wi-Fi/cellular byte measurement established; sparse zero/NULL samples do not prove inactivity.

| 116 • initial HNP date labels | Wi-Fi sent + received (MB) | Cellular sent + received (MB) |
|---|---|---|
| 2021-07-11 | — | 3.319 |
| 2021-07-12 | — | 3.025 |
| 2021-07-15 | 36.925 | — |
| 2021-07-19 | 149.690 | 4.207 |

# Calls and message records during custody

| Recorded call activity | HNP initial | FBI initial | HNP return | FBI return |
|---|---|---|---|---|
| 114 • WhatsApp incoming missed calls | 4 | NONE | NONE | NONE |
| 114 • FaceTime incoming missed call | 1 | NONE | NONE | NONE |
| 114 • incoming missed, source unspecified | 3 | NONE | NONE | NONE |
| 115 • qualifying call records | NONE | NONE | NONE | Unresolved |
| 116 • WhatsApp incoming missed calls | 9 | NONE | NONE | NONE |
| 116 • other incoming missed call | 1 | NONE | NONE | NONE |
| 116 • voicemail records | 6 | NONE | NONE | NONE |
| 116 • outgoing call attempt | 1 | NONE | NONE | NONE |

### 116 Motorola: outgoing call during HNP initial custody

On **July 12, 2021, at 12:03:47.953 Haiti time**, the Motorola recorded an ordinary telephone call attempt to **+1 813-526-6530**, labelled **“Sr Thesee”** in the call record. Its duration is **0 seconds**. Cellebrite classifies it as outgoing and not established.

The number is saved as Sr Thesee on all three Sanon phones. Item 115 also labels it Mrs. Thesee; an item 114 contact named Jacques Thesee includes the number.

Native calllog.db, calls._id 3749; timestamp 1626105827953; type 2; duration 0. Decoded record: 4750e128-32b7-47cc-a8be-ce30452ce782. The eight native Android and nine native WhatsApp call records correspond to the 17 decoded records and are counted once.

| Message classification | Finding |
|---|---|
| Outgoing participant messages | No outgoing WhatsApp participant message was established after the provisional Sanon custody cutoff. |
| System/service records | The Motorola’s 17 native rows marked as outgoing are status-6 service records, corroborated as System Messages. Item 115 has two native type-10 notices. |
| Incoming and other records | Incoming and service records are retained. These mixed populations are not counted as newly received participant messages. Direction and type details remain in the schedules. |

# Other Phones

**James Solages' and Joseph Vincent's phones show deleted WhatsApp and other data while in law enforcement custody. Solages' Photos database records 360 items moved to Recently Deleted.**

| Phone / date | Custody attribution | Recorded deletion evidence |
|---|---|---|
| Solages / item 117<br>July 15, 2021 | Initial HNP* | 360 Photos records have deletion-to-trash timestamps. |
| Solages / item 117<br>July 19, 2021 | Unresolved | WhatsApp logs name 41 distinct diagnostic log files in purge entries. |
| Vincent / item 119<br>July 19, 2021 | Unresolved | 63 status records and 21 WhatsApp database rows were deleted. |
| Vincent / item 119<br>July 26, 2021 | After recorded FBI handover* | 126 status records and 401 rows of WhatsApp message data were deleted in batches of 200, 200 and 1. |
| Vincent / item 119<br>July 27, 2021 | After recorded FBI handover* | 6 WhatsApp database rows were deleted. WhatsApp and WhatsApp Business each report successful deletion of an encrypted backup file. |

Vincent's logs record deletion of 189 status records and 428 WhatsApp database rows. These totals count different records and are reported separately. Solages' logs also record a delete-message interface event followed by an action sheet.

* The assigned arrest/seizure cutoff for both phones is July 7, 2021 at 18:00 Haiti time. It is an analysis boundary, not an independently established exact handset-seizure time. July 15 falls in the initial HNP period under that model.

The retained WhatsApp foreground intervals after the cutoff total 13:07:38 for Solages, including activity on July 19, and 3:26:32.643 for Vincent, including activity on July 26–27.

Vincent's 401 deleted rows were WhatsApp message-associated data. The native table holds a message-row identifier, binary data, chunk-length data and a timestamp. Its primary key permits one such row per message-row identifier at a time. The logs do not print the affected identifiers.

Sources: 32 Solages and five Vincent diagnostic logs, the native Photos database and retained app-state intervals. Solages' July 19 logs have no declared timezone; Vincent's counted entries declare UTC−4. A Photos deletion-to-trash date records movement to Recently Deleted.

See Vincent's original log entries on page 52 and Solages' Photos records on page 53.

# Examination methods and source guide

I examined the supplied Cellebrite reports and selected native files. I checked preserved copies against source hashes, queried databases read-only and inspected selected application code. The supporting package contains source locations, calculations, log lines and verification records.

| Evidence | Method and limit |
| --- | --- |
| Custody | The custody chart follows the written transfer forms and identifies missing boundaries, conflicting receipt roles and the weekday error in the HNP's July 24 form. |
| Dates and clocks | July times in this report use Haiti time, UTC−4. Motorola logs declare UTC−5; I added one hour to their timestamps. Powerlog corrections are preserved in the schedules. |
| Deleted files | The deleted-files chart and filename list count named log-purge targets and the screenshot moved to Recently Deleted. They do not count every deleted file. Database-row deletion counts are reported separately. |
| WhatsApp messages and indexes | WhatsApp reported deleting messages in three completed batches of 40, 40 and 33, totaling 113. The logs do not identify which messages were deleted. Dated index operations are reported separately from undated recovered Deleted flags. |
| Installed log rules | Both iPhone app bundles identify WhatsApp version 2.21.110, build 2.21.110.15. Inspected code establishes log rotation and removal rules. |
| Documentation | The companion PDF retains full original documents and photographs. Selected receipts and exact log context follow in this report. Detailed schedules, database locators, code excerpts and hashes remain in the supporting package. |

# 116 Motorola: 35 WhatsApp database rows deleted

HNP Initial custody • Haiti time 2021-07-19 16:24:12.628. The highlighted line is the application's deletion report.

Source: /data/data/com.whatsapp/files/Logs/whatsapp-2021-07-23.1.log.gz
File ID: e5a0a4d2-92b4-4bbb-abbb-5321aa9c7284

The highlighted header declares UTC−5. Add one hour for Haiti time (UTC−4).

### Original timezone header

```
1  2021-07-19 15:23:48.029 LL_I W [587:AsyncTask #7] ==== logfile level=3 tz=-0500 ====
```

### Original lines 167–187; deletion at line 177

```
167  2021-07-19 15:24:11.276 LL_I W [1423:ReaderThread] xmpp/reader/on-iq-response; id=03b
168  2021-07-19 15:24:11.372 LL_I W [1423:ReaderThread] xmpp/reader/on-iq-response; id=03c
169  2021-07-19 15:24:12.203 LL_I W [1441:WhatsApp Worker #136] frequentmsgstore/updateFrequents/start row:23443 71
170  2021-07-19 15:24:12.213 LL_I W [1441:WhatsApp Worker #136] frequentmsgstore/updateFrequents/timer/stop: 1435
171  2021-07-19 15:24:12.229 LL_I W [472:Messages Async Commit Thread] statusmsgstore/deleteoldstatuses time limit:
     1626639852666 total:23 deleted:0 last batch:0
172  2021-07-19 15:24:12.230 LL_I W [472:Messages Async Commit Thread] statusmsgstore/deleteoldstatuses new earlies
     t time:1626649890000 active jids:6
173  2021-07-19 15:24:12.263 LL_I W [472:Messages Async Commit Thread] statusmsgstore/deleteoldstatuses/cleanup/ de
     lete /storage/emulated/0/Android/media/com.whatsapp/WhatsApp/Media/.Statuses/.nomedia 1626447786000
174  2021-07-19 15:24:12.388 LL_I W [1441:WhatsApp Worker #136] SidecarMessageStore/deleteStreamingSidecarOlderThan
      num messages to update:35
175  2021-07-19 15:24:12.426 LL_I W [472:Messages Async Commit Thread] statusmsgstore/deleteoldstatuses true/timer/
     stop: 212
176  2021-07-19 15:24:12.426 LL_I W [472:Messages Async Commit Thread] statusmsgstore/deleteoldstatuses time spent:
     212
177  2021-07-19 15:24:12.628 LL_I W [1441:WhatsApp Worker #136] SidecarMessageStore/deleteStreamingSidecarOlderThan
      deleting rows:35
178  2021-07-19 15:24:12.724 LL_I W [1441:WhatsApp Worker #136] MmsThumbnailMetadataDeletionManager/deleteMmsThumbn
     ailMetadataOlderThan num messages to update:1
179  2021-07-19 15:24:12.753 LL_I W [1441:WhatsApp Worker #136] MmsThumbnailMetadataDeletionManager/deleteMmsThumbn
     ailMetadataOlderThan deleting rows:1
180  2021-07-19 15:24:12.754 LL_I W [1441:WhatsApp Worker #136] MmsThumbnailMetadataDeletionManager/deleteMmsThumbn
     ailMetadataOlderThan num messages to update:0
181  2021-07-19 15:24:12.754 LL_I W [1441:WhatsApp Worker #136] MmsThumbnailMetadataDeletionManager/deleteMmsThumbn
     ailMetadataOlderThan deleting rows:0
182  2021-07-19 15:24:13.016 LL_I W [476:db_write] msgstore/last-photo-change/db no message for 8632-1602368631@g.u
     s
183  2021-07-19 15:24:13.019 LL_I W [476:db_write] updated photo id for contact jid=0319@s.whatsapp.net photo_ts=14
     76440280 photo_id_timestamp=1626726253016 thumb_ts=1476440280 | time: 2
184  2021-07-19 15:24:13.021 LL_I W [476:db_write] updated photo id for contact jid=2960@s.whatsapp.net photo_ts=-1
      photo_id_timestamp=1626726253018 thumb_ts=-1 | time: 2
185  2021-07-19 15:24:13.023 LL_I W [476:db_write] updated photo id for contact jid=9264@s.whatsapp.net photo_ts=-1
      photo_id_timestamp=1626726253020 thumb_ts=-1 | time: 2
186  2021-07-19 15:24:13.024 LL_I W [476:db_write] updated photo id for contact jid=2581@s.whatsapp.net photo_ts=15
     79653736 photo_id_timestamp=1626726253022 thumb_ts=1579653736 | time: 0
187  2021-07-19 15:24:13.025 LL_I W [476:db_write] updated photo id for contact jid=3743@s.whatsapp.net photo_ts=-1
      photo_id_timestamp=1626726253023 thumb_ts=-1 | time: 1
```

Yellow highlighting and line numbers were added for readability. The original log text is unchanged; long lines wrap. Complete raw files and source hashes accompany the report.

# 116 Motorola: 51 WhatsApp database rows deleted

FBI Initial custody • Haiti time 2021-07-23 16:22:18.260. The highlighted line is the application's deletion report.

Source: /data/data/com.whatsapp/files/Logs/whatsapp-2021-07-24.1.log.gz
File ID: cb209001-cea5-482d-96d2-f0eb758eaaf1

The highlighted header declares UTC−5. Add one hour for Haiti time (UTC−4).

### Original timezone header

```
1 2021-07-23 15:21:51.126 LL_I D [1466:AsyncTask #1] ==== logfile level=3 tz=-0500 ====
```

### Original lines 1289–1309; deletion at line 1299

```
1289 2021-07-23 15:22:16.642 LL_I D [2:main] qrsession/fservice/kill kill:false delayed:false uptime:1076463
1290 2021-07-23 15:22:16.649 LL_I D [2:main] FgServiceManager/stopService class com.whatsapp.service.WebClientService
1291 2021-07-23 15:22:17.535 LL_I D [1477:WhatsApp Worker #7] frequentmsgstore/updateFrequents/start row:23528 14
1292 2021-07-23 15:22:17.558 LL_I D [1477:WhatsApp Worker #7] frequentmsgstore/updateFrequents/timer/stop: 2436
1293 2021-07-23 15:22:17.627 LL_I D [1441:Messages Async Commit Thread] statusmsgstore/deleteoldstatuses time limit:1626985338559 total:4 deleted:0 last batch:0
1294 2021-07-23 15:22:17.628 LL_I D [1441:Messages Async Commit Thread] statusmsgstore/deleteoldstatuses new earliest time:0 active jids:1
1295 2021-07-23 15:22:17.683 LL_I D [1441:Messages Async Commit Thread] statusmsgstore/deleteoldstatuses/cleanup/ delete /storage/emulated/0/Android/media/com.whatsapp/WhatsApp/Media/.Statuses/.nomedia 1626734045000
1296 2021-07-23 15:22:17.708 LL_I D [1477:WhatsApp Worker #7] SidecarMessageStore/deleteStreamingSidecarOlderThan num messages to update:51
1297 2021-07-23 15:22:17.739 LL_I D [1441:Messages Async Commit Thread] statusmsgstore/deleteoldstatuses true/timer/stop: 176
1298 2021-07-23 15:22:17.741 LL_I D [1441:Messages Async Commit Thread] statusmsgstore/deleteoldstatuses time spent:176
1299 2021-07-23 15:22:18.260 LL_I D [1477:WhatsApp Worker #7] SidecarMessageStore/deleteStreamingSidecarOlderThan deleting rows:51
1300 2021-07-23 15:22:18.274 LL_I D [1477:WhatsApp Worker #7] MmsThumbnailMetadataDeletionManager/deleteMmsThumbnailMetadataOlderThan num messages to update:1
1301 2021-07-23 15:22:18.304 LL_I D [1477:WhatsApp Worker #7] MmsThumbnailMetadataDeletionManager/deleteMmsThumbnailMetadataOlderThan deleting rows:1
1302 2021-07-23 15:22:18.317 LL_I D [1477:WhatsApp Worker #7] MmsThumbnailMetadataDeletionManager/deleteMmsThumbnailMetadataOlderThan num messages to update:0
1303 2021-07-23 15:22:18.317 LL_I D [1477:WhatsApp Worker #7] MmsThumbnailMetadataDeletionManager/deleteMmsThumbnailMetadataOlderThan deleting rows:0
1304 2021-07-23 15:26:51.206 LL_I D [1450:WhatsApp Worker #4] WamSender/send/mh-disconnected
1305 2021-07-23 15:26:51.208 LL_I D [1450:WhatsApp Worker #4] WamSender/send/mh-disconnected
1306 2021-07-23 15:31:51.276 LL_I D [1451:WhatsApp Worker #5] WamSender/send/mh-disconnected
1307 2021-07-23 15:31:51.277 LL_I D [1451:WhatsApp Worker #5] WamSender/send/mh-disconnected
1308 2021-07-23 16:07:25.493 LL_I D [1548:Logger (2.21.12.21(300103589))] ==== logfile level=3 tz=-0500 ====
1309 2021-07-23 16:07:25.490 LL_I D [2:main] ==== logfile version=2.21.12.21 level=3====
```

Yellow highlighting and line numbers were added for readability. The original log text is unchanged; long lines wrap. Complete raw files and source hashes accompany the report.

# 116 Motorola: 11 WhatsApp database rows deleted

FBI Return custody • Haiti time 2021-07-25 09:53:39.835. The highlighted line is the application's deletion report.

Source: /data/user/0/com.whatsapp/files/Logs/whatsapp.log
File ID: 12793f7f-776e-425c-8d82-cce9ccda08f9

The highlighted header declares UTC−5. Add one hour for Haiti time (UTC−4).

### Original timezone header

```
1 2021-07-25 08:53:11.246 LL_I D [1389:AsyncTask #1] ==== logfile level=3 tz=-0500 ====
```

### Original lines 1370–1390; deletion at line 1380

```
1370 2021-07-25 08:53:39.152 LL_I D [2:main] qrsession/fservice/kill kill:false delayed:false uptime:981929
1371 2021-07-25 08:53:39.153 LL_I D [2:main] FgServiceManager/stopService class com.whatsapp.service.WebClientService
1372 2021-07-25 08:53:39.611 LL_I D [1392:WhatsApp Worker #6] frequentmsgstore/updateFrequents/start row:23557 11
1373 2021-07-25 08:53:39.623 LL_I D [1392:WhatsApp Worker #6] frequentmsgstore/updateFrequents/timer/stop: 1905
1374 2021-07-25 08:53:39.685 LL_I D [1366:Messages Async Commit Thread] statusmsgstore/deleteoldstatuses time limit:1627134820624 total:4 deleted:0 last batch:0
1375 2021-07-25 08:53:39.685 LL_I D [1366:Messages Async Commit Thread] statusmsgstore/deleteoldstatuses new earliest time:0 active jids:1
1376 2021-07-25 08:53:39.722 LL_I D [1366:Messages Async Commit Thread] statusmsgstore/deleteoldstatuses/cleanup/ delete /storage/emulated/0/Android/media/com.whatsapp/WhatsApp/Media/.Statuses/.nomedia 1627074446000
1377 2021-07-25 08:53:39.739 LL_I D [1392:WhatsApp Worker #6] SidecarMessageStore/deleteStreamingSidecarOlderThan num messages to update:11
1378 2021-07-25 08:53:39.778 LL_I D [1366:Messages Async Commit Thread] statusmsgstore/deleteoldstatuses true/timer/stop: 154
1379 2021-07-25 08:53:39.778 LL_I D [1366:Messages Async Commit Thread] statusmsgstore/deleteoldstatuses time spent:154
1380 2021-07-25 08:53:39.835 LL_I D [1392:WhatsApp Worker #6] SidecarMessageStore/deleteStreamingSidecarOlderThan deleting rows:11
1381 2021-07-25 08:53:39.845 LL_I D [1392:WhatsApp Worker #6] MmsThumbnailMetadataDeletionManager/deleteMmsThumbnailMetadataOlderThan num messages to update:0
1382 2021-07-25 08:53:39.845 LL_I D [1392:WhatsApp Worker #6] MmsThumbnailMetadataDeletionManager/deleteMmsThumbnailMetadataOlderThan deleting rows:0
1383 2021-07-25 08:58:11.312 LL_I D [1374:WhatsApp Worker #3] WamSender/send/mh-disconnected
1384 2021-07-25 08:58:11.317 LL_I D [1374:WhatsApp Worker #3] WamSender/send/mh-disconnected
1385 2021-07-25 08:59:39.697 LL_I D [2:main] battery changed; newEvent=BatteryState{health=good, level=56, plugged=2, scale=100, percent=56.0}
1386 2021-07-25 09:03:11.329 LL_I D [1374:WhatsApp Worker #3] WamSender/send/mh-disconnected
1387 2021-07-25 09:03:11.339 LL_I D [1374:WhatsApp Worker #3] WamSender/send/mh-disconnected
1388 2021-07-25 09:08:11.351 LL_I D [1374:WhatsApp Worker #3] WamSender/send/mh-disconnected
1389 2021-07-25 09:08:11.353 LL_I D [1374:WhatsApp Worker #3] WamSender/send/mh-disconnected
1390 2021-07-25 09:13:11.454 LL_I D [1374:WhatsApp Worker #3] WamSender/send/mh-disconnected
```

Yellow highlighting and line numbers were added for readability. The original log text is unchanged; long lines wrap. Complete raw files and source hashes accompany the report.

# 114 iPhone: WhatsApp deletion batch 1 (40 messages)

HNP Initial custody • July 16, 2021, 16:09:26.669 Haiti time. This is batch 1 of three reported counts: 40 + 40 + 33 = 113. WhatsApp then records a save to its chat database with changes.

Source: /private/var/mobile/Containers/Data/Application/D6D6FE2C-0B94-4E33-885A-47D8139BC2BB/Library/Logs/MainApp_2/whatsapp-2021-07-16-16-09-23-457-WhatsApp-11518.log
File ID: b6f8c9fc-b820-4066-a674-113aaaac5e88

The filename supplies the date. The log gives no UTC offset; its displayed times are interpreted as Haiti time in this report.

## Original device/version header

```
2 Device: iPhone 6s | System: iOS 14.6 (18F72) | WhatsApp version: 2.21.110.15 | Description: v2.21.110.15-0-gc8
  bfb87904 | JID: <50943300095@s.whatsapp.net> | launchID: 5AC105B7-ADCC-488D-8EA3-9875B77B4BC2
```

## Original lines 603–623

```
603 16:09:22.935 [  57798] [normal        ] [F] LL_W  xmpp//check/connecting/skipped: tcp backing off
604 16:09:23.938 [  57798] [normal        ] [F] LL_W  xmpp//check/connecting/skipped: tcp backing off
605 16:09:24.843 [  22952] [normal        ] [F] LL_W  XMPPRequest/1626365177-167/failed: not-connected
606 16:09:24.844 [  57800] [mms (QOS:…TED)] [F] LL_A  mms-session//conn-info/route-request/response/endpoints: 0 d
    uration: 3.053708
607 16:09:24.936 [  57800] [normal        ] [F] LL_W  xmpp//check/connecting/skipped: stream error backing off
608 16:09:25.936 [  57798] [normal        ] [F] LL_W  xmpp//check/connecting/skipped: stream error backing off
609 16:09:26.190 [  57800] [overcommit    ] [F] LL_A  app//memory: System [Used 1484MB, Free 248MB] Process [Footp
    rint 120MB (-1), Available 0MB, Peak 0MB] [cpu/s: 0.159]
610 16:09:26.570 [   8220] [main-thread   ] [F] LL_A* task-manager//task/start [<WARemoveExpiredMessagesTask: 0x28
    08fab70 [DeleteExpired-Incoming]>]
611 16:09:26.591 [  57798] [searchengine  ] [F] LL_E  searchengine/delete/error [count: 40, first: 33408]
612 16:09:26.668 [  57800] [NSManaged…8d00] [F] LL_A  storage-management//context-notification/delete-external-mes
    sages
613 16:09:26.669 [  57800] [NSManaged…8d00] [F] LL_A  chatstorage/expired-messages/delete/finished (40 messages; 0
    .097 seconds)
614 16:09:26.669 [   8220] [main-thread   ] [F] LL_A* storage//save/background/done [ChatDB in 0.08s with changes
    from 'NSManagedObjectContext 0x281018d00']
615 16:09:26.671 [   8220] [main-thread   ] [F] LL_A* task-manager//task/start [<WASpotlightBlockTask: 0x282590b40
     [spotlight-wid]>]
616 16:09:26.673 [  22952] [NSManaged…8b60] [F] LL_A  spotlight/indexer//index/some//wid [count: 0]
617 16:09:26.673 [   8220] [main-thread   ] [F] LL_A* storage//save/background/done [ContactDB in 0.00s with no ch
    anges from 'NSManagedObjectContext 0x2810e8b60']
618 16:09:26.673 [   8220] [main-thread   ] [F] LL_A* spotlight/indexer//task/run//wid [time: 0.00 sec.]
619 16:09:26.934 [  57796] [normal        ] [F] LL_W  xmpp//check/connecting/skipped: stream error backing off
620 16:09:27.673 [   8220] [main-thread   ] [F] LL_A* task-manager//task/start [<WARemoveExpiredMessagesTask: 0x28
    08fada0 [DeleteExpired-OutgoingCompleted]>]
621 16:09:27.679 [   8220] [main-thread   ] [F] LL_A* task-manager//task/start [<WASpotlightBlockTask: 0x282598180
     [spotlight-jid]>]
622 16:09:27.682 [  23714] [NSManaged…8d00] [F] LL_A  spotlight/indexer//index/some//jid [count: 0]
623 16:09:27.684 [   8220] [main-thread   ] [F] LL_A* storage//save/background/done [ChatDB in 0.00s with no chang
    es from 'NSManagedObjectContext 0x281018d00']
```

The three recorded batches total 113 message deletions. The logs do not identify which messages were deleted. Source wording is reproduced verbatim.

# 114 iPhone: WhatsApp deletion batch 2 (40 messages)

HNP Initial custody • July 16, 2021, 16:09:49.430 Haiti time. This is batch 2 of three reported counts: 40 + 40 + 33 = 113. WhatsApp then records a save to its chat database with changes.

Source: /private/var/mobile/Containers/Data/Application/D6D6FE2C-0B94-4E33-885A-47D8139BC2BB/Library/Logs/MainApp_2/whatsapp-2021-07-16-16-09-23-457-WhatsApp-11518.log
File ID: b6f8c9fc-b820-4066-a674-113aaaac5e88

The filename supplies the date. The log gives no UTC offset; its displayed times are interpreted as Haiti time in this report.

## Original device/version header

```
   2 Device: iPhone 6s | System: iOS 14.6 (18F72) | WhatsApp version: 2.21.110.15 | Description: v2.21.110.15-0-gc8
     bfb87904 | JID: <50943300095@s.whatsapp.net> | launchID: 5AC105B7-ADCC-488D-8EA3-9875B77B4BC2
```

## Original lines 3155–3175

```
3155 16:09:48.928 [  57798] [normal        ] [F] LL_A  file-lock//try-increment/storage-lock 0
3156 16:09:48.930 [  57798] [normal        ] [F] LL_A  file-lock//try-increment/storage-lock 1
3157 16:09:48.932 [  57798] [normal        ] [F] LL_A  file-lock//decrement/storage-lock 2
3158 16:09:48.932 [  57798] [normal        ] [F] LL_A  connection-config//check/connecting [bg? 0; attempt: 25; wwa
     n: 0]
3159 16:09:48.940 [  57798] [normal        ] [F] LL_N  socket/host/g.whatsapp.net
3160 16:09:48.941 [  23714] [user-init…-qos] [F] LL_N  wadns//dns/resolver/resolving/primary
3161 16:09:48.944 [  57798] [user-init…-qos] [F] LL_E  wadns//dns/resolver/primary/resolve err 12:8
3162 16:09:49.364 [   8220] [main-thread   ] [F] LL_A* task-manager//task/start [<WARemoveExpiredMessagesTask: 0x28
     08fab70 [DeleteExpired-Incoming]>]
3163 16:09:49.383 [  57796] [searchengine  ] [F] LL_E  searchengine/delete/error [count: 40, first: 33408]
3164 16:09:49.429 [  23714] [NSManaged…96c0] [F] LL_A  storage-management//context-notification/delete-external-mes
     sages
3165 16:09:49.430 [  23714] [NSManaged…96c0] [F] LL_A  chatstorage/expired-messages/delete/finished (40 messages; 0
     .065 seconds)
3166 16:09:49.431 [   8220] [main-thread   ] [F] LL_A* storage//save/background/done [ChatDB in 0.05s with changes
     from 'NSManagedObjectContext 0x2810f96c0']
3167 16:09:49.456 [  57798] [user-init…-qos] [F] LL_N  wadns//dns/resolver/resolving/secondary
3168 16:09:49.456 [  57798] [user-init…-qos] [F] LL_E  wadns//dns/resolver/secondary/socket/connect/failed/-1
3169 LL_S <
3170 2021-07-16 16:09:49.456 WhatsApp[251:57798] CFSocketSetAddress listen failure: 102
3171 LL_S >
3172 16:09:49.456 [  23322] [default-qos   ] [F] LL_N  wadns//dns/resolver/resolving/compiled
3173 16:09:49.456 [  23322] [default-qos   ] [F] LL_N  socket/dns/resolve/g.whatsapp.net/2 0.516s
3174 16:09:49.456 [  23322] [default-qos   ] [F] LL_N  wadns//dns/resolver/resolved/compiled
3175 16:09:49.456 [  57798] [normal        ] [F] LL_N  socket/connect
```

The three recorded batches total 113 message deletions. The logs do not identify which messages were deleted. Source wording is reproduced verbatim.

# 114 iPhone: WhatsApp deletion batch 3 (33 messages)

HNP Initial custody • July 16, 2021, 16:09:50.525 Haiti time. This is batch 3 of three reported counts: 40 + 40 + 33 = 113. WhatsApp then records a save to its chat database with changes.

Source: /private/var/mobile/Containers/Data/Application/D6D6FE2C-0B94-4E33-885A-47D8139BC2BB/Library/Logs/MainApp_2/whatsapp-2021-07-16-16-09-23-457-WhatsApp-11518.log
File ID: b6f8c9fc-b820-4066-a674-113aaaac5e88

The filename supplies the date. The log gives no UTC offset; its displayed times are interpreted as Haiti time in this report.

## Original device/version header

```
2 Device: iPhone 6s | System: iOS 14.6 (18F72) | WhatsApp version: 2.21.110.15 | Description: v2.21.110.15-0-gc8bfb87904 | JID: <50943300095@s.whatsapp.net> | launchID: 5AC105B7-ADCC-488D-8EA3-9875B77B4BC2
```

## Original lines 3395–3415

```
3395 16:09:50.478 [  57796] [normal        ] [F] LL_A  XMPPRequest/1626365177-161/cancelled/rr=2
3396 16:09:50.478 [  57796] [normal        ] [F] LL_A  XMPPRequest/1626365177-162/cancelled/rr=2
3397 16:09:50.478 [  57796] [normal        ] [F] LL_A  XMPPRequest/1626365177-163/cancelled/rr=2
3398 16:09:50.478 [  57796] [normal        ] [F] LL_A  XMPPRequest/1626365177-164/cancelled/rr=2
3399 16:09:50.478 [  57796] [normal        ] [F] LL_A  XMPPRequest/1626365177-165/cancelled/rr=2
3400 16:09:50.478 [  57796] [normal        ] [F] LL_A  xmpp//state/changed: Connecting -> NotConnected
3401 16:09:50.479 [  57796] [normal        ] [F] LL_A  file-lock//decrement/process-lock 1
3402 16:09:50.479 [  57796] [normal        ] [F] LL_A  file-lock//decrement/storage-lock 1
3403 16:09:50.484 [  57796] [searchengine  ] [F] LL_E  searchengine/delete/error [count: 33, first: 33408]
3404 16:09:50.525 [  57798] [NSManaged…96c0] [F] LL_A  storage-management//context-notification/delete-external-messages
3405 16:09:50.525 [  57798] [NSManaged…96c0] [F] LL_A  chatstorage/expired-messages/delete/finished (33 messages; 0.059 seconds)
3406 16:09:50.526 [   8220] [main-thread   ] [F] LL_A* storage//save/background/done [ChatDB in 0.04s with changes from 'NSManagedObjectContext 0x2810f96c0']
3407 16:09:50.925 [  57798] [normal        ] [F] LL_A  file-lock//increment/process-lock 0
3408 16:09:50.925 [  57798] [normal        ] [F] LL_A  xmpp//state/changed: NotConnected -> Connecting
3409 16:09:50.926 [  57798] [normal        ] [F] LL_A  xmpp//will-connect: network status [None], radio [CTRadioAccessTechnologyLTE]
3410 16:09:50.928 [  57798] [normal        ] [F] LL_A  xmpp//using-stream: [XMPPStream]
3411 16:09:50.928 [  57798] [normal        ] [F] LL_A  file-lock//try-increment/storage-lock 0
3412 16:09:50.929 [  57798] [normal        ] [F] LL_A  file-lock//try-increment/storage-lock 1
3413 16:09:50.931 [  57798] [normal        ] [F] LL_A  file-lock//decrement/storage-lock 2
3414 16:09:50.931 [  57798] [normal        ] [F] LL_A  connection-config//check/connecting [bg? 0; attempt: 27; wwan: 0]
3415 16:09:50.939 [  57798] [normal        ] [F] LL_N  socket/host/g.whatsapp.net
```

The three recorded batches total 113 message deletions. The logs do not identify which messages were deleted. Source wording is reproduced verbatim.

# 114 iPhone: WhatsApp log files named for deletion

HNP Initial custody • July 16, 2021, 16:09:42.982 Haiti time (interpreted). Item 114's log entries name 19 distinct files for deletion. The highlighted line is one of those entries.

Source: /private/var/mobile/Containers/Data/Application/D6D6FE2C-0B94-4E33-885A-47D8139BC2BB/Library/Logs/MainApp_2/whatsapp-2021-07-16-16-09-23-457-WhatsApp-11518.log
File ID: b6f8c9fc-b820-4066-a674-113aaaac5e88

## Original lines 2424–2444

```
2424 16:09:42.928 [  58010] [normal        ] [F] LL_A  xmpp//will-connect: network status [None], radio [CTRadioAccessTechnologyLTE]
2425 16:09:42.930 [  58010] [normal        ] [F] LL_A  xmpp//using-stream: [XMPPStream]
2426 16:09:42.930 [  58010] [normal        ] [F] LL_A  file-lock//try-increment/storage-lock 0
2427 16:09:42.931 [   8220] [main-thread   ] [F] LL_A* task-manager//task/start [<WABlockTask: 0x28257f780 [remove-logs]>]
2428 16:09:42.932 [  58010] [normal        ] [F] LL_A  file-lock//try-increment/storage-lock 1
2429 16:09:42.933 [  58010] [normal        ] [F] LL_A  file-lock//decrement/storage-lock 2
2430 16:09:42.934 [  58010] [normal        ] [F] LL_A  connection-config//check/connecting [bg? 0; attempt: 19; wwan: 0]
2431 16:09:42.941 [  58010] [normal        ] [F] LL_N  socket/host/g.whatsapp.net
2432 16:09:42.942 [  58010] [user-init…-qos] [F] LL_N  wadns//dns/resolver/resolving/primary
2433 16:09:42.945 [  23322] [user-init…-qos] [F] LL_E  wadns//dns/resolver/primary/resolve err 12:8
2434 16:09:42.982 [  57800] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-12-15-09-44-592-ServiceExtension-158-launch.log)
2435 16:09:42.984 [  57800] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-12-13-26-09-173-WhatsApp-11493-launch.log)
2436 16:09:42.987 [  57800] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-12-12-03-54-121-WhatsApp-0-launch.log)
2437 16:09:42.987 [  57800] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-12-12-03-39-378-ServiceExtension-0-launch.log)
2438 16:09:42.989 [  57800] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-11-19-50-54-225-WhatsApp-11492.log)
2439 16:09:42.994 [  57800] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-11-19-22-22-219-ServiceExtension-157-launch.log)
2440 16:09:42.996 [  57800] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-11-16-26-35-750-WhatsApp-11491-launch.log)
2441 16:09:42.999 [  57800] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-11-16-26-12-601-WhatsApp-0-launch.log)
2442 16:09:43.000 [  57800] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-11-16-26-11-227-ServiceExtension-0-launch.log)
2443 16:09:43.447 [  57800] [user-init…-qos] [F] LL_N  wadns//dns/resolver/resolving/secondary
2444 16:09:43.447 [  57800] [user-init…-qos] [F] LL_E  wadns//dns/resolver/secondary/socket/connect/failed/-1
```

# 115 iPhone: WhatsApp log files named for deletion

HNP Initial custody • July 20, 2021, 16:09:41.146 Haiti time (interpreted). This excerpt begins a series naming 33 distinct log files for deletion on item 115.

Source: /private/var/mobile/Containers/Data/Application/6C6E8CA6-4F0D-48D3-8F39-443DB06C1B4F/Library/Logs/MainApp_2/whatsapp-2021-07-20-16-09-17-994-WhatsApp-15267-launch.log
File ID: 4d19908e-669a-484c-a410-5d84aaac0b71

### Original lines 1661–1683

```
1661 16:09:41.002 [   5474] [main-thread   ] [F] LL_A* task-manager//task/start [<WABlockTask: 0x283ad7420 [remove-logs]>]
1662 16:09:41.121 [   5560] [normal        ] [F] LL_A  file-lock//increment/process-lock 0
1663 16:09:41.121 [   5560] [normal        ] [F] LL_A  xmpp//state/changed: NotConnected -> Connecting
1664 16:09:41.122 [   5560] [normal        ] [F] LL_A  xmpp//will-connect: network status [None], radio [(null)]
1665 16:09:41.124 [   5560] [normal        ] [F] LL_A  xmpp//using-stream: [XMPPStream]
1666 16:09:41.124 [   5560] [normal        ] [F] LL_A  file-lock//try-increment/storage-lock 0
1667 16:09:41.126 [   5560] [normal        ] [F] LL_A  file-lock//try-increment/storage-lock 1
1668 16:09:41.128 [   5560] [normal        ] [F] LL_A  file-lock//decrement/storage-lock 2
1669 16:09:41.129 [   5560] [normal        ] [F] LL_A  connection-config//check/connecting [bg? 0; attempt: 23; wwan: 0]
1670 16:09:41.135 [   5560] [normal        ] [F] LL_N  socket/host/g.whatsapp.net
1671 16:09:41.135 [   5491] [user-init…-qos] [F] LL_N  wadns//dns/resolver/resolving/primary
1672 16:09:41.138 [   5499] [user-init…-qos] [F] LL_E  wadns//dns/resolver/primary/resolve err 12:8
1673 16:09:41.146 [   5530] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-16-16-07-09-879-WhatsApp-15249.log)
1674 16:09:41.153 [   5530] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-16-16-05-57-314-WhatsApp-15248.log)
1675 16:09:41.155 [   5530] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-16-16-04-44-894-WhatsApp-15247.log)
1676 16:09:41.160 [   5530] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-16-16-03-32-906-WhatsApp-15246.log)
1677 16:09:41.163 [   5530] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-16-16-02-20-862-WhatsApp-15245.log)
1678 16:09:41.167 [   5530] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-16-16-01-08-886-WhatsApp-15244.log)
1679 16:09:41.171 [   5530] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-16-15-59-56-877-WhatsApp-15243.log)
1680 16:09:41.175 [   5530] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-16-15-58-44-332-WhatsApp-15242.log)
1681 16:09:41.178 [   5530] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-16-15-57-31-343-WhatsApp-15241.log)
1682 16:09:41.182 [   5530] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-16-15-56-17-854-WhatsApp-15240.log)
1683 16:09:41.187 [   5530] [background-qos] [F] LL_A  logger/purge (whatsapp-2021-07-16-15-55-05-893-WhatsApp-15239.log)
```

# 116 Motorola: file deletions during HNP Return

July 24, 2021 • HNP Return custody. These WhatsApp log entries report successful deletion of health-check files ("deleted: true"). Repeated entries may refer to the same file.

Source: /data/data/com.whatsapp/files/Logs/whatsapp-2021-07-24.1.log.gz
File ID: cb209001-cea5-482d-96d2-f0eb758eaaf1

The highlighted header declares UTC−5. Add one hour for Haiti time (UTC−4).

### Original timezone header

```
2076  2021-07-24 10:54:26.816 LL_I D [1049:Logger (2.21.12.21(300103589))] ==== logfile level=3 tz=-0500 ====
```

### Original lines 2089–2109; deletion at line 2099

```
2089  2021-07-24 10:54:27.020 LL_I D [2:main]              wa_opus.c  pjmedia_codec_opus_init start
2090  2021-07-24 10:54:27.021 LL_I D [2:main]              wa_opus.c  pjmedia_codec_opus_init success
2091  2021-07-24 10:54:27.021 LL_I D [2:main]        wa_call_media.c  init_audio_codecs = 0
2092  2021-07-24 10:54:27.021 LL_I D [2:main]        wa_call_media.c  init_media_endpt_and_codecs Exit
2093  2021-07-24 10:54:27.032 LL_I D [2:main]             videodev.c  pjmedia_vid_dev_platform_register_video_device
      : factory 0x7803ab7ef0.
2094  2021-07-24 10:54:27.039 LL_I D [2:main] native library usability testing in progress
2095  2021-07-24 10:54:27.043 LL_I D [2:main] native library usability testing complete
2096  2021-07-24 10:54:27.043 LL_I D [2:main] whatsapplibloader/usable jniVersion: 2.21.12.21
2097  2021-07-24 10:54:27.043 LL_I D [2:main] whatsapplibloader/usable isLibraryUsable: True
2098  2021-07-24 10:54:27.046 LL_I D [2:main] Loading module: breakpad
2099  2021-07-24 10:54:27.050 LL_I D [2:main] Module breakpad health file deleted: true
2100  2021-07-24 10:54:27.050 LL_I D [2:main] Module loaded: breakpad load time: 3
2101  2021-07-24 10:54:27.051 LL_I D [2:main] Loading module: abort_hook
2102  2021-07-24 10:54:27.064 LL_I D [2:main] Module abort_hook health file deleted: true
2103  2021-07-24 10:54:27.064 LL_I D [2:main] Module loaded: abort_hook load time: 12
2104  2021-07-24 10:54:27.065 LL_I D [2:main] Loading module: anr_detector
2105  2021-07-24 10:54:27.078 LL_I D [2:main] Module anr_detector health file deleted: true
2106  2021-07-24 10:54:27.079 LL_I D [2:main] Module loaded: anr_detector load time: 12
2107  2021-07-24 10:54:27.109 LL_I D [2:main] appshell/attachBaseContext done
2108  2021-07-24 10:54:27.240 LL_I D [2:main] whatsappsoloader/init: already initialized
2109  2021-07-24 10:54:27.241 LL_I D [2:main] messagethumbcache/construct 24576
```

Yellow highlighting and line numbers were added for readability. The original log text is unchanged; long lines wrap. Complete raw files and source hashes accompany the report.

# 114 and 115 iPhones: transfer to FBI

July 23, 2021, 10:49h • The separate FBI receipt has conflicting roles; this French handover supplies the time.

Source C1, original page 4 of 6. Click title or footer to return to custody chart.

**REPUBLIQUE D'HAITI**
**POLICE NATIONALE D'HAITI**
**DIRECTION CENTRALE DE POLICE JUDICIAIRE**

*BUREAU DES AFFAIRES CRIMINELLES*
………….

*PROTEGER ET SERVIR*

…………

**Dossier BAC-21…. /**

**P.V. No …………..**

**Affaire c/ : Mercenaires**

**Victime :** Président Jovenel MOÏSE, sa famille et l'état haïtien.

**Nature :** Homicide, tentative d'assassinat et complot contre la sureté intérieure de l'Etat.

**Objet :** Procès- verbal de rémise de téléphones portable

## Procès-verbal

L'an deux mille vingt et un ; ________________________________________
Le vendredi vingt-trois juillet.________________________________________
A dix heures quarante-neuf minutes du matin. ____________________________
Nous **Manley JEAN** Officier de Police Judiciaire, identifié nationalement au numéro **01-01-99-1981-09-00767** de matricule à la PNH au numéro **13-24-05-12296**. ________________________________________
Etant au bureau des Affaires Criminelles (BAC); ______________________
Vu les articles 8 et suivants du Code d'Instruction Criminelle ; ___________
Vu les articles 30 et 31 de la loi portant Création, Organisation et Fonctionnement de la PNH ; ________________________________
Vu l'enquête ouverte relative à l'homicide du président de la République d'Haïti **Jovenel MOÏSE** perpétré en son domicile dans la nuit du 6 au 7 juillet de l'année en cours par des mercenaires lourdement armés. ______________
Dans le cadre de la coopération avec le Bureau Fédéral des investigations (FBI), sur instruction verbale du Directeur Central de la Police Judiciaire, remettons à l'agent Michael Paul Betancourt - 18759……………………………….
Les téléphones portables ci-après décrits aux fins d'exploitation.

| Marque | Couleur | Modèle | IMEI | # d'appel |
|---|---|---|---|---|
| IPhone 8 (code :000000) | Noire | MQ722LL/A | 354889092454568 | 4332-9338 |
| IPhone Xs Max(Code :111928) | Noire | MT682LL/A | 357265096586241 | 4723-2323 |
| IPhone 6S (Code : 000000) | Grise | MKQ92LL/A | 353260074502082 | 4330-0095 |
| IPhone 8 (Code : 000000) | Rose | MQ772LL/A | 356699083207182 | |
| IPhone 4s | Noire | A1387 | IPhone 4s | Noire |
| Iphone5 | Blanc/Rose | A-1533 | 013849002059439 | Iphone5 |
| Samsung Galaxy A30S | Bleue | SM-A307G | 352647114713474 | |
| HUAWEI Code : 2209 | Rose | JKM-LX3 | 865365040406382 | 4135-1319 |

Dressons le présent pros-verbal d'une (01) page pour les suites de la procédure ;________________________________________

Intéressé

OPJ

# 116 Motorola: HNP transfer to FBI

July 23, 2021, 15:24h • First documented FBI custody window begins.

Source C1, original page 5 of 6. Click title or footer to return to custody chart.

REPUBLIQUE D'HAITI
**POLICE NATIONALE D'HAITI**
**DIRECTION CENTRALE DE POLICE JUDICIAIRE**

*BUREAU DES AFFAIRES CRIMINELLES*
………

*PROTEGER ET SERVIR*

………..

**Dossier BAC-21…. /**

**P.V. No …………..**

**Affaire c/ : Mercenaires**

**Victime :** Président Jovenel MOÏSE, sa famille et l'état haïtien.

**Nature :** Homicide, tentative d'assassinat et complot contre la sureté intérieure de l'Etat.

**Objet :** Procès- verbal de rémise de téléphones portable

## Procès-verbal

L'an deux mille vingt et un ; ___
Le vendredi vingt-trois juillet.___
A trois heures vingt-quatre minutes de l'après-midi. ___
Nous **Manley JEAN** Officier de Police Judiciaire, identifié nationalement au numéro **01-01-99-1981-09-00767** de matricule à la PNH au numéro **13-24-05-12296**. ___
Etant au bureau des Affaires Criminelles (BAC); ___
Vu les articles 8 et suivants du Code d'Instruction Criminelle ; ___
Vu les articles 30 et 31 de la loi portant Création, Organisation et Fonctionnement de la PNH ; ___
Vu l'enquête ouverte relative à l'homicide du président de la République d'Haïti **Jovenel MOÏSE** perpétré en son domicile dans la nuit du 6 au 7 juillet de l'année en cours par des mercenaires lourdement armés. ___
Dans le cadre de la coopération avec le Bureau Fédéral des investigations (FBI), sur instruction verbale du Directeur Central de la Police Judiciaire, remettons à l'agent [illegible] Paul [illegible] - 18759……………………………
Les téléphones portables ci-après décrits aux fins d'exploitation.

| Marque | Couleur | Modèle | IMEI | # d'appel |
|---|---|---|---|---|
| Huawei Y9<br>Code : 753159 | Verte | STK-LX3 | 860239049668109 | |
| Samsung Galaxy A20 | Noire | SM-S205DI | 357626100338624 | 4723-2323 |
| Motorola | Bleue | Moto G Stylus | 359084100875773 | 561-3325913 |

Dressons le présent pros-verbal d'une (01) page pour les suites de la procédure ;___

Intéressé

OPJ

# Sanon phones: FBI return to HNP

July 23, 2021, 18:20h • First documented FBI custody window ends.

Source C1, original page 6 of 6. Click title or footer to return to custody chart.

REPUBLIQUE D'HAITI
**POLICE NATIONALE D'HAITI**
**DIRECTION CENTRALE DE POLICE JUDICIAIRE**

*BUREAU DES AFFAIRES CRIMINELLES*
……….

*PROTEGER ET SERVIR*

……….

**Dossier BAC-21…. /**

**P.V. No …………..**

**Affaire c/ : Mercenaires**

**Victime :** Président Jovenel MOÏSE, sa famille et l'état haïtien.

**Nature :** Homicide, tentative d'assassinat et complot contre la sureté intérieure de l'Etat.

**Objet :** Procès- verbal de réception de téléphones portable

## Procès-verbal

L'an deux mille vingt et un ; ____
Le vendredi vingt-trois juillet.____
A six heures vingt minutes du soir. ____
Nous **Manley JEAN** Officier de Police Judiciaire, identifié nationalement au numéro **01-01-99-1981-09-00767** de matricule à la PNH au numéro **13-24-05-12296**. ____
Etant au bureau des Affaires Criminelles (BAC); ____
Vu les articles 8 et suivants du Code d'Instruction Criminelle ; ____
Vu les articles 30 et 31 de la loi portant Création, Organisation et Fonctionnement de la PNH ; ____
Vu l'enquête ouverte relative à l'homicide du président de la République d'Haïti **Jovenel MOÏSE** perpétré en son domicile dans la nuit du 6 au 7 juillet de l'année en cours par des mercenaires lourdement armés. ____
Dans le cadre de la coopération avec le Bureau Fédéral des investigations (FBI), sur instruction verbale du Directeur Central de la Police Judiciaire, recevons de l'agent. [illegible] Paul Betancourt -15759……………………..
Les téléphones portables ci-après décrits après exploitation ainsi que leur donnée.

| Marque | Couleur | Modèle | IMEI | # d'appel |
|---|---|---|---|---|
| IPhone 8 (code :000000) | Noire | MQ722LL/A | 354889092454568 | 4332-9338 |
| IPhone Xs Max(Code :111928) | Noire | MT682LL/A | 357265096586241 | 4723-2323 |
| IPhone 6S (Code : 000000) | Grise | MKQ92LL/A | 353260074502082 | 4330-0095 |
| IPhone 8 (Code : 000000) | Rose | MQ772LL/A | 356699083207182 | |
| IPhone 4s | Noire | A1387 | IPhone 4s | Noire |
| Iphone5 | Blanc/Rose | A-1533 | 013849002059439 | Iphone5 |
| Samsung Galaxy A30S | Bleue | SM-A307G | 352647114713474 | |
| HUAWEI Code : 2209 | Rose | JKM-LX3 | 865365040406382 | 4135-1319 |
| Huawei Y9 Code : 753159 | Verte | STK-LX3 | 860239049668109 | |
| Samsung Galaxy A20 | Noire | SM-S205DI | 357626100338624 | 4723-2323 |
| Motorola | Bleue | Moto G Stylus | 359084100875773 | 561-3325913 |

Dressons le présent pros-verbal d'une (01) page pour les suites de la procédure ;____

Intéressé [signature] ____ OPJ [signature]

# 114 and 116: recorded return to FBI

July 24, 2021, 18:00h • The HNP form says Friday; July 24, 2021 was Saturday.

Source C2, original page 6 of 10. Click title or footer to return to custody chart.

**REPUBLIQUE D'HAITI**
**POLICE NATIONALE D'HAITI**
**DIRECTION CENTRALE DE POLICE JUDICIAIRE**

*BUREAU DES AFFAIRES CRIMINELLES*
……….

*PROTEGER ET SERVIR*

……….

**Dossier BAC-21…. /**

**P.V. No …………..**

**Affaire c/ : Mercenaires**

**Victime :** Président Jovenel MOÏSE, sa famille et l'état haïtien.

**Nature :** Homicide, tentative d'assassinat et complot contre la sureté intérieure de l'Etat.

**Objet :** Procès- verbal de rémise de téléphones portable

Procès-verbal

L'an deux mille vingt et un ; ______
Le vendredi vingt-quatre juillet.______
A six heures du soir. ______
Nous **Manley JEAN** Officier de Police Judiciaire, identifié nationalement au numéro **01-01-99-1981-09-00767** de matricule à la PNH au numéro **13-24-05-12296**. ______
Etant au bureau des Affaires Criminelles (BAC); ______
Vu les articles 8 et suivants du Code d'Instruction Criminelle ; ______
Vu les articles 30 et 31 de la loi portant Création, Organisation et Fonctionnement de la PNH ; ______
Vu l'enquête ouverte relative à l'homicide du président de la République d'Haïti **Jovenel MOÏSE** perpétré en son domicile dans la nuit du 6 au 7 juillet de l'année en cours par des mercenaires lourdement armés. ______
Dans le cadre de la coopération avec le Bureau Fédéral des investigations (FBI), sur instruction verbale du Directeur Central de la Police Judiciaire, remettons à l'agent…Michael Paul Betancourt - 18759……
Les téléphones portables ci-après décrits aux fins d'exploitation.

| Marque | Couleur | Model | IMEI | # d'appel |
|---|---|---|---|---|
| Blade | Noire | G2 | 354321101883843/850 | 3727-8983/4296-3575 |
| Alcatel OneTouch | Noire | F102G | 014301002760631 | Alcatel OneTouch |
| Comkaj | Noire/Bleu | X1 | 355202035693251/269 | 4185-3330 |
| BLU | Noire | T591 | 355250094406669/677 | 4025-5237<br>3818-2729 |
| Alcatel OneTouch | Noire | F102G | 014301003406564 | ******* |
| Samsung Galaxy Halo | Noire | SM-J727AZ | 355880091574687/12 | 3774-9890 |
| Samsung Galaxy S7 edge | beige | SM-G935A | 355503073182788 | 3481-6674 |
| MOTOROLA | Marron | | 352171103207307 | 4010-9625 |
| ALCATEL 7 | Noire | | | 3442-8607 |
| Redmi | Bleue | M2003J15SS | | |
| Samsung Galaxy A20 | Noire | SM-S205DI | 357626100338624 | |
| IPhone 6S (Code : 000000) | Grise | MKQ92LL/A | 353260074502082 | 4330-0095 |
| Motorola | Bleue | Moto G Stylus | 359084100875773 | 561-3325913 |
| Samsung Galaxy J6 | Noire | | | |
| Huawei | Bleue | | | |
| Samsung | Noire | SM-G935F | 359948077584482 | |
| Samsung Galaxy J4 | Noire | SM-J4007 | 357474096240151 | |

Intéressé OPJ

# HNP receipt of items 114 and 116 from the FBI

July 26, 2021 • The HNP form records receiving the phones and their data from the FBI. The time appears to mean 16:00.

Source C2, original page 4 of 10. See the custody chart on page 2.

REPUBLIQUE D'HAITI
**POLICE NATIONALE D'HAITI**
**DIRECTION CENTRALE DE POLICE JUDICIAIRE**

*BUREAU DES AFFAIRES CRIMINELLES*
………..

*PROTEGER ET SERVIR*

………..

**Dossier BAC-21…. /**

**P.V. No …………..**

**Affaire c/ : Mercenaires**

**Victime :** Président Jovenel MOÏSE, sa famille et l'état haïtien.

**Nature :** Homicide, tentative d'assassinat et complot contre la sureté intérieure de l'Etat.

**Objet :** Procès- verbal de réception de téléphones portable

## Procès-verbal

L'an deux mille vingt et un ; ______
Le lundi vingt-six juillet.______
A quatre heures minutes de l'après-midi. ______
Nous **Manley JEAN** Officier de Police Judiciaire, identifié nationalement au numéro **01-01-99-1981-09-00767** de matricule à la PNH au numéro **13-24-05-12296**. ______
Etant au bureau des Affaires Criminelles (BAC); ______
Vu les articles 8 et suivants du Code d'Instruction Criminelle ; ______
Vu les articles 30 et 31 de la loi portant Création, Organisation et Fonctionnement de la PNH ; ______
Vu l'enquête ouverte relative à l'homicide du président de la République d'Haïti **Jovenel MOÏSE** perpétré en son domicile dans la nuit du 6 au 7 juillet de l'année en cours par des mercenaires lourdement armés. ______
Dans le cadre de la coopération avec le Bureau Fédéral des investigations (FBI), sur instruction verbale du Directeur Central de la Police Judiciaire, recevons de l'agent Michael Paul Betancourt - 18759……………………………
Les téléphones portables ci-après décrits après exploitation ainsi que leur donnée.

| Marque | Couleur | Model | IMEI | # d'appel |
|---|---|---|---|---|
| Blade | Noire | G2 | 354321101883843/850 | 3727-8983<br>4296-3575 |
| Comkaj | Noire/Bleu | X1 | 355202035693251/269 | 4185-3330 |
| Alcatel OneTouch | Noire | F102G | 014301002760631 | |
| BLU | Noire | T591 | 355250094406669/677 | 4025-5237<br>3818-2729 |
| Alcatel OneTouch | Noire | F102G | 014301003406564 | ******* |
| Samsung Galaxy Prime 2 | Beige | SM-J327AZ | 355602081431169 | 3663-7353 |
| Samsung Galaxy S10 | noire | | 352688113477075<br>352689113477073 | 3181-5342 |
| Samsung Galaxy Halo | Noire | SM-J727AZ | 355880091574687/12 | 3774-9890 |
| Samsung Galaxy S7 edge | beige | SM-G935A | 355503073182788 | 3481-6674 |
| ALCATEL 7 | Noire | | | 3442-8607 |
| Samsung Galaxy A20 | Noire | SM-S205Dl | 357626100338624 | |
| IPhone 6S (Code : 000000) | Grise | MKQ92LL/A | 353260074502082 | 4330-0095 |
| Motorola | Bleue | Moto G Stylus | 359084100875773 | 561-3325913 |

Intéressé [illegible signature]

OPJ [illegible signature]

# Vincent: 401 rows of WhatsApp message data

## 401 rows of WhatsApp message data were deleted.

July 26, 2021 • Haiti time (UTC−4) • Three recorded batches: 200 + 200 + 1.

Verbatim native-log excerpts; prepared exhibit. Yellow marks the three deletion entries. Long source lines wrap; line numbers identify their original positions.

### Timezone header — source line 1

```
1     2021-07-26 22:43:52.363 LL_I D [734:AsyncTask #2] ==== logfile level=3 tz=-0400 ====
```

### First batch: 200 rows

```
2068  2021-07-26 22:43:55.666 LL_I D [2:main] com.whatsapp.HomeActivity.onSaveInstanceState
2069  2021-07-26 22:43:57.032 LL_I D [711:WhatsApp Worker #7] mediacursor/next/skip 1
2070  2021-07-26 22:43:57.050 LL_I D [720:WhatsApp Worker #8]
      SidecarMessageStore/deleteStreamingSidecarOlderThan deleting rows:200
2071  2021-07-26 22:43:57.133 LL_I D [720:WhatsApp Worker #8]
      SidecarMessageStore/deleteStreamingSidecarOlderThan num messages to update:200
2072  2021-07-26 22:43:57.424 LL_I D [711:WhatsApp Worker #7] mediacursor/next/skip 1
```

### Second batch: 200 rows

```
2084  2021-07-26 22:43:58.415 LL_I D [711:WhatsApp Worker #7] mediacursor/next/skip 1
2085  2021-07-26 22:43:58.431 LL_I D [711:WhatsApp Worker #7] mediacursor/next/skip 1
2086  2021-07-26 22:43:58.634 LL_I D [720:WhatsApp Worker #8]
      SidecarMessageStore/deleteStreamingSidecarOlderThan deleting rows:200
```

### Third batch: 1 row

```
2087  2021-07-26 22:43:58.742 LL_I D [720:WhatsApp Worker #8]
      SidecarMessageStore/deleteStreamingSidecarOlderThan num messages to update:1
2088  2021-07-26 22:43:58.749 LL_I D [720:WhatsApp Worker #8]
      SidecarMessageStore/deleteStreamingSidecarOlderThan deleting rows:1
2089  2021-07-26 22:43:58.751 LL_I D [720:WhatsApp Worker #8]
      MmsThumbnailMetadataDeletionManager/deleteMmsThumbnailMetadataOlderThan num messages to update:0
2090  2021-07-26 22:43:58.756 LL_I D [720:WhatsApp Worker #8]
      MmsThumbnailMetadataDeletionManager/deleteMmsThumbnailMetadataOlderThan deleting rows:0
```

### What the count establishes

The native table uses message_row_id as its primary key: at most one such row per message ID at a time. The 401 rows could represent data associated with 401 messages, but the deleted IDs are not printed.

Native source: /data/data/com.whatsapp/files/Logs/whatsapp-2021-07-27.1.log.gz

UFDR member: files/Archives/whatsapp-2021-07-27.1.log.gz

File ID: 82daca2f-e7d3-4c08-ae29-c3c5285652f3 • Lines are one-based in the decompressed log.

Original gzip SHA-256: 69bf29f3090701254f689c2800a113369ecf17bd006e3ad136ba0aa63a6899df

# 360 Photos records moved to Recently Deleted

I verified the native file against its original UFDR member.

## Result: 360 rows with ZTRASHEDSTATE = 1

359 records: July 15, 2021, 14:03:33.206602–14:03:33.302841 Haiti.
1 record: July 15, 2021, 17:12:42.555880 Haiti.

### Exact query

```
SELECT Z_PK, ZFILENAME, ZTRASHEDSTATE, ZTRASHEDDATE
FROM ZASSET
WHERE ZTRASHEDSTATE = 1
ORDER BY ZTRASHEDDATE, Z_PK;
```

**Representative results: first three and last three rows in query order**

| Z_PK | ZFILENAME | STATE | ZTRASHEDDATE (raw) | July 15 • Haiti time |
|---|---|---|---|---|
| 2193 | IMG_0245.PNG | 1 | 648065013.206602 | 14:03:33.206602 |
| 2219 | IMG_0271.PNG | 1 | 648065013.207327 | 14:03:33.207327 |
| 2223 | IMG_0275.PNG | 1 | 648065013.207583 | 14:03:33.207583 |
| 11548 | IMG_9413.PNG | 1 | 648065013.301895 | 14:03:33.301895 |
| 11562 | IMG_9427.PNG | 1 | 648065013.302841 | 14:03:33.302841 |
| 11581 | IMG_9446.PNG | 1 | 648076362.55588 | 17:12:42.555880 |

Time conversion: ZTRASHEDDATE stores seconds since January 1, 2001 UTC. Add 978307200 to obtain Unix-epoch seconds, then convert to Haiti time (UTC−4).

### Custody interpretation

July 15 falls within initial HNP custody under the report's documented custody model, using the assigned July 7, 2021 at 18:00 Haiti arrest/seizure cutoff.

Source:

Native path: /private/var/mobile/Media/PhotoData/Photos.sqlite
UFDR member: files/Database/Photos.sqlite
UFDR file ID: 7c098a09-7a2d-47bf-8ced-da0a6b116e23; source index: 119368.
Native file SHA-256: ab12df77e40c4264052773c4101566870f5674f124175ecfb6d1d591011028bf