**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20104-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**CHRISTIAN EMMANUEL SANON,**

**Defendant.**
____________________________________/

**GOVERNMENT'S NINTH SUPPLEMENTAL NOTICE OF INTENT**
**TO SEEK ADMISSION OF SELF-AUTHENTICATING RECORDS**

The United States of America, by and through its undersigned counsel and pursuant to the rules identified in its previously filed *Motion in Limine* to Pre-Admit Self-Authenticating Records (DE 1314), hereby files this ninth supplemental notice of the United States' intent to introduce into evidence at trial the following records as self-authenticating certified domestic records of a regularly conducted activity and certified records generated by an electronic process or system.

The Government recently received exhibit 203 described below, which amends the prior notice. The accompanying certification is attached and designated below by its corresponding Notice Exhibit ("Ex.") number. The supplement also identifies the corresponding Government Trial Exhibit ("GX") number which will be on the Government's updated exhibit list.

| **Entity** | **FRE 803 & 902 Documents & Records Evidence** |
|---|---|
| United States Department of Justice, FARA Division (Ex. 203) | Certification of registration, or lack thereof for:<br>1. Robert Balthazar (GX 51G) |

The United States reserves its right to amend or supplement this notice as necessary.

Respectfully submitted,

YARA LORENZO KLUKAS
Acting United States Attorney

By: */s Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
(305) 715-7642/7654
Sean.McLaughlin@usdoj.gov

/s *Jason Wu*
Jason Wu
Assistant United States Attorney
Court ID No. A5502299
99 NE 4th Street
Miami, FL 33132
(305) 961-9226
Jason.Wu@usdoj.gov

*/s Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
Altanese.Phenelus@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2026, I filed the foregoing document through CM/ECF and thus served all counsel of record.

/s *Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney