UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI, FLORIDA

| | | |
|---|---|---|
| UNITED STATES v. SANON | ) ) ) | Case No. 22-20104-CR-BECERRA |
| Re: Jean Robert BALTHAZAR | ) ) ) | |

DECLARATION OF TIMOTHY J. PUGH

1. I, Timothy J. Pugh, declare that I am the Supervisory Program Manager of the Foreign Agents Registration Act Unit (FARA Unit), Counterintelligence and Export Control Section, National Security Division, United States Department of Justice (Department). In that capacity, I am the supervisor of non-attorney staff of the FARA Unit which has responsibility, in pertinent part, over all records filed with and maintained at the Department pursuant to 18 U.S.C. § 951, 50 U.S.C. § 851, et seq., and 22 U.S.C. § 611 et seq.

2. A search of the index of all records which the FARA Unit maintains under 18 U.S.C. § 951, 50 U.S.C. § 851, et seq., and 22 U.S.C. § 611 et seq., was made to determine whether Jean Robert Balthazar has ever notified pursuant to 18 U.S.C. § 951, or registered pursuant to 50 U.S.C. § 851, et seq., or 22 U.S.C. § 611 et seq. The search revealed NO RECORD of any notification or registration in the name of Jean Robert Balthazar pursuant to 18 U.S.C. § 951, or registration pursuant to 50 U.S.C. § 851 et seq. However, the search revealed ONE RECORD of a registration pursuant to 22 U.S.C. § 611 et seq. The record of which a true copy is attached is a short form registration statement (individual foreign agent\form NSD-6) representing the foreign principal International Democracy (Algeria) during the time frame from December 09, 2008, to March 01, 2009, of the registrant Alcalde & Fay, Ltd., FARA Registrant Number 5898.

3. I declare that Jean Robert Balthazar has not notified the Department under 18 U.S.C. § 951, or registered pursuant to 50 U.S.C. § 851, et seq. However, he previously registered pursuant to 22 U.S.C. § 611 et seq., with a termination date effective March 1, 2009.

I make this declaration under penalty of perjury on this 27th day of October 2026.

*/s/ Timothy J. Pugh*
Timothy J. Pugh
Supervisory Program Manager
FARA Unit
Counterintelligence and
Export Control Section
National Security Division
United States Department of Justice
Washington, DC 20530