**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20104-CR-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**CHRISTIAN SANON,**
**a/k/a "Kumbe,"**
**a/k/a "Pumba,"**
**a/k/a "Bubba,"**

**Defendant.**
_____________________________________/

**GOVERNMENT REBUTTAL EXPERT DISCLOSURE**

On May 5, 2025, and September 9, 2026, the United States provided its preliminary expert disclosures (DE 1019, 1040, 1869). The United States hereby provides this rebuttal expert disclosure, as required by Fed. R. Crim. P. 16(a)(1)(G) and Southern District of Florida Local Rule 88.10(o)(3).

The expert disclosure contained herein, where applicable, includes a statement of opinions rendered by the witness that the Government intends to use during its rebuttal case to counter testimony from Thomas Pullen that the defense has timely disclosed under (b)(1)(C). The disclosures additionally include the bases and reasons for the opinions of the witness—and where applicable—the qualifications of the witness, publications authored by the witness in the previous 10 years, and a list of all other cases in which, during the previous 4 years, the witness has testified as an expert.

**Bryan Jordan – FBI Senior Digital Forensic Examiner**

**A. Qualifications, Publications and Testimonies**

Bryan Jordan is a Senior Digital Forensic Examiner with the Federal Bureau of Investigation ("FBI") and has been employed with the FBI since 2017. Mr. Jordan is a member of an FBI Digital Forensic Analysis Unit and Computer Analysis Response Team (CART). Among other duties, he conducts forensic recovery of evidence from digital and electronic media. Mr. Jordan holds professional certifications as an FBI CART Certified Senior Digital Forensic Examiner, FBI CART Certified Digital Forensic Examiner, FBI CART Forensic Examiner, and SANS GIAC Certified Forensic Examiner (GCFE), including in FBI CART MacOS Authorization, FBI CART Windows Authorization, FBI CART Linux Command Line (LCL) Authorization, and CompTIA A+. Mr. Jordan is also trained in using Cellebrite, FTK Imager, X-Ways, TX1, TD3, AD Lab, and Axiom, among other digital forensic software and tools, and routinely used these programs to extract and analyze data. His duties include conducting computer/cellular telephone forensics and the forensic collection, preservation, examination, and presentation of forensic artifacts as an expert witness for criminal proceedings.

Mr. Jordan has previously testified as an expert in digital forensics in federal court, including in the last four (4) years. Mr. Jordan's CV has been provided to the defense, which includes a comprehensive description of his prior testimony, education, and training. Mr. Jordan has not authored any publications in the last 10 years. In the past 4 years, Mr. Jordan has testified in the following cases:

- *United States v. Sanon*, 22-20104-CR-BECERRA (SDFL - 2026)
- *United States v. Ortiz et al.*, 22-20104-CR-BECERRA (SDFL - 2026)
- *United States v. Abarca et al.*, 22-20505-CR-GAYLES (SDFL - 2024)
- *United States v. Diaz*, 22-20354-CR-WILLIAMS (SDFL - 2023)
- *United States v. Gross*, 21-20532-CR-HUCK (SDFL – 2022)

**B. The Witness's Opinions and Bases and Reasons for Opinions**

Mr. Jordan will testify about his training, qualifications, and experience consistent with his CV. Mr. Jordan will testify generally about how extractions of digital devices are performed, the types of extractions that can be obtained, and the data that can be recovered from those extractions. Consistent with his testimony during the Government's case-in-chief, Mr. Jordan will testify that the Government's digital devices have not been materially manipulated and explain the basis for such opinion.

Mr. Jordan will testify that he reviewed Thomas Pullen's expert report and opinions about the following evidentiary items in this case:

- L6 – SOLAGES Apple iPhone 11 A2111 (509-4200-3725 & 754-265-0048) (GX 117, 117A1-2, 117B1-10)
- L25 – SANON Apple iPhone (509-4330-0095) (GX 114, 114A1-2, 114B1-11)
- L26 - SANON Apple iPhone (561-644-9252) (GX 115, 115A1-2, 115B1-11)
- L27 – SANON Motorola Stylus Phone (561-633-0034) (GX 116, 116A1-2, 116B1-11)

Mr. Jordan will testify about Thomas Pullen's opinions regarding the deletion of WhatsApp messages, WhatsApp log files, WhatsApp database entries, as well as his opinion concerning the integrity of the extractions. As to the WhatsApp messages, Mr. Jordan will explain where those messages were stored, their expiration, and whether those messages were viewable to the user on the device. He will also explain that WhatsApp does not store deletion times of messages, and items marked as deleted but recovered during the extraction could have been deleted at any point in time. As to the log files, Mr. Jordan will explain the type of data they contain, where they were stored, and their "purge" from the application system. As to the database entries, Mr. Jordan will explain where the application data is located, that these entries do not contain user data, and the circumstances surrounding their deletion. Mr. Jordan will also testify about the background automation processes of the WhatsApp application and how they affect a cellular phone's data

while on. Finally, Mr. Jordan will testify about how Cellebrite UFDR reports are generated, the files they contain, and explain the means by which he verified the integrity of the data from the Cellebrite UFDR files.

Where applicable, Mr. Jordan will testify to the contents of the data extractions and the data itself, all of which were previously provided to the defense in discovery during 2023-2024. Mr. Jordan's testimony and opinions will be based on his review of Thomas Pullen's expert report and testimony, as well as Mr. Jordan's training, education, and experience.

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(v), Bryan Jordan reviewed this disclosure and approves its contents.

*/s/ Bryan Jordan*
Bryan Jordan
Senior Digital Forensic Examiner, FBI

[Space Intentionally Left Blank]

Respectfully submitted,

YARA LORENZO KLUKAS
Acting United States Attorney

By: */s Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
(305) 715-7642/7654
Sean.McLaughlin@usdoj.gov

*/s Jason Wu*
Jason Wu
Assistant United States Attorney
Court ID No. A5502299
99 NE 4th Street
Miami, FL 33132
(305) 961-9226
Jason.Wu@usdoj.gov

*/s Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
Altanese.Phenelus@usdoj.gov

## Certificate of Service

I hereby certify that on November 8, 2026, I filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney