**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20104-CR-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**CHRISTIAN SANON,**

**Defendant.**
______________________________/

**UNOPPOSED PROPOSED JURY INSTRUCTION FOR COUNT 10**

Pursuant to the Court's *ore tenus* order on November 10, 2026, the parties have conferred to propose a joint instruction defining the term "United States Principal Party of Interest" for purposes of the instruction on Count 10. The parties jointly propose the following language, to be inserted at the end of the Count 10 instruction:

> "The United States Principal Party in Interest is the person in the United States that receives the primary benefit, monetary or otherwise, of the transaction."

This language comes directly from the operative regulation, 15 C.F.R. § 30.1, which states: "U.S. Principal Party in Interest (USPPI). The person in the United States that receives the primary benefit, monetary or otherwise, from the export transaction."

To the extent helpful, the Government will also transmit an editable copy of the entire instructions, reflecting the Court's rulings at the charge conference as well as this additional proposal, to Chambers via email.

Respectfully submitted,

YARA LORENZO KLUKAS
Acting United States Attorney

By: /s *Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
(305) 715-7642/7654
Sean.McLaughlin@usdoj.gov

/s *Jason Wu*
Jason Wu
Assistant United States Attorney
Court ID No. A5502299
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9226
Jason.Wu@usdoj.gov

/s *Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
Altanese.Phenelus@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and thereby served all counsel of record.

*s/ Jason Wu*
Jason Wu
Assistant United States Attorney