**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20104-CR-BECERRA(s)(s)(s)(s)(s)(s)**

**UNITED STATES OF AMERICA**

**v.**

**CHRISTIAN EMMANUEL SANON,**
**a/k/a "Kumbe,"**
**a/k/a "Pumba,"**
**a/k/a "Bubba,"**
**a/k/a "Mr. President,"**
**a/k/a "P,"**

**Defendant.**
______________________________/

**GOVERNMENT'S TENTH SUPPLEMENTAL NOTICE OF INTENT TO SEEK ADMISSION OF SELF-AUTHENTICATING RECORDS**

The United States of America, by and through its undersigned counsel and pursuant to the rules identified in its previously filed *Motion in Limine* to Pre-Admit Self-Authenticating Records (DE 1314), hereby files this tenth supplemental notice of the United States' intent to introduce into evidence at trial the following records under FRE 902 and 803. The Government intends to admit these records pursuant to FRE 902(11)-(12) and 803(6). This instant filing is intended to provide the required FRE 902(11) notice to the defense.

As to the below-listed public records, Rule 803(8) permits the introduction of various types of public records at trial, including records that are made pursuant to a duty imposed by law. The Government also intends to admit the below-listed public records pursuant to FRE 803(8) and 902(1)-(2) and (4), which allows for the admissibility and authenticity of certified public records. See FED. R. EVID. 803(8) and 902(1)-(2) and (4). All of these records should be admitted without accompanying witness or custodian testimony.

Exhibit 4I, described below, amends the prior notice. This filing also identifies the corresponding Government Trial Exhibit ("GX") number, which will be included on the Government's final, trial exhibit list.

| **Entity** | **FRE 803 & 902 Documents & Records Evidence** |
|---|---|
| U.S. Bankruptcy Court – Middle District of Florida (Tampa) | *United States Trustee v. Christian Sanon*, Case No. 8:14-ap-00702-MGW – Docket, Complaint, and Final Judgment Records (GX 4I) |

The United States reserves its right to amend or supplement this notice as necessary.

Respectfully submitted,

YARA LORENZO KLUKAS
Acting United States Attorney

By: /s Sean T. McLaughlin
Sean T. McLaughlin
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
(305) 715-7642/7654
Sean.McLaughlin@usdoj.gov

/s Jason Wu
Jason Wu
Assistant United States Attorney
Court ID No. A5502299
99 NE 4th Street
Miami, FL 33132
(305) 961-9226
Jason.Wu@usdoj.gov

/s Altanese Phenelus
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
Altanese.Phenelus@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, I filed the foregoing document through CM/ECF and thus served all counsel of record.

/s *Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney