UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CR-20104- BECERRA

**UNITED STATES OF AMERICA**
**Plaintiff,**
**vs.**

**CHRISTIAN SANON,**
**Defendant.**
______________________________/

DEFENDANT'S EXHIBIT LIST

| PRESIDING JUDGE | DEFENDANT'S ATTORNEY | PLAINTIFF'S ATTORNEY |
|---|---|---|
| The Honorable Jacqueline Becerra | Zeljka Bozanic<br>Humberto Dominguez | Sean McLaughlin<br>Altanese Phenelus<br>Jason Wu |
| TRIAL DATE(S)<br>September 28, 2026 | COURT REPORTER<br>Vernita Allen-Williams | COURTROOM DEPUTY<br>Donna Gay-Johnson |

| DEF. NO. | DESCRIPTION OF EXHIBITS | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|
| 1 | Haiti Observateur Journal | 10/9/26 | | 10/9/26 |
| 2 | Bergman letter | 10/15/26 | | 10/15/26 |
| 3 | Voice Note USA000373329_T_PTT-20210607-WA0060 | 10/19/26 | | 10/19/26 |
| 4 | APRIL 5 - Chat - Ortiz 0040 - Intriago 1829 | 10/22/26 | | 10/22/26 |
| 5 | APRIL 19 - 106B3 Chat - Ortiz 0040 - Sanon 0034 | 10/22/26 | | 10/22/26 |
| 6 | APRIL 22 - Ortiz and Solages chat - 117B2 | 10/22/26 | | 10/22/26 |
| 7 | APRIL 24 - Report from Manich phone - | 10/22/26 | | 10/22/26 |
| 8 | APRIL 26 - 117B2 - Solages 3725 and Walter Veintemilla 6750 chat | 10/22/26 | | 10/22/26 |
| 9 | 106B3 Chat - Ortiz 0040 - Sanon 0034 | 10/21/26 | | 10/21/26 |
| 10 | JUNE 3 - 117B2 - Solages 3725 and Walter Veintemilla 6750 chat | 10/21/26 | | 10/21/26 |
| 11 | 106C Chat - Ortiz 0040 - Intriago 1829 | 10/21/26 | | 10/21/26 |

| | | | | |
|---|---|---|---|---|
| 12 | 106C Chat - Ortiz 0040 - Intriago 1829 | 10/21/26 | | 10/21/26 |
| 14 | 106C Chat - Ortiz 0040 - Intriago 1829 | 10/21/26 | | 10/21/26 |
| 15 | JUNE 7 - Arkangel VN - 05a03b18-3913-4eee-abe1-2039aa8c1638 | 10/22/26 | | 10/22/26 |
| 16 | JUNE 7 – Arkangel VN to Solages-05a03b18-3913-4eee-abe1-2039aa8c1638 (transcript) | 10/22/26 | | 10/22/26 |
| 17 | 113C Chats - Veintemilla 6750 | 10/21/26 | | 10/21/26 |
| 18 | JUNE 9 - Ortiz and Solages | 10/22/26 | | 10/22/26 |
| 19 | JUNE 9 - Ortiz VN - WA0047 - PTT-20210609-WA0047 | 10/22/26 | | 10/22/26 |
| 20 | JUNE 9 - Ortiz voice note - WA0047-T - Ortiz 0040 - PTT-20210609-WA0047 | 10/22/26 | | 10/22/26 |
| 21 | JUNE 9 - Arkangel and Rivera chat | 10/22/26 | | 10/22/26 |
| 22 | JUNE 10 - Walter and Arkangel chat | 10/22/26 | | 10/22/26 |
| 23 | JUNE 11 - Coq signing video | 10/22/26 | | 10/22/26 |
| 24 | JUNE 11 - Coq signing video 2 | 10/22/26 | | 10/22/26 |
| 25 | JUNE 11 - Chat - Ortiz 0040 - Corrales 7774 | 10/22/26 | | 10/22/26 |
| 26 | JUNE 11 - Arkangel 0040 - T. Col. Mikael 6587 chat | 10/22/26 | | 10/22/26 |
| 27 | JUNE 11 - Audio - 106B2 - Ortiz embedded - PTT-20210611-WA0070 | 10/22/26 | | 10/22/26 |
| 28 | JUNE 11 - Voice note Translation - Ortiz 0040 - PTT-20210611-WA0070 | 10/22/26 | | 10/22/26 |
| 29 | JUNE 11 - Audio 2 - 106B2 - Ortiz embedded - PTT-20210611-WA0072 | 10/22/26 | | 10/22/26 |
| 30 | JUNE 11 - Audio 2 translation - Ortiz 0040 - PTT-20210611-WA0072 | 10/22/26 | | 10/22/26 |
| 31 | JUNE 11 – chat - 117B2 - Solages 3725 and Walter Veintemilla 6750 | 10/22/26 | | 10/22/26 |
| 32 | JUNE 11 – VN Solages#1 - 942cf498-3ed0-45e2-9d6c-30e043fab0a4 | 10/22/26 | | 10/22/26 |
| 33 | JUNE 11 – Solages Transcription #1 - 942cf498-3ed0-45e2-9d6c-30e043fab0a4 | 10/22/26 | | 10/22/26 |
| 34 | JUNE 11 – Arkangel audio #2 - 3c2df9a1-5fbf-45d6-b6e9-48ddd34c0791 | 10/22/26 | | 10/22/26 |
| 35 | JUNE 11 – Arkangel audio #2 transcript - 3c2df9a1-5fbf-45d6-b6e9-48ddd34c0791 | 10/22/26 | | 10/22/26 |
| 36 | JUNE 12 - Rivera and Arkangel chat | 10/22/26 | | 10/22/26 |
| 37 | JUNE 14 - 121B-4 - Report Israel-Byron Ellis Rains chat | 10/22/26 | | 10/22/26 |
| 38 | JUNE 14 - Rivera and Arkangel chat | 10/22/26 | | 10/22/26 |
| 39 | JUNE 16 - Rivera and Arkangel chat | 10/22/26 | | 10/22/26 |

| | | | | |
|---|---|---|---|---|
| 40 | JUNE 18 - Tony and Solages chat | 10/22/26 | | 10/22/26 |
| 41 | 113C Chats – Veintemilla – Byron 6750 | 10/21/26 | | 10/21/26 |
| 42 | 113C Chats – Veintemilla - Intriago 6750 | 10/21/26 | | 10/21/26 |
| 43 | JUNE 18 - Video signing - 106B8 - 20210618_134731 | 10/22/26 | | 10/22/26 |
| 44 | JUNE 19 - 106C Chat - Ortiz 0040 - Intriago 1829 | 10/22/26 | | 10/22/26 |
| 45 | JUNE 19 - 108C Chat - Intriago 1829 - Solages 0048 | 10/22/26 | | 10/22/26 |
| 46 | JUNE 19 - Tony and Solages chat | 10/22/26 | | 10/22/26 |
| 47 | JUNE 19 - Tony -Solages notebook PIC 1 | 10/22/26 | | 10/22/26 |
| 48 | JUNE 19 - Tony - Solages notebook PIC 2 | 10/22/26 | | 10/22/26 |
| 49 | JUNE 21 - 106C Chat - Ortiz 0040 - Corrales 7774 | 10/22/26 | | 10/22/26 |
| 50 | JUNE 21 - WA0028 - PTT-20210620-WA0028 Voic note | 10/22/26 | | 10/22/26 |
| 51 | JUNE 21 - Voice note Translation - Ortiz 0040 - PTT-20210620-WA0028 | 10/22/26 | | 10/22/26 |
| 52 | JUNE 21 - Haiti Libre - Ortiz 0040 - PTT-20210621-WA0008 Translation | 10/22/26 | | 10/22/26 |
| 53 | JUNE 21 - Haiti Libre voice note - Ortiz 0040 - PTT-20210621-WA0008 | 10/22/26 | | 10/22/26 |
| 54 | 106C Chat - Ortiz 0040 - Corrales 7774 | 10/21/26 | | 10/21/26 |
| 55 | JUNE 21 - 106C Chat - Ortiz 0040 - Intriago 1829 | 10/22/26 | | 10/22/26 |
| 56 | JUNE 21 - WA0029 voice note - PTT-20210620-WA0029 | 10/22/26 | | 10/22/26 |
| 57 | JUNE 21 - Voice note translation - Ortiz 0040 - PTT-20210620-WA0029 | 10/22/26 | | 10/22/26 |
| 58 | JUNE 22 - 106C Chat - Ortiz 0040 - Corrales 7774 | 10/22/26 | | 10/22/26 |
| 59 | JUNE 22 - 106C Chat - Ortiz 0040 - Intriago 1829 | 10/22/26 | | 10/22/26 |
| 60 | JUNE 22 - 106C Chat - Ortiz 0040 - Intriago 1829 | 10/22/26 | | 10/22/26 |
| 61 | JUNE 24 - 117B4 Images line 56 - image001 | 10/22/26 | | 10/22/26 |
| 62 | JUNE 24 - 117B4 Images line 57 - image002 | 10/22/26 | | 10/22/26 |
| 63 | JUNE 26 - Arkangel and Walter | 10/22/26 | | 10/22/26 |
| 64 | JUNE 28 - WA0068 - PTT-20210628-WA0015 | 10/22/26 | | 10/22/26 |
| 65 | JUNE 28 - Voice note - Ortiz 0040 - | 10/22/26 | | 10/22/26 |

| | | | | |
|---|---|---|---|---|
| | PTT-20210628-WA0015 | | | |
| 66 | JUNE 28 - 106C Chat - Ortiz 0040 - Intriago 1829 | 10/22/26 | | 10/22/26 |
| 67 | JUNE 29 - 122B2 Docs - June 29 - aa8aa226-508a-459a-91cc-1f65f8413d48 (Blinken Doc) | 10/22/26 | | 10/22/26 |
| 68 | JUNE 29 - 106C Chat - Ortiz 0040 - Corrales 7774 | 10/22/26 | | 10/22/26 |
| 69 | JULY 6 - 106C whole doc Chat - Ortiz 0040 - Intriago 1829 - Veintemilla 6750 | 10/22/26 | | 10/22/26 |
| 70 | JULY 7 - 118B9 Tony 1829-2 chat | 10/22/26 | | 10/22/26 |
| 71 | JULY 7 - Rivera and 5699 chat | 10/22/26 | | 10/22/26 |
| 72 | MANICH Document - 122B4 - Manich Balthazar chat - 3c5cd317-c7a5-44ac-908f-369b50de8b53 | 10/22/26 | | 10/22/26 |
| 73 | 114B6 attachments video - Feb 14 - 6021ab5c-c449-448d-811f-6e38d815a725 | 10/22/26 | | 10/22/26 |
| 74 | 106 - Ortiz attachments - Credenciales Antonio Intriago y Arcangel Pretel Ortiz - CTU Security LLC | 10/22/26 | | 10/22/26 |
| 75 | Photo of Josue Pierre Louis | 10/29/26 | | 10/29/26 |
| 76 | Bergman chat extraction | 11/4/26 | | 11/4/26 |
| 77 | Stipulation | 11/10/26 | | 11/10/26 |
| 78 | Report of Expert Thomas Pullen | 11/10/26 | | 11/10/26 |
| 80 | Report Rivera | 11/9/26 | | 11/9/26 |
| 81 | Audio recording- Rivera | 11/9/26 | | 11/9/26 |
| 82 | Translation or Rivera Audio | 11/9/26 | | 11/9/26 |
| | | | | |
| | | | | |

**CERTIFICATE OF SERVICE**

I HEREBY certify that on November 17, 2026, undersigned counsel electronically filed foregoing document with the Clerk of Courts using CM/ECF which will send notification of such filing to all counsel of record.

Respectfully submitted,

BOZANIC LAW, P.A.
101 NE 3rd Avenue
Suite 1500
Ft. Lauderdale, FL 33301

Telephone: 954.920.9750
Facsimile: 954.400.0335
E-Mail: Zeljka@bozaniclaw.com

/s/*Zeljka Bozanic*
By:_________________________________
Zeljka Bozanic
Florida Bar No. 23707