**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,**

**v.** CASE NO. 22-CR-20104

**CHRISTIAN SANON,**

Defendant.
_______________________________________/

## DEFENDANT'S TRIAL WITNESS LIST

The Defendant, CHRISTIAN SANON, by and through undersigned counsel, hereby files this Trial Witness List.

1) Thomas Pullen, J.D., M.C.P.

Respectfully submitted,

BOZANIC LAW, P.A.
101 NE 3rd Avenue
Suite 1500
Ft. Lauderdale, FL 33301
Telephone: 954.920.9750
E-Mail: info@bozaniclaw.com

By: */s/Zeljka Bozanic*
Zeljka Bozanic
Florida Bar No. 23707

HUMBERTO R. DOMINGUEZ, P.A.
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
Telephone: 305.373.6400
E-Mail: bert@hdominguezlaw.com

By: */s/Humberto R. Dominguez*
Humberto R. Dominguez
Florida Bar No. 837903

## CERTIFICATE OF SERVICE

I HEREBY certify that on November 17, 2026, undersigned counsel electronically filed foregoing document with the Clerk of Courts using CM/ECF which will send notification of such filing to all counsel of record.

*/s/Zeljka Bozanic*

By:__________________________________

Zeljka Bozanic
Florida Bar No. 23707