**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20104-CR-BECERRA(s)(s)(s)(s)(s)(s)**

**UNITED STATES OF AMERICA**

**v.**

**CHRISTIAN EMMANUEL SANON,**

**Defendant.**
_____________________________________________/

**ORDER GRANTING JOINT MOTION TO EXEMPT PARTIES FROM MANDATORY ELECTRONIC FILING OF TRIAL EXHIBITS**

**THIS CAUSE** came before the Court upon the Parties' Joint Motion to Exempt the Parties from Mandatory Electronic Filing of Trial Exhibits (DE ___). After consideration of the motion, including Local Rule 5.3, it is:

**ORDERED AND ADJUDGED** that the Parties' Joint Motion to Exempt the Parties from Mandatory Electronic Filing of Trial Exhibits (DE ___) in this cause is **GRANTED**. Given the voluminous amounts of sensitive, personal and financial identifying information contained within the Parties' trial exhibits, the Parties shall directly deliver their respective trial exhibits to the Clerk of the Court consistent with procedures set forth in Local Rule 5.3(b)(3).

**DONE AND ORDERED** in chambers at Miami, Florida, this ____ day of November, 2026.

_____________________________________
HON. JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

Cc: All Counsel of Record