**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cr-20104-JB**

**United States of America**

**vs.**

**Christian Sanon,**
**Defendant**
_______________________________________/

FILED BY DGJ D.C.
Nov 17, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

NOTICE OF FILING NOTES FROM
THE JURY TO THE COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-cr-20104-JB**

**United States of America,**

**vs.**

**DO NOT DESTROY**

**Christian Emmanuel Sanon,**
Defendant.

______________________________________/

QUESTION FROM THE JURY

**The following ~~question~~ Statement is ~~asked by~~ from the jury:**
We will maintain our schedule (9:00 arrival & 4:30 departure.)

Date: 11/17/26

Foreperson

Print Name

**Answer to question from jury:**

Date:______________________

Jacqueline Becerra
United States District Judge