**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cr-20104-JB**

FILED BY DGJ D.C.
Nov 18, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**United States of America**

**vs.**

**Christian Sanon,**
**Defendant**

____________________________________/

NOTICE OF FILING NOTES FROM
THE JURY TO THE COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-cr-20104-JB**

**United States of America,**

vs. **DO NOT DESTROY**

**Christian Emmanuel Sanon,**
Defendant.

______________________________________/

QUESTION FROM THE JURY

**The following question is asked by the jury:** Pertaining to Count 10, what is the requirement for the Defendant to be the ~~[illegible]~~ Principal Party in Interest or its Authorized agent? (Bottom pg 43 & 44 top)

- Does the person have to physically be in the US?
- Do we have to connect that the Defendant was an authorized agent or PPI or that conspiracy was involved? or is his affiliation as a co-conspirator sufficient?

Date: 11-18-26

______________________
Forepers

______________________
Print Name

**Answer to question from jury:**

I refer you to the instructions already provided and remind you that you must follow all of my instructions as a whole.

Date: 11/18/26

______________________
Jacqueline Becerra
United States District Judge