**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-cr-20104-JB

**UNITED STATES OF AMERICA**

**v.**

**CHRISTIAN SANON,**

**Defendant.**
______________________________/

## VERDICT

1. We, the Jury, unanimously find the Defendant, **CHRISTIAN SANON**, as to **Count 1** of the Indictment:

NOT GUILTY ____ GUILTY ✓

*If you find the Defendant Not Guilty of* ***Count*** *1, please skip 1(a). However, if you find the Defendant Guilty as to* ***Count*** *1, please answer Question 1(a) below:*

1(a). We, the Jury, having found the Defendant Guilty of **Count 1**, further unanimously find that the **Count 1** offense resulted in Jovenel Moise's death:

NO ____ YES ✓

2. We, the Jury, unanimously find the Defendant, **CHRISTIAN SANON**, as to **Count 2** of the Indictment:

NOT GUILTY ____ GUILTY ✓

*If you find the Defendant Not Guilty of* ***Count 2****, please skip 2(a). However, if you find the Defendant Guilty as to* ***Count 2****, please answer Question 2(a) below:*

2(a). We, the Jury, having found the Defendant guilty of **Count 2**, further unanimously find that the **Count 2** offense resulted in Jovenel Moise's death.

NO ____ YES ✓

3. We, the Jury, unanimously find the Defendant, **CHRISTIAN SANON**, as to **Count 3** of the Indictment:

NOT GUILTY ____ GUILTY ✓

4. We, the Jury, unanimously find the Defendant, **CHRISTIAN SANON**, as to **Count 6** of the Indictment:

NOT GUILTY ____ GUILTY ✓

5. We, the Jury, unanimously find the Defendant, **CHRISTIAN SANON**, as to **Count 7** of the Indictment:

NOT GUILTY ____ GUILTY ✓

6. We, the Jury, unanimously find the Defendant, **CHRISTIAN SANON**, as to **Count 8** of the Indictment:

NOT GUILTY ____ GUILTY ✓

*If you find the Defendant Not Guilty of* ***Count*** *8, please skip 6(a). However, if you find the Defendant Guilty as to* ***Count*** *8, please answer Question 6(a)(i) and 6(a)(ii) below. You must answer YES to at least one object in order to return a verdict of guilty on Count 8:*

6(a). We, the Jury, having found the Defendant guilty of the offense charged in **Count 8**, further unanimously find with respect to **Count 8** that the object of the conspiracy was (place an X in the applicable box):

(i) A violation of Title 18, United States Code, Section 554, including **Count 9**, that is, fraudulently or knowingly exporting or sending from the United States any merchandise, article, or object contrary to any law or regulation of the United States, or receiving, concealing, or in any manner facilitating the transportation or concealment of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States.

NO ___ YES ✓

(ii) A violation of Title 13, United States Code, Section 305, including **Count 10,** that is, failing to file export information.

NO ___ YES ✓

7. We, the Jury, unanimously find the Defendant, **CHRISTIAN SANON**, as to **Count 9** of the Indictment:

NOT GUILTY ____ GUILTY ✓

8. We, the Jury, unanimously find the Defendant, **CHRISTIAN SANON**, as to **Count 10** of the Indictment:

NOT GUILTY ____ GUILTY ✓

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Miami, Florida, this 18TH day of NOVEMBER, 2026.

______________________ Foreperson's Signature

______________________ Foreperson's Printed Name

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-cr-20104-JB

**UNITED STATES OF AMERICA**

**v.**

**CHRISTIAN SANON,**

**Defendant.**
________________________________/

## VERDICT

1. We, the Jury, unanimously find the Defendant, **CHRISTIAN SANON**, as to **Count 1** of the Indictment:

NOT GUILTY ____ GUILTY ✓

*If you find the Defendant Not Guilty of **Count 1**, please skip 1(a). However, if you find the Defendant Guilty as to **Count 1**, please answer Question 1(a) below:*

1(a). We, the Jury, having found the Defendant Guilty of **Count 1**, further unanimously find that the **Count 1** offense resulted in Jovenel Moise's death:

NO ____ YES ✓

2. We, the Jury, unanimously find the Defendant, **CHRISTIAN SANON**, as to **Count 2** of the Indictment:

NOT GUILTY ____ GUILTY ✓

*If you find the Defendant Not Guilty of* ***Count 2****, please skip 2(a). However, if you find the Defendant Guilty as to* ***Count 2****, please answer Question 2(a) below:*

2(a). We, the Jury, having found the Defendant guilty of **Count 2**, further unanimously find that the **Count 2** offense resulted in Jovenel Moise's death.

NO ____ YES ✓

3. We, the Jury, unanimously find the Defendant, **CHRISTIAN SANON**, as to **Count 3** of the Indictment:

NOT GUILTY ____ GUILTY ✓

4. We, the Jury, unanimously find the Defendant, **CHRISTIAN SANON**, as to **Count 6** of the Indictment:

NOT GUILTY ____ GUILTY ✓

5. We, the Jury, unanimously find the Defendant, **CHRISTIAN SANON**, as to **Count 7** of the Indictment:

NOT GUILTY ____ GUILTY ✓

6. We, the Jury, unanimously find the Defendant, **CHRISTIAN SANON**, as to **Count 8** of the Indictment:

NOT GUILTY ____ GUILTY ✓

*If you find the Defendant Not Guilty of **Count 8**, please skip 6(a). However, if you find the Defendant Guilty as to **Count 8**, please answer Question 6(a)(i) and 6(a)(ii) below. You must answer YES to at least one object in order to return a verdict of guilty on Count 8:*

6(a). We, the Jury, having found the Defendant guilty of the offense charged in **Count 8**, further unanimously find with respect to **Count 8** that the object of the conspiracy was (place an X in the applicable box):

(i) A violation of Title 18, United States Code, Section 554, including **Count 9**, that is, fraudulently or knowingly exporting or sending from the United States any merchandise, article, or object contrary to any law or regulation of the United States, or receiving, concealing, or in any manner facilitating the transportation or concealment of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States.

NO ___ YES ✓

(ii) A violation of Title 13, United States Code, Section 305, including **Count 10,** that is, failing to file export information.

NO ___ YES ✓

7. We, the Jury, unanimously find the Defendant, **CHRISTIAN SANON**, as to **Count 9** of the Indictment:

NOT GUILTY ____ GUILTY ✓

8. We, the Jury, unanimously find the Defendant, **CHRISTIAN SANON**, as to **Count 10** of the Indictment:

NOT GUILTY ____ GUILTY ✓

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Miami, Florida, this 18TH day of NOVEMBER, 2026.

Foreperson's Signature

Foreperson's Printed Name