UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-cr-20104-JB**

**United States of America,**

vs.

**Christian Emmanuel Sanon,**
Defendant.
_______________________________/

**RELEASE OF EXHIBITS**

The undersigned hereby acknowledges that exhibits admitted into evidence during this trial and submitted to the jury during deliberations are hereby released back to counsel of record for the respective parties.

**Government/Plaintiff**

**Defendant**

* Government laptop returned to counsel

**COURTROOM DEPUTY**

* Defense USB returned to counsel

Date: 11-18-2027

cc: Counsel of Record

SCANNED