FILED BY [signature] D.C.
NOV 24 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

**v.** CASE NO. 22-CR-20104

**CHRISTIAN SANON,**

Defendant.
_______________________________________/

**DEFENDANT'S NOTICE OF CONVENTIONAL FILING OF TRIAL EXHIBITS**

The Defendant, CHRISTIAN SANON, by and through undersigned counsel, hereby files this Notice of Conventional Filing of Trial Exhibits pursuant to this Court's Order [DE 2325]. The forgoing USB drive contains all the Defense's exhibits introduced into evidence [DE 2314] during trial proceedings.

Respectfully submitted,

BOZANIC LAW, P.A.
101 NE 3rd Avenue
Suite 1500
Ft. Lauderdale, FL 33301
Telephone: 954.920.9750
E-Mail: info@bozaniclaw.com

By: [signature]
Zeljka Bozanic
Florida Bar No. 23707

**CERTIFICATE OF SERVICE**

I HEREBY certify that on November 23, 2026, undersigned counsel electronically filed foregoing document with the Clerk of Courts using CM/ECF which will send notification of such filing to all counsel of record.

By:________________________________________

Zeljka Bozanic
Florida Bar No. 23707

USA v. Christian Sanon

22-CR-20104-JB

Trial Exhibits - Defense



NDAN
HIBIT
EF


USB 3.0

United States District Court
Southern District of Florida

Case Number: 22-CR-20104-JB

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: FTL

These Documents/Exhibits must not be placed in the "temp chron file".

Documents/Exhibits Retained in Supplemental Files **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

Documents/Exhibits Retained in Supplemental Files **(Not Scanned)**

✓ • CD, DVD, USB drive. (i.e. Audio/Visual)

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 11/24/26

Revised: 2/20/2019